IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | |
|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORE NATURAL RESOURCES, INC. )<br>)<br>Defendant. ) | Case No.: 2:25-cv-4<br>Judge Thomas Kleeh |

### AGREED PROTECTIVE ORDER

By signing this Protective Order, the parties have agreed to be bound by its terms and to request its entry by Court. It is hereby ORDERED as follows:

1.  If a party or an attorney for a party has a good faith belief that Records subject to disclosure pursuant to a discovery or other request, are confidential and should not be disclosed other than in connection with this action and pursuant to this Agreed Protective Order, the party or attorney shall mark each such records with the word "CONFIDENTIAL."

2.  If a party discloses, but inadvertently fails to mark as "CONFIDENTIAL" Records that the party believes to be confidential, the party shall, as soon as the party learns of the party's failure to so mark the Records, designate the Records "CONFIDENTIAL" by informing, in writing, all other parties of said designation, and such designation shall have the same effect as if the party had marked the Record "CONFIDENTIAL."

3.  If a party or an attorney for a party disputes whether a Record should be marked "CONFIDENTIAL," the parties and/or attorney shall attempt to resolve the dispute between

16574230.2

themselves. If they are unsuccessful, the party or attorney challenging the "CONFIDENTIAL" designation shall do so by filing an appropriate motion.

4. No party or attorney or other person subject to this Agreed Protective Order shall distribute, transmit, or otherwise divulge any Record marked "CONFIDENTIAL" or the contents thereof, except in accordance with this Agreed Protective Order. The parties shall safeguard Records marked "CONFIDENTIAL" against accidental or inadvertent disclosure. Court personnel are not subject to this Agreed Protective Order while engaged in the performance of their official duties.

5. Any Record marked "CONFIDENTIAL," or the contents thereof, may be used by a party or a party's attorney, expert witness, consultant, insurer, or other person to whom disclosure is made pursuant to this Agreed Protective Order, only for the purposes of this litigation. Nothing contained in this Agreed Protective Order shall prevent the use of any Record marked "CONFIDENTIAL," or the contents thereof, in connection with any discovery deposition taken in this action however, deposition testimony and discovery responses involving Records marked "CONFIDENTIAL" shall also be subject to this Agreed Protective Order without additional designation required.

6. If a party or attorney wishes to disclose any document or other material which is marked **"CONFIDENTIAL,"** or the contents thereof, to any person actively engaged in working on this action (e.g., expert witness, paralegal, associate, consultant), the person making the disclosure shall inform the expert or other individual of this Protective Order and the requirement to maintain the **CONFIDENTIALITY** of the information, and upon conclusion of this litigation the recipient must either certify that the materials have been destroyed or return them to counsel.

16574230.2

7. Nothing contained in this Agreed Protective Order shall prevent the use of any Records marked "CONFIDENTIAL," or the contents thereof, in connection with the filing of any document with the Court or the use as an exhibit or as evidence at any hearing, trial, or other proceeding in this matter. If a party believes that a document marked "CONFIDENTIAL" and filed with the Court should be placed under seal, the party advocating that position shall ask the Court to place it under seal.

8. Nothing contained in this Agreed Protective Order shall in any manner restrict, limit or hinder the parties' attorneys from keeping and maintaining complete copies of the files generated in this civil action, including those documents marked "CONFIDENTIAL," in accordance with all file retention guidelines imposed by the Rules of Professional Conduct; internal office policies and procedures; and insurance requirements, regulations, and policies. IT IS SO ORDERED.

**IT IS FURTHER ORDERED,** that the Clerk of the Court shall provide an attested copy of this Order to all counsel of record.

ENTER:   June 30, 2025

*[signature: Tom S Kleeh]*

Thomas S. Kleeh,
Chief United States District Court Judge

ORDER PREPARED BY:

/s/*Michael J. Moore*
Michael J. Moore, Esq. (WV Bar #12009)
**STEPTOE & JOHNSON PLLC**
400 White Oaks Blvd
Bridgeport, WV 26330

*Counsel for Defendants*

3

16574230.2

APPROVED BY:

/s/ *Rodney A. Smith*
Rodney A. Smith
M. Alex Urban
ROD SMITH LAW PLLC
108 ½ Capitol St., Suite 300
Charleston, WV 25301


J. Gerard Stranch, IV
Michael C. Iadevaia
STRANCH, JENNINGS, & GARVEY, PLLC
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203


Samual J. Strauss
Raina C. Borrelli
Strauss Borrelli PLLC
908 N. Michigan Avenue, Suite 1610
Chicago, IL  60611


Lynn A. Toops
Ian Bensberg
Cohen and Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 43204

*Counsel for Plaintiffs and the Proposed Class*

16574230.2