## U.S. DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
## ELKINS DIVISION

JASON LOUGHRIE *et al.*
      Plaintiffs

v.

No. 2:25-cv-4
Judge Thomas S. Kleeh

CORE NATURAL RESOURCES INC.
      Defendant

---

### AFFIDAVIT OF JOSHUA CARR

---

**STATE OF WEST VIRGINIA;**
**COUNTY OF BARBOUR, TO WIT:**

Joshua Carr, being first duly sworn, deposes and says:

1. I am the Human Resources Manager for Wolf Run Mining, LLC ("Wolf Run"), which operates the Leer South Mining Complex ("Leer South") in Barbour County, West Virginia, and I have held that position since 2021.

2. I provide the following information based upon personal knowledge and business records kept in the regular course of business by Wolf Run, such records being identified herein or incorporated by reference into my affidavit.

3. Leer South is located at 21550 Barbour County HWY, Philippi, West Virginia.

**EXHIBIT 1**

4. Leer South is a non-union operation that is not covered by a collective bargaining agreement; thus, employees do not have rigid job classifications that are fixed by contract.

5. Leer South is comprised of an underground mine with administrative facilities and a preparation plant that is dedicated to processing coal from the mine.

6. Leer South operates under a common management team, specifically a general manager, and employees can and do perform varied and changing functional tasks within the complex. Leer South employees who work underground meet before their shifts at the mine office and take the mine portal located in the mine office to travel underground to perform their work assignments.

7. The mine offices and preparation plant of the Leer South Complex are located less than a mile apart on surface property wholly owned by Wolf Run; the administrative offices are located in the same building as the mine portal; the administrative office is staffed by managers and other employees who have daily oversight of and interaction with the employees at the mine and preparation plant. The Leer South Complex is comprised of approximately 209 acres of surface property, of which the mine offices and preparation plant occupy approximately 90 acres of surface property.

8. As of November 28, 2024, Leer South had 599 active employees, which is a number exclusive of any employees on worker's compensation or other types of leave.

9. As of November 28, 2024, on the Leer South complex, the mine had 545 active employees assigned to it, and the preparation plant had 54 active employees.

10. As of December 23, 2024, Leer South had 606 active employees, which is a number exclusive of any employees on worker's compensation or other types of leave.

11. As of December 23, 2024, on the Leer South complex, the mine had 548 employees assigned to it, and the preparation plant had 58 employees.

12. On January 13, 2025, the mine experienced a combustion-related activity that resulted in the evacuation of the mine and a temporary sealing of the mine.

13. Leer South management met with all three shifts of employees on January 16, 2025, to provide an update on the status of operations.

14. All the employees at Leer South were kept in pay status, with full benefits, through January 24, 2025.

15. Between January 13 and 24, 2025, Leer South employees were offered the opportunity to temporarily transfer to nearby mining operations

3

that were affiliated with Wolf Run while retaining employment status with Wolf Run and corresponding pay and benefits.

16. As a result of the offers of temporary reassignment, 83 employees (including 4 salaried employees) were assigned to the ICG Tygart Valley LLC complex, 21 hourly employees were assigned to the Harvey Mine in Pennsylvania, 8 hourly employees were assigned to ICG Beckley LLC, and 5 hourly employees were assigned to the Mingo Logan Coal LLC complex.

17. On January 27, 2025, 125 Leer South hourly employees were placed on "low earnings" with Work Force West Virginia, while maintaining employment status and full benefits.

18. The balance of the Leer South workforce, 357 employees, continued working at Leer South.

19. On or prior to February 20, 2025, the Leer South employees, including those on temporary reassignment or low earnings, were told not to report to work on February 21, 2025, and to await further communication.

20. On February 21, 2025, by oral communications, all 614, including those on leave, of the Leer South employees were told either to report to work on Monday, February 24, 2025, at Leer South or that their employment was being terminated in a reduction in force.

21. Of the 606 employees actively employed at Leer South on December 21, 2024, 161 employees (fewer than 33%) were advised on February 21, 2025, that their employment was being terminated in a reduction in force due to an ongoing downturn in metallurgical coal markets globally.

22. Of the 161 employees who were separated from employment at the Leer South mine on February 21, 2025, 156 employees worked at the mine offices or underground, and 5 employees were assigned to work at the preparation plant.

23. On February 21, 2025, 3 other individuals were separated from employment for reasons unrelated to the layoff. Brandon Skidmore and Joseph Casey accepted employment elsewhere and had given notice of their respective resignations. Kyle Haney resigned from employment due to personal issues. These 3 employees were deemed terminated within the Wolf Run system effective February 21, 2025.

24. Immediately prior to February 21, 2025, the Leer South employees subject to the reduction in force had either been on low earnings, temporarily working at other operations, or working at Leer South.

25. Leer South continued operating after January 16, 2025, was operating on February 24, 2025, and continues operating as of the date of this affidavit, which operations include the mine office and portal location along with the preparation plant.

26. Plaintiff Caleb Malcomb was placed on "low earnings," effective January 25, 2025, but remained an employee of Wolf Run with full benefits; his employment was terminated on February 21, 2025, in a reduction in force.

27. Plaintiff Jason Loughrie was temporarily assigned to the ICG Tygart Valley LLC mine in January 2025, but remained an employee of Wolf Run for all purposes; his employment was terminated on February 21, 2025, in a reduction in force.

28. Attachment A is a spreadsheet that shows the active workforce of Leer South as of November 28, 2024.

29. Attachment B is a spreadsheet that shows the active workforce of Leer South as of December 23, 2024.

30. Attachment C is payroll data for the mine from November 10, 2024, through February 24, 2025, demonstrating conclusively that at no point from November of 2024 through February of 2025 did Wolf Run reduce its employee count by 33% or more.

31. Attachment D is comprised of a compilation of "low earnings" reports for employees who received assistance from Work Force West Virginia while remaining employed by Wolf Run from January 25, 2025 through February 21, 2025.

AND FURTHER THE AFFIANT SAYETH NAUGHT.

_____
Joshua Carr

The undersigned appeared before me and subscribed his signature in my presence on this 29th day of July, 2025.

_____   Notary Public

MICHELLE MOUSER
Notary Public Official Seal
State of West Virginia
My Comm. Expires Aug 3, 2025
3679 Mountaineer Rd. Philippi WV 26416

7