**CONFIDENTIAL**

| Employee ID | Last Name | First Name | Pay Group at time of Term | Employee Type | Time Type | Original Hire Date | Hire Date | Termination Date | Location | Org Code | Cost Center | Termination Category | Termination Reason | Job Title | Business Title | Worker's Manager | Manager ID | Effective Date of Termination |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 304198 | Backman | Arthur | SEN Hourly | Regular | Full time | 8/28/2023 | 8/28/2023 | 11/15/2024 | Sentinel | 730 | 5733 Leer South Complex Central Facilities | Terminate Employee > Involuntary | Terminate Employee > Involuntary > Violation of Company Policy or Safety Rules | Warehouse UG | Warehouse UG | Thomas Hill | 204648 | 11/15/2024 |
| 303806 | Baumgardner | Kalob | SEN Hourly | Regular | Full time | 11/28/2022 | 11/28/2022 | 12/28/2024 | Sentinel | 730 | 2081 Leer South | Terminate Employee > Involuntary | Terminate Employee > Involuntary > Death | Shuttle Car Operator UG | Shuttle Car Operator UG | John Paul Vance | 300369 | 12/28/2024 |
| 214001 | Grubb | Michael | SEN Salaried | Regular | Full time | 10/17/2011 | 10/17/2011 | 2/18/2025 | Sentinel | 730 | 2081 Leer South | Terminate Employee > Voluntary | Terminate Employee > Voluntary > Other Employment | Shift Supervisor | Assistant Shift Supervisor | Zachary T Leggett | 211925 | 2/18/2025 |
| 214199 | Grubb | Michael | SEN Hourly | Regular | Full time | 2/13/2012 | 2/13/2012 | 11/13/2024 | Sentinel | 730 | 2081 Leer South | Terminate Employee > Involuntary | Terminate Employee > Involuntary > Violation of Company Policy or Safety Rules | Electrician 1 UG | Electrician 1 UG | Lanny Maynard | 206961 | 11/13/2024 |
| 302871 | Gump | Andrew | SEN Hourly | Regular | Full time | 6/28/2021 | 6/28/2021 | 11/15/2024 | Sentinel | 730 | 5733 Leer South Complex Central Facilities | Terminate Employee > Involuntary | Terminate Employee > Involuntary > Violation of Company Policy or Safety Rules | Hoist Operator Certified UG | Hoist Operator Certified UG | Thomas Hill | 204648 | 11/15/2024 |
| 301202 | Harris | Jason | SEN Hourly | Regular | Full time | 3/13/2017 | 2/5/2024 | 12/5/2024 | Sentinel | 730 | 2081 Leer South | Terminate Employee > Voluntary | Terminate Employee > Voluntary > Job Abandonment | Electrician 1 UG | Electrician 1 UG | Lanny Maynard | 206961 | 12/5/2024 |
| 304693 | Judy | Zachary | SEN Hourly | Regular | Full time | 11/18/2024 | 11/18/2024 | 12/3/2024 | Sentinel | 730 | 2081 Leer South | Terminate Employee > Voluntary | Terminate Employee > Voluntary > Dissatisfied with Job | Red Hat UG | Red Hat UG | John Paul Vance | 300369 | 12/3/2024 |
| 211821 | Keener | Frankie | SEN Hourly | Regular | Full time | 8/17/2009 | 8/17/2009 | 1/31/2025 | Sentinel | 730 | 2081 Leer South | Terminate Employee > Voluntary | Terminate Employee > Voluntary > Retirement | Shuttle Car Operator UG | Shuttle Car Operator UG | Zachary T Leggett | 211925 | 1/31/2025 |
| 303486 | Kettlewell | Michael | SEN Hourly | Regular | Full time | 5/23/2022 | 5/23/2022 | 11/15/2024 | Sentinel | 730 | 5733 Leer South Complex Central Facilities | Terminate Employee > Involuntary | Terminate Employee > Involuntary > Violation of Company Policy or Safety Rules | Warehouse UG | Warehouse UG | Thomas Hill | 204648 | 11/15/2024 |
| 301944 | Michael | Steven | SEN Hourly | Regular | Full time | 11/26/2018 | 11/26/2018 | 11/15/2024 | Sentinel | 730 | 5733 Leer South Complex Central Facilities | Terminate Employee > Involuntary | Terminate Employee > Involuntary > Violation of Company Policy or Safety Rules | Hoist Operator Certified UG | Hoist Operator Certified UG | Thomas Hill | 204648 | 11/15/2024 |
