IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | | |
|---|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>CORE NATURAL RESOURCES, INC.<br><br>Defendant. | ) | Case No.: 2:25-cv-4<br>Judge Thomas Kleeh |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

For the reasons stated in the accompanying Memorandum of Law and exhibits, Plaintiffs Jason Loughrie and Caleb Malcomb ("Plaintiffs"), on behalf of themselves and all others similarly situated, hereby move the Court for an order in furtherance of their claims under the Worker Adjustment Retraining and Notification ("WARN") Act, 29 U.S.C. § 2101 et seq., (a) certifying a class, pursuant to Rule 23(b) of the Federal Rules of Civil Procedure, comprising:

> All employees of Defendant who were terminated pursuant to a mass layoff or plant closing (as those terms are defined in the WARN ACT) within 90 days of January 14, 2025,

(b) appointing J. Gerard Stranch, IV and Michael C. Tackeff of Stranch, Jennings & Garvey PLLC; Lynn A. Toops and Ian R. Bensberg of Cohen & Malad, LLP; Raina C. Borrelli and Samuel J. Strauss of Strauss Borrelli LLP; and Rodney A. Smith and M. Alex Urban of Rod Smith Law PLLC as Class Counsel, (c) appointing Plaintiffs as the Class Representatives, (d) approving the form and manner of Notice, and (e) granting such further relief as this Court may deem proper. Plaintiffs rely on their contemporaneously submitted memorandum in support, Exhibits 1-4 appended to this Motion, Declaration of Jason Loughrie, and Declaration of Caleb Malcomb.

*/s/ Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)
Michael Alexander Urban (WVSB # 13480)
Rod Smith Law PLLC
108 1/2 Capitol Street, Suite 300
Charleston, WV 25301
Telephone: 304-342-0550
Rod@LawWV.com
aurban@lawwv.com

J. Gerard Stranch, IV (TN BPR #23045)
Michael C. Tackeff (TN BPR #036953) **Pro Hac Vice forthcoming*
Stranch, Jennings & Garvey PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
Strauss Borrelli PLLC
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | | |
|---|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 2:25-cv-4<br>Judge Thomas Kleeh |
| CORE NATURAL RESOURCES, INC. | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing, Plaintiffs' Motion For Class Certification has been served via electronic mail, on this 5th day of September, 2025, on all counsel of record:

Bryan R. Cokeley
Steptoe & Johnson PLLC-Charleston
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588
bryan.cokeley@steptoe-johnson.com

Dallas F Kratzer , III
Steptoe & Johnson PLLC
41 South High Street, Suite 2200
Columbus, OH 43215
dallas.kratzer@steptoe-johnson.com

Michael J. Moore
Steptoe & Johnson PLLC - Bridgeport
400 White Oaks Blvd
Bridgeport, WV 26330
michael.moore@steptoe-johnson.com

*/s/ Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)
Michael Alexander Urban (WVSB # 13480)
Rod Smith Law PLLC
108 1/2 Capitol Street, Suite 300
Charleston, WV 25301
Telephone: 304-342-0550
Rod@LawWV.com
aurban@lawwv.com

J. Gerard Stranch, IV (TN BPR #23045)
Michael C. Tackeff (TN BPR #036953) **Pro Hac Vice forthcoming*
Stranch, Jennings & Garvey PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
Strauss Borrelli PLLC
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*