STEPTOE & JOHNSON PLLC
ATTORNEYS AT LAW

41 South High Street, Suite 2200
Columbus, OH 43215
www.steptoe-johnson.com

Writer's Contact Information
dallas.kratzer@steptoe-johnson.com
614.458.9827

August 25, 2025

Hon. Thomas S. Kleeh
U.S. District Court
Northern District of West Virginia
500 West Pike St.
Clarksburg, WV 26301

**RE: *Loughrie v. Core Natural Res. Inc.***
**No. 2:25-cv-4 (N.D. W. Va.)**
**Affidavit Attachments**

Judge Kleeh —

On August 20, 2025, Core Natural Resources Inc. submitted its motion for summary judgment in this matter. Along with that motion, Core submitted the affidavit of Joshua Carr, which referenced four attachments. *See* ECF No. 28-1, PageID 166. We did not file the attachments largely because the motion did not rely on information from Attachments C and D *and* Attachment C spans more than 300 pages. The remaining attachments were filed as separate exhibits. *See* ECF No. 28-3 (Employee List (Dec. 23, 2024)), *and* ECF No. 28-5 (Employee List (Nov. 28, 2024)).

After discussing this matter with your staff, and in the interest of providing you with a complete record, we are enclosing a flash drive containing a copy of the affidavit and its attachments. We have also served the same on Plaintiffs' counsel and filed a certificate of service.

Very truly yours,

*Dallas F. Kratzer, III*

Dallas F. Kratzer, III

encl. (1)

cc: ALL COUNSEL OF RECORD



PLAINTIFF'S EXHIBIT 2