SJG

# STRANCH, JENNINGS & GARVEY PLLC

**The award-winning attorneys of Stranch, Jennings & Garvey, PLLC (SJ&G), have recovered more than $50 billion for clients, from high-profile cases to single plaintiffs who have suffered harm or unfair treatment.**

SJ&G's roots go back to 1952 when Cecil Branstetter founded Branstetter, Stranch & Jennings, PLLC (BS&J), his own law firm in Nashville. For more than seven decades, our attorneys have advocated for society's under-represented voices, consumer rights, labor unions and victims of discrimination, a legacy that continues today as we work to ensure access to justice for our clients.

## PRACTICE AREAS

- Appellate Practice
- Bank Fees
- Business Litigation
- Car Crashes
- Civil Litigation
- Civil Rights
- Class Action
- Complex Litigation
- Condemnation/Municipal Property Disputes
- Constitutional Law
- Consumer Protection
- Election Law
- Employment & Discrimination Law
- Environmental Law
- ERISA Trust Funds
- Labor Law
- Labor Unions
- Mass Tort
- Medical Malpractice
- Necrotizing Enterocolitis (NEC)
- Nursing Home Abuse & Neglect
- Opioid Litigation
- Personal Injury
- Privacy Litigation
- Product Liability
- Trucking Wrecks
- Wage & Hour Disputes
- Worker Adjustment & Retraining Notification

## REPRESENTATIVE CASES

**SJ&G attorneys have represented plaintiffs in a substantial number of complex cases both in state and federal courts throughout the nation:**

- as lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;
- personally appointed to the steering committee of the In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;
- the executive committee In re: Dahl v. Bain Capital Partners (anti-trust), resulting in a $590.5 million settlement;
- appointed mediator by the circuit court in the case of the City of St. Louis v. National Football League and the Los Angeles Rams, having successfully negotiated a $790 million settlement for the plaintiffs;
- lead plaintiff in Sherwood v. Microsoft, which set the standard for indirect antitrust actions in Tennessee and ultimately resolved for a value of $64 million;
- litigated Qwest Savings and Investment Plan ERISA litigation, resulting in a $57.5 million total payout to class members;
- plaintiff's co-counsel in the Paxil litigation of Orrick v. GlaxoSmithKline;
- represented a class of consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement. Montanez v. Gerber Childrenswear, LLC (M.D. Cal.); and
- represented multiple Taft-Hartley Trust Funds as amici in a case setting Ninth Circuit precedent on liability of owners as ERISA fiduciaries for unpaid fringe benefit contributions.

**Nashville**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: 615.254.8801

**St. Louis**
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
Phone: 314.390.6750

**Las Vegas**
3100 W. Charleston Boulevard
Suite 208
Las Vegas, NV 89102
Phone: 725.235.9750

stranchlaw.com

PLAINTIFF'S EXHIBIT 3

SJG

# STRANCH, JENNINGS & GARVEY PLLC

**The award-winning attorneys of Stranch, Jennings & Garvey, PLLC (SJ&G), have recovered more than $50 billion for clients, from high-profile cases to single plaintiffs who have suffered harm or unfair treatment.**

SJ&G's roots go back to 1952 when Cecil Branstetter founded Branstetter, Stranch & Jennings, PLLC (BS&J), his own law firm in Nashville. For more than seven decades, our attorneys have advocated for society's under-represented voices, consumer rights, labor unions and victims of discrimination, a legacy that continues today as we work to ensure access to justice for our clients.

## PRACTICE AREAS

- Appellate Practice
- Bank Fees
- Business Litigation
- Car Crashes
- Civil Litigation
- Civil Rights
- Class Action
- Complex Litigation
- Condemnation/Municipal Property Disputes
- Constitutional Law
- Consumer Protection
- Election Law
- Employment & Discrimination Law
- Environmental Law
- ERISA Trust Funds
- Labor Law
- Labor Unions
- Mass Tort
- Medical Malpractice
- Necrotizing Enterocolitis (NEC)
- Nursing Home Abuse & Neglect
- Opioid Litigation
- Personal Injury
- Privacy Litigation
- Product Liability
- Trucking Wrecks
- Wage & Hour Disputes
- Worker Adjustment & Retraining Notification

## REPRESENTATIVE CASES

**SJ&G attorneys have represented plaintiffs in a substantial number of complex cases both in state and federal courts throughout the nation:**

- as lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;
- personally appointed to the steering committee of the In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;
- the executive committee In re: Dahl v. Bain Capital Partners (anti-trust), resulting in a $590.5 million settlement;
- appointed mediator by the circuit court in the case of the City of St. Louis v. National Football League and the Los Angeles Rams, having successfully negotiated a $790 million settlement for the plaintiffs;
- lead plaintiff in Sherwood v. Microsoft, which set the standard for indirect antitrust actions in Tennessee and ultimately resolved for a value of $64 million;
- litigated Qwest Savings and Investment Plan ERISA litigation, resulting in a $57.5 million total payout to class members;
- plaintiff's co-counsel in the Paxil litigation of Orrick v. GlaxoSmithKline;
- represented a class of consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement. Montanez v. Gerber Childrenswear, LLC (M.D. Cal.); and
- represented multiple Taft-Hartley Trust Funds as amici in a case setting Ninth Circuit precedent on liability of owners as ERISA fiduciaries for unpaid fringe benefit contributions.

**Nashville**

The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: 615.254.8801

**St. Louis**

Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
Phone: 314.390.6750

**Las Vegas**

3100 W. Charleston Boulevard
Suite 208
Las Vegas, NV 89102
Phone: 725.235.9750

stranchlaw.com

# J. Gerard Stranch IV

FOUNDING AND MANAGING MEMBER




## PHONE
615.254.8801

## EMAIL
gstranch@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


**Gerard Stranch is the managing member at Stranch, Jennings & Garvey, PLLC (SJ&G). A third-generation trial lawyer, he leads the firm's class action and mass tort practice groups. His additional areas of practice include bank fees, privacy litigation, wage and hour disputes, worker adjustment and retraining notification, personal injury and trucking wrecks.**

Mr. Stranch has served as lead or co-lead counsel for the firm in numerous cases, including:

- lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;
- personally appointed to the steering committee of the In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;
- the executive committee In re: Dahl v. Bain Capital Partners (anti-trust), resulting in a $590.5 million settlement;
- personally appointed to the steering committee In re: New England Compounding Pharmacy, Inc., resulting in more than $230 million in settlements; and
- appointed as co-lead counsel In re: Alpha Corp. Securities litigation, resulting in a $161 million recovery for the class.

A 2000 graduate of Emory University, Mr. Stranch received his J.D. in 2003 from Vanderbilt University Law School, where he teaches as an adjunct professor about the practice of civil litigation. He led the opioid litigation team in the Sullivan Baby Doe suit, for which the team won the 2022 Tennessee Trial Lawyer of the Year award. Mr. Stranch has been listed as one of the Top 40 Under 40 by the National Trial Lawyers Association and as a Mid-South Rising Star by Super Lawyers magazine.

## PRACTICE AREAS

- Bank Fees
- Car Crashes
- Class Action
- Labor Unions
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Opioid Litigation
- Personal Injury
- Privacy Litigation
- Product Liability
- Trucking Wrecks
- Wage & Hour Disputes
- Worker Adjustment & Retraining Notification

## EDUCATION

- Vanderbilt University Law School (J.D., 2003)
- Emory University (B.A., 2000)

## BAR ADMISSIONS

- Tennessee
- U.S. District Court Western District of Tennessee
- U.S. District Court Middle District of Tennessee
- U.S. District Court Eastern District of Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. 8th Circuit Court of Appeals
- U.S. 9th Circuit Court of Appeals
- U.S. District Court District of Colorado

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- 2024 Steven J. Sharp Public Service Award (American Association for Justice)
- 2024 Leonard Weinglass in Defense of Civil Liberties Award (American Association for Justice)
- Super Lawyers Mid-South Rising Star
- Tennessee Trial Lawyer of the Year
- Top 40 Under 40, National Trial Lawyers Association

*Memberships*

- Public Justice
- Nashville Bar Association
- Tennessee Bar Association
- American Association for Justice
- Tennessee Association for Justice
- Lawyer's Coordinating Committee of the AFL-CIO
- General Counsel Tennessee AFL-CIO and Federal Appointment, Coordinator
- General Counsel Tennessee Democratic Party
- National Trial Lawyer
- Board of Directors, Cumberland River Compact
- Class Action Trial Lawyers Association, Board Member
- Tennessee Trial Lawyers Association

## PRESENTATIONS

- Mr. Stranch regularly speaks at conferences on issues ranging from in-depth reviews of specific cases to developments in the law, including in mass torts, class actions and voting rights.
- Mr. Stranch is one of the founding members of the Cambridge Forum on Plaintiff's Mass Tort Litigation and regularly presents at the forum.

## LANGUAGES

- English
- German

SJG STRANCH, JENNINGS & GARVEY PLLC



# James G. Stranch III

FOUNDING MEMBER

**Jim Stranch is the senior member in the complex litigation group, which he helped start on behalf of the firm. He has served as lead counsel in virtually every large complex and other class action in which the firm has served as lead plaintiff.**

Mr. Stranch and his wife, Judge Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals, were early pioneers of 401(k) ERISA litigation and jointly litigated numerous groundbreaking cases.

One of Mr. Stranch's first hard-earned victories came in 1979 when, along with firm founder Cecil Branstetter, he won a jury verdict in a case against Frosty Morn Meats in Montgomery County. The bankrupt company was found by a jury to have been grossly negligent in its mishandling of more than 500 employees' Christmas monies. The jury returned a nearly $473,000 judgment against the company's board of directors, and the case helped solidify the firm's reputation in Tennessee as one that fights for workers' interests.

In addition to having founded the firm's class action practice, Mr. Stranch also focuses on Labor and Employment Law, and brings more than four decades of experience in representing labor organizations and individual workers throughout Tennessee and the South. Mr. Stranch also has extensive expertise in matters arising under the National Labor Relations Act, ERISA, Title VII, and wage and hours laws such as the FLSA.

Mr. Stranch has spent his career contributing to its legacy of supporting labor unions, shareholders, small businesses and others. Mentored by the late Cecil Branstetter, Mr. Stranch also strives to mentor the firm's younger attorneys.


## PHONE
615.254.8801

## EMAIL
jstranch@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Class Action
- Complex Litigation
- Consumer Protection
- Employment & Discrimination Law
- ERISA Trust Funds
- Labor Law
- Personal Injury

## EDUCATION

- University of Tennessee College of Law (J.D., 1973)
- University of Tennessee (B.S., 1969)

## EXPERIENCE

- Tennessee consumer protection and antitrust action against Microsoft, which led to a $64 million recovery to the consumer class, including a $30 million cy pres to Tennessee schools.
- Qwest Savings and Investment Plan ERISA litigation, which resulted in a $57.5 million total payout to class members.
- Nortel Networks Corp. ERISA litigation, which was resolved with a $21.5 million settlement
- Securities litigation on behalf of the State of Tennessee Consolidated Retirement System against Worldcom, which led to a $7 million recovery.
- Shareholder derivative action involving Dollar General Corporation, which resulted in a $31.5 million recovery.
- ERISA/401(k) litigations on behalf of employees and pensioners of Qwest Communications, Inc. ($57.5 million total value recovery), Xcel Energy Inc. ($8.6 million recovery), Providian Financial, Inc. ($8.6 million) and Nortel, Inc. ($21.5 million recovery).

## BAR ADMISSIONS

- Tennessee
- U.S. District Court Middle District of Tennessee
- U.S. District Court Eastern District of Tennessee
- U.S. District Court Western District of Tennessee
- U.S. District Court, Colorado
- U.S. Tax Court
- U.S. Supreme Court
- U.S. 6th Circuit Court of Appeals
- U.S. 8th Circuit Court of Appeals
- U.S. 9th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- AV-Rated by Martindale Hubbell
- Best Lawyers in America – Labor and Employment Law
- Mid-South Super Lawyers Edition (2014)
- Super Lawyers (2007 – 2020)

*Memberships*

- Tennessee State Ethics Commission, Member and Former Chairman
- Tennessee Appellate Court Nominating Committee (Secretary, 1985 – 1991)
- AFL-CIO Lawyer's Coordinating Advisory Committee (1980 – present)
- Nashville Bar Association (1973 – present)
- Tennessee Bar Association (Chairman, Labor Law Section, 1991 – 1992; Member, 1973 – present)
- American Bar Association (1973 – present)
- American Association for Justice (1974 – present)
- Tennessee Association for Justice (1974 – present)
- Phi Delta Phi

## COMMUNITY INVOLVEMENT

- Chairman, Tennessee Bureau of Ethics
- Fellow, Nashville Bar Foundation
- Former Secretary, Tennessee Appellate Court Nominating Committee
- Former Member, AFL-CIO Lawyers Coordinating Advisory Committee
- Former Chairman, Tennessee Bar Association's Labor Law Section

SJG STRANCH, JENNINGS & GARVEY PLLC



# R. Jan Jennings

FOUNDING MEMBER

**In the initial years of his career, Jan Jennings represented labor organizations devoted to protecting the rights of employees. During the past 20 years, he has concentrated on providing services to health and pension funds that provide benefits to construction workers. He has also provided personal representation to political and labor leaders throughout the South.**

After obtaining an M.B.A. degree, Mr. Jennings worked in a series of managerial positions at General Electric Company, where he was responsible for union and employee relations. Upon graduation from law school, he practiced in Atlanta, Georgia, for a number of years before relocating his practice to Nashville. He joined the firm in 1977.

A native of Johnson City, Tennessee, Mr. Jennings earned his J.D. from the University of Tennessee College of Law, where he served as editor of the Tennessee Law Review. He received his B.S. and M.B.A. degrees from East Tennessee State University.


## PHONE
615.254.8801

## EMAIL
jjennings@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- ERISA Trust Funds
- Labor Unions

## EDUCATION

- University of Tennessee College of Law (J.D., 1974)
  - Editor, *Tennessee Law Review*
- East Tennessee State University, (M.B.A., 1966)
- East Tennessee State University (B.S., 1964)

## EXPERIENCE

Mr. Jennings provides ongoing representation to health and pension funds in connection with litigation concerning:

- Collection of employer delinquencies
- Denial of benefits
- Claims for subrogation/reimbursement to health funds from participants
- Breach of fiduciary duty claims
- Claims against service providers due to errors or omissions, prohibited transactions and breach of fiduciary liability
- Claims against hospitals, drug companies and other providers for excessive claims or costs
- Withdrawal liability
- Federal and state securities violations
- Consumer fraud

This representation of multiemployer funds involves the wide range of subjects encompassed by ERISA, Taft-Hartley, the IRC, HIPAA and PPACA.

## BAR ADMISSIONS

- Tennessee
- U.S. District Court Eastern District of Tennessee
- Georgia
- U.S. 5th Circuit Court of Appeals
- U.S. 6th Circuit Court of Appeals
- U.S. 11th Circuit Court of Appeals
- U.S. Court of Appeals Federal Circuit
- U.S. Supreme Court
- U.S. District Court Middle District of Tennessee
- U.S. District Court Western District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Best Lawyers in America – Labor and Employment Law (2004 – present)
- AV-Rated by Martindale Hubbell (1975 – present)

*Memberships*

- Tennessee Bar Association
- State Bar of Georgia

## COMMUNITY INVOLVEMENT

- Cecil D. Branstetter Scholarship Fund
- Laborers' Care Foundation

SJG
STRANCH, JENNINGS & GARVEY PLLC



# Hon. John (Jack) Garvey

FOUNDING MEMBER

**Judge (ret.) Garvey has been practicing law for 35 years in St. Louis. He began his career in private practice, then moved to the city's prosecuting attorney office, where he tried 23 cases to verdict. He was then elected to the St. Louis Board of Aldermen, where he served for four years while also practicing as a trial attorney before joining a trial law firm. While in private practice, he tried 50 cases to verdict.**

In 1998, Judge Garvey was appointed to the associate circuit court bench, where he served five years until he was elevated to a circuit court position and served for an additional 13 years. During his time on the bench, he presided over 200 jury trials, and served as the chief criminal judge, presiding juvenile court judge and assistant presiding judge, as well as the chief judge of the 22nd Judicial Circuit mass tort docket.

