IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

JASON LOUGHRIE; CALEB
MALCOMB, *individually and on behalf
of those similarly situated,*

      Plaintiff,

v.

CORE NATURAL RESOURCES, INC.

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:  2:25-cv-4
Judge Thomas Kleeh

## NOTICE OF CLASS ACTION

**YOU ARE NOT BEING SUED. PLEASE READ THIS NOTICE CAREFULLY AS IT MAY AFFECT YOUR RIGHTS.**

**TO**: The Core Natural Resources, Inc. employees who worked at its Leer South worksite located at 21550 Barbour County Hwy, Phillippi, West Virginia and were terminated within 90 days of January 14, 2025.

**SUBJECT**: The claims of former employees of Defendant alleging that their rights and the rights of Class Members were violated under the Federal Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101 et seq. ("WARN Act") and seeking to recover wages and benefits for each Class Member.

**DATE**: _____, 202__.

**TO OPT OUT OF THIS CLASS ACTION YOU MUST COMPLETE AND MAIL THE ENCLOSED EXCLUSION FORM TO CLASS COUNSEL.**

**EXCLUSION FORMS POSTMARKED AFTER _____ WILL NOT BE ACCEPTED AND YOU WILL BE A CLASS MEMBER**

## THE CLASS CLAIM

Plaintiffs filed their lawsuit against Core Natural Resources, Inc ("Core Natural" or "Defendant") on March 7, 2025. Plaintiffs allege that they, Jason Loughrie and Caleb Malcomb, and other similarly situated individuals were terminated within 90 days of January 14, 2025, without notice or justification in violation of the WARN Act. The Plaintiffs claim that under the WARN Act, they and the other employees were entitled to receive written notice at least 60 days in advance of their terminations and that they did not receive such advanced notice. The Plaintiffs



claim that as a result of Defendant's failure to give the required notice, they and the other former employees terminated during this period are entitled to an award of 60 days' wages and benefits from Defendant. Defendant filed an Answer to the Complaint. In the Answer, Defendant generally denies the allegations in the Complaint and asserts, among other defenses, that Defendant was not required to provide WARN notice.

### THE CLASS DEFINITION

The Court has recently certified this case as a Class Action and defined the Class as:

All Employees of Core Natural who were terminated pursuant to a mass layoff or plant closing (as those terms are defined in the WARN Act) within 90 days of January 14, 2025.

### WHAT TO DO

If you wish to be a member of the class, you do not need to do anything and you will receive whatever benefits you may be entitled to, if you are determined to be eligible as a Class Member. If you do nothing, you will automatically be a Class Member and be bound by any judgment (whether favorable or unfavorable) or court-approved settlement in the case. Before court approval, you, as a Class Member, will receive notice of any proposed settlement and will be afforded an opportunity to object to the settlement. You may appear by your own counsel if you are a Class Member.

**If you do NOT wish to participate in this Action, and wish to be EXCLUDED and thereby reserve your rights under the WARN Act and NOT share in any recovery in the Action, sign the form below and mail it by First Class Mail to Stranch Jennings Garvey PLLC located at 223 Rosa L Parks Ave #200, Nashville, TN 37203. The form must be postmarked no later than _____, 202__ . All requests for exclusion received after that date will not be effective, and any person who sends a late request will be a member of the class in the Action and will be bound in the same way and to the same extent as all other Class Members**.

### CLASS COUNSEL AND CLASS REPRESENTATIVES

The Plaintiffs who initiated this lawsuit are represented by J. Gerard Stranch, IV and Michael C. Tackeff of Stranch, Jennings & Garvey PLLC; Lynn A. Toops and Ian R. Bensberg of Cohen & Malad, LLP; Raina C. Borrelli and Samuel J. Strauss of Strauss Borrelli LLP; and Rodney A. Smith and M. Alex Urban of Rod Smith Law PLLC as Class Counsel.  The Court has also appointed Plaintiffs Jason Loughrie and Caleb Malcomb as the Class Representatives. THE COURT HAS NO POSITION ON THE MERITS The Court has taken no position regarding the merits of the Plaintiffs' claims or Defendant's defenses. The Court has ordered that certification of a class does not operate as a ruling by the Court or a waiver of the rights to assert legal argument or present evidence regarding any claim or defense asserted by Plaintiffs or Defendant in this matter.

## EXCLUSION FORM

Malcomb, et al. v. Core Natural Resources, Inc. United States District Court for the Northern District of West Virginia (Elkins District) Case No. 2:25-cv-4-

## THIS EXCLUSION FORM MUST BE POSTMARKED NO LATER THAN

_____. I, the undersigned, have read the foregoing Notice and understand its contents. I, the undersigned, do not want to be part of the Class Action or receive any benefits from the Class Action and do not wish to be bound by the outcome of the Class Action

Signature                                             Address

_____                    _____

Name (printed or type)                            Phone

_____                    _____

If you do NOT wish to be included, send this completed form to: Stranch Jennings Garvey PLLC located at 223 Rosa L Parks Ave #200, Nashville, TN 37203.