IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | | |
|---|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 2:25-cv-4 |
| CORE NATURAL RESOURCES, INC. | ) ) ) | Judge Thomas Kleeh |
| Defendant. | ) | |

## <u>NOTICE OF SELECTION OF MEDIATOR</u>

COME NOW the Plaintiffs, Jason Loughrie and Caleb Malcomb by the undersigned counsel to notify this Court that the parties have selected **Stephen J. Dalesio** to serve as the mediator in this matter.

The parties will complete mediation by the deadline in the Court's Scheduling Order.

Respectfully submitted,

**JASON LOUGHRIE; CALEB MALCOMB,**
***individually and on behalf of those similarly situated,***
**By counsel,**

*/s/ Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)
M. Alex Urban (WVSB # 13480)
Rod Smith Law PLLC
108 ½ Capitol Street, Suite 300
Charleston, WV 25301
304-342-0550
rod@lawwv.com
aurban@lawwv.com

J. Gerard Stranch, IV
Samuel Gladney
Michael C. Tackeff
Stranch, Jennings & Garvey PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
sgladney@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
Strauss Borrelli PLLC
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | | |
|---|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.:  2:25-cv-4 Judge Thomas Kleeh |
| CORE NATURAL RESOURCES, INC. | ) ) | |
| Defendant. | | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and exact copy of the foregoing has been served via electronic mail, on this 30th day of September, 2025, on all counsel of record.

Bryan R. Cokeley
Steptoe & Johnson PLLC-Charleston
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588
bryan.cokeley@steptoe-johnson.com

Dallas F Kratzer , III
Steptoe & Johnson PLLC
41 South High Street, Suite 2200
Columbus, OH 43215
dallas.kratzer@steptoe-johnson.com

Michael J. Moore
Steptoe & Johnson PLLC - Bridgeport
400 White Oaks Blvd
Bridgeport, WV 26330
michael.moore@steptoe-johnson.com

*Counsel for Defendant*

*/s/ Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)
M. Alex Urban (WVSB # 13480)
Rod Smith Law PLLC
108 ½ Capitol Street, Suite 300
Charleston, WV 25301
304-342-0550
rod@lawwv.com
aurban@lawwv.com

J. Gerard Stranch, IV
Samuel Gladney
Michael C. Tackeff
Stranch, Jennings & Garvey PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
sgladney@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
Strauss Borrelli PLLC
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*