# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
## ELKINS DIVISION

JASON LOUGHRIE et al.
    Plaintiffs

v.                                       No. 2:25-cv-4-TSK

CORE NATURAL RESOURCES INC.
    Defendant

**DEFENDANT CORE NATURAL RESOURCES INC.'S NOTICE OF SERVICE OF DISCOVERY UPON PLAINTIFFS**

                                                        **BY COUNSEL**

*/s/ Dallas F. Kratzer III*

Dallas F. Kratzer III (0099331)
*Steptoe & Johnson PLLC*
41 S. High St., Suite 2200
Columbus, OH 43215
614.458.9827
dallas.kratzer@steptoe-johnson.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

JASON LOUGHRIE et al.
       Plaintiffs

v.                                                                No. 2:25-cv-4-TSK

CORE NATURAL RESOURCES INC.
       Defendant

---

**CERTIFICATE OF SERVICE FOR
DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR PRODUCTION**

---

On October 6, 2025, Defendant Core Natural Resources Inc. served its responses to Plaintiffs' first set of interrogatories and requests for production on Plaintiffs' counsel identified on the electronic docket.

BY COUNSEL

STEPTOE & JOHNSON PLLC

/s/ Michael J. Moore
Michael J. Moore (12009)
400 White Oaks Blvd.
Bridgeport, WV 26330
304.933.8000
michael.moore@steptoe-johnson.com

27299809.1