IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,*

Plaintiffs,

v.

CORE NATURAL RESOURCES, INC.

Defendant.

Case No.: 2:25-cv-4
Judge Thomas Kleeh

**JOINT STIPULATION**

The parties in the above-referenced matter hereby submit this joint stipulation to extend the time to respond to expert disclosure deadlines. This Court previously ordered the Plaintiffs' Expert Disclosure due on October 30, 2025, and Defendant's Expert Disclosure due November 30, 2025. (ECF No. 25). The parties hereby agree upon the following:

1. Plaintiffs shall submit information regarding Plaintiffs' Expert's Disclosure on or before November 13, 2025.
2. Defendant shall submit information regarding Defendant's Expert's Disclosure on or before December 15, 2025.

Dated: October 24, 2025,

Respectfully submitted,

*/s/ Rodney A. Smith*

Rodney A. Smith (WVSB # 9750)
M. Alex Urban (WVSB # 13480)
**Rod Smith Law PLLC**
108 ½ Capitol Street, Suite 300
Charleston, WV 25301
304-342-0550
rod@lawwv.com
aurban@lawwv.com

J. Gerard Stranch, IV
Samuel Gladney
Michael C. Tackeff
**STRANCH, JENNINGS & GARVEY PLLC**
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
sgladney@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*

*/s/Michael J. Moore*
Michael J. Moore (WVSB #12009)
400 White Oaks Boulevard
Bridgeport, WV 26330
Phone: (304) 933-8000
michael.moore@steptoe-johnson.com

Bryan R. Cokeley (WVSB #774)
Chase Tower, 17th Floor
707 Virginia Street, East (ZIP 25301)
P.O. Box 1588
Charleston, WV 25326-1588
Phone: (304) 353-8116
bryan.cokeley@steptoe-johnson.com

Dallas F. Kratzer III (WVSB #12350)
41 South High Street, Suite 2200
Columbus, OH 43215
Phone: (614) 458-9889
dallas.kratzer@steptoe-johnson.com

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | | |
|---|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 2:25-cv-4<br>Judge Thomas Kleeh |
| CORE NATURAL RESOURCES, INC. | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served via electronic mail, on this 24th day of October, 2025, on all counsel of record.

Bryan R. Cokeley
Steptoe & Johnson PLLC-Charleston
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588
bryan.cokeley@steptoe-johnson.com

Dallas F Kratzer , III
Steptoe & Johnson PLLC
41 South High Street, Suite 2200
Columbus, OH 43215
dallas.kratzer@steptoe-johnson.com

Michael J. Moore
Steptoe & Johnson PLLC - Bridgeport
400 White Oaks Blvd
Bridgeport, WV 26330
michael.moore@steptoe-johnson.com

*/s/ Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)
M. Alex Urban (WVSB # 13480)
Rod Smith Law PLLC
108 ½ Capitol Street, Suite 300
Charleston, WV 25301
304-342-0550
rod@lawwv.com
aurban@lawwv.com

J. Gerard Stranch, IV
Samuel Gladney
Michael C. Tackeff
Stranch, Jennings & Garvey PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
sgladney@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
Strauss Borrelli PLLC
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*