IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JASON LOUGHRIE; CALEB MALCOMB,**
individually and on behalf
of those similarly situated,

    **Plaintiffs,**

  v.                                      CIVIL NO. 2:25-cv-4
                                                    (KLEEH)

**CORE NATURAL RESOURCES, INC.,**

    **Defendant.**

### ORDER OF REFERRAL [ECF NO. 52]

Pending before the Court is *Plaintiffs' Motion to Compel* [ECF No. 52]. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court **REFERS** this motion to Magistrate Judge Michael J. Aloi, who is designated and authorized to consider the record and do all things proper to render a decision, including, without limitation, conducting a hearing on the motion, if necessary, and entering into the record an order as to the appropriate disposition of the motion. It is so **ORDERED**.

The Clerk shall transmit copies of this Order to counsel of record and to the Honorable Michael J. Aloi, United States Magistrate Judge.

DATED: November 6, 2025

                                                    _____
                                                    THOMAS S. KLEEH, CHIEF JUDGE
                                                    NORTHERN DISTRICT OF WEST VIRGINIA