```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**JASON LOUGHRIE; CALEB MALCOMB,**
individually and on behalf
of those similarly situated,

    **Plaintiffs,**

  **v.**                                           **CIVIL NO. 2:25-cv-4**
                                                                             **(KLEEH)**

**CORE NATURAL RESOURCES, INC.,**

    **Defendant.**

### ORDER OF REFERRAL FOR REPORT AND RECOMMENDATION [ECF NO. 34]

Pending before the Court is *Plaintiffs' Motion for Relief under Rule 56(D) and Motion to Strike Affidavit of Joshua Carr* [ECF No. 34]. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court **REFERS** this motion to Magistrate Judge Michael J. Aloi, who is designated and authorized to consider the record and do all things proper to render a **REPORT AND RECOMMENDATION**, including, without limitation, conducting a hearing on the motion, if necessary, and entering into the record a proposed findings of fact and recommendations as to the appropriate disposition of the motion.

It is so **ORDERED**.

The Clerk shall transmit copies of this Order to counsel of record and to the Honorable Michael J. Aloi, United States Magistrate Judge.

DATED: November 6, 2025

*[signature: Tom S Kleeh]*

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA