IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

| | |
|---|---|
| JASON LOUGHRIE; CALEB MALCOLM, individually and on behalf of those similarly situated,<br><br>**Plaintiffs**,<br><br>v.<br><br>CORE NATURAL RESOURCES,<br><br>**Defendant**. | CIVIL ACTION NO.: 2:25-CV-4<br>(JUDGE KLEEH) |

## ORDER SETTING MOTION HEARINGS ON PLAINTIFFS' MOTION UNDER RULE 56(d) [ECF NO. 34] AND PLAINTIFFS' MOTION TO COMPEL DISCOVERY [ECF NO. 52]

Presently pending before the Court are two motions filed by Plaintiffs: (1) a motion under Rule 56(d) of the Federal Rules of Civil Procedure [ECF No. 34], and (2) a motion to compel discovery [ECF No. 52], filed on September 5, 2025 and November 5, 2025, respectively. By Referral Orders [ECF Nos. 54, 55] both entered on November 6, 2025, the Hon. Thomas S. Kleeh, Chief United States District Judge, referred the motions to the undersigned Magistrate Judge. The motion under Rule 56 [ECF No. 34] was referred for entry of a Report and Recommendation, while the motion to compel [ECF No. 52] was referred for entry of an order of disposition.

Accordingly, the matter is set for Motion Hearings on the respective motions before the undersigned on **Wednesday, December 3, 2025 at 9:00 a.m.**, to be conducted remotely by videoconference/teleconference using the undersigned's Zoom credentials. It is so **ORDERED**.

To join the proceeding, participants may connect either by video or by telephone. Participants can connect by video by using the following link:

https://www.zoomgov.com/j/1605681245?pwd=OU1BTDFQUDkraHA4U3Zpd1BIQW0rQT09 . Alternatively, participants may connect by telephone by calling (646) 828-7666, then entering Meeting ID 160 568 1245 and Passcode 43281. If participants have trouble connecting, they may contact Magistrate Judge Aloi's Law Clerk, Nathan J. Fetty, by calling (304) 637-2239 or sending e-mail to nathan_fetty@wvnd.uscourts.gov.

Further, the parties are **ORDERED** to meet and confer, by telephone or other real-time means of communication, as to the pending motions [ECF Nos. 34, 52] prior to the proceedings scheduled herein. If the parties resolve all of the matters raised in the motions, counsel for the movant(s) shall notify the Court forthwith, by contacting the above-noted Law Clerk. If the parties do not resolve the matters raised in the motion(s), the Court will inquire as to the same during the aforementioned proceedings.

It is all so **ORDERED**.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to any parties who appear *pro se* and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED: November 12, 2025.**

_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE