```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**JASON LOUGHRIE; CALEB MALCOMB,**
**individually and on behalf**
**of those similarly situated,**

      **Plaintiffs,**

  **v.**                                    **CIVIL NO. 2:25-cv-4**
                                                            **(KLEEH)**

**CORE NATURAL RESOURCES, INC.,**

      **Defendant.**

### ORDER SETTING STATUS CONFERENCE

For reasons appearing to the Court, as well as those stated on the record during the November 12, 2025 motion hearing, the Court **SCHEDULES** a status conference for **January 27, 2026**, at **1:30 p.m.**, at the **Clarksburg**, West Virginia point of holding court to further address the proposed class size and definition, following resolution of the pending discovery motions [ECF Nos. 34, 52].

It is so **ORDERED.**

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record and Magistrate Judge Aloi.

DATED: November 19, 2025

                                      */s/ Thomas S. Kleeh*
                              THOMAS S. KLEEH, CHIEF JUDGE
                              NORTHERN DISTRICT OF WEST VIRGINIA