```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                        ELKINS
```

**JASON LOUGHRIE; CALEB MALCOMB,**
individually and on behalf
of those similarly situated,

       **Plaintiffs,**

   v.                                                     **CIVIL NO. 2:25-cv-4**
                                                                    **(KLEEH)**

**CORE NATURAL RESOURCES, INC.,**

       **Defendant.**

---

**JOSHUA MCDONALD,**

       **Plaintiff,**

   v.                                                      **CIVIL ACTION NO. 2:25-cv-12**
                                                                    **(KLEEH)**

**ARCH RESOURCES, INC. doing
business as LEER SOUTH MINE,**

       **Defendant.**

**ORDER GRANTING MOTION TO CONSOLIDATE [ECF NO. 10]**

     Pending before the Court is *Plaintiff's Motion to Consolidate* [ECF No. 10], wherein Plaintiff Joshua McDonald asks this Court to consolidate his case with the earlier filed case, <u>Loughrie v. Core Natural Resources, Inc.</u>, Case No. 2:25-cv-4, pending before this Court.

     Finding that both matters arise out of the same case or controversy and address WARN Act claims regarding the same alleged

mine closure, the Court concludes that consolidation of this matter with Civil Action 2:25-cv-4 serves judicial economy, the expediency requirements of the Federal Rules of Civil Procedure, and the convenience of the parties. Therefore, the Court **GRANTS** the Motion [ECF No. 10].

This matter and Civil Action Number 2:25-cv-4 are hereby **CONSOLIDATED**, with Loughrie v. Core Natural Resources, Inc., to serve as the lead civil action. Further, *Defendant Arch Resources, Inc. d/b/a Leer South Mine's Motion to Dismiss or, in the Alternative, to Stay* [ECF No. 6 in 2:25-cv-12] is **DENIED AS MOOT.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED**: January 9, 2026

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA