```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**JASON LOUGHRIE; CALEB MALCOMB,**
**individually and on behalf**
**of those similarly situated,**

      **Plaintiffs,**

    v.                                      **CIVIL NO. 2:25-cv-4**
                                                                       **(KLEEH)**

**CORE NATURAL RESOURCES, INC.,**

      **Defendant.**

## ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 69}

On September 5, 2025, Plaintiffs Jason Loughrie and Caleb Malcomb, individually and on behalf of those similarly situated, filed *Plaintiffs' Motion for Relief under Rule 56(D) and Motion to Strike Affidavit of Joshua Carr* [ECF No. 34]. Pursuant to 28 U.S.C. § 636 and the local rules, the Court referred the subject Motion to United States Magistrate Judge Michael J. Aloi (the "Magistrate Judge") [ECF No. 55]. On December 11, 2025, the Magistrate Judge entered the *Report and Recommendation, Recommending that Plaintiffs' Motion for Relief under Rule 56(d) [ECF No. 34] Be Granted in Part and Denied in Part* [ECF No. 69].

The Magistrate Judge recommends that Plaintiffs' Motion be granted to the extent it requests the Court defer consideration of the Defendant's Motion for Summary Judgment to allow for the completion of certain discovery. ECF No. 69. Further, the Magistrate Judge recommends the Motion be denied to the extent it

seeks to strike Joshua Carr's affidavit. Id.

The Report and Recommendation ("R&R") informed the parties that they had fourteen (14) days from the date of service of the R&R to file "specific written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection." It further warned them that the "[f]ailure to timely file written objections . . . shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals." To date, no objections have been filed.

When reviewing a magistrate judge's R&R, the Court must review de novo only the portions to which an objection has been timely made. 28 U.S.C. § 636(b)(1)(C). Otherwise, "the Court may adopt, without explanation, any of the magistrate judge's recommendations" to which there are no objections. Dellarcirprete v. Gutierrez, 479 F. Supp. 2d 600, 603-04 (N.D.W. Va. 2007) (citing Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983)). Courts will uphold portions of a recommendation to which no objection has been made unless they are clearly erroneous. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

Because no party has objected, the Court is under no obligation to conduct a de novo review. Accordingly, the Court reviewed the R&R for clear error. Upon careful review, and finding no clear error, the Court **ADOPTS** the R&R [ECF No. 69].

2

Accordingly, *Plaintiffs' Motion for Relief under Rule 56(D) and Motion to Strike Affidavit of Joshua Carr* [ECF No. 34] is **GRANTED IN PART** and the Court will defer ruling on Defendant's Motion for Summary Judgment [ECF No. 28] to allow for Joshua Carr's deposition and additional written discovery.[1] Plaintiffs' Motion [ECF No. 34] is **DENIED IN PART** and the Court will not strike Carr's affidavit.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: January 12, 2026

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA

---

[1] Discovery will take place as outlined in the *Order Granting Plaintiffs' Motion to Compel Discovery [ECF No. 52]*. ECF No. 70.