**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**ELKINS DIVISION**

JASON LOUGHRIE et al.
        Plaintiffs

v.                                                    No. 2:25-cv-00004-TSK

CORE NATURAL RESOURCES INC.
        Defendant

---

**STIPULATION**

---

Plaintiffs Jason Loughrie and Chase Malcomb and Defendant Core Natural Resources Inc. stipulate to the following class definition:

"All Wolf Run Mining LLC employees at the Leer South Mining Complex who experienced an employment loss, as defined by the WARN Act, within 90 days of January 14, 2025."[1]


                                        /s/Michael J. Moore
                                        Michael J. Moore (WVSB #12009)
                                        400 White Oaks Boulevard
**STEPTOE & JOHNSON PLLC**              Bridgeport, WV 26330
        Of Counsel                      Phone:  (304) 933-8000
                                        michael.moore@steptoe-johnson.com

---

[1] Core Natural Resources, Inc. notes that certain employees laid off as part of the executed agreements containing waiver of claims covered by WARN and, therefore, are not eligible to recover damages in this civil action.

28129127.1

**STEPTOE & JOHNSON PLLC**
Of Counsel

Bryan R. Cokeley (WVSB #774)
Chase Tower, 17th Floor
707 Virginia Street, East (ZIP 25301)
P.O. Box 1588
Charleston, WV 25326-1588
Phone:   (304) 353-8116
bryan.cokeley@steptoe-johnson.com

**STEPTOE & JOHNSON PLLC**
Of Counsel

Dallas F. Kratzer III (WVSB #12350)
41 South High Street, Suite 2200
Columbus, OH 43215
Phone:   (614) 458-9889
dallas.kratzer@steptoe-johnson.com

*Counsel for Defendant*

*/s/ Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)
**Rod Smith Law PLLC**
108 ½ Capitol Street, Suite 300
Charleston, WV 25301
304-342-0550
rod@lawwv.com

J. Gerard Stranch, IV
Samuel Gladney
Michael C. Tackeff
**Stranch, Jennings & Garvey PLLC**
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
sgladney@stranchlaw.com
mtackeff@stranchlaw.com

2

28129127.1

Lynn A. Toops
Ian R. Bensberg
**Cohen & Malad, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
**Strauss Borrelli PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*

28129127.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

JASON LOUGHRIE; CALEB           )
MALCOMB, *individually and on behalf*   )
*of those similarly situated,*          )
                                )
      Plaintiffs,                   )
                                )
v.                              )           Case No.:  2:25-cv-4
                                )           Judge Thomas Kleeh
CORE NATURAL RESOURCES, INC.    )
                                )
      Defendant.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing ***Stipulation*** has been served via electronic mail, on this 26th day of January 2026, on all counsel of record:

Bryan R. Cokeley
Steptoe & Johnson PLLC-Charleston
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588
bryan.cokeley@steptoe-johnson.com

Dallas F Kratzer , III
Steptoe & Johnson PLLC
41 South High Street, Suite 2200
Columbus, OH 43215
dallas.kratzer@steptoe-johnson.com

Michael J. Moore
Steptoe & Johnson PLLC - Bridgeport
400 White Oaks Blvd
Bridgeport, WV 26330
michael.moore@steptoe-johnson.com

*Counsel for Defendant*

28129127.1

/s/ Rodney A. Smith
Rodney A. Smith (WVSB # 9750)
Rod Smith Law PLLC
108 ½ Capitol Street, Suite 300
Charleston, WV 25301
304-342-0550
rod@lawwv.com

J. Gerard Stranch, IV
Samuel Gladney
Michael C. Tackeff
Stranch, Jennings & Garvey PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
sgladney@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
Strauss Borrelli PLLC
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*

28129127.1