IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | |
|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated*, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:25-cv-4 |
| | ) Judge Thomas Kleeh |
| CORE NATURAL RESOURCES, INC. | ) |
| Defendant. | ) |

## **NOTICE OF MEDIATION**

Please take notice that mediation in the above referenced case will take place on Wednesday, March 4, 2026 via Zoom video link. The link will be provided via e-mail. Mediation will begin at 9:00 a.m. with mediator Stephen Dalesio.

Respectfully submitted this 30th day of January, 2026.

|  |  |
|---|---|
|  | */s/Michael J. Moore* |
|  | Michael J. Moore (WVSB #12009) |
|  | 400 White Oaks Boulevard |
| STEPTOE & JOHNSON PLLC | Bridgeport, WV 26330 |
| Of Counsel | Phone:  (304) 933-8000 |
|  | michael.moore@steptoe-johnson.com |
|  |  |
|  | Bryan R. Cokeley (WVSB #774) |
|  | Chase Tower, 17th Floor |
| STEPTOE & JOHNSON PLLC | 707 Virginia Street, East (ZIP 25301) |
| Of Counsel | P.O. Box 1588 |
|  | Charleston, WV 25326-1588 |
|  | Phone:  (304) 353-8116 |
|  | bryan.cokeley@steptoe-johnson.com |
|  |  |
|  | Dallas F. Kratzer III (WVSB #12350) |
|  | 41 South High Street, Suite 2200 |
| STEPTOE & JOHNSON PLLC | Columbus, OH 43215 |
| Of Counsel | Phone:  (614) 458-9889 |
|  | dallas.kratzer@steptoe-johnson.com |
|  | *Counsel for Defendant* |

28161742.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | |
|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 2:25-cv-4 |
| | ) Judge Thomas Kleeh |
| CORE NATURAL RESOURCES, INC. | )<br>) |
| Defendant. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2026, I served the forgoing ***"Notice of Mediation"*** on the parties listed below and filed with the Clerk of the Court using the Court's e-file system, which will send electronic notification of such filing to the following counsel of record:

| | |
|---|---|
| Rodney A. Smith<br>ROD SMITH LAW PLLC<br>108 ½ Capitol St., Suite 300<br>Charleston, WV 25301<br>Phone:  (304) 342-0550<br>rod@lawwv.com | J. Gerard Stranch, IV<br>STRANCH, JENNINGS, & GARVEY, PLLC<br>223 Rosa Parks Ave. Suite 200<br>Nashville, TN 37203<br>Phone:  (615) 254-8801<br>gstranch@stranchlaw.com |
| Samual J. Strauss<br>Raina C. Borrelli<br>Strauss Borrelli PLLC<br>908 N. Michigan Avenue, Suite 1610<br>Chicago, IL  60611<br>(872) 263-1100<br>sam@straussborrelli.com<br>raina@straussborrelli.com | Lynn A. Toops<br>Ian Bensberg<br>Cohen and Malad, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 43204<br>Phone:  (317) 636-6481<br>ltoops@cohenandmalad.com<br>ibensberg@cohenandmalad.com |
| *Counsel for Plaintiffs and the Proposed Class* | *Counsel for Plaintiffs and the Proposed Class* |

*/s/Michael J. Moore*
Michael J. Moore (WVSB #2643)

28161742.1