IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | |
|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* <br><br>  Plaintiffs, <br><br> v. <br><br> CORE NATURAL RESOURCES, INC. <br><br>  Defendant. | Case No.: 2:25-cv-4 <br> Judge Thomas Kleeh |

## JOINT STIPULATION

Pursuant to Local Rules 7.01 and 37.02(b), the parties in the above-referenced matter mutually agree and hereby submit this joint stipulation to extend the time to submit to this Court a potential discovery dispute regarding the scope of this Court's order on Plaintiffs' Motion to Compel. D.E. 70, 75. As this Court is aware, the parties are currently scheduled for a mediation on March 4, 2026, with mediator Stephen Dalesio. D.E. 82. The parties have exchanged several communications in writing and held several meet and confers via Teams regarding this dispute and have agreed that in the event the March 4 mediation does not result in settlement, any motion to compel on this issue shall be due thirty (30) days after the mediation, on April 3, 2026. The parties expect to jointly seek relief regarding the scheduling order in this case in the coming days to set further appropriate deadlines on discovery in light of the mediation. D.E. 25.

Dated: February 13, 2026,     Respectfully submitted,

  /s/ Rodney A. Smith
  Rodney A. Smith (WVSB # 9750)
  **Rod Smith Law PLLC**
  108 ½ Capitol Street, Suite 300
  Charleston, WV 25301
  304-342-0550
  rod@lawwv.com

1

J. Gerard Stranch, IV
Samuel Gladney
Michael C. Tackeff
**STRANCH, JENNINGS & GARVEY PLLC**
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
sgladney@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*


*/s/Michael J. Moore*
Michael J. Moore (WVSB #12009)
400 White Oaks Boulevard
Bridgeport, WV 26330
Phone:  (304) 933-8000
michael.moore@steptoe-johnson.com


Bryan R. Cokeley (WVSB #774)
Chase Tower, 17th Floor
707 Virginia Street, East (ZIP 25301)
P.O. Box 1588
Charleston, WV 25326-1588
Phone:  (304) 353-8116
bryan.cokeley@steptoe-johnson.com

2

Dallas F. Kratzer III (WVSB #12350)
41 South High Street, Suite 2200
Columbus, OH 43215
Phone:   (614) 458-9889
dallas.kratzer@steptoe-johnson.com

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | | |
|---|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 2:25-cv-4 Judge Thomas Kleeh |
| CORE NATURAL RESOURCES, INC. | ) ) | |
| Defendant. | | |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing ***Joint Stipulation*** has been served via electronic mail, on this 13th day of February, 2026, on all counsel of record.


Bryan R. Cokeley
Steptoe & Johnson PLLC-Charleston
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588
bryan.cokeley@steptoe-johnson.com

Dallas F Kratzer , III
Steptoe & Johnson PLLC
41 South High Street, Suite 2200
Columbus, OH 43215
dallas.kratzer@steptoe-johnson.com

Michael J. Moore
Steptoe & Johnson PLLC - Bridgeport
400 White Oaks Blvd
Bridgeport, WV 26330
michael.moore@steptoe-johnson.com

/s/ Rodney A. Smith
Rodney A. Smith (WVSB # 9750)
Rod Smith Law PLLC
108 ½ Capitol Street, Suite 300
Charleston, WV 25301
304-342-0550
rod@lawwv.com

J. Gerard Stranch, IV
Samuel Gladney
Michael C. Tackeff
Stranch, Jennings & Garvey PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
sgladney@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
Strauss Borrelli PLLC
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*

5