IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | |
|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: 2:25-cv-4 |
| ) | Judge Thomas Kleeh |
| CORE NATURAL RESOURCES, INC. ) ) | |
| Defendant. ) | |

## AMENDED NOTICE OF MEDIATION

Please take notice that mediation in the above referenced case will take place on Wednesday, April 1, 2026 via Zoom video link. The link will be provided via e-mail. Mediation will begin at 9:00 a.m. with mediator Stephen Dalesio.

Respectfully submitted this 27th day of February, 2026.

|  |  |
|---|---|
|  | */s/Michael J. Moore* |
|  | Michael J. Moore (WVSB #12009) |
|  | 400 White Oaks Boulevard |
| STEPTOE & JOHNSON PLLC | Bridgeport, WV 26330 |
| Of Counsel | Phone:  (304) 933-8000 |
|  | michael.moore@steptoe-johnson.com |
|  |  |
|  | Bryan R. Cokeley (WVSB #774) |
|  | Chase Tower, 17th Floor |
| STEPTOE & JOHNSON PLLC | 707 Virginia Street, East (ZIP 25301) |
| Of Counsel | P.O. Box 1588 |
|  | Charleston, WV 25326-1588 |
|  | Phone:  (304) 353-8116 |
|  | bryan.cokeley@steptoe-johnson.com |
|  |  |
|  | Dallas F. Kratzer III (WVSB #12350) |
|  | 41 South High Street, Suite 2200 |
| STEPTOE & JOHNSON PLLC | Columbus, OH 43215 |
| Of Counsel | Phone:  (614) 458-9889 |
|  | dallas.kratzer@steptoe-johnson.com |
|  | *Counsel for Defendant* |

30026171.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | |
|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 2:25-cv-4 |
| | ) Judge Thomas Kleeh |
| CORE NATURAL RESOURCES, INC. | )<br>) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2026, I served the forgoing ***"Amended Notice of Mediation"*** on the parties listed below and filed with the Clerk of the Court using the Court's e-file system, which will send electronic notification of such filing to the following counsel of record:

Rodney A. Smith
ROD SMITH LAW PLLC
108 ½ Capitol St., Suite 300
Charleston, WV 25301
Phone:  (304) 342-0550
rod@lawwv.com

Samual J. Strauss
Raina C. Borrelli
Strauss Borrelli PLLC
908 N. Michigan Avenue, Suite 1610
Chicago, IL  60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

*Counsel for Plaintiffs and the
Proposed Class*

J. Gerard Stranch, IV
STRANCH, JENNINGS, & GARVEY, PLLC
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Phone:  (615) 254-8801
gstranch@stranchlaw.com

Lynn A. Toops
Ian Bensberg
Cohen and Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 43204
Phone:  (317) 636-6481
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

*Counsel for Plaintiffs and the
Proposed Class*


*/s/Michael J. Moore*
Michael J. Moore (WVSB #2643)

30026171.1