**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**JASON LOUGHRIE; CALEB MALCOMB,**
**individually and on behalf**
**of those similarly situated,**

**Plaintiffs,**

**v.** **CIVIL NO. 2:25-cv-4**
**(KLEEH)**

**CORE NATURAL RESOURCES, INC.,**

**Defendant.**

**ORDERING DENYING WITHOUT PREJUDICE**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 28]**

In accord with this Court's ruling on Plaintiffs' Rule 56(D) Motion [ECF No. 75] and the Amended Scheduling Order [ECF No. 87], the Court **DENIES WITHOUT PREJUDICE AND WITH LEAVE TO RE-FILE** *Defendant's Motion for Summary Judgment* [ECF No. 28]. The parties may re-file or submit new dispositive motions in accord with the Court's current scheduling order.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: March 18, 2026

Tom S Kleeh

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA