**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

JASON LOUGHRIE; CALEB MALCOMB,
individually and on behalf
of those similarly situated,

     Plaintiffs,

  v.                              CIVIL NO. 2:25-cv-4
                                       (KLEEH)

CORE NATURAL RESOURCES, INC.,

     Defendant.

---

## ORDER

    The Court has been informed that the parties have settled this matter.  For good cause, the Court **ORDERS** the parties to file, on or before **May 9, 2026,** an appropriate filing under Rule 41 of the Federal Rules of Civil Procedure or an advisement as to whether the final settlement requires court approval.  All hearings, deadlines, and pending motions are hereby **TERMINATED.**

    It is so **ORDERED.**

    The Clerk is directed to transmit copies of this Order to counsel of record.

    DATED: April 9, 2026

<br>

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA