IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

JASON LOUGHRIE; CALEB )
MALCOMB, *individually and on behalf* )
*of those similarly situated,* )
     )
     Plaintiffs, )
     )
v. )           Case No.:  2:25-cv-4
     )           Judge Thomas Kleeh
CORE NATURAL RESOURCES, INC. )
     )
     Defendant. )

**RESPONSE TO COURT'S ORDER AND NOTICE OF SETTLEMENT**

Plaintiffs Jason Loughrie and Caleb Malcomb and Defendant Core Natural Resources, Inc. respectfully submit this joint response to this Court's April 9, 2026 order. D.E. 92. The parties are currently finalizing the terms of the final settlement agreement and supporting documents in this case. Once the settlement agreement is finalized and executed by all parties, Plaintiffs will promptly move for preliminary approval under Fed. R. Civ. P. 23(e). The parties expect to complete this process in the coming weeks. If the Court grants preliminary approval, the parties will request a hearing for final approval of the settlement. Within 30 days of the date of this filing, the parties shall file either a further joint status update or shall file preliminary approval papers under Rule 23(e).

Dated: May 7, 2026,           Respectfully submitted,

           */s/ Rodney A. Smith*
           Rodney A. Smith (WVSB # 9750)
           **Rod Smith Law PLLC**
           108 ½ Capitol Street, Suite 300
           Charleston, WV 25301
           304-342-0550
           rod@lawwv.com

1

J. Gerard Stranch, IV
Samuel Gladney
Michael C. Tackeff
**STRANCH, JENNINGS & GARVEY PLLC**
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
sgladney@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | | |
|---|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.:  2:25-cv-4 |
| | ) | Judge Thomas Kleeh |
| CORE NATURAL RESOURCES, INC. | ) | |
| | ) | |
| Defendant. | | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served via electronic mail, on this 7th day of May, 2026, on all counsel of record.


Bryan R. Cokeley
Steptoe & Johnson PLLC-Charleston
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588
bryan.cokeley@steptoe-johnson.com

Dallas F Kratzer , III
Steptoe & Johnson PLLC
41 South High Street, Suite 2200
Columbus, OH 43215
dallas.kratzer@steptoe-johnson.com

Michael J. Moore
Steptoe & Johnson PLLC - Bridgeport
400 White Oaks Blvd
Bridgeport, WV 26330
michael.moore@steptoe-johnson.com

*/s/ Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)
Rod Smith Law PLLC
108 ½ Capitol Street, Suite 300
Charleston, WV 25301
304-342-0550
rod@lawwv.com

J. Gerard Stranch, IV
Samuel Gladney
Michael C. Tackeff
Stranch, Jennings & Garvey PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
sgladney@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
Strauss Borrelli PLLC
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*

4