IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | | |
|---|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 2:25-cv-4<br>Judge Thomas Kleeh |
| CORE NATURAL RESOURCES, INC., | ) | |
| Defendant. | ) | |

**<u>PLAINTIFFS' UNOPPOSED MOTION</u>**
**<u>FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT</u>**

Plaintiffs Jason Loughrie, Caleb Malcomb, and Joshua McDonald, individually and on behalf of all others similarly situated ("Class Members" or "putative Class Members"), respectfully request that the Court grant preliminary approval of the proposed Class Settlement, which resolves all claims against Defendant in this case. The Settlement achieved here is an excellent result for the Class. In support of this motion, Plaintiffs incorporate the contemporaneously filed Memorandum of Law, the Declaration of Class Counsel J. Gerard Stranch, IV and Exhibits thereto including the Proposed Notice to the Class and the Proposed Order Granting Preliminary Approval.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order (1) granting preliminary approval of the Settlement, (2) certifying the Class for the purpose of Settlement pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3); (3) ordering the Settlement Administrator to direct and issue notice to the Class under the terms of the Settlement Agreement; (4) appointing Jason Loughrie, Caleb Malcomb, and Joshua McDonald as Class Representatives for the purpose of Settlement; (5) appointing J. Gerard Stranch, IV, Michael Tackeff, and Samuel

Gladney of Stranch, Jennings, & Garvey, PLLC; Samuel J. Strauss and Raina C. Borrelli of Strauss Borrelli, PLLC; Lynn A. Toops and Ian Bensberg of CohenMalad, LLP; Rod Smith of Rod Smith Law, PLLC as class counsel; and (6) enter the Settlement schedule as proposed by the Memorandum of Law.

Defendant's counsel does not oppose the relief sought.

Dated: June 15, 2026,

Respectfully submitted,

*/s/ Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)
**Rod Smith Law PLLC**
108 ½ Capitol Street, Suite 300
Charleston, WV 25301
304-342-0550
rod@LawWV.com

J. Gerard Stranch, IV
Samuel Gladney
Michael C. Tackeff
**STRANCH, JENNINGS & GARVEY PLLC**
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
sgladney@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | | |
|---|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 2:25-cv-4<br>Judge Thomas Kleeh |
| CORE NATURAL RESOURCES, INC. | ) | |
| Defendant. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and exact copy of the foregoing has been served via electronic mail, on this 15th day of June, 2026, on all counsel of record.

Bryan R. Cokeley
Steptoe & Johnson PLLC-Charleston
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588
bryan.cokeley@steptoe-johnson.com

Dallas F Kratzer , III
Steptoe & Johnson PLLC
41 South High Street, Suite 2200
Columbus, OH 43215
dallas.kratzer@steptoe-johnson.com

Michael J. Moore
Steptoe & Johnson PLLC - Bridgeport
400 White Oaks Blvd
Bridgeport, WV 26330
michael.moore@steptoe-johnson.com

*/s/ Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)
Rod Smith Law PLLC
108 ½ Capitol Street, Suite 300
Charleston, WV 25301
304-342-0550
rod@LawWV.com

J. Gerard Stranch, IV
Samuel Gladney
Michael C. Tackeff
Stranch, Jennings & Garvey PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
sgladney@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
Strauss Borrelli PLLC
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*