| 302754 | Mullins | David | SEN Salaried | Regular | Full time | 3/1/2021 | 3/1/2021 | 1/21/2025 | Sentinel | 730 | 2081 Leer South | Terminate Employee > Involuntary | Terminate Employee > Involuntary > Violation of Company Policy or Safety Rules | Production Supervisor | Longwall Production Supervisor | Joshua Alan Gordon | 209950 | 1/21/2025 |
| 304172 | Murray | Samuel | SEN Hourly | Regular | Full time | 8/7/2023 | 8/7/2023 | 11/11/2024 | Sentinel | 730 | 2081 Leer South | Terminate Employee > Involuntary | Terminate Employee > Involuntary > Failed Substance Abuse Screen or Under influence on job | Longwall Operator | Longwall Operator | Joshua Alan Gordon | 209950 | 11/11/2024 |
| 214431 | O'Brien | Troy | SEN Salaried | Regular | Full time | 6/4/2012 | 8/19/2019 | 11/15/2024 | Sentinel | 730 | 5733 Leer South Complex Central Facilities | Terminate Employee > Involuntary | Terminate Employee > Involuntary > Violation of Company Policy or Safety Rules | Production Supervisor | Production Supervisor | Thomas Hill | 204648 | 11/15/2024 |
| 304527 | Palmaffy | Laurel | SEN Hourly | Intern | Part time | 5/13/2024 | 1/7/2025 | 1/22/2025 | Sentinel | 730 | 4733 Leer South Complex Administration | Terminate Employee > Voluntary | Terminate Employee > Voluntary > Return to School | Intern Engineering - Hourly 2 UG | Intern Engineering - Hourly 2 UG | Jared S Forman | 211309 | 1/22/2025 |
| 304615 | Parsons | Haley | SEN Salaried | Intern | Part time | 7/8/2024 | 7/8/2024 | 11/1/2024 | Sentinel | 730 | 4733 Leer South Complex Administration | Terminate Employee > Involuntary | Terminate Employee > Involuntary > Temporary Assignment Ends | Intern - Admin | Intern - Admin | Angela Michelle Mouser | 214419 | 11/1/2024 |
| 302990 | Ramsey | Andrew | SEN Hourly | Regular | Full time | 9/7/2021 | 9/7/2021 | 11/15/2024 | Sentinel | 730 | 5733 Leer South Complex Central Facilities | Terminate Employee > Involuntary | Terminate Employee > Involuntary > Violation of Company Policy or Safety Rules | Warehouse UG | Warehouse UG | Thomas Hill | 204648 | 11/15/2024 |
| 301892 | Roy | Jeffrey | SEN Hourly | Regular | Full time | 9/11/2018 | 2/12/2024 | 12/30/2024 | Sentinel | 730 | 6733 Leer South Complex Preparation Plant | Terminate Employee > Voluntary | Terminate Employee > Voluntary > Other Employment | Operator 7 Plant | Operator 7 Plant | Mark H. James | 148316 | 12/30/2024 |
| 304409 | Simmons | Scott | SEN Hourly | Regular | Full time | 2/5/2024 | 2/5/2024 | 11/9/2024 | Sentinel | 730 | 2081 Leer South | Terminate Employee > Voluntary | Terminate Employee > Voluntary > Other Employment | Shuttle Car Operator UG | Shuttle Car Operator UG | John Paul Vance | 300369 | 11/9/2024 |
| 302319 | Sipe | Gregory | SEN Hourly | Regular | Full time | 8/5/2019 | 8/5/2019 | 1/31/2025 | Sentinel | 730 | 6733 Leer South Complex Preparation Plant | Terminate Employee > Voluntary | Terminate Employee > Voluntary > Retirement | Operator 7 Plant | Operator 7 Plant | Mark H. James | 148316 | 1/31/2025 |
| 213034 | Warnick | Jeffrey | SEN Salaried | Regular | Full time | 11/26/2007 | 11/26/2007 | 11/1/2024 | Sentinel | 730 | 2081 Leer South | Terminate Employee > Voluntary | Terminate Employee > Voluntary > Retirement | Construction Supervisor II | Construction Supervisor II | John Paul Vance | 300369 | 11/1/2024 |
| 304529 | Watters | Brooke | SEN Hourly | Intern | Part time | 5/13/2024 | 12/23/2024 | 1/22/2025 | Sentinel | 730 | 2081 Leer South | Terminate Employee > Voluntary | Terminate Employee > Voluntary > Return to School | Intern Engineering - Hourly 2 UG | Intern Engineering - Hourly 2 UG | Jared S Forman | 211309 | 1/22/2025 |

**EXHIBIT 4**