Following his return to private practice in 2015, Judge Garvey has been involved as plaintiff's co-counsel in the Paxil litigation of Orrick v. GlaxoSmithKline, St. Louis City Circuit #1322-CC00079; co-lead counsel in the opioids litigation of Jefferson County v. Williams, #20JE-CC00029; and local counsel in Roundup cases.

In addition to his litigation work, he has been appointed several times as a special master on discovery matters by St. Louis city and county courts. In addition, Judge Garvey was appointed mediator by the circuit court in the case of the City of St. Louis v. National Football League and the Los Angeles Rams, having successfully negotiated a $790 million settlement for the plaintiffs in 2022.

Judge Garvey obtained his B.A. in urban affairs in 1983 from St. Louis University, and earned his J.D. in 1986 from Rutgers University School of Law. He is an adjunct professor of law at Washington University School of Law and St. Louis University School of Law.

Judge Garvey resides in South St. Louis with his wife, Kathy, a retired registered nurse. They have four children who also live in St. Louis. He enjoys running, reading and grilling.

## PHONE
314.374.6306

## EMAIL
jgarvey@stranchlaw.com

## LOCATION
Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101

## PRACTICE AREAS

- Car Crashes
- Class Action
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Opioid Litigation
- Personal Injury
- Privacy Litigation
- Product Liability
- Trucking Wrecks

## EDUCATION

- Rutgers University School of Law (J.D., 1986)
- St. Louis University (B.A., 1983)
  - Captain of the School's Rugby Team (1980-1983)

## BAR ADMISSIONS

- Missouri
- U.S. District Court Eastern District of Missouri
- U.S. District Court Western District of Missouri
- U.S. District Court Southern District of Illinois

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Adjunct Faculty Member of the Year, St. Louis University Law School (2006)
- Person of the Year, Missouri Coalition Against Domestic Violence (2000)
- Pro Bono Legal Professional of the Year, St. Louis University Civil Justice Clinic (2007)
- Honored at the 2023 Missouri Lawyers Association for his role In re: National Prescription Opiate Litigation settlement, which won first place in the Top Settlements category

*Memberships*

- Bar Association of Metropolitan St. Louis

## COMMUNITY INVOLVEMENT

- Adjunct Professor of Law, Washington University Law School – Evidence and Trial Advocacy (2001 – 2015)
- Adjunct Professor of Law, St. Louis University – Trial Advocacy (2005 – 2015)
- President of the board of directors, St. Louis Public Library (2004 – 2008)
- Alderman, 14th Ward of the City of St. Louis (1991 – 1995)

## PRESENTATIONS

- "Evidence and Managing Trials," Judicial College of Missouri, August and October 2023
- "Trends in Mass Torts," HarrisMartin MDL Conference: The Current Mass Tort Landscape (March 2022)
- "Opioid Case Against the Pharmacies," HarrisMartin MDL Conference: Critical Developments in Mass Torts, MDLs, and Game-Changing Jurisprudence (May 2019)

SJG
STRANCH, JENNINGS & GARVEY PLLC



# Michael G. Stewart

FOUNDING MEMBER

**Mike Stewart is a member of the firm's complex litigation practice, representing citizens who have suffered injuries or lost money because of the actions of powerful interests. He has litigated cases that have recovered millions of dollars for defrauded investors, persons injured by defective products and consumers cheated by improper sales practices. He writes and speaks on a variety of legal and public interest topics.**

A former member of the Tennessee General Assembly, Mr. Stewart aggressively fought for citizens, at one point calling to attention the state's inadequate gun background check laws by offering an assault rifle for sale at a sidewalk lemonade stand.

Mr. Stewart was elected unanimously by his fellow Democratic members to serve as their Caucus Chairman during the 109th, 110th and 111th General Assemblies. During his tenure, Democrats regained seats held by Republicans in all three of Tennessee's Grand Divisions – West, Middle and East Tennessee.

Before attending law school, Mr. Stewart served as an officer in the United States Army, with service in the Korean Demilitarized Zone and in Operation Desert Storm.

Mr. Stewart and his wife, Ruth, have three children, Will, Joseph and Eve. Ruth is a physician and an Associate Dean at Meharry Medical College. They live in East Nashville.


## PHONE
615.254.8801

## EMAIL
mstewart@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Mass Torts
- Necrotizing Enterocolitis (NEC)

## EDUCATION

- University of Tennessee College of Law (J.D., *cum laude*, 1994)
  - Student Materials Editor, *Tennessee Law Review*
  - National Moot Court Team
  - Vinson & Elkins Award for Excellence in Moot Court Brief Writing
- University of Pennsylvania (B.A., 1987)

## EXPERIENCE

- Represented a class of shareholders in antitrust litigation against many of the nation's largest private equity firms in a suit alleging collusion on large buyout deals. Total settlements exceeded half-a-billion dollars. Dahl v. Bain Capital Partners (D. Mass).
- Represented a class of consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement. Montanez v. Gerber Childrenswear, LLC (M.D. Cal.).
- Represented a consumer seriously injured by emissions from a residential air cleaner, resulting in a significant settlement. Bearden v. Honeywell International, Inc. (M.D. Tenn.).
- Represented a class of shareholders alleging damages from inaccurate financial statements issued by a manufacturer of cellular phone cameras, resulting in a multi-million-dollar settlement. Omnivision Technologies, Inc. Litigation (N.D. Cal.).

## BAR ADMISSIONS

- Tennessee
- U.S. District Court Middle District of Tennessee
- U.S. District Court Western District of Tennessee
- U.S. 6th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Best Lawyers in America (2008)
- National Trial Lawyers, Top 100 (2019)
- U.S. Eighth Army Distinguished Leader Award

*Memberships*

- American Bar Association
- Tennessee Bar Association
- Nashville Bar Association
- American Association of Justice

## PRESENTATIONS & PUBLISHED WORKS

- Tennessee Bar Association Litigation Forum CLE – "Legislative Update"
- Nashville Bar Association CLE, "Deposition Ethics: Strategies for Taking and Defending Depositions Without Running Afoul of the Model Rules of Professional Conduct"
- "Paul Krugman Unwittingly Fulfills Fiscal Fantasies for Republicans," The Hill (Nov. 18, 2017)
- "Memo to Democratic Donors: the Path to Power Passes Through the States," The Hill (Dec. 22, 2016)

## COMMUNITY INVOLVEMENT

- Chairman, Tennessee House Democratic Caucus
- Campaign Treasurer, Mayor Bill Purcell
- Past Member, Metro Nashville Emergency Communications Board
- Past President, Lockeland Springs Neighborhood Association
- Member, East End United Methodist Church

SJG
STRANCH, JENNINGS & GARVEY PLLC



# R. Christopher Gilreath

MEMBER

**Christopher Gilreath co-leads the personal injury practice group at Stranch, Jennings & Garvey. He handles catastrophic injury and death cases, including trucking wrecks, medical malpractice, defective products and other serious injury situations. He has also represented individuals in select multi-jurisdiction cases.**

## PHONE
615.254.8801

## EMAIL
cgilreath@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

Mr. Gilreath has served as lead or co-counsel in numerous cases, including:

- *Knowles et al v. State of Tennessee.* Represented the family of John Snapp, killed during a collision with a tractor operated by the State of Tennessee, achieving a maximum verdict despite his advanced age;
- *Jordan Long v. Shelby Co.* Healthcare Corp. Served as co-counsel in a birth trauma medical malpractice case for a child suffering cerebral palsy during delivery, securing a verdict of $33.5 million;
- *Christopher Myles v. Franklin Limestone.* Represented an employee with catastrophic injuries, including paraplegia, after a mine cave-in, securing maximum compensation that included home conversion, vehicle alteration and lifetime medical care;
- *FedEx Ground Package System.* Represented employee delivery drivers across Tennessee misclassified as independent contractors, securing state-wide reclassification and compensation;
- *Jeannie Townsend et al v. Flowmaster et al.* Represented multiple families in catastrophic injury and death cases against event organizers when a drag race car sped into a crowd during an outdoor festival, forcing changes to how events are held;
- *Pantuso v. Wright Medical Technology.* Served as co-counsel for a victim of a defective hip implant from Utah in a lead case that established the law in Tennessee for choice of venue for Wright Medical titanium hip implant failures nationwide, leading to multi-state coordinated litigation that secured compensation for hundreds of injured victims;
- *Sarah Espinoza v. Lyft, Inc.* Served as co-counsel in a catastrophic injury case involving a young flight attendant injured during a Lyft ride, which included enhanced damages for increased risk of miscarriage during anticipated future pregnancies.

A 1994 graduate of Rhodes College, Mr. Gilreath worked on the U.S. Senate Budget Committee in Washington, D.C., before receiving his J.D. in 1997 from Cumberland School of Law, with an emphasis on jury litigation and multi-jurisdictional procedure. While at Rhodes, he earned the 1994 Algernon Sydney-Sullivan Award for outstanding contribution to the college. At Cumberland Law School, he earned the American Jurisprudence Award for Complex Litigation and served on the Cumberland Honor Court.

A second-generation trial lawyer, Mr. Gilreath grew up watching his father, Sidney Gilreath, represent injured victims in serious cases. In 2005, Mr. Gilreath was named managing attorney of the Memphis office of Gilreath & Associates, representing clients state-wide. He joined Stranch, Jennings & Garvey in early 2024.

In addition to his legal career, Mr. Gilreath is a longtime supporter of Tennessee's civil justice system. After serving as a Knox County Election Commissioner and helping oversee impartial voting systems, he has litigated numerous election dispute cases and regularly serves as counsel in election protection efforts in battleground states during presidential election cycles. He was elected Chair of the American Association for Justice New Lawyers' Division, served on the association's Board of Governors and Executive Committee, and continues to mentor young lawyers.

Mr. Gilreath lives in Memphis and enjoys live music, being active, cooking and traveling. He continues to help his two sons with school, career and sports activities and decisions, and mentors adults facing difficult life circumstances.

## PRACTICE AREAS

- Personal Injury
  - Car Crashes
  - Catastrophic Injury (link goes to Personal Injury)
  - Trucking Wrecks
- Product Liability
  - Defective Medical Products

## EDUCATION

- Cumberland School of Law, Samford University (J.D., 1997)
- Rhodes College (B.A., 1994)

## BAR ADMISSIONS

- Tennessee
- District of Columbia
- Arkansas
- U.S. District Court for the Eastern District of Tennessee
- U.S. District Court for the Middle District of Tennessee
- U.S. District Court for the Western District of Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. Supreme Court

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- AV Preeminent Rating and Ethical and Judicial Recognition by Martindale Hubbell
- Soaring Eagle Award, New Lawyers Division of the American Association of JusticeMemberships

*Memberships*

- Memphis Bar Association
- Tennessee Trial Lawyers Association, Board of Governors
- Southern Trial Lawyers Association
- American Association for Justice
  - Served as Chair of the New Lawyers Division (2005-2006)
  - Served as Chair of the Compliance Committee for the Board of Governors (2009-2011)
  - Served on the Executive, Public Education, Election and Budget Committees

## PRESENTATIONS AND PUBLISHED WORKS

- Southern Trial Lawyers Association, "Strategic Use of Collaborative Partnerships" (Feb. 10, 2015)
- Southern Trial Lawyers Association, "Party Crasher – Applying One State's Law in Another Venue" (February 2017)
- Tennessee Trial Lawyers Association, "Medical Device Cases – Screen Them Differently" (2019 Winter Magazine)
- Southern Trial Lawyers Association, "Handling Medical Device Cases" (October 2021)

SJG
STRANCH, JENNINGS & GARVEY PLLC



# Isaac Kimes

MEMBER

**Isaac Kimes is a trial lawyer who has devoted his career to representing individuals harmed by other parties, including corporations and government entities. Mr. Kimes co-leads the personal injury practice group at Stranch, Jennings & Garvey.**

**Before joining Stranch, Jennings & Garvey (previously Branstetter, Stranch & Jennings) in 2022, Mr. Kimes was an attorney with a regional personal injury firm, where he tried cases to jury verdict in state and federal court. Mr. Kimes has also served as an advisor in the Tennessee Senate. Prior to law school, he was an organizer with a non-profit organization focused on reforming criminal justice policy.**

Mr. Kimes obtained his B.S. in Justice Studies from Arizona State University in 2007. In 2008, he was honored as an outstanding alumnus for his work on criminal justice policy. A 2012 graduate of The University of Memphis Law School, Mr. Kimes served on The University of Memphis Law Review as Symposium Editor.

Mr. Kimes resides in the Nashville area with his family. In his free time, he enjoys grilling in his backyard and watching his beloved Tottenham Hotspur and Seattle Seahawks.


## PHONE
615.254.8801

## EMAIL
Ikimes@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Car Crashes
- Complex Litigation
- Mass Torts
- Medical Malpractice
- Nursing Home Abuse & Neglect
- Personal Injury
- Product Liability
- Trucking Wrecks

## EDUCATION

- The University of Memphis, Cecil C. Humphreys School of Law (J.D., 2012)
- Arizona State University (B.S., 2007)

## BAR ADMISSIONS

- Tennessee
- Missouri
- U.S. District Court Middle District of Tennessee

## EXPERIENCE

Representative Cases:

- Davidson County Circuit Court bench trial verdict of $205,274.24 following zero offers made prior to trial (January 2022)
- Davidson County Circuit Court jury trial verdict of $122,755.46 following a top pre-trial offer of $30,000 (May 2021)
- Davidson County General Sessions bench trial verdict in favor of dog sitting business that had been sued for negligence resulting in a dog's injury (March 2020)
- Tens of millions of dollars secured for his clients since 2012

## PROFESSIONAL HONORS & ACTIVITIES

*Honors*

- Mid-South Super Lawyers (2023, 2024, 2025)
- Tennessee Bar Association Leadership Law Class of 2023 graduate
- Mid-South Super Lawyers Rising Star (2021, 2022)

*Memberships*

- Tennessee Trial Lawyers Association, Elected Board of Governors (2025-2026)
- Attorneys Information Exchange Group
- Belmont University College of Law American Inn of Court, Barrister (2023-2024)
- Tennessee Bar Association
- American Bar Association
- Nashville Bar Association

## SEMINARS & PUBLISHED WORKS

*Published Works*

- Note, Unfettered Clawbacks – Why Section 304 of the Sarbanes-Oxley Act Requires a Personal Misconduct Standard, 42 U. MEM. L. REV. 797, cited in Lee A. Harris, Cases and Materials on Corporations and Other Business Entities: A Practical Approach 267 (2011)
- Bolder Advocacy Guides on Tennessee Campaign Finance, Tennessee Voter Registration, and Tennessee Lobbying Disclosure (June 2017)
- Tennessee Promise Needs Change, Clarksville Leaf Chronicle, by State Sen. Lee Harris and Isaac Kimes (April 13, 2016)

*Seminars*

- "Personal Injury and Economic Deterrence," Law and Economics, Western Kentucky University (March 2020, March 2022)
- "Citizen Lobbying," Vanderbilt University (March 2020)
- "Legislation in the Context of Mass Incarceration," Project MI (June 2017)
- "Legislation for Educators," Nashville Teacher Residency (April 2017)
- "Legislation for Healthcare Professionals," Health Policy Practicum course at The University of Memphis Law School (February 2017)

## COMMUNITY INVOLVEMENT

- Board of Advisors, YMCA Donelson-Hermitage (2024 - 2027 term)
- President, Shelby County Government Community Fund (appointed in 2023)
- Treasurer, Tennessee Voter Project PAC (2017 – present)
- Board Member, Inglewood Neighborhood Association, Nashville, (2016 – 2019)
- Volunteer Coach and Referee, East Nash Soccer, Nashville (2016 – 2018)
- Alumnus, Tennessee Bureau of Investigation Citizen's Academy (Class of 2017)
- Volunteer Coach, Stratford High School Girls Varsity Soccer, Nashville (2016)

SJG
STRANCH, JENNINGS & GARVEY PLLC



# Nathan R. Ring

OF COUNSEL

**Nate Ring oversees the firm's Las Vegas office. He concentrates his practice in the areas of labor, employment, ERISA and election law. He has represented working people and their unions across Nevada, Oregon and Washington.**

Mr. Ring serves as counsel to the Nevada State AFL-CIO, Southern Nevada Building Trades Unions, the Building and Construction Trades Council of Northern Nevada, and numerous local unions. He has also served as counsel for numerous union-affiliated political action committees. He represents clients in federal and state trial and appellate courts, before administrative agencies, in arbitrations and mediations, and in the negotiation of collective bargaining agreements.

Mr. Ring earned his B.A. in public affairs in 2007 from Wayne State University in Detroit, Michigan. During his undergraduate studies, he managed and worked on Democratic political campaigns and interned for United States Senator Debbie Stabenow. He graduated *cum laude* in 2010 from the University of Nevada, Las Vegas, William S. Boyd School of Law. During law school, he served as an elected officer of the Student Bar Association and as a law clerk for the UAW legal department. He was awarded the Dean's Graduation Award for Outstanding Achievement and Contribution to the Law School.

Following law school, Mr. Ring clerked for a Nevada District Court Judge, then began his practice of law in the representation of labor unions and employee benefit trust funds. In 2015, he received the Go-to Guy Award from the Nevada State AFL-CIO for advice and counsel provided to the state federation and its affiliates during the legislative session. He is a member of the AFL-CIO Union Lawyers Alliance, and was recognized as a Super Lawyers Rising Star in Labor and Employment Law from 2014 - 2020.

A native of Michigan, Mr. Ring resides in Las Vegas with his wife, Nevada Senate Majority Leader Nicole Cannizzaro and their sons, Case and Cole. When not practicing law, he enjoys spending time with his family, watching sports and playing an occasional round of golf.


## PHONE
725.235.9750

## EMAIL
nring@stranchlaw.com

## LOCATION
3100 W. Charleston Boulevard
Suite 208
Las Vegas, NV 89102


## PRACTICE AREAS

- Election Law
- Employment & Discrimination Law
- ERISA Trust Funds
- Labor Law
- Labor Unions
- Wage & Hour Disputes

## EDUCATION

- University of Nevada, Las Vegas, William S. Boyd School of Law (J.D., *cum laude*, 2010)
  - Competitor, Conrad Duberstein Bankruptcy Moot Court Competition
  - Secretary, Student Bar Association
- Wayne State University (B.A., Public Affairs, 2007)

## EXPERIENCE

- Lehman v. Nelson, 943 F.3d 891 (9th Cir. 2019): Represented a Taft-Hartley Pension Plan and argued before the Ninth Circuit in a matter of first impression under the Pension Protection Act of 2006.
- Glazing Health & Welfare Fund v. Lamek, 896 F.3d 908 (9th Cir. 2018): Represented multiple Taft-Hartley Trust Funds as amici in a case setting Ninth Circuit precedent on liability of owners as ERISA fiduciaries for unpaid fringe benefit contributions.
- Lehman v. Nelson, 862 F.3d 1203 (9th Cir. 2017): Represented a Taft-Hartley Pension Plan in a successful Ninth Circuit appeal of a district court decision concerning contribution reciprocity under the Pension Protection Act of 2006.
- International Brotherhood of Teamsters, Airline Division v. Allegiant Air, LLC, 788 F.3d 1080 (9th Cir. 2015): Represented an international labor union and argued before the Ninth Circuit in an appeal raising an issue of first impression concerning bargaining under the Railway Labor Act.
- W.G. Clark Construction Co. v. Pacific NW Regional Council of Carpenters, 322 P.3d 1207 (Wash. 2014): Represented a Taft-Hartley Trust Fund as amici in a case that overturned prior Washington Supreme Court precedent, which held that ERISA Trust Funds could not recover contributions through state-required contractor bonds.
- Operating Engineers Pension Trust v. Thornton Concrete Pumping, 806 F.Supp.2d 1135 (D. Nev. 2011): Successfully represented Taft-Hartley Trust Funds in obtaining a district court judgment against a general contractor for its subcontractor's unpaid fringe benefit contributions under Nevada Revised Statutes 608.150.

## BAR ADMISSIONS

- Nevada
- Washington
- Oregon
- U.S. 9th Circuit Court of Appeals
- U.S. District Court – District of Nevada
- U.S. District Court Western District of Washington
- U.S. District Court Eastern District of Washington
- U.S. District Court – District of Oregon

SJG
STRANCH, JENNINGS & GARVEY PLLC

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Labor Partner of the Year Award from the Southern Nevada Building Trades Unions (2022)
- Super Lawyers Rising Star, Employment and Labor Law (2014 – 2020)
- Go-to Guy Award, Nevada State AFL-CIO (awarded by the executive secretary-treasurer for representation of the labor movement during the 2015 Nevada Legislative Session)
- Young Lawyers Division Fellow, ABA Labor & Employment Law Section (2012)
- Dean's Graduation Award for Outstanding Achievement and Contribution to the Law School, William S. Boyd School of Law, UNLV (2010)

*Memberships*

- State Bar of Nevada
- Washington State Bar Association
- Oregon State Bar
- International Foundation of Employee Benefit Plans
- AFL-CIO Union Lawyers Alliance

## PRESENTATIONS

- "Strategize for Conscious Capital for Turbulent Times," Made in America Taft-Hartley Benefits Summit (2021)
- "LMRDA: An Overview," Southern Nevada Building Trade Unions Conference (2021)
- "Update on the Substance Abuse Epidemic and Controlling Behavioral Health Costs," Made in America Taft-Hartley Benefits Summit (2019)
- "Election Campaigns: Legal Overview," Nevada State AFL-CIO COPE Conference (2018)



# Marty Schubert

MEMBER

**Marty Schubert focuses his practice on the firm's class action litigation, and currently represents numerous consumers who were charged improper overdraft fees by their banks or credit unions. He also assists with matters relating to voting rights and ballot access, and previously served as the voter protection director for the Tennessee Democratic Party.**

Before joining Stranch, Jennings & Garvey, Mr. Schubert was a U.S. associate with Linklaters LLP in London, England, and an associate with Waller Lansden Dortch & Davis, LLP in Nashville. A native Chicagoan, he began his career as a middle school teacher in South Los Angeles. Before attending law school, he worked as a field organizer for the Obama campaign and as an Obama administration appointee at the U.S. Department of Education in Washington, D.C. Prior to beginning his legal practice, he served as a judicial intern with Chief U.S. District Judge Colleen McMahon of the U.S. District Court for the Southern District of New York.

Mr. Schubert is a 2013 graduate of Brooklyn Law School. He graduated *cum laude* from Georgetown University in 2006 and earned his M.A. in secondary education in 2008 from Loyola Marymount University.


## PHONE
615.254.8801

## EMAIL
mschubert@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS
- Bank Fees
- Class Action

## EDUCATION
- Brooklyn Law School (J.D., 2013)
  - Member, *Brooklyn Law Review*
- Loyola Marymount University (M.A., Secondary Education, 2008)
- Georgetown University (B.S., Foreign Service, *cum laude*, 2006)

## EXPERIENCE
- Prosecuted class action lawsuits in 40+ states – both in state and federal courts – on behalf of consumers against their financial institutions
- Obtained fee refunds in excess of $100+ million for more than one million consumers charged improper overdraft and non-sufficient funds fees by their banks and credit unions

## BAR ADMISSIONS
- Tennessee
- New York

## PROFESSIONAL HONORS & ACTIVITIES
*Memberships*
- Nashville Bar Association
- Tennessee Trial Lawyers Association (2019)

## PUBLISHED WORKS
- Note, When Vultures Attack: Balancing the Right to Immunity Against Reckless Sovereigns, 78 BROOK L. REV. (Spring 2013)

## LANGUAGES
- English
- Spanish

## COMMUNITY INVOLVEMENT
- Throughout his career, Mr. Schubert has been involved in local education issues by representing suspended or truant students in administrative proceedings and serving as a committee member of the Nashville Area Chamber of Commerce's Education Report Card.
- He is also a founding board member of The Ubunye Challenge, which raises funds for educational initiatives in southern Africa and the Caribbean through athletic endurance competitions.

SJG
STRANCH, JENNINGS & GARVEY
PLLC



# Karla M. Campbell

OF COUNSEL

**Karla Campbell is a dedicated advocate of employee rights, with a wide range of experience in civil litigation, appellate practice, labor, employment and ERISA. In addition to her general civil and appellate practice, Ms. Campbell is also active in providing labor and ERISA services to union-side and individual clients.**

Prior to joining the firm, Ms. Campbell was a litigation attorney in Washington, D.C. She was the first law clerk selected to serve with the Hon. Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals. In addition, she holds a certificate in Refugee and Humanitarian Emergencies, and proudly served as a Peace Corps Volunteer in Ecuador for three years.

Ms. Campbell is a 2002 graduate of the University of Virginia. She earned her J.D. degree in 2008 from Georgetown University Law Center, where she served as the article selection editor of the Georgetown Immigration Law Journal. She is a member of the American, Tennessee and Nashville Bar Associations; the board of directors of the AFL-CIO Lawyers Coordinating Committee; the American Constitution Society, Nashville Lawyers Chapter; and the Lawyers Association for Women, Marion Griffin Chapter.


## PHONE
615.254.8801

## EMAIL
kcampbell@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS
- Appellate Practice
- Civil Litigation
- Employment & Discrimination Law
- ERISA Trust Funds
- Labor Law
- Labor Unions

## EDUCATION
- Georgetown University Law Center (J.D., 2008)
  - Article Selection Editor, *Georgetown Immigration Law Journal*
- University of Virginia (B.A., *highest distinction*, 2002)

## CLERKSHIP
- Hon. Jane B. Stranch of the U.S. 6th Circuit Court of Appeals

## BAR ADMISSIONS
- Tennessee
- Ohio

## EXPERIENCE
Representative Cases:
- Successfully argued for claimants' direct access to the courts in certain ERISA cases, an issue of first impression in the U.S. 6th Circuit Court of Appeals, in Hitchcock v. Cumberland University.
- Negotiated the first community benefits agreement in Tennessee around the Nashville Major League Soccer stadium on behalf of community groups (2018).
- Successfully argued that Google and Cognizant Technology Solutions U.S. Corp. jointly employ YouTube Music content operations workers. The NLRB Region 16 director ruled in March 2023 that Google LLC, whose parent company is Alphabet, has control over benefits, employee hours, supervision and direction of work. The Alphabet Workers Union filed a petition for a representation election in October 2022.

## PROFESSIONAL HONORS & ACTIVITIES
*Memberships*
- American Bar Association
- Nashville Bar Association
- Tennessee Bar Association
- Former board member, AFL-CIO Lawyers Coordinating Committee
- Former board member, American Constitution Society, Nashville Lawyers Chapter
- Former board member, Lawyers Association for Women, Marion Griffin Chapter

## PUBLISHED WORKS
- The Convergence of U.S. Immigration Policies: A Two-Factor Economic Model, 21 Geo. Immigr. L.J. 663, 2007

## LANGUAGES
- English
- Spanish

SJG
STRANCH, JENNINGS & GARVEY PLLC



# Elizabeth Fischer

ATTORNEY


## PHONE
615.254.8801

## EMAIL
efischer@stranchlaw.com

## LOCATION
The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


**Elizabeth Fischer officially joined Stranch, Jennings & Garvey (SJ&G) in 2024. She specializes in complex civil litigation, including class actions, consumer protection, and antitrust in both state and federal courts.**

Since 2009, Ms. Fischer has worked on numerous SJ&G (previously Branstetter, Stranch & Jennings) cases as a contract attorney, with a focus on e-discovery for complex litigation on pharmaceutical antitrust, mass tort consumer protection and securities litigation.

Ms. Fischer has also maintained an independent practice in elder and estate law, serving clients in Pennsylvania and New Jersey, where she prepared wills, administered estates and oversaw guardianships.

A 2004 graduate of Vassar College, Ms. Fischer earned her J.D. in 2008 from Rutgers Law School in Camden, New Jersey. She lives with her husband in Philadelphia, Pennsylvania, and enjoys traveling, trivia (she was a *Jeopardy!* champion in 2017), and organizing a 1,300-plus-member book club and social group.

A Nashville native and graduate of the University School of Nashville, she enjoys seeing her hometown become a vibrant cultural destination.

## PRACTICE AREAS

- Business Litigation
- Antitrust
- Class Action
- Civil Litigation
- Complex Litigation
- Consumer Protection
- Mass Torts

## EDUCATION

- Rutgers Law School — Camden (J.D., 2008)
  - First Year Honors, Dean's List 2L and 3L
  - Association for Public Interest Law Grant Recipient (2007)
  - Internship, Defender Association of Philadelphia, Pennsylvania
  - Children's Justice Clinic (Camden, New Jersey)
  - Pro Bono Publico Award (2008)
- Vassar College (B.A., 2004)

## BAR ADMISSIONS

- New Jersey (2008)
- Pennsylvania (2008)
- Tennessee (2009)

## EXPERIENCE

Representative Cases

- In re: TelexFree Securities Litigation
- In re: Rock 'n Play Sleeper Marketing, Sales Practices, and Products Liability
- In re: National Prescription Opiate Litigation; Staubus v. Purdue Pharma et al.
- In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation
- In re: Skelaxin (Metaxalone) Antitrust Litigation
- In re: Dahl v. Bain Capital Partners et al.
- In re: Wellbutrin XL Antitrust Litigation

## COMMUNITY INVOLVEMENT

- District Representative and Executive Board Member, Central Roxborough Civic Association, Philadelphia, PA (2014-2016)
- Committeeperson, Philadelphia Democratic Committee, 21st Ward, Philadelphia, PA (2014-2018)
- Trustee, Manayunk Neighborhood Council, Philadelphia, PA (2016-2018)
- Recording Secretary & Executive Board Member, Central Roxborough Civic Association, Philadelphia, PA (2016-2020)

## PRESENTATIONS, SEMINARS AND PUBLISHED WORKS

- "Disasters, Families, and the Law," Acknowledgement, 28 Women's Rights Law Reporter 35 (2007).

## LANGUAGES

- English
- French

SJG STRANCH, JENNINGS & GARVEY PLLC




## PHONE

314.390.6750

## EMAIL

cgarvey@stranchlaw.com

## LOCATION

Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101


# Colleen Garvey

ATTORNEY

**St. Louis native Colleen Garvey joined Stranch, Jennings & Garvey in 2022. Ms. Garvey previously worked at a top insurance defense firm in St. Louis, where she primarily practiced in premises liability, personal injury and catastrophic loss claims. She brings a unique perspective and desire to strongly advocate for those who have experienced injustice or harm.**

Ms. Garvey earned her J.D. in 2020 from Saint Louis University School of Law. While attending law school, she worked as a law clerk at a plaintiff's firm for two years; served as a teaching fellow mentor for first-year law students; clerked for Judge Colleen Dolan on the Missouri Court of Appeals in the Eastern District; and, by invitation, served as a member of the prominent Theodore McMillian American Inn of Court. She also practiced as a Rule 13 certified law student for Saint Louis University's Criminal Law Clinic, representing indigent clients in criminal matters before state and federal judges.

Ms. Garvey graduated *magna cum laude* in 2016 from Rockhurst University in Kansas City, Missouri, with a B.A. in Psychology and a B.A. in English, and competed as a collegiate scholar athlete on the Rockhurst women's golf team.

Ms. Garvey resides in the City of St. Louis with her pet axolotl, Jerry. In her free time, she enjoys traveling and playing pickleball with her friends and family.

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Personal Injury
- Privacy Litigation

## EDUCATION

- Saint Louis University School of Law (J.D., 2020)
- Rockhurst University (B.A., *magna cum laude*, 2016)

## CLERKSHIP

- Hon. Colleen Dolan on the Missouri Court of Appeals in the Eastern District

## BAR ADMISSIONS

- Missouri
- Illinois
- U.S. District Court for the Eastern District of Missouri

## EXPERIENCE

*Representative Case*

- In re: Gill v. Abbott Laboratories, No. 2322-CC01251 (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S.

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- 2023 Missouri & Kansas Super Lawyers® Class Action/Mass Torts Rising Stars
- 2023 National Trial Lawyers Civil Plaintiff Top 40 Under 40 Trial Lawyers in the state of Missouri

## COMMUNITY INVOLVEMENT

- Missouri State Public Defender System's Coalition for the Right to Counsel Program (*pro bono* representative, 2020 – present)

SJG

STRANCH, JENNINGS & GARVEY
PLLC



# Sam Gladney

ATTORNEY

**St. Louis native Sam Gladney joined Stranch, Jennings & Garvey (SJ&G) in 2023. He concentrates his practice on labor law, employee benefits, nonprofit formation and compliance, and regulatory affairs. Mr. Gladney chose law as his profession because of his passion for public service and desire to help clients successfully navigate difficult circumstances.**

Mr. Gladney earned his J.D. in 2016 from the University of Missouri – Kansas City School of Law. He is a graduate of the United States Military Academy at West Point, where he received a bachelor's degree in applied science. Following his graduation, he served in the U.S. Army for eight years, with two deployments in support of Operation Iraqi Freedom. During those deployments, he managed micro-grants to support Iraqi businesses southeast of Baghdad and led a platoon in Mosul. He was awarded the Bronze Star after his second deployment.

Mr. Gladney serves as the vice chair of the Bi-State Development Agency Board of Directors. He also serves on the Places for People Board of Directors. He previously served as chair of the Employee Benefits Section for the Bar Association of Metropolitan St. Louis.


## PHONE

314-669-0976

## EMAIL

sgladney@stranchlaw.com

## LOCATION

Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101


## PRACTICE AREAS

- Labor Law
  - Employee Benefits
- Nonprofit Formation & Compliance
- Regulatory Affairs

## EDUCATION

- University of Missouri – Kansas City School of Law (J.D., 2016)
- United States Military Academy at West Point (Bachelor of Applied Science, 2007)

## BAR ADMISSIONS

- Missouri

## EXPERIENCE

- Practiced before the National Labor Relations Board and Federal District Courts in both Missouri and Kansas.
- Served as counsel for numerous employee benefit funds during mergers.
- Successfully arbitrated on behalf of newspaper carriers for substantial backpay from their parent organization for contractual violations.
- Successfully litigated a ballot access case that led to the removal of an unqualified candidate from the ballot.

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Up & Coming Lawyers — Missouri Lawyers Media (2023)
- Bronze Star, U.S. Army

*Memberships*

- The Missouri Bar

## COMMUNITY INVOLVEMENT

- Appointed by Gov. Mike Parson (Missouri) in 2020 as the vice chair of the Bi-State Development Agency Board of Directors
- Serves on the Places for People Board of Directors
- Served as the president of the West Point Society of Greater St. Louis from 2016-2020
- Member of the AFL-CIO Lawyers Coordinating Committee
- Mentor for transitioning service members with American Corporate Partners

SJG

STRANCH, JENNINGS & GARVEY PLLC



## PHONE
314.390.6750

## EMAIL
kmallinak@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

# Kyle C. Mallinak

ATTORNEY

**Kyle Mallinak is an experienced litigator in the areas of complex civil litigation, business litigation and administrative law.**

Before joining Stranch, Jennings & Garvey (previously Branstetter, Stranch & Jennings) in 2022, he spent four years as an assistant attorney general in Colorado and Tennessee, where he litigated disciplinary proceedings against healthcare professionals and oversaw investigations against unlicensed healthcare facilities. He previously served as a judicial clerk for the Hon. Robert E. Payne in the U.S. District Court for the Eastern District of Virginia and for the Hon. Eugene E. Siler in the U.S. 6th Circuit Court of Appeals.

Mr. Mallinak is a native of Kingsport, Tennessee. He obtained his B.A. in international studies from the University of South Carolina in 2010, where he was named a McNair Scholar. He earned his J.D. from the University of Virginia School of Law in 2013, where he received a Dean's Scholarship and served as an editor for the Virginia Law Review. While at Virginia, he received an award from the National Association of Women Lawyers for his work in securing the constitutional rights of female military service members.

Mr. Mallinak lives in Nashville with his wife and two black cats. In his free time, he studies the political views and writings of the Founding Fathers.

## PRACTICE AREAS

- Bank Fees
- Business Litigation
- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Rights

## EDUCATION

- University of Virginia School of Law (J.D., 2013)
  - Editor, *Virginia Law Review*
  - Dean's Scholarship
  - Order of the Coif
  - Outstanding Student Award, National Association of Women Lawyers
- University of South Carolina (B.A., 2010)
  - Graduate of the South Carolina Honors College
  - McNair Scholar

## CLERKSHIP

- Hon. Robert E. Payne of the U.S. District Court for the Eastern District of Virginia
- Hon. Eugene E. Siler of the U.S. 6th Circuit Court of Appeals

## BAR ADMISSIONS

- Missouri
- Illinois
- U.S. District Court for the Eastern District of Missouri

SJG
STRANCH, JENNINGS & GARVEY
PLLC




**PHONE**

615.254.8801

**EMAIL**

jmaples@stranchlaw.com

**LOCATION**

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


# Janna Maples

ATTORNEY

**Janna Maples joined Stranch, Jennings, & Garvey in 2017 and has spent the majority of her time with the firm working on complex product liability cases. During litigation, she focuses on corporate discovery, case strategy, questioning of witnesses, expert witnesses and trial strategy.**

Ms. Maples previously worked on the firm's opioid litigation, and her work was integral to plaintiffs obtaining a default judgment against Endo Pharmaceuticals for discovery misconduct and uncovering Endo's years of discovery malfeasance throughout the country. In 2022, Ms. Maples and the members of the opioid team were awarded the Outstanding Trial Lawyer of the Year Award from the Tennessee Trial Lawyers Association for their work on opioid litigation on behalf of cities and counties in Northeast Tennessee.

Ms. Maples is currently actively litigating cases against infant formula manufacturers Abbott and Mead Johnson concerning the use of their products for premature infants, which increases the risk of the deadly disease necrotizing enterocolitis (NEC). In 2024, her work as a member of the trial team helped secure the first jury verdict in an NEC case against Abbott Laboratories.

Ms. Maples earned a Juris Doctorate from Vanderbilt University Law School, where she served as Chief Justice of the Moot Court Board and was awarded the Scholastic Excellence Award in Environmental Law. She earned her undergraduate degree in English and Political Science from Auburn University.

## PRACTICE AREAS

- Class Action
- Mass Torts
- Personal Injury
- Product Liability
- Necrotizing Enterocolitis (NEC)
- Opioid Litigation

## EDUCATION

- Vanderbilt University Law School (J.D., 2013)
  - Chief Justice of the Moot Court Board
  - Scholastic Excellence Award in Environmental Law
- Auburn University (B.A., 2010)

## EXPERIENCE

- In re: Gill v. Abbott Laboratories, No. 2322-CC01251 (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S.
- Staubus v. Purdue Pharma, Inc. et al. (Sullivan County, Tennessee)
- In re: Loestrin 24 FE Antitrust Litigation (D.R.I.)

## BAR ADMISSIONS

- Tennessee
- U.S. District Court for the Middle District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Super Lawyers MidSouth Rising Star
- Tennessee Trial Lawyer of the Year (2022)

*Memberships*

- Tennessee Bar Association
- Nashville Bar Association
- American Association of Justice

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

Ms. Maples regularly speaks at conferences on issues in litigation, discovery, mass torts and class actions.

SJG
STRANCH, JENNINGS & GARVEY PLLC



# Nathan Martin

ATTORNEY

**Nathan Martin concentrates his practice in class actions and civil litigation, with a focus on contract law. A Nashville native, he earned his J.D. in 2021 from the Nashville School of Law, and his B.A. in 2000 from the University of Tennessee. Prior to joining the firm, he worked for many years in the valet parking services industry, where he first managed the private events division, then the valet services division for medical centers and large accounts in the Middle Tennessee area.**

As an attorney, Mr. Martin continues the legal tradition first established by his father, a criminal defense attorney, and models his practice after his father's longtime efforts to protect the rights of his clients and ensure fair treatment under the law.

Away from the office, he resides with his wife and daughter, and enjoys hiking, biking, camping and travel.

## PHONE

615.254.8801

## EMAIL

nmartin@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Bank Fees
- Civil Litigation
- Class Action

## EDUCATION

- Nashville School of Law (J.D. 2021)
- University of Tennessee (B.A., sociology with focus in criminal justice, 2000)

## BAR ADMISSIONS

- Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- Tennessee Bar Association (2021)
- Nashville Bar Association (2022)

SJG

STRANCH, JENNINGS & GARVEY PLLC



# Andrew E. Mize

ATTORNEY


## PHONE
615.254.8801

## EMAIL
amize@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


**Andrew Mize joined Stranch, Jennings & Garvey (previously Branstetter, Stranch & Jennings) in 2021 and concentrates his practice in areas of complex civil litigation, including class actions, labor law and administrative law.**

Mr. Mize has more than a decade of experience in the fields of personal injury litigation, education law and special education law, in civil rights law, including 42 U.S.C. § 1983, and in misdemeanor and felony criminal defense. Mr. Mize has represented clients in state and federal court at the trial and appellate levels, with a singular focus on obtaining the best results for clients. Prior to joining the firm, he was a partner at Gordon & Mize, LLP, in Louisville, Kentucky.

Mr. Mize graduated *cum laude* from the University of Louisville, Louis D. Brandeis School of Law in 2011, where he was a member of the University of Louisville Law Review. During law school, he was a member of Phi Alpha Delta Law Fraternity and the National Lawyers Guild, and spent his summers interning with the Kentucky Department of Public Advocacy. He earned a Bachelor of Arts from Centre College in 2008, with double majors in government and history, and double minors in international studies and political economy. While in college, he was a member of Beta Theta Pi.

Mr. Mize lives in Louisville, Kentucky, with his wife, who is an accountant. His interests include history, shooting sports, art, the outdoors and travel.

## PRACTICE AREAS

- Civil Rights
- Class Action
- Complex Litigation
- Consumer Protection
- Medical Malpractice
- Privacy Litigation
- Data Breach
- Personal Injury

## EDUCATION

- Louis D. Brandeis School of Law, University of Louisville (J.D., *cum laude*, 2011)
- Centre College, B.A. (2008)
- Culver Military Academy (2004)

## BAR ADMISSIONS

- Kentucky
- U.S. District Court for the Western District of Kentucky
- U.S. 6th Circuit Court of Appeals

## EXPERIENCE

Representative cases:

- Obtained reversal of District Court grant of summary judgment to defendant school board and employees in case involving disability discrimination of a child from the U.S. Court of Appeals for the Sixth Circuit, *Clemons v. Shelby Cty. Bd. of Educ.*, 19-5846, 818 Fed.Appx. 453 (6th Cir. 2020)
- Favorable resolution of medical malpractice action involving plaintiff injured during gynecological surgery, resulting in significant damages
- Highly favorable resolutions in numerous cases involving minor students injured at school due to negligence supervision, including bullying and discrimination

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- Kentucky Bar Association

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

- *When Lady Justice Sought Her Sight: Judicial Selection in Kentucky in Light of Recent Trends and Carey v. Wolnitzek*, 50 U. LOU. L. REV. 383 (2011).



# Emily E. Schiller

ATTORNEY

**Before joining Stranch, Jennings & Garvey, Emily Schiller served as a federal clerk for the Hon. Rebecca Grady Jennings in the Western District of Kentucky. Prior to her two-year clerkship, she worked with her lawyer-father, where she assisted with women's civil rights litigation.**

Ms. Schiller graduated from Tennessee Technological University in 2016 with two STEM degrees and a minor in history. Her first degree is in chemistry with a concentration in biochemistry, and her second is in biology with a concentration in health sciences. She earned her J.D. degree in 2021 from Washington University in St. Louis, where she served as the online content editor for the *Washington University Law Review*.

## PHONE

615.903.4041

## EMAIL

eschiller@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Business Litigation
  - Intellectual Property
- Civil Rights
- Class Action
- Privacy Litigation

## EDUCATION

- Washington University in St. Louis School of Law (J.D., 2021)
  - Online Content Editor, *Washington University Law Review*
  - Scholar in Law Scholarship Award
  - Washington Scholarship Award
  - Dean's Scholar Award
  - Dean's Leadership Award
- Tennessee Technological University (Dual Degrees: B.S. in Chemistry, *summa cum laude, in cursu honorum* | B.S. in Biology, *summa cum laude, in cursu honorum*, 2016)
  - Captain William Lafayette Anderson Scholarship
  - Joseph B. Hix Memorial Scholarship
  - Winchester History Scholarship
  - Minor in History

## BAR ADMISSIONS

- Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Membership*

- Tennessee Bar Association

## COMMUNITY INVOLVEMENT

- tnAchieves Mentor
- Washington University in St. Louis School of Law Pro Bono Pledge Award
- STEM Outreach events
- Senior citizen technology outreach

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

*Presentations*

- "Law School and Judicial Clerking: An Overview," Tennessee Technological University (2023)
- "Investigation of the Shape of Atrope Isomers using Dipolar Couplings," Poster session presented at the 251st American Chemical Society National Meeting & Exposition, San Diego, California (2016)
- "The Organic Molecule Synthesis for Use in the Investigation of Atrope Isomer Shapes," Poster session presented at 2015 SERMACS – SWRM, ACS Regional Meeting, Memphis, Tennessee (2015)
- "Differences in Proton NMR Spectra of Methane and Ethane in Varying Solution," Poster session presented at the 249th ACS National Meeting & Exposition, Denver, Colorado (2015)

*Published Works*

- Donald Walker, Emily E. Schiller et al., *Methodological Considerations for Detection of Terrestrial Small-Body Salamander eDNA and Implications for Biodiversity Conservation*, Molecular Ecology Resources, Nov. 2017, at 1223. doi: 10.1111/1755-0998.12667

SJG
STRANCH, JENNINGS & GARVEY
PLLC



# Miles M. Schiller

ATTORNEY

**Before joining Stranch, Jennings & Garvey in 2024, Miles Schiller served as a federal clerk for the Hon. Rebecca Grady Jennings in the Western District of Kentucky. Prior to his clerkship, he worked with his lawyer-father, where he assisted with women's civil rights litigation. He also worked with a prominent medical malpractice plaintiff's firm in Knoxville, Tennessee.**

Mr. Schiller graduated from Tennessee Technological University in 2019 with a STEM degree in Psychology and a minor in Biology. He earned his J.D. degree in 2023 from the University of Tennessee, where he served as a member of UT's National Moot Court team and was named the Outstanding Oral Advocate two years consecutively in the National Moot Court Region Seven Championship Round. For his oral advocacy and brief writing on the National Moot Court Team, Mr. Schiller was awarded the American College of Trial Lawyers Medal of Excellence twice, the Center for Advocacy Brief Writing Award twice, and the University of Tennessee College of Law's highest moot court award, the Susan Devitt Moot Court Award.

While in law school, Mr. Schiller received the CALI Award for Excellence for earning the highest grade in both his Trial Practice and Criminal Pretrial Litigation classes, and was inducted into the Order of Barristers honor society for demonstrating excellence in the preparation and presentation of moot appellate argument.

He also worked as a student attorney in the University of Tennessee Law Advocacy Clinic, where he represented low-income individuals in juvenile criminal proceedings and worked to restore disenfranchised voters' rights.

Mr. Schiller resides in the Nashville area with his family. In his personal time, he enjoys photography and rebuilding antique tractors.


## PHONE
615.254.8801

## EMAIL
mschiller@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Civil Rights
- Class Action
- Privacy Litigation
  - Cybersecurity Litigation

## EDUCATION

University of Tennessee College of Law (J.D., *cum laude*, 2023)

- University of Tennessee Law National Moot Court Team (2021-2022)
- CALI Award for Excellence in Trial Practice
- CALI Award for Excellence in Criminal Pretrial Litigation
- University of Tennessee Law Scholarship Award

Tennessee Technological University (B.S. in Psychology, *magna cum laude*, 2019)

- University Academic Service Scholarship
- Minor in Biology

## BAR ADMISSIONS

- Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Order of Barristers (2023)
- Susan Devitt Moot Court Award (2023)
- American College of Trial Lawyers Lewis F. Powell Jr. Medal of Excellence (2022, 2023)
- University of Tennessee College of Law's Center for Advocacy Brief Writing Award (2022, 2023)
- Outstanding Oral Advocate, National Moot Court Region 7 Championship (2021, 2022)
- Best Oralist, Ray H. Jenkins Trial Competition Championship (2021)

*Membership*

- Tennessee Bar Association

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

*Presentations*

- Schiller, M.M., & Kazanas, S.A. (2019, November). *Social Anxiety and False Memory: New Insights for the Mood Induction Literature.* Poster presented at the 60th Psychonomic Society Annual Meeting, Quebec, Canada.
- Hazleton, S.G., Reeder, A.M., Schiller, M.M., Treece, C.A., Bethke, L.M., Bullion, M.T., & Kazanas, S.A. (2019, May) *Addressing Psychology's Replication Crisis in the Classroom: Students' Quantitative and Qualitative Changes across the Semester.* Poster presented at the 31st Annual Convention of the Association for Psychological Science, Washington, D.C.

*Published Works*

- Schiller, M.M., & Kazanas S.A. (2019) Selective Attending. In: *Shackelford T., Weekes-Shackelford V. (eds) Encyclopedia of Evolutionary Psychological Science.* Springer, Cham.

STRANCH, JENNINGS & GARVEY PLLC



# K. Grace Stranch

ATTORNEY

**Grace Stranch joined Stranch, Jennings & Garvey (previously Branstetter, Stranch & Jennings) in 2014, and focuses her practice on class actions and labor and employment litigation, particularly union representation. Her legal work also includes consumer protection, election law, civil rights and personal injury.**

She has been honored by the Tennessee Supreme Court as an Attorney for Justice for her commitment to pro bono work. In addition, the Tennessee Bar Association (TBA) has spotlighted her achievements as a young attorney, and the Nashville Bar Association (NBA) selected her for participation in its 2020 Leadership Forum.

Ms. Stranch sits on the diversity committees of the TBA and NBA, serves as the legislative and lobbying co-chair for the Lawyers' Association for Women, and is the co-president of the American Constitution Society, a leading progressive legal organization. She has led and participated in legal observing of protests for the National Lawyers Guild, assisted in founding the Tennessee Trial Lawyers Association's Women's Caucus, and is a member of the AFL-CIO's Lawyers Coordinating Committee.

She is also involved with the Women for Tennessee's Future: Young Leaders and the Women's Political Collaborative. Ms. Stranch is active in numerous environmental causes, including the Middle Tennessee Sierra Club, the Environmental Defense Fund, United Mountain Defense, the Appalachian Public Interest Environmental Law Conference, and environmental coalitions across the region.

Ms. Stranch earned her J.D. in 2014 from the University of Tennessee College of Law, where she helped found the American Constitution Society and served as president of the Environmental Law Association. She is a 2010 graduate of Rhodes College, where she was selected for a year-long study of globalization through the International Honors Program.


## PHONE

615.254.8801

## EMAIL

graces@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Constitutional Law
- Employment & Discrimination Law
- Environmental Law
- Labor Law

## EDUCATION

- University of Tennessee College of Law (J.D., 2014)
  - American Constitution Society, Founder and President
  - Environmental Law Association, President
  - ENLACE, Event Coordinator
- Rhodes College (B.A., 2010)
  - International Honors Program

## BAR ADMISSIONS

- Tennessee

## EXPERIENCE

- Litigated on many notable large class actions, including Volkswagen, Anthem and opioid litigation
- Ongoing representation of unions in arbitration and before the National Labor Relations Board, campaign organization
- Regularly represents parties in discrimination, harassment and personal injury cases
- Routinely advises nonprofit and grassroots organizations on legal issues, including employment, environmental and civil disobedience laws
- Ongoing representation of political candidates and organizations concerning election protection and constitutional issues

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- ATHENA Young Professional Award Recipient (2020)
- New Leaders Council Fellow (2020)
- Nashville Bar Association, Leadership Forum Participant (2020)
- Tennessee Supreme Court, Attorney for Justice (2018, 2019)
- American Constitution Society's National Rookie Lawyer Chapter Chair of the Year (2018)
- Tennessee Supreme Court, Law Student for Justice (2014)

*Memberships*

- Tennessee Trial Lawyers Association (2018 – present)
- Nashville Bar Association (2014 – present)
- Tennessee Bar Association (2014 – present)
- American Constitution Society (2011 – present)
- National Lawyers Guild (2011 – present)

## COMMUNITY INVOLVEMENT

- Harpeth Conservancy
  - Chief Executive Officer (2023 – present)
  - Chief Operating Officer (2021 – 2023)
- Tennessee Trial Lawyers Association
  - *Women's Caucus, Co-Founder (2019 – present)*
  - *Board Member and Membership Committee (2018 – 2019)*
- Tennessee Bar Committee for Racial and Ethnic Diversity (2018 – present)
- AFL-CIO's Lawyers Coordinating Committee member (2018 – present)
- American Constitution Society
  - *Next Generation Leader (2014 – present)*
  - *President and Co-Founder, Knoxville Chapter, (2016 – 2017)*
  - *Co-President, Nashville Chapter, 2019 – present*
- Women's Political Collaborative, Community Outreach Chair (2017 – present)
- Appalachian Public Interest Environmental Law Conference (2011 – present)
- Middle Tennessee Sierra Club
  - *Chair (2016 – 2019)*
  - *Vice Chair (2019 – present)*
- Nashville Bar Association Diversity Committee (2015 – 2020)
- United Mountain Defense
  - *Member (2011 – 2013)*
  - *Vice President (2013 – 2020)*
- Environmental Defense Fund Tennessee Ambassador (2018 – 2020)
- Lawyer's Association for Women
  - *Health and Wellness Co-Chair (2016 – 2018)*
  - *Legislative and Lobbying Co-Chair (2018 – 2019)*
- Women for Tennessee's Future: Young Leaders, Co-Chair of events (2017 – 2019)
- Spanish translator with the University of Tennessee College of Law at Centro Hispano (2014)

## LANGUAGES

- English
- Spanish



# Ellen A. Thomas

ATTORNEY

**Ellen Thomas joined Stranch, Jennings & Garvey in 2023, and works throughout the firm's practice areas, including personal injury, mass torts and class action litigation.**

Before joining SJ&G, Ms. Thomas worked at several law clinics and prominent law firms in the St. Louis area. She was most recently employed as a premises liability litigation attorney at Morgan & Morgan.

While earning her law degree, Ms. Thomas clerked at the Simon Law Firm, where she gained experience in intellectual property litigation and multidistrict litigation. She then spent the first two years of her career as an attorney at a top insurance defense firm before transitioning back to the plaintiff side.

Ms. Thomas is a 2014 graduate from Saint Louis University. She received her J.D. from Saint Louis University School of Law in 2020, with a concentration in international and comparative law. While in law school, Ms. Thomas served as a research assistant, president of the International Law Students Association, and as a teaching fellow mentor for first-year law students.

When not in the office, Ellen enjoys hiking, camping and cooking.


## PHONE

314.390.6750

## EMAIL

ethomas@stranchlaw.com

## LOCATION

Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101


## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Personal Injury

## EDUCATION

- Saint Louis University School of Law (J.D., 2020)
- Saint Louis University (B.A., 2014)

## CLERKSHIP

- Simon Law Firm

## BAR ADMISSIONS

- Missouri
- Illinois
- U.S. District Court for the Eastern District of Missouri

SJG

STRANCH, JENNINGS & GARVEY PLLC



# Grayson Wells

ATTORNEY

**Grayson Wells joined Stranch, Jennings & Garvey in early 2024. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal court.**

Prior to joining the firm, Mr. Wells served as a litigation associate at the Nashville office of Bradley Arant Boult Cummings LLP. After earning his law degree from Indiana University Maurer School of Law in 2020, Mr. Wells served for two years as a law clerk to the Honorable Iain D. Johnston, U.S. District Judge for the Northern District of Illinois.

Before becoming a lawyer, Mr. Wells spent more than a decade as a network infrastructure engineer, both in the military and the private sector. In addition to his law degree, he received a master of science degree in cybersecurity risk management from Indiana University and a bachelor of science in computer science from Park University.


## PHONE

615.254.8801

## EMAIL

gwells@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Civil Litigation
- Class Action
- Privacy Litigation
  - Cybersecurity Litigation

## EDUCATION

- Indiana University Maurer School of Law (J.D., magna cum laude, 2020)
  - Executive Articles Editor, Indiana Law Journal
  - President and Founder, Cybersecurity and Privacy Law Association
  - Dean's Writing Fellow
  - Community Legal Clinic
- Indiana University (M.S. in Cybersecurity Risk Management, 2020)
- Park University (B.S. in Computer Science, summa cum laude, 2010)

## CLERKSHIPS

- Hon. Iain D. Johnston, U.S. District Court, Northern District to Illinois, Western Division

## BAR ADMISSIONS

- Missouri
- Tennessee
- U.S. District Court – District of Colorado
- U.S. District Court – Eastern District of Missouri
- U.S. District Court – Eastern District of Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. District Court – Eastern District of Wisconsin
- U.S. District Court – Western District of Wisconsin
- U.S. 6th Circuit Court of Appeals

## MEMBERSHIPS

- American Bar Association
- Tennessee Bar Association
- Nashville Bar Association

## PRESENTATIONS AND PUBLISHED WORKS

- "What's the Harm? Federalism, the Separation of Powers, and Standing in Data Breach Litigation," Comment, 96 Ind. L.J. 937, (Spring 2021)
- "Data Security, Professional Perspective – Complying with the FTC's Amended Safeguards Rule," Bloomberg Law (Robert Maddox, Erin Illman, Courtney Achee and Grayson Wells), (June 2023)

SJG

STRANCH, JENNINGS & GARVEY
PLLC

STRANCH, JENNINGS & GARVEY PLLC

# Appellate Practice

**When a trial results in an unfavorable ruling, the next step often involves taking the case to a higher court in an effort to overturn or modify that ruling. This right is an important safeguard built into the legal system, and these cases require skilled attorneys who understand the nuances of appellate practice.**

**Stranch, Jennings & Garvey attorneys have earned the trust of appellate courts, allowing our team to advocate for clients more effectively than trial lawyers. Our firm approaches appeal cases with in-depth knowledge of legal principles and procedures, which are supplemented by effective arguments to convince the appellate court that the lower court's decision was incorrect. This requires thorough research of legal precedent, forceful oral arguments and persuasive brief writing.**

**Our practice has a successful history of assisting clients whose cases merit appeal to a higher court. If you have experienced an unfavorable court decision, we invite you to contact us.**

ATTORNEYS IN THIS PRACTICE AREA



**Karla M. Campbell**



**Andrew E. Mize**

STRANCH, JENNINGS & GARVEY PLLC

# Bank Fees

**Some banks and credit unions routinely and improperly assess overdraft fees on customers' debit card transactions, even when those transactions do not overdraw customers' account balances, and charge multiple insufficient funds fees on single transactions. These deceptive practices result in significant and unforeseen costs for customers and violate state and federal fair business practice acts, as well as the terms of the account documents of these financial institutions. In addition to settling numerous overdraft fee disputes against banks and credit unions across the U.S., our firm has also obtained multi-million-dollar settlements against financial institutions for improper fee assessments.**

- **In re: Darty v. Scott Credit Union, No. 19L0798** (St. Clair County, Illinois, Circuit Court, July 13, 2022). Nearly $5.6 million class action settlement representing 94% of damages after contested certification of consumer classes alleging improper assessment of overdraft and NSF fees.
- **In re: Jones et al. v. Lake Michigan Credit Union, No. 20-000240-CK** (Washtenaw County, Michigan, Circuit Court, Oct. 12, 2022). $7.5 million class action settlement, including fee refunds and debt forgiveness, for consumers alleging assessment of improper bank fees class settlement.
- **In re: Stillgood Prods., LLC v. Wesbanco Bank, Inc., No. 4:21-cv-00018-SEB-DML** (S.D. Indiana, Dec. 16, 2022), ECF No. 58. $6.45 million class action settlement, including refunds of bank fees challenged by consumer classes and debt forgiveness.
- **In re: Perkins v. Vantage Credit Union, No. 21SL-CC03736** (St. Louis County, Missouri, Circuit Court, Aug. 25, 2023). Preliminary approval of nearly $6.1 million bank fee class settlement, including changes to future fee assessment practices.
- **In re: Lowe et al. v. NBT Bank, No. 3:19-cv-01400-MAD-ML** (N.D. New York, Sep. 30, 2022), ECF No. 104. $5.7 million bank fee class action settlement.

ATTORNEYS IN THIS PRACTICE AREA



**Kyle C. Mallinak**



**Nathan Martin**



**Marty Schubert**



**J. Gerard Stranch IV**

STRANCH, JENNINGS & GARVEY PLLC

# Business Litigation

**When legal disputes arise, they can threaten your company's operations and reputation. The goal of business litigation is to resolve these issues before they damage your bottom line. Business disputes can include issues related to employment matters, regulatory compliance, contracts and shareholder disputes.**

**At Stranch, Jennings & Garvey, we are well-versed in the complex challenges businesses face. Our team addresses business disputes with a multi-faceted process, beginning by thoroughly analyzing your case, legal standing and potential risks. We then develop a robust legal strategy designed to protect your interests and achieve positive results.**

**Our expertise in business litigation includes a variety of disputes, such as:**

## Antitrust and Competition Litigation

Antitrust laws, which are also referred to as competition laws, promote fair and open competition across different industries and markets. They also monitor monopolistic practices, price discrimination, price-fixing, merger plans and bid rigging. These laws protect consumers by challenging anti-competitive business practices.

## Contract Disputes

Our firm has a proven track record of success in contract litigation, successfully representing clients facing non-performance, breaches of contract or disputes over terms. We protect your interests by resolving contract disputes efficiently to minimize disruptions to your operations.

## Employment and Labor Disputes

We represent both employees and employers when workplace conflicts arise. We address issues such as discrimination, wrongful termination, wage disputes and labor law compliance.

## Intellectual Property Disputes

Protecting your intellectual property (IP) is essential for maintaining a competitive advantage. Our team is well-versed in all aspects of IP law, including licensing agreements, patents, copyrights, trade secrets and trademarks. Whether you are an established corporation, a startup or an individual, our knowledgeable attorneys can meet your needs.

## Real Estate Litigation

Our attorneys handle real estate disputes related to zoning issues, property ownership, construction contracts, commercial leases, landlord-tenant issues and property rights. Our efforts can help you protect your properties and investments.

## Shareholder and Partnership Disputes

When shareholder disputes, partnership conflicts or breaches of fiduciary duty occur, we assist in resolving issues efficiently to preserve the value and integrity of your business.

ATTORNEYS IN THIS PRACTICE AREA



**Kyle C. Mallinak**



**Emily Schiller**

SJG

STRANCH, JENNINGS & GARVEY
PLLC

# Car Crashes

**According to the National Highway Traffic Safety Administration, there were an estimated 6.1 million police-reported traffic crashes in 2021 (the last year for which data is available), a 16 percent increase over the 5.25 million crashes that occurred in 2020. Individuals injured in 2021 as a result of traffic crashes increased by 9.4 percent over the 2.28 million injuries in 2020.**

**Car crashes were the second-leading cause of preventable death in the U.S. in 2021 for individuals between the ages of 1 and 54, according to the Centers for Disease Control and Prevention (CDC). Nearly 43,000 fatalities occurred in 2021, a 10 percent increase over 2020's approximately 39,000 fatalities.**

**Victims of another driver's negligence have the right to seek compensation for injury or death. For decades, our firm has successfully represented individuals who seek to recover damages from car crashes caused by other drivers.**

- Davidson County Circuit Court (Nashville, Tennessee) jury trial verdict of $122,755.46 following a top pre-trial offer of $30,000 (May 2021) (Regina Enochs v. Michah Bradley, Davidson County Circuit Court, Docket No. 19C235). Isaac Kimes, Stranch, Jennings & Garvey member, was First Chair Trial Lawyer.
- Davidson County Circuit Court (Nashville) bench trial verdict of $205,274.24 following zero offers made prior to trial (January 2022). (Frieda Woolridge v. Mid-Cumberland Human Resource Agency et al., Davidson County Circuit Court, Docket No. 19C482). Member Isaac Kimes was First Chair Trial Lawyer.
- $300,000 policy limits settlement on auto-wreck case (April 2023).
- $500,000 policy limits settlement on auto-wreck case (July 2023).
- $450,000 settlement on contested liability auto v. pedestrian case (July 2023).
- $200,000 settlement on auto-wreck case (September 2023).
- $755,000 settlement on premises liability case (November 2023).
- $650,000 settlement on contested liability trucking case (December 2023).
- $195,000 on bus wreck case (July 2024).

## ATTORNEYS IN THIS PRACTICE AREA



**Hon. John (Jack) Garvey**



**Isaac Kimes**



**J. Gerard Stranch IV**

SJG

STRANCH, JENNINGS & GARVEY
PLLC

# Civil Litigation

**Civil litigation is a broad legal term that can involve a wide range of disputes between entities, businesses, corporations or individuals. These cases involve legal action taken by one party (the plaintiff) against another (the defendant) to resolve a conflict. Plaintiffs seek specific remedies for harm suffered, including financial compensation.**

**Civil litigation is different from criminal law, which involves the prosecution of individuals accused of breaking the law. It also differs from complex litigation, which involves intricate legal issues, multiple parties and multiple jurisdictions.**

**Disputes in civil litigation cases can include, but are not limited to:**

- **Anti-trust litigation**
- **Contract disputes**
- **Employment claims**
- **Family law matters**
- **Landlord/tenant disputes**
- **Medical malpractice**
- **Personal injury**
- **Product liability**
- **Property and real estate disputes**

**Civil litigation cases take a multistep legal process, beginning with the filing of a complaint by the plaintiff against the defendant. The next step is discovery when both parties share documents and evidence related to the case. Pre-trial negotiations follow, during which our attorneys work diligently to negotiate a favorable settlement before proceeding to trial.**

**If you are seeking justice in a civil litigation matter, we will fight for your rights and bring you the compensation you deserve.**

ATTORNEYS IN THIS PRACTICE AREA


Karla M. Campbell


Elizabeth Fischer


Colleen Garvey


Kyle C. Mallinak


Nathan Martin


Michael G. Stewart


K. Grace Stranch

STRANCH, JENNINGS & GARVEY PLLC

# Civil Rights

Stranch, Jennings & Garvey is passionate about safeguarding the principles of equality and justice enshrined in the Constitution of the United States. We have a long track record of successfully representing clients whose civil rights have been violated.

Civil rights cases involve a deep understanding of constitutional law, court procedures and civil liberties. These complex cases require thorough investigation and evidence-gathering, as well as strong advocacy in both negotiation and litigation.

The rights guaranteed to us by the nation's founding document and federal laws are the cornerstone of our democracy. Ensuring that everyone is treated equally and fairly under the law, regardless of their circumstances or backgrounds, these privileges include basic rights, fundamental liberties and protections, such as:

- Due process
- Equal protection
- Freedom of religion
- Freedom of the press
- Freedom of speech
- Protection against discrimination
- Protection from unreasonable search and seizure
- Voting rights

Your civil rights matter and our team is here to protect them. If you believe your civil rights have been violated, contact us today and take the first step toward securing the equality and justice you deserve.

ATTORNEYS IN THIS PRACTICE AREA



Andrew E. Mize

STRANCH, JENNINGS & GARVEY PLLC

# Class Action

**Our firm has a long record of success representing plaintiffs in a substantial number of class action and mass tort cases in state and federal courts throughout the U.S. These cases include some of the most complicated litigation the courts have seen against some of the largest multinational companies. Through these cases, we defend the rights of clients harmed by defective products, pharmaceuticals, industry negligence or illegal practices.**

**Our attorneys have served as class counsel and as lead, co-lead and liaison counsel in landmark cases and national class actions involving data breach, wage and hour violations, anti-competitive practices, illegal generic drug suppression and bid rigging, defective products and violations of the Telephone Consumer Protection act.**

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB** (N.D. California) (J. Breyer). Founding and Managing Member J. Gerard Stranch IV served on the plaintiffs' steering committee in a coordinated action consisting of nationwide cases of consumer and car dealerships. This action alleged that Volkswagen AG, Volkswagen Group of America and other defendants illegally installed so-called "defeat devices" in their vehicles, which allowed the cars to pass emissions testing but enabled them to emit nearly 40 times the allowable pollution during normal driving conditions. In October 2016, the court granted final approval to a settlement fund worth more than $10 billion to consumers with two-liter diesel engines, and in May 2017, the court granted final approval to a $1.2 billion settlement for consumers with three-liter diesel engines, and a $357 million settlement with co-defendant Bosch.
- **In re: Davidson v. Bridgestone/Firestone, Inc. and Ford Motor Co. No. 00-C2298** (Davidson Circuit, Tennessee) (Soloman/Brothers). The firm served as lead counsel in a nationwide class action against Bridgestone/Firestone, Inc. and Ford Motor Co. concerning defective tires. A settlement valued at $34.4 million was reached in conjunction with a companion case in Texas.
- **In re: Cox v. Shell Oil et al., Civ. No. 18844** (Weakley Chancery, Tennessee) (Judge Malon). The firm intervened in a consumer class action composed of all persons throughout the United States who owned or purchased defective polybutylene piping systems used in residential constructions or mobile homes. A global settlement was reached that was valued at $1 billion.
- **In re: Heilman et al. v. Perfection Corporation, et al., Civ. No. 99-0679-CD-W-6** (W.D. Missouri). The firm served on the executive committee in a nationwide consumer class action composed of all owners or purchasers of a defective hot water heater. A settlement was reached that provided 100% recovery of damages for a possible 14.2 million hot water heaters and any other property damages.
- **In re: Alpha Corp. Securities litigation.** Founding and Managing Member J. Gerard Stranch IV was appointed as co-lead counsel. The case resulted in a $161 million recovery for the class.

## ATTORNEYS IN THIS PRACTICE AREA


Elizabeth Fischer


Colleen Garvey


Hon. John (Jack) Garvey


Kyle C. Mallinak


Janna Maples


Nathan Martin


Andrew E. Mize


Emily E. Schiller


Miles M. Schiller


Marty Schubert


Michael G. Stewart


J. Gerard Stranch IV


James G. Stranch III


K. Grace Stranch


Grayson Wells

STRANCH, JENNINGS & GARVEY PLLC

# Complex Litigation

**Complex litigation cases demand expertise, precision and unwavering commitment to ensure clients' interests are protected. Our team at Stranch, Jennings & Garvey specializes in complex litigation and understands how to navigate the intricate labyrinth of complicated legal disputes.**

**Complex litigation can involve federal and state laws and multiple jurisdictions. The issues litigated in these cases are often elaborate, with extensive evidence, numerous parties and multifaceted legal arguments. Such cases can encompass a broad spectrum of legal matters that include but are not limited to:**

- **Antitrust and competition law**
- **Class action lawsuits**
- **Employment and labor disputes**
- **Environmental litigation**
- **Healthcare litigation**
- **Intellectual property disputes**
- **Product liability**
- **Securities fraud**

**Complex litigation cases progress through several stages, including investigation, discovery, motions, trial and potential appeals. Extensive legal research, a deep understanding of the law and expert testimony are often required. Our attorneys pride themselves on their ability to manage the complexities of these cases through thorough preparation, customized strategies and effective communication.**

**Stranch, Jennings & Garvey attorneys have successfully represented clients in numerous complex litigation cases across various industries and jurisdictions. Contact us today and let us put our expertise to work for you.**

## ATTORNEYS IN THIS PRACTICE AREA



**Elizabeth Fischer**



**Colleen Garvey**



**Isaac Kimes**



**Michael G. Stewart**



**James G. Stranch III**



**K. Grace Stranch**



**Ellen A. Thomas**

STRANCH, JENNINGS & GARVEY
PLLC

# Condemnation & Municipal Property Disputes

**Have you come into conflict with a municipality regarding the use or acquisition of your property for public purposes? If so, you need a skilled legal team on your side to protect your interests. Such conflicts can include zoning and land use regulations, as well as the construction of public infrastructure projects like parks, utilities and highways.**

**Condemnation and municipal property disputes may involve the following legal and procedural issues:**

- **Assessment of just compensation**
- **Eminent domain challenges**
- **Environmental impact assessments**
- **Procedural deadlines and requirements**
- **Property values**
- **Regulatory compliance**
- **Zoning and land use disputes**

**Our dedicated attorneys at Stranch, Jennings & Garvey guide clients through the complex web of condemnation and municipal property disputes through legal advocacy, strategic counsel and expert litigation. We provide guidance throughout the entire legal process, from notice of condemnation until the issue is resolved. We strive to secure favorable settlements and fair compensation.**

**Your property rights matter. Contact us today to ensure they remain protected.**

STRANCH, JENNINGS & GARVEY PLLC

# Constitutional Law

Constitutional Law focuses on applying and interpreting provisions of the United States Constitution. This area of law protects fundamental rights, limits government power, establishes the relationship between citizens and government, and establishes the framework of democracy.

It encompasses a wide range of challenges and legal issues, including:

- First Amendment Rights
- Second Amendment Rights
- Fourth Amendment Rights
- Fifth Amendment Rights
- Privacy Rights
- Due Process
- Equal Protection

Our team consists of expert litigators who have successfully argued cases at all levels of the judiciary. We are devoted to protecting the rights and liberties guaranteed by the Constitution. Key to our Constitutional Law work is comprehensive analysis and advice, allowing our clients to understand the complexities they face.

If you or your organization are facing a constitutional law issue, we can be your advocates in the pursuit of justice. Contact us today to schedule a consultation.

ATTORNEYS IN THIS PRACTICE AREA



K. Grace Stranch

SJG
STRANCH, JENNINGS & GARVEY
PLLC

# Consumer Protection

**The focus of Consumer Protection is to safeguard the rights and interests of consumers against unfair or fraudulent practices in the marketplace. Our attorneys at Stranch, Jennings & Garvey take pride in our client-centric approach and aggressive advocacy. In addition to our legal expertise, we empower our clients with knowledge about their rights and options, enabling them to make informed decisions.**

**Consumer Protection encompasses a wide range of issues, including:**

- **Advertising and marketing practices**
- **Bankruptcy**
- **Deceptive trade practices**
- **Faulty products**
- **Financial services, including predatory lending**
- **Foreclosure**
- **Inaccurate credit reporting**
- **Privacy and data protection**
- **Product safety**
- **Scams**
- **Securities fraud**
- **Warranties**

**Consumer Protection laws exist to deter businesses and corporations from pursuing unethical or dangerous practices. These laws help keep these entities honest and thus play an important role in a reliable marketplace. Violation of these laws hurts individual consumers and can also harm the overall economy.**

**As a consumer, you have rights that deserve to be protected. If you feel that you have been the victim of unsafe products, fraud, scams or deceptive practices, our attorneys are here to listen and provide the legal advice you need.**

ATTORNEYS IN THIS PRACTICE AREA



**Elizabeth Fischer**



**Kyle C. Mallinak**



**James G. Stranch III**

SJG

STRANCH, JENNINGS & GARVEY PLLC

# Election Law

**Elections are vital to our democracy. Election law ensures the integrity of elections, while safeguarding the rights of voters, candidates and political parties. It is a constantly changing legal field that focuses on the legal principles, regulations and rules governing the democratic process at the local, state and federal levels.**

**At Stranch, Jennings & Garvey, our experienced attorneys are committed to protecting the values that are the cornerstone of our society. We provide expert legal representation to organizations, political campaigns and individuals in a variety of ways, including:**

- **Ballot access**
- **Campaign compliance**
- **Campaign strategy**
- **Election disputes**
- **Legal education and advocacy**
- **Litigation support**
- **Redistricting and apportionment**
- **Voter eligibility**

**At a time when the electoral landscape is constantly changing, having seasoned Election Law attorneys by your side is crucial. The team at Stranch, Jennings & Garvey believes the power of democracy is in the hands of its citizens, and that a fair and transparent electoral process is crucial.**

**If you need assistance with campaign compliance, need an expert in election matters or believe your voting rights have been violated, we are here to advocate for your interests. Together, we can make a difference.**

ATTORNEYS IN THIS PRACTICE AREA



**Nathan R. Ring**



**Marty Schubert**

STRANCH, JENNINGS & GARVEY
PLLC

# Employment & Discrimination Law

**For decades, Stranch, Jennings & Garvey attorneys have delivered personalized legal solutions to individuals who have experienced discrimination in the workplace. We are proud to stand with our clients, protect their rights, and provide solutions that lead to justice and equality.**

**The purpose of employment and discrimination law is to ensure that all employees are treated equitably and fairly regardless of their beliefs, backgrounds or characteristics. This specialized area of legal practice focuses on protecting individual rights, and addresses harassment, unfair treatment and discrimination, which can occur in a variety of ways, including:**

- **Age**
- **Disability**
- **Gender**
- **National origin**
- **Race**
- **Religion**
- **Sexual orientation**

**Issues addressed by our attorneys in this practice area include:**

- **Bias hiring, promotion, compensation or job assignment**
- **Retaliation**
- **Wage and hour disputes**
- **Workplace harassment**
- **Wrongful termination**

**At Stranch, Jennings & Garvey, we are dedicated to protecting the rights of our clients through legal expertise, strong advocacy, education and empowerment. You don't have to face workplace discrimination alone. Our attorneys are ready to fight for your rights and compassionately guide you through the legal process.**

ATTORNEYS IN THIS PRACTICE AREA



**Karla M. Campbell**



**James G. Stranch III**



**K. Grace Stranch**



**Nathan R. Ring**

SJG

STRANCH, JENNINGS & GARVEY PLLC

# Environmental Law

**Environmental law is an ever-evolving field that encompasses a vast array of legal principles, statutes and regulations developed to address environmental concerns and safeguard the environment. At Stranch, Jennings & Garvey, we are dedicated to providing comprehensive legal solutions for our clients as they navigate the intricate web of environmental regulations and issues.**

**Environmental law addresses issues such as conservation, land use planning and pollution control. It also extends to matters involving air quality, climate change mitigation, hazardous waste management and water resources. Our attorneys have the expertise to guide you through this wide range of matters, including:**

**Climate Change Mitigation**

We help clients develop strategies for adapting to changing environmental conditions, reducing greenhouse gas emissions and staying ahead of evolving regulations.

**Environmental Due Diligence**

We assist clients with conducting due diligence to assess potential risks and liabilities in real estate acquisitions or mergers.

**Environmental Impact Assessments**

We provide our clients with impact assessments to discover the potential environmental consequences of proposed projects.

**Litigation and Dispute Resolution**

When environmental disputes arise, such as a contamination issue or regulatory enforcement matter, our attorneys will advocate for you in court and negotiate favorable settlements.

**Permitting and Licensing**

We offer guidance in navigating complex licensing and permitting processes. Our attorneys can help you secure the necessary licenses and permits to ensure your project is in compliance with environmental laws.

**Regulatory Compliance**

Remaining in compliance with federal, state and local environmental requirements is essential for individuals and businesses. Through analysis and guidance, our attorneys help ensure your project adheres to all regulations.

ATTORNEYS IN THIS PRACTICE AREA



**K. Grace Stranch**

SJG

STRANCH, JENNINGS & GARVEY PLLC

# ERISA Trust Funds

**Founding Member James G. (Jim) Stranch III and his wife, Judge Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals, were early pioneers of 401(k) ERISA (Employee Retirement Income Security Act) litigation.**

**Our attorneys have represented clients and served as lead and co-lead counsel in a wide range of ERISA matters, including Taft-Hartley health and welfare funds JATC apprenticeship funds, defined contribution funds and defined benefit pension funds. In addition, we advise ERISA plan fiduciaries on a variety of administration and compliance issues; establish employee benefit trusts and plans; handle administrative claims and appeals for LTD, STD and other benefits; assist with Department of Labor audits, interpretations, investigations and enforcement; and numerous other issues.**

- **In re: Nortel Networks Corp. "ERISA" Litigation, No. 3:03-MD-1537** (M.D. Tenn.) (Nixon). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries of Nortel Network Corp. for violation of duties owed under ERISA. Court approved a settlement that provided a minimum recovery of $21.5 million plus access to additional monies held by others.

- **In re: Qwest Savings and Investment Plan ERISA Litigation, No. 02-RB-464** (D. Colo.) (Blackburn). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries at Qwest Communications and the Trustee, Bankers Trust/Deutsche Bank, for violation of duties owed under ERISA. A settlement was reached which provided a $33 million cash payment from Qwest Communications to the plan for participants, a $4.5 million cash payment from Bankers Trust/Deutsche Bank to the plan for participants, a $20 million guarantee from Qwest Communications from a parallel securities action with the opportunity of more cash from the parallel securities action, and an undetermined amount of cash from a distribution through the U.S. Securities and Exchange Commission Fair Fund established pursuant to Section 308 of the Sarbanes-Oxley Act of 2002, 15 U.S.C. §§7201 et seq.

- **In: re Global Crossing Ltd. ERISA Litigation, No. 02 Civ. 7453** (S.D. N.Y.) (Lynch). One of several counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries at Global Crossing for violation of duties owed under ERISA. The settlement reached provided a $79 million cash payment to the Plan for participants and allowed Plan to recover in parallel securities action.

- **In re: Xcel Energy, Inc. ERISA Litigation Civ. 02-2677** (D. Minn.) (Doty). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of the pension plan against fiduciaries of Providian Financial Corp. for violation of duties owed under ERISA. Settlement reached that provided an $8.6 million cash payment to the Plan for participants, lifted stock restrictions in the Plan with a value between $38 million and $94 million, and allowed the Plan to recover in parallel securities action.

- **In re: Hitchcock v. Cumberland University 403(b) DC Plan, 851 F.3d 522** (6th Cir. 2017). As a result of this case, the university returned hundreds of thousands of dollars to employees' retirement accounts that it had wrongfully withheld. The firm succeeded in setting the precedent that plan participants can take legal claims, such as breach of fiduciary duty, straight to the courts, without having to exhaust administrative remedies through the plan, an issue of first impression in the Sixth Circuit.

- **In re: Delphi Corp. ERISA Litigation (Polito v. Delphi Corporation, et al.), No. 05-cv-71249** (E.D. Mich.). Lawsuit brought on behalf of participants in Delphi pension plans alleging that plan fiduciaries breached their duties and responsibilities under ERISA by, among other things, failing to investigate the prudence of an investment in Delphi stock and by making misrepresentations about the company's accounting practices for off-balance sheet financing and vendor rebates dating back to 1999.

- **In re: Providian Financial Corp. ERISA Litigation, No. C 01-5027** (N.D. C.A.) (Breyer). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of the pension plan against fiduciaries of Providian Financial Corp. for violation of ERISA duties. Settlement provided an $8.6 million cash payment to the plan for participants, lifted company stock sales restrictions in the plan valued between $3.66 million and $5.85 million, and allowed plan to recover in a parallel securities action.

- **In re: Montana Power ERISA Litigation, No. 4:02-0099** (D. Mont.) (Haddon). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries of Montana Power, Touch America and Northwestern Energy and against the Trustee, Northern Trust, for violation of duties owed under ERISA. Settlement was reached that provided a minimum recovery of $4.9 million plus access to additional monies held by others.

## ATTORNEYS IN THIS PRACTICE AREA


Karla M. Campbell


R. Jan Jennings


Nathan R. Ring


James G. Stranch III

SJG

STRANCH, JENNINGS & GARVEY PLLC

# Labor Law

**For more than seven decades, Stranch, Jennings & Garvey attorneys have been at the forefront of labor law, proudly advocating for the rights of both individual workers and labor unions. We take immense pride in our commitment to offering comprehensive legal support to working men and women.**

**We have successfully litigated cases across all judicial levels, including the United States Supreme Court. Our expertise extends to the National Labor Relations Board (NLRB) and the Department of Labor.**

**Stranch, Jennings & Garvey attorneys practice a broad spectrum of labor law matters, providing our clients with trustworthy counsel and formidable representation as we fight to uphold their rights. Our services include:**

- **Arbitration and grievance resolution**
- **Collective bargaining agreements**
- **Contract negotiation**
- **Department of Labor compliance and investigations**
- **Employment discrimination**
- **Federal court litigation**
- **NLRB proceedings**
- **Restrictive covenants**
- **Severance agreementsa**
- **Union-related matters**

**From negotiating complex collective bargaining agreements or tackling issues related to employment discrimination to resolving arbitration disputes or grievances, our attorneys have the experience and knowledge to ensure injustices are rectified and our clients' rights are protected. We are proud of our many decades of supporting hardworking men and women, and we will continue to stand as a trusted partner for unions and workers.**

## ATTORNEYS IN THIS PRACTICE AREA



Karla M. Campbell



Andrew E. Mize



James G, Stranch III



K. Grace Stranch



Nathan R. Ring

SJG

STRANCH, JENNINGS & GARVEY PLLC

# Labor Unions

**Since our firm was founded more than seven decades ago, we have provided dependable representation for union clients in all employer-employee relations legal matters. Our attorneys are experienced in issues concerning the National Labor Relations Act, ERISA, Title VII, and wage and hours laws such as the FLSA. Our representation ranges from construction, industrial and public sector unions to district and joint councils, State Federations of Labor and Central Labor Councils.**

**Across the years, we have helped countless clients with union-related challenges, such as collective bargaining, contract negotiation, enforcement of labor-related claims via NLRB or federal court litigation, grievance mediation, restrictive covenant issues, severance agreements and numerous additional union matters.**

- **In re: Thompson v. North American Stainless LP.** Our firm helped expand Title VII retaliation protection with this case, which reached the U.S. Supreme Court. The court ruled that North American Stainless' firing of plaintiff employee Eric Thompson violated Title VII and that he could sue because he fell within the zone of interests protected by Title VII.

- **In re: International Brotherhood of Teamsters, Local 651 v. Philbeck, 5:10-cv-105-DCR** (E.D.KY 2018). The firm successfully litigated action requesting a temporary restraining order and permanent injunction by the local union to secure control of the Facebook page belonging to the union.

- **In re: Matthew Denholm, RD of NLRB Region 9 v. Smyrna Ready Mix Concrete, LLC, 5:20-cv-320-REW** (E.D.KY 2019). The firm successfully litigated NLRB charges, culminating in a complaint for injunctive relief, where the federal district court ordered the reinstatement of seven drivers and their plant manager and the reopening of a concrete plant.

- **In re: Zeon Chemicals, L.P. v. UFCW Local 72-D, 949 F.3d 980** (6th Cir. 2020). The firm successfully appealed a district court's reversal of the union's arbitration victory for an unjustly terminated member who was ordered reinstated with full back pay.

## ATTORNEYS IN THIS PRACTICE AREA



Karla M. Campbell



R. Jan Jennings



Nathan R. Ring



J. Gerard Stranch IV

SJG

STRANCH, JENNINGS & GARVEY PLLC

# Mass Torts

**Mass tort lawsuits occur when numerous individuals have been injured or harmed by the same act of negligence of another party, from faulty prescription drugs or medical devices to toxic contamination or defective consumer products. These types of claims provide the compensation each plaintiff needs, rather than a settlement that is split with the other plaintiffs.**

**Stranch, Jennings & Garvey has the experience and resources to confront the corporations responsible for the harm inflicted on plaintiffs. Our attorneys are well-versed in the necessary strategies for negotiating and litigating mass tort lawsuits, and have successfully represented numerous clients in claims against companies and corporations. Our efforts have produced significant monetary recovery and/or benefits for plaintiffs from many jurisdictions.**

- **In re: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation, 3:25-md-3140 (N.D. Florida, Pensacola Division).** SJ&G attorneys Colleen Garvey and Janna Maples were appointed to key leadership positions in this litigation, which alleges that Pfizer Inc. failed to adequately warn patients and doctors about the risk of brain tumors associated with the hormonal contraceptive drug Depo-Provera. Garvey was appointed to the Law and Briefing Subcommittee, which is a subcommittee of the Steering Committee. Maples was appointed to the Electronically Stored Information ("ESI") and Discovery Subcommittee, which is also a subcommittee of the Steering Committee.

- **In re: National Prescription Opiate Litigation.** Our firm's Founding and Managing Member J. Gerard Stranch IV was appointed as class counsel for the negotiation class in the multi-district national prescription opioid litigation (MDL 2804) in Cleveland, Ohio. Plaintiffs alleged that the manufacturers of prescription opioids grossly misrepresented the risks of long-term use of those drugs for persons with chronic pain, and distributors failed to properly monitor suspicious orders of those prescription drugs — all of which contributed to the current opioid epidemic. National settlements of up to $26 billion were reached in 2021 to resolve litigation brought by states and local political subdivisions against three pharmaceutical distributors (McKesson, Cardinal Health and AmerisourceBergen) and manufacturer Janssen Pharmaceuticals, Inc. and its parent company Johnson & Johnson. Hon. Judge (ret.) John "Jack" Garvey, the founding member who leads our St. Louis office, was instrumental in securing a settlement with these companies for Missouri's counties and cities in the amount of $183.2 million, as part of a $458 million overall settlement for the state.

## ATTORNEYS IN THIS PRACTICE AREA


Elizabeth Fischer


Colleen Garvey


Hon. John (Jack) Garvey


Janna Maples


Michael G. Stewart


J. Gerard Stranch IV

STRANCH, JENNINGS & GARVEY PLLC

# Medical Malpractice

Medical malpractice occurs when a healthcare professional's actions, or failure to act, do not meet the standard of care of their profession. This can cause harm to a patient in the forms of emotional distress, physical injuries or financial burdens. In the most extreme cases, medical malpractice can result in the death of a patient.

Not all medical mistakes constitute malpractice. To be considered malpractice, the following factors must generally be present:

- The healthcare provider owed the patient a duty of care.
- The decisions or actions of the provider failed to meet the standard of care.
- The provider's actions were the direct cause of harm or injury to the patient.
- The patient suffered physical, emotional or financial damages.

Medical malpractice incidents can occur in various stages of treatment and different healthcare settings, and can include:

- Failure to obtain informed consent
- Medication errors
- Misdiagnosis or delayed diagnosis
- Negligence during pregnancies or birth injuries
- Nursing home abuse & neglect
- Surgical errors

If you are the victim of medical malpractice, you have the right to seek legal recourse. Stranch, Jennings & Garvey attorneys have achieved successful results for our clients. We are dedicated to helping patients who have experienced medical malpractice move toward healing and recovery.

ATTORNEYS IN THIS PRACTICE AREA



Isaac Kimes

SJG

STRANCH, JENNINGS & GARVEY
PLLC

# Necrotizing Enterocolitis (NEC)

**Stranch, Jennings & Garvey attorneys understand the serious challenges and heartache families face when dealing with the dangerous effects of Necrotizing Enterocolitis (NEC). Our team is dedicated to providing expert and compassionate legal representation to families whose lives have been impacted by NEC.**

**According to the Cleveland Clinic, NEC is a serious gastrointestinal problem occurring mostly in premature babies. The condition causes intestinal tissue to die and can lead to a hole in the intestine. Bacteria leaking through the hole can cause serious abdominal infections. Some infants require surgery to remove the damaged intestine.**

**While some infants experience mild cases of NEC, others face life-threatening symptoms. The condition usually develops within two to six weeks of birth. It typically affects babies who are born before the 37th week of pregnancy, fed through a tube in the stomach or weigh less than 5.5 pounds at birth. Babies weighing less than two pounds at birth are at the greatest risk.**

**NEC has a variety of causes, including medical malpractice. Symptoms may come on suddenly or appear over a few days and may include:**

- **Abdominal pain and swelling**
- **Changes in heart rate, blood pressure, body temperature and breathing**
- **Diarrhea with bloody stool**
- **Green or yellow vomit**
- **Lethargy**
- **Refusing to eat and lack of weight gain**

**An estimated 80 percent of babies diagnosed with NEC survive. However, some survivors face long-term health problems, including:**

- **Peritonitis – an abdominal infection that can lead to sepsis**
- **Intestinal stricture – a narrowing of the intestine that could require surgery**
- **Short bowel (short gut) syndrome – a condition making it difficult for the body to absorb fluids and nutrients, requiring lifelong treatment for the child to ensure proper nutrition**
- **Growth failure and development delays**

**Our team understands that NEC is a frightful experience, and we approach each case with compassion and sensitivity. We will stand with your family and provide you with the legal guidance you need. Contact us today, and let our attorneys guide you through a journey for justice.**

- **In re: Gill v. Abbott Laboratories, No. 2322-CC01251** (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S. The plaintiff brought the claim on behalf of her minor child, who developed NEC after being given Similac and/or Enfamil cow's milk-based products following her premature birth. The infant was forced to undergo extensive surgery and has continued to suffer long-term health consequences. The lawsuit asserted that, "despite scientific consensus that defendants' cow's milk-based products present a dire threat to the health and development of preterm infants, defendants have made no changes to their products or the products' packaging, guidelines, instructions, or warnings. Instead, defendants have continued to sell their unreasonably dangerous products to unsuspecting parents and healthcare providers, generating huge profits as a result."

## ATTORNEYS IN THIS PRACTICE AREA


Colleen Garvey


Hon. John (Jack) Garvey


Janna Maples


Michael G. Stewart


J. Gerard Stranch IV


Ellen Thomas

STRANCH, JENNINGS & GARVEY PLLC

# Nursing Home Abuse & Neglect

Deciding to place a loved one in a nursing home is a difficult decision. When doing so, you are entrusting their well-being to professionals who are responsible for providing your family member with the care and the attention he or she deserves. If this trust is not honored due to possible abuse or neglect, families are faced with litigation to hold the offenders accountable.

Stranch, Jennings & Garvey attorneys are experienced in defending the rights of nursing home residents who have suffered abuse or neglect. We understand the physical and emotional pain such incidents can have on individuals and their families, and we are here to help guide you during such a challenging time.

Nursing home abuse & neglect can involve a range of actions and behaviors that result in distress or harm to residents of long-term care facilities, including:

- Emotional and psychological abuse
- Fall accidents
- Financial exploitation
- Inadequate staffing
- Medical malpractice
- Neglect
- Physical abuse
- Sexual abuse
- Wandering and elopement

Stranch, Jennings & Garvey attorneys are dedicated to protecting the dignity of nursing home residents. We are here to pursue justice for those who have been neglected or abused, and will be fierce advocates for your loved one's rights.

- $275,000 on nursing home bedsore case (April 2024).

## ATTORNEYS IN THIS PRACTICE AREA



Isaac Kimes

SJG

STRANCH, JENNINGS & GARVEY PLLC

# Opioid Litigation

**The opioid epidemic is a public health crisis that has ravaged communities in the United States and around the world. The roots of this crisis can be traced back to the late 1990s, when misleading marketing practices by pharmaceutical companies contributed to the over-prescribing of opioid painkillers.**

**Millions of lives have been affected by addiction and death. The crisis has also caused a significant financial burden on society, straining social services, law enforcement agencies and healthcare systems. The experienced litigators at Stranch, Jennings & Garvey recognize the urgency of addressing this crisis and holding pharmaceutical companies, medical professionals and other responsible entities accountable.**

**J. Gerard Stranch IV, managing and founding member, served as the lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against opioid producer Endo Pharmaceuticals. The case led to a $35 million settlement agreement, which is the largest per capita settlement by any prosecution with Endo to date.**

**Opioid litigation can take various forms, including lawsuits filed by states, municipalities or individuals against pharmaceutical manufacturers and distributors and healthcare providers. Some lawsuits are consolidated into class actions, allowing groups of affected individuals to seek compensation collectively.**

**Stranch, Jennings & Garvey's attorneys are committed to helping those affected by the opioid epidemic understand their legal rights. We are dedicated to providing expert guidance and strategy to individuals and governments as they navigate the legal steps required for successful opioid litigation.**

ATTORNEYS IN THIS PRACTICE AREA



**Janna Maples**



**J. Gerard Stranch IV**

SJG

STRANCH, JENNINGS & GARVEY
PLLC

# Personal Injury

**For many years, our firm has effectively represented individuals who have been harmed or injured due to third-party carelessness or misconduct. These cases include medical negligence, faulty medical devices, dangerous medications, unsafe property conditions, automobile accidents, and numerous other acts of negligence or disregard for safety that have led to injury and death.**

**Stranch, Jennings & Garvey proudly works to preserve and restore the rights of clients who have experienced harm due to others' actions, and our firm seeks justice for and successfully obtains full and fair compensation for these victims and their families through litigation, mediation and arbitration.**

- **In re: Sullivan Baby Doe case** (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date.
- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation,** resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever.
- **In re: Orrick v. GlaxoSmithKline,** St. Louis City Circuit #1322-CC00079 (Paxil litigation).
- **In re: Jefferson County v. Williams,** #20JE-CC00029 (opioids litigation).
- Davidson County Circuit Court bench trial verdict of $205,274 following zero offers made prior to trial (January 2022).
- Davidson County Circuit Court jury trial verdict of $122,755.46 following a top pre-trial offer of $30,000 (May 2021).
- $290,000 settlement on helicopter injury case (February 2024).
- $1,100,000 on shooting case with contested liability (July 2024).
- $900,000 on worksite injury case with contested liability and legal immunity issues (October 2024).
- $362,500 on premises liability, slip and fall case with contested liability (November 2024).

## ATTORNEYS IN THIS PRACTICE AREA



Hon. John (Jack) Garvey



R. Christopher Gilreath



Isaac Kimes



Janna Maples



J. Gerard Stranch IV



K. Grace Stranch

SJG
STRANCH, JENNINGS & GARVEY PLLC

# Privacy Litigation

**Security breach notification laws require entities to notify their customers or citizens when they have experienced a data breach and to take certain steps to deal with the situation. This gives these individuals the opportunity to mitigate personal risks resulting from the breach and minimize potential harm, such as fraud or identity theft. Currently, all 50 states, along with the District of Columbia and three U.S. territories, have adopted notification laws requiring notification when a breach has occurred.**

- **In re: Anthem, Inc. Data Breach Litig., MDL 2617 LHK** (N.D. California, 2016). The firm served as counsel for plaintiffs in a coordinated action consisting of nationwide cases of consumers harmed by the 2015 criminal hacking of servers of Anthem, Inc. containing more than 37.5 million records on approximately 79 million people receiving insurance and other coverage from Anthem's health plans. The case settled in 2017 for $115 million, the largest healthcare data breach in U.S. history, and has received final approval.

- **In re: MGM International Resorts Data Breach Litigation** (D. Nevada). Two separate data breaches by cybercriminals against MGM Resorts International (MGM) in 2019 and 2023 resulted in the exposure of private information of tens of millions of MGM guests. Following both incidents, multiple lawsuits were filed. In July 2024, plaintiffs in the lawsuits agreed to participate in joint mediation — In re: MGM International Resorts Data Breach Litigation. In October 2024, the plaintiffs filed a notice of settlement, notifying the court that all parties were able to resolve the cases. On. Jan. 22, 2025, Nevada District Judge Gloria M. Navarro issued an order granting plaintiffs' unopposed motion for preliminary approval of a $45 million class action settlement in the case. The final approval hearing is scheduled for June 18, 2025. J. Gerard Stranch, founding and managing member, served as a co-lead for the 2023 case leadership team.

- **Monegato v. Fertility Centers of Illinois, PLLC, Case No. 2022 CH 00810** (Cook County Circuit Court). The firm served as class counsel in a case brought on behalf of approximately 80,000 individuals whose personal information was involved in a February 2021 data breach. A settlement with a total estimated value of $14.5 million was negotiated. Final approval was granted by the Cook County, Illinois Circuit Court in April 2023.

- **In re: Evolve Bank & Trust Customer Data Security Breach Litigation, MDL 2:24-md-03127** (W.D. Tennessee) (J. Lipman). Serving as lead counsel for the class, SJ&G's Founding and Managing Member J. Gerard Stranch secured an $11.8 million settlement for the plaintiffs. This multidistrict litigation followed a data breach by cybercriminals against Evolve Bank & Trust that resulted in the theft of personal banking data of bank customers as well as Evolve fintechs' customers. Following the breach, multiple class action lawsuits were filed against the defendant and Evolve fintechs. The cases were consolidated in October 2024.

- **In re: CorrectCare Data Breach Litigation, 5:22-319-DCR** (E.D. Kentucky). J. Gerard Stranch, founding and managing member, served as class counsel in this class action lawsuit that resulted in a $6.49 million settlement, providing affected individuals up to $10,000 in reimbursement for documented losses related to the breach. The suit was the result of a 2022 data breach that exposed sensitive health data of more than 391,000 individuals.

- **In re: Owens, et al. v. U.S. Radiology Specialists, et al., Case No. 22 CVS 17797** (Mecklenburg, North Carolina, Supreme Court). The firm served as plaintiffs' counsel in action brought on behalf of approximately 1.3 million individuals whose sensitive, personal information was potentially compromised in defendants' December 2021 data security incident. Along with co-counsel, the firm negotiated a $5,050,000 non-reversionary common fund settlement including pro rata cash payments, reimbursement of up to $5,000 for out-of-pocket expenses traceable to the data breach per person, compensation for lost time and verified fraud reimbursement. Preliminary approval pending.

- **Weigand, et al. v. Group 1001 Insurance Holdings LLC, et al.**, 1:23-cv-01452 (S.D. Indiana). The firm helped achieve a $4.76 million settlement resulting from a February 2023 data breach allegedly caused by Group 1001 failing to provide reasonable cybersecurity practices.

- **McKenzie et al. v. Allconnect, Inc., 5:18-cv-00359** (E.D. Kentucky) (J. Hood). The firm served as class counsel in an action brought on behalf of more than 1,800 current and former employees of Allconnect, Inc., whose sensitive information contained in W-2 statements was disclosed to an unauthorized third party who sought the information through an email phishing scheme. The firm negotiated a settlement providing for direct cash payments to all class members, credit monitoring and identity theft protection plan at no cost, capped reimbursement of documented economic losses incurred per class member and other remedial measures. The approximately $2.2 million settlement value is one of the largest per capita recoveries in a W-2 phishing litigation.

- **Winsouth Credit Union v. Mapco Express Inc., and Phillips v. Mapco Express, Inc. Case Nos. 3:14-cv-1573 and 1710** (M.D. Tennessee) (J. Crenshaw). The firm served as liaison counsel in consumer and financial institution action stemming from the 2013 hacking of computer systems maintained by Mapco Express, Inc. The cases settled in 2017 for approximately $2 million.

- **Joyner v. Behavioral Health Network, Inc., No. 2017CV00629** (Massachusetts Supreme Court). A non-reversionary common fund of $1,200,000 was established to provide credit monitoring, and cover claims of economic loss up to $10,000 and non-economic loss up to $1,000 for lost time for each of the approximately 133,237 class members.

- **Larson v. Aditi Consulting, LLC, Case No. 22-2-03572-2 SEA** (King County, Washington, Supreme Court). Final approval was granted July 14, 2023.

- **Carr v. South Country Health Alliance, Case No. 74-CV-21-632** (Steele County, Minnesota District Court). Final approval was granted Nov. 6, 2023.

- **Reese v. Teen Challenge Training Center, Inc., Case No. 210400093** (Philadelphia County, Pennsylvania Court of Common Pleas). **Final approval pending.**

## ATTORNEYS IN THIS PRACTICE AREA


Colleen Garvey


Andrew E. Mize


Emily E. Schiller


Miles M. Schiller


J. Gerard Stranch IV


Grayson Wells

STRANCH, JENNINGS & GARVEY
PLLC

# Product Liability

**Our attorneys are well-versed in consumer protection laws and unfair trade practices acts, and have successfully advocated in state and federal courts for many notable cases throughout the U.S. These cases have resulted in multi-million-dollar recoveries for consumers who have been harmed by defective products, dangerous medications, misleading or improper advertising or marketing practices, fraud and other violations of the laws and acts. In addition, our attorneys have served as lead and co-lead counsel on numerous cases.**

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB** (N.D. California) (J. Breyer). The firm served on the plaintiffs' steering committee in a coordinated action consisting of nationwide cases of consumer and car dealerships. This action alleged that Volkswagen AG, Volkswagen Group of America and other defendants illegally installed so-called "defeat devices" in their vehicles, which allowed the cars to pass emissions testing but enabled them to emit nearly 40 times the allowable pollution during normal driving conditions. In October 2016, the court granted final approval to a settlement fund worth more than $10 billion to consumers with two-liter diesel engines, and in May 2017, the court granted final approval to a $1.2 billion settlement for consumers with three-liter diesel engines, and a $357 million settlement with co-defendant Bosch.

- **In re: Davidson v. Bridgestone/Firestone, Inc. and Ford Motor Co. No. 00-C2298** (Davidson Circuit, Tennessee) (Soloman/ Brothers). The firm served as lead counsel in a nationwide class action against Bridgestone/Firestone, Inc. and Ford Motor Co. concerning defective tires. A settlement valued at $34.4 million was reached in conjunction with a companion case in Texas.

- **In re: Montanez v. Gerber Childrenswear, LLC** (M.D. California). The firm represented consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement.

- **In re: Cox v. Shell Oil et al., Civ. No. 18844** (Weakley Chancery, Tennessee) (Judge Malon). The firm intervened in consumer action composed of all persons throughout the United States who owned or purchased defective polybutylene piping systems used in residential constructions or mobile homes. A global settlement was reached that was valued at $1 billion.

- **In re: Heilman et al. v. Perfection Corporation, et al., Civ. No. 99-0679-CD-W-6** (W.D. Missouri). The firm served on the executive committee in a nationwide consumer class action composed of all owners or purchasers of a defective hot water heater. A settlement was reached that provided 100% recovery of damages for a possible 14.2 million hot water heaters and any other property damages.

## ATTORNEYS IN THIS PRACTICE AREA



Hon. John (Jack) Garvey



R. Christopher Gilreath



Isaac Kimes



Janna Maples



J. Gerard Stranch IV

SJG

STRANCH, JENNINGS & GARVEY PLLC

# Trucking Wrecks

**According to the National Safety Council (NSC), 4,842 large trucks nationwide were involved in a fatal crash in 2020 (the last year for which data is available). According to the National Center for Statistics and Analysis (NCSA), an office of the National Highway Traffic Safety Administration (NHTSA), 831 truck occupants and nearly 5,000 other individuals were killed as a result of these crashes in 2020. Between 2017 and 2020, an average of more than 42,000 truck occupants and more than 151,000 other individuals were injured.**

**These numbers clearly reveal the prevalence of accidents involving large trucks and the damage they inflict on individuals and their families. Our firm has decades of experience in representing victims of trucking wrecks who seek compensation to cover physical and material damages.**

- $555,000 on trucking wreck case between husband and wife (May 2024).
- $1,300,000 on dump truck wreck case, including $550,000 over insurance policy limits (September 2024).

## ATTORNEYS IN THIS PRACTICE AREA



**Hon. John (Jack) Garvey**



**R. Christopher Gilreath**



**Isaac Kimes**



**J. Gerard Stranch IV**

STRANCH, JENNINGS & GARVEY PLLC

# Wage & Hour Disputes

**For decades, our firm has represented working people with individual claims or as part of class action litigation regarding their employers' wage and hour compliance. Our attorneys have broad litigation experience on behalf of employees in nearly every industry sector, covering a wide range of violations – from unpaid overtime or "off-the-clock" work to independent contractors, improper wage deductions and exemption requirements. They are well-versed in the provisions of the Fair Labor Standards Act, along with other federal and state statutes, and stay on top of developing case law and changes in current laws.**

- **In re: Drummond et. al. v. C.E.C. Electrical Contractors, Inc., 98-1811-III** (Davidson Chancery, Tennessee). The firm served as lead counsel in a class action settlement by employees against their employer for wages and benefits due from a school construction contract between their employer and the Metropolitan-Davidson County Board of Education. A settlement was reached in which employees received 100% of their wages and benefits.

ATTORNEYS IN THIS PRACTICE AREA



**Nathan R. Ring**



**J. Gerard Stranch IV**

STRANCH, JENNINGS & GARVEY
PLLC

# Wills & Estates

**Stranch, Jennings & Garvey attorneys understand that planning for the future and protecting your loved ones are incredibly important. Our experienced legal professionals provide comprehensive legal services tailored to your circumstances.**

**A will is a legal document that outlines your wishes for the distribution of your assets after your death. It allows you to express your wishes for the inheritance of your property, manage your finances and care for your family. A legally sound will guarantees that your wishes are upheld and can prevent potential disputes among family members.**

**We have successfully assisted both individuals and families in navigating the complexities of probate, asset distribution and estate planning. We can help you ensure a smooth transition of assets and secure your wealth for future generations.**

**Our attorneys stay informed about new legal developments in this branch of law to provide you with the most up-to-date advice and representation. Our services cover a wide range of areas, including:**

- **Asset protection**
- **Drafting wills and trusts**
- **Elder law**
- **Estate planning**
- **Probate and estate administration**
- **Trust and estate litigation**

**We understand the emotional nature of estate planning, especially when experiencing the loss of a loved one. Our team offers compassionate guidance during difficult times to make certain that you and your family have the support you need.**

SJG

STRANCH, JENNINGS & GARVEY PLLC

# Worker Adjustment & Retraining Notification

**The Worker Adjustment and Retraining Notification (WARN) Act is a federal law that helps ensure advance notice to employees in cases of qualified plant closings and mass layoffs. Employers are required to provide written notice 60 days prior to the date of a mass layoff or plant closing, in addition to other requirements. Employees of companies who have not complied with the WARN Act are entitled to certain rights. Our firm has represented clients in numerous cases that have resulted in monetary settlements for employees whose employers did not comply with the law.**

- **In re: Kizer v. Summit Partners, Case No. 1:1-CV-38** (E.D. Tenn.) The firm served as lead counsel in class actions on behalf of employees of a closed Summit Partners facility located in Chattanooga, Tennessee. This case was successfully settled for $275,000.

- **In re: Owens v. Carrier Corp., Case No. 2:08-2331-SHM P** (W.D. Tenn.) The firm served as lead counsel in class action on behalf of former Carrier Corp. employees at the closed Collierville, Tennessee, plant. The case was successfully settled for $2.1 million on behalf of former employees after lead counsel successfully obtained class certification over plaintiffs' WARN Act claims.

- **In re: Sofa Express Inc., Case No. 07-924** (Bank. M.D. Tenn.) The firm served as lead counsel in class action on behalf of former Sofa Express, Inc. employees at company headquarters and a distribution center in Groveport, Ohio. The case was successfully settled for $398,000 on behalf of former employees.

- **In re: Robertson et. al v. DSE Inc., Case No. 8:13-cv-1931-T-AEP** (M.D. Fla.). The firm served as lead counsel in class action on behalf of former DSE Inc. employees at Florida and South Carolina manufacturing facilities. This case was successfully settled for more than $1 million on behalf of former employees.

ATTORNEYS IN THIS PRACTICE AREA



**J. Gerard Stranch IV**