IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

JASON LOUGHRIE; CALEB           )
MALCOMB, *individually and on behalf*   )
*of those similarly situated,*          )
                                )
    Plaintiffs,              )
                                )
v.                              )          Case No.:  2:25-cv-4
                                )          Judge Thomas Kleeh
CORE NATURAL RESOURCES, INC.    )
                                )
    Defendant.               )

**<u>DECLARATION OF J. GERARD STRANCH, IV, IN SUPPORT OF PLAINTIFFS'
MOTION FOR APPROVAL OF CLASS SETTLEMENT</u>**

I, J. Gerard Stranch, IV, am over the age of eighteen years. I offer this declaration in my capacity as one of the attorneys for Plaintiffs Caleb Malcomb and Jason Loughrie ("Plaintiffs" or "Class Representatives"), in the above styled action, in support of their Motion for Class Certification and Approval of Settlement. I have personal knowledge of the facts recited in this Declaration, and if called upon to testify to the truth of the statements below, I could and would do so:

1. I am a licensed attorney in private practice in the State of Tennessee. I work for Stranch, Jennings & Garvey, PLLC as the firm's managing partner.

2. I have been admitted to practice before this Court.

3. I am counsel of record for Plaintiffs in this action.

4. This case arises from the February 20, 2025, mass layoff / plant closing of approximately 161 employees by Defendant. Defendant failed to provide proper notice of their

1

**EXHIBIT A**

actions in violation of the WARN Act, which requires a minimum 60-days notice prior to a layoff of 50 or more employees.

5.      Plaintiffs filed their class action lawsuit against Defendants on March 7, 2025.

6.      As it pertains to this Class Action, Plaintiffs have demonstrated they are well-suited to represent the proposed Class. Plaintiffs have maintained contact with counsel, assisted in the investigation of the case, reviewed the Complaint, and offered to provide any and all responses necessary as they may arise during the course of the litigation. Moreover, Plaintiffs do not have any conflicts with the proposed class and have adequately represented the proposed class members in this litigation.

7.      Plaintiffs and their counsel have devoted considerable time, effort, and resources to this litigation and have shown a strong understanding of the issues in this matter. Before filing the Complaint, Plaintiffs' counsel conducted a thorough investigation of the claims, including researching the incident and Defendant's response, and investigating applicable legal claims. I am well qualified to represent the Settlement Class, as my firm, my co-counsel, and I possess significant experience leading the prosecution of complex class action matters.

8.      My co-counsel and I have a wealth of experience litigating and settling cases of this type and have diligently investigated the background of this case and potential claims and efficiently prosecuted the claims in this matter, dedicated substantial resources toward the endeavor, and have successfully and fairly negotiated the Settlement of this matter to the benefit of Plaintiffs and the Settlement Class. The firm resume of Stranch Jennings & Garvey, PLLC, CohenMalad, LLP, Strauss Borrelli, LLP, and Rod Smith Law, PLLC detailing the firms' experience and qualifications are attached hereto as **Exhibits 1, 2, 3, and 4, respectively**.

2

9.      I have worked with CPT Group Settlement Administration on numerous settlements. Given my experience with CPT Group, I believe it is a reliable and affordable third-party administrator and is fully capable of administering the Settlement. CPT Group specifically has extensive experience in administering WARN Act claims.

10.      The Parties engaged in sufficient informal and formal discovery to allow them to act intelligently when negotiating the proposed Settlement's terms.

11.      The Notice program provides the best practicable method to reach the potential class members and is consistent with other class action notice programs that have been approved by various courts for similarly situated matters. The Notice program includes a mailed notice at the address provided by the employer.

14.      The Notice is written in plain language such that it will be readily understandable to the Settlement Class, and summarize the Parties' positions in litigation, the terms of the Settlement, instructions on how to object and opt-out from the Settlement, the claims process, and stating the requested attorneys' fees and costs, the requested service awards, and the date, time, and place of the Final Approval Hearing, as set by the Court.

15.      Following the negotiations, counsel, in conjunction with another plaintiff firm in this case, drafted the proposed Settlement Agreement and negotiated with Defendant's counsel.

16.      The Parties did not negotiate attorneys' fees until the substantive, material terms of the Settlement had been agreed upon.

17.      WARN Act cases such as this are inherently complex and require understanding of highly technical topics. Indeed, prolonged litigation would require the Parties to engage with experts in multiple areas, each of which would demand hourly rates in line with what attorneys' typically charge.

18.    Through this litigation, all Parties have acted with professionalism and no evidence of collusion could or does exist.

19.    Among my firm and the various other lead firms in this case, we have ample resources to prosecute this matter and do not accept outside funding sources.

20.    Class Counsel, and all other leads, have diligently prosecuted this action to their fullest capabilities, and that advocacy resulted in the Settlement proposed here.

21.    A copy of the executed Settlement Agreement is attached hereto as **Exhibit 5**.

22.    The Parties' Proposed Notice is attached hereto as **Exhibit 6**.

23.    The Parties' Proposed Preliminary Approval Order is attached hereto as **Exhibit 7**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of June 2026, in Nashville, Tennessee.

/s/ J. Gerard Stranch
J. Gerard Stranch, IV



# STRANCH, JENNINGS & GARVEY
### PLLC

**The award-winning attorneys of Stranch, Jennings & Garvey, PLLC (SJ&G) have recovered more than $50 billion for clients, from high-profile cases to single plaintiffs who have suffered harm or unfair treatment.**

SJ&G's roots go back to 1952 when Cecil Branstetter founded Branstetter, Stranch & Jennings, PLLC (BS&J), his own law firm in Nashville. For more than seven decades, our attorneys have advocated for society's under-represented voices, consumer rights, labor unions and victims of discrimination, a legacy that continues today as we work to ensure access to justice for our clients.

Mr. Branstetter's grandson, J. Gerard Stranch IV, serves as managing member for SJ&G, headquartered in the heart of Nashville.

## PRACTICE AREAS

- AI Copyright Litigation
- Antitrust
- Appellate Practice
- Bank Fees
- Business Litigation
- Car Crashes
- Civil Litigation
- Civil Rights
- Class Action

- Complex Litigation
- Condemnation/Municipal Property Disputes
- Constitutional Law
- Consumer Protection
- Corporate Governance
- E-Discovery
- Election Law
- Employment & Discrimination Law

- Environmental Law
- ERISA Trust Funds
- Labor Law
- Labor Unions
- Mass Tort
- Medical Malpractice
- Necrotizing Enterocolitis (NEC)
- Nursing Home Abuse & Neglect
- Opioid Litigation

- Personal Injury
- Privacy & Cybersecurity Litigation
- Product Liability
- Trucking Wrecks
- U.S. Securities Litigation
- Wage & Hour Disputes
- Worker Adjustment & Retraining Notification

## REPRESENTATIVE CASES

**SJ&G attorneys have represented plaintiffs in a substantial number of complex cases both in state and federal courts throughout the nation:**

- as lead trial attorney in the Sullivan Baby Doe case (originally filed as *Staubus v. Purdue*) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;

- personally appointed to the steering committee of the *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation*, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;

- the executive committee *In re: Dahl v. Bain Capital Partners* (antitrust), resulting in a $590.5 million settlement;

- appointed mediator by the circuit court in the case of the *City of St. Louis v. National Football League and the Los Angeles Rams*, having successfully negotiated a $790 million settlement for the plaintiffs;

- lead plaintiff in *Sherwood v. Microsoft*, which set the standard for indirect antitrust actions in Tennessee and ultimately resolved for a value of $64 million;

- litigated *Qwest Savings and Investment Plan ERISA* litigation, resulting in a $57.5 million total payout to class members;

- plaintiff's co-counsel in the *Paxil litigation of Orrick v. GlaxoSmithKline*;

- represented a class of consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement. *Montanez v. Gerber Childrenswear, LLC* (M.D. Cal.); and

- represented multiple Taft-Hartley Trust Funds as amici in a case setting Ninth Circuit precedent on liability of owners as ERISA fiduciaries for unpaid fringe benefit contributions.

## Nashville
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: 615.254.8801

## Oakland
1111 Broadway
Suite 300
Oakland, CA 94607

## St. Louis
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
Phone: 314.390.6750

## Las Vegas
3100 W. Charleston Boulevard
Suite 208
Las Vegas, NV 89102
Phone: 725.235.9750

stranchlaw.com

**EXHIBIT 1**





# J. Gerard Stranch IV

## FOUNDING AND MANAGING MEMBER

**Gerard Stranch is the managing member at Stranch, Jennings & Garvey, PLLC (SJ&G). A third-generation trial lawyer, he leads the firm's class action and mass tort practice groups. His additional areas of practice include bank fees, privacy litigation, wage and hour disputes, worker adjustment and retraining notification, personal injury and trucking wrecks.**

Mr. Stranch has served as lead or co-lead counsel for the firm in numerous cases, including:

- lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;

- personally appointed to the steering committee of the In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;

- the executive committee In re: Dahl v. Bain Capital Partners (anti-trust), resulting in a $590.5 million settlement;

- personally appointed to the steering committee In re: New England Compounding Pharmacy, Inc., resulting in more than $230 million in settlements; and

- appointed as co-lead counsel In re: Alpha Corp. Securities litigation, resulting in a $161 million recovery for the class.

A 2000 graduate of Emory University, Mr. Stranch received his J.D. in 2003 from Vanderbilt University Law School, where he teaches as an adjunct professor about the practice of civil litigation. He led the opioid litigation team in the Sullivan Baby Doe suit, for which the team won the 2022 Tennessee Trial Lawyer of the Year award. Mr. Stranch has been listed as one of the Top 40 Under 40 by the National Trial Lawyers Association and as a Mid-South Rising Star by Super Lawyers magazine.

## PHONE
615.254.8801

## EMAIL
gstranch@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Bank Fees
- Car Crashes
- Class Action
- Complex Litigation
- Labor Unions
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Opioid Litigation
- Personal Injury
- Privacy Litigation
- Product Liability
- Trucking Wrecks
- Wage & Hour Disputes
- Worker Adjustment & Retraining Notification

## EDUCATION
- Vanderbilt University Law School (J.D., 2003)
- Emory University (B.A., 2000)

## BAR ADMISSIONS
- Tennessee
- U.S. District Court – District of Colorado
- U.S. District Court Eastern – District of Tennessee
- U.S. District Court Middle – District of Tennessee
- U.S. District Court Western – District of Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. 8th Circuit Court of Appeals
- U.S. 9th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*
- Nashville Post "In Charge" List (2018 – 2026)
- 2024 Steven J. Sharp Public Service Award (American Association for Justice)
- 2024 Leonard Weinglass in Defense of Civil Liberties Award (American Association for Justice)
- Super Lawyers Mid-South Rising Star
- Tennessee Trial Lawyer of the Year
- Top 40 Under 40, National Trial Lawyers Association

*Memberships*
- Public Justice
- Nashville Bar Association
- Tennessee Bar Association
- American Association for Justice
- Tennessee Association for Justice
- Lawyer's Coordinating Committee of the AFL-CIO
- General Counsel Tennessee AFL-CIO and Federal Appointment, Coordinator
- General Counsel Tennessee Democratic Party
- National Trial Lawyer
- Board of Directors, Cumberland River Compact
- Class Action Trial Lawyers Association, Board Member
- Tennessee Trial Lawyers Association

## PRESENTATIONS
- Mr. Stranch regularly speaks at conferences on issues ranging from in-depth reviews of specific cases to developments in the law, including in mass torts, class actions and voting rights.
- Mr. Stranch is one of the founding members of the Cambridge Forum on Plaintiff's Mass Tort Litigation and regularly presents at the forum.

## LANGUAGES
- English
- German





# James G. Stranch III

## FOUNDING MEMBER

**Jim Stranch is the senior member in the complex litigation group, which he helped start on behalf of the firm. He has served as lead counsel in virtually every large complex and other class action in which the firm has served as lead plaintiff.**

Mr. Stranch and his wife, Judge Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals, were early pioneers of 401(k) ERISA litigation and jointly litigated numerous groundbreaking cases.

One of Mr. Stranch's first hard-earned victories came in 1979 when, along with firm founder Cecil Branstetter, he won a jury verdict in a case against Frosty Morn Meats in Montgomery County. The bankrupt company was found by a jury to have been grossly negligent in its mishandling of more than 500 employees' Christmas monies. The jury returned a nearly $473,000 judgment against the company's board of directors, and the case helped solidify the firm's reputation in Tennessee as one that fights for workers' interests.

In addition to having founded the firm's class action practice, Mr. Stranch also focuses on Labor and Employment Law, and brings more than four decades of experience in representing labor organizations and individual workers throughout Tennessee and the South. Mr. Stranch also has extensive expertise in matters arising under the National Labor Relations Act, ERISA, Title VII, and wage and hours laws such as the FLSA.

Mr. Stranch has spent his career contributing to its legacy of supporting labor unions, shareholders, small businesses and others. Mentored by the late Cecil Branstetter, Mr. Stranch also strives to mentor the firm's younger attorneys.

## PHONE

615.254.8801

## EMAIL

jstranch@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Class Action
- Complex Litigation
- Consumer Protection
- Employment & Discrimination Law
- ERISA Trust Funds
- Labor Law
- Personal Injury

## EDUCATION

- University of Tennessee College of Law (J.D., 1973)
- University of Tennessee (B.S., 1969)

## EXPERIENCE

- Tennessee consumer protection and antitrust action against Microsoft, which led to a $64 million recovery to the consumer class, including a $30 million cy pres to Tennessee schools.
- Qwest Savings and Investment Plan ERISA litigation, which resulted in a $57.5 million total payout to class members.
- Nortel Networks Corp. ERISA litigation, which was resolved with a $21.5 million settlement.
- Securities litigation on behalf of the State of Tennessee Consolidated Retirement System against Worldcom, which led to a $7 million recovery.
- Shareholder derivative action involving Dollar General Corporation, which resulted in a $31.5 million recovery.
- ERISA/401(k) litigations on behalf of employees and pensioners of Qwest Communications, Inc. ($57.5 million total value recovery), Xcel Energy Inc. ($8.6 million recovery), Providian Financial, Inc. ($8.6 million) and Nortel, Inc. ($21.5 million recovery).

## BAR ADMISSIONS

- Tennessee
- U.S. District Court – District of Colorado
- U.S. District Court – Eastern District of Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. 8th Circuit Court of Appeals
- U.S. 9th Circuit Court of Appeals
- U.S. Tax Court
- U.S. Supreme Court

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- AV-Rated by Martindale Hubbell
- Best Lawyers in America – Labor and Employment Law
- Mid-South Super Lawyers Edition (2014)
- Super Lawyers (2007 – 2020)

*Memberships*

- Tennessee State Ethics Commission, Member and Former Chairman
- Tennessee Appellate Court Nominating Committee (Secretary, 1985 – 1991)
- AFL-CIO Lawyer's Coordinating Advisory Committee (1980 – present)
- Nashville Bar Association (1973 – present)
- Tennessee Bar Association (Chairman, Labor Law Section, 1991 – 1992; Member, 1973 – present)

- American Bar Association (1973 – present)
- American Association for Justice (1974 – present)
- Tennessee Association for Justice (1974 – present)
- Phi Delta Phi

## COMMUNITY INVOLVEMENT

- Chairman, Tennessee Bureau of Ethics
- Fellow, Nashville Bar Foundation
- Former Secretary, Tennessee Appellate Court Nominating Committee
- Former Member, AFL-CIO Lawyers Coordinating Advisory Committee
- Former Chairman, Tennessee Bar Association's Labor Law Section



SJG
STRANCH,
JENNINGS
& GARVEY
PLLC



# R. Jan Jennings

FOUNDING MEMBER

**In the initial years of his career, Jan Jennings represented labor organizations devoted to protecting the rights of employees. During the past 20 years, he has concentrated on providing services to health and pension funds that provide benefits to construction workers. He has also provided personal representation to political and labor leaders throughout the South.**

After obtaining an M.B.A. degree, Mr. Jennings worked in a series of managerial positions at General Electric Company, where he was responsible for union and employee relations. Upon graduation from law school, he practiced in Atlanta, Georgia, for a number of years before relocating his practice to Nashville. He joined the firm in 1977.

A native of Johnson City, Tennessee, Mr. Jennings earned his J.D. from the University of Tennessee College of Law, where he served as editor of the Tennessee Law Review. He received his B.S. and M.B.A. degrees from East Tennessee State University.

## PHONE
615.254.8801

## EMAIL
jjennings@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- ERISA Trust Funds
- Labor Unions

## EDUCATION
- University of Tennessee College of Law (J.D., 1974)
  - Editor, *Tennessee Law Review*
- East Tennessee State University, (M.B.A., 1966)
- East Tennessee State University (B.S., 1964)

## EXPERIENCE
Mr. Jennings provides ongoing representation to health and pension funds in connection with litigation concerning:
- Collection of employer delinquencies
- Denial of benefits
- Claims for subrogation/reimbursement to health funds from participants
- Breach of fiduciary duty claims
- Claims against service providers due to errors or omissions, prohibited transactions and breach of fiduciary liability
- Claims against hospitals, drug companies and other providers for excessive claims or costs
- Withdrawal liability
- Federal and state securities violations
- Consumer fraud

This representation of multiemployer funds involves the wide range of subjects encompassed by ERISA, Taft-Hartley, the IRC, HIPAA and PPACA.

## BAR ADMISSIONS
- Georgia
- Tennessee
- U.S. District Court – Eastern District of Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. 5th Circuit Court of Appeals
- U.S. 6th Circuit Court of Appeals
- U.S. 11th Circuit Court of Appeals
- U.S. Court of Appeals Federal Circuit
- U.S. Supreme Court

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*
- Best Lawyers in America – Labor and Employment Law (2004 – present)
- AV-Rated by Martindale Hubbell (1975 – present)

*Memberships*
- Tennessee Bar Association
- State Bar of Georgia

## COMMUNITY INVOLVEMENT
- Cecil D. Branstetter Scholarship Fund
- Laborers' Care Foundation



STRANCH, JENNINGS & GARVEY PLLC



# Hon. John (Jack) Garvey

## FOUNDING MEMBER

Judge (ret.) Garvey has been practicing law for 38 years in St. Louis. He began his career in private practice, then moved to the city's prosecuting attorney office, where he tried 23 cases to verdict. He was then elected to the St. Louis Board of Aldermen, where he served for four years while also practicing as a trial attorney before joining a trial law firm. While in private practice, he tried 50 cases to verdict.

In 1998, Judge Garvey was appointed to the associate circuit court bench, where he served five years until he was elevated to a circuit court position and served for an additional 13 years. During his time on the bench, he presided over 200 jury trials, and served as the chief criminal judge, presiding juvenile court judge and assistant presiding judge, as well as the chief judge of the 22nd Judicial Circuit mass tort docket.

Following his return to private practice in 2015, Judge Garvey has been involved as plaintiff's co-counsel in the Paxil litigation of Orrick v. GlaxoSmithKline, St. Louis City Circuit #1322-CC00079; co-lead counsel in the opioids litigation of Jefferson County v. Williams, #20JE-CC00029; and local counsel in Roundup cases.

In addition to his litigation work, he has been appointed several times as a special master on discovery matters by St. Louis city and county courts. In addition, Judge Garvey was appointed mediator by the circuit court in the case of the City of St. Louis v. National Football League and the Los Angeles Rams, having successfully negotiated a $790 million settlement for the plaintiffs in 2022.

Judge Garvey obtained his B.A. in urban affairs in 1983 from St. Louis University, and earned his J.D. in 1986 from Rutgers University School of Law. He is an adjunct professor of law at Washington University School of Law and St. Louis University School of Law.

Judge Garvey resides in South St. Louis with his wife, Kathy, a retired registered nurse. They have four children who also live in St. Louis. He enjoys running, reading and grilling.

## PHONE

314.374.6306

## EMAIL

jgarvey@stranchlaw.com

## LOCATION

Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101

## PRACTICE AREAS

- Car Crashes
- Class Action
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Opioid Litigation
- Personal Injury
- Privacy Litigation
- Product Liability
- Trucking Wrecks

## EDUCATION

- Rutgers University School of Law (J.D., 1986)
- St. Louis University (B.A., 1983)
  - Captain of the School's Rugby Team (1980-1983)

## BAR ADMISSIONS

- Missouri
- U.S. District Court – Southern District of Illinois
- U.S. District Court – Eastern District of Missouri
- U.S. District Court – Western District of Missouri

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Adjunct Faculty Member of the Year, St. Louis University Law School (2006)
- Person of the Year, Missouri Coalition Against Domestic Violence (2000)
- Pro Bono Legal Professional of the Year, St. Louis University Civil Justice Clinic (2007)
- Honored at the 2023 Missouri Lawyers Association for his role In re: National Prescription Opiate Litigation settlement, which won first place in the Top Settlements category
- Missouri Lawyers Media's 2025 ICON Awards recipient

*Memberships*

- Bar Association of Metropolitan St. Louis

## COMMUNITY INVOLVEMENT

- Adjunct Professor of Law, Washington University Law School – Evidence and Trial Advocacy (2001 – 2015)

- Adjunct Professor of Law, St. Louis University – Trial Advocacy (2005 – 2015)
- President of the board of directors, St. Louis Public Library (2004 – 2008)
- Alderman, 14th Ward of the City of St. Louis (1991 – 1995)

## PRESENTATIONS

- "Evidence and Managing Trials," Judicial College of Missouri, August and October 2023

- "Trends in Mass Torts," HarrisMartin MDL Conference: The Current Mass Tort Landscape (March 2022)

- "Opioid Case Against the Pharmacies," HarrisMartin MDL Conference: Critical Developments in Mass Torts, MDLs, and Game-Changing Jurisprudence (May 2019)



SJG
STRANCH,
JENNINGS
& GARVEY
PLLC



# Michael G. Stewart

## FOUNDING MEMBER

**Mike Stewart is a member of the firm's complex litigation practice, representing citizens who have suffered injuries or lost money because of the actions of powerful interests. He has litigated cases that have recovered millions of dollars for defrauded investors, persons injured by defective products and consumers cheated by improper sales practices. He writes and speaks on a variety of legal and public interest topics.**

A former member of the Tennessee General Assembly, Mr. Stewart aggressively fought for citizens, at one point calling to attention the state's inadequate gun background check laws by offering an assault rifle for sale at a sidewalk lemonade stand.

Mr. Stewart was elected unanimously by his fellow Democratic members to serve as their Caucus Chairman during the 109th, 110th and 111th General Assemblies. During his tenure, Democrats regained seats held by Republicans in all three of Tennessee's Grand Divisions – West, Middle and East Tennessee.

Before attending law school, Mr. Stewart served as an officer in the United States Army, with service in the Korean Demilitarized Zone and in Operation Desert Storm.

Mr. Stewart and his wife, Ruth, have three children, Will, Joseph and Eve. Ruth is a physician and an Associate Dean at Meharry Medical College. They live in East Nashville.

## PHONE
615.254.8801

## EMAIL
mstewart@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Mass Torts
- Necrotizing Enterocolitis (NEC)

## EDUCATION

- University of Tennessee College of Law (J.D., *cum laude*, 1994)
  - Student Materials Editor, *Tennessee Law Review*
  - National Moot Court Team
  - Vinson & Elkins Award for Excellence in Moot Court Brief Writing
- University of Pennsylvania (B.A., 1987)

## EXPERIENCE

- Represented a class of shareholders in antitrust litigation against many of the nation's largest private equity firms in a suit alleging collusion on large buyout deals. Total settlements exceeded half-a-billion dollars. Dahl v. Bain Capital Partners (D. Mass).
- Represented a class of consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement. Montanez v. Gerber Childrenswear, LLC (M.D. Cal.).
- Represented a consumer seriously injured by emissions from a residential air cleaner, resulting in a significant settlement. Bearden v. Honeywell International, Inc. (M.D. Tenn.).
- Represented a class of shareholders alleging damages from inaccurate financial statements issued by a manufacturer of cellular phone cameras, resulting in a multi-million-dollar settlement. Omnivision Technologies, Inc. Litigation (N.D. Cal.).

## BAR ADMISSIONS

- Tennessee
- U.S. District Court Middle District of Tennessee
- U.S. District Court Western District of Tennessee
- U.S. 6th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*
- Best Lawyers in America (2008)
- National Trial Lawyers, Top 100 (2019)
- U.S. Eighth Army Distinguished Leader Award

*Memberships*
- American Bar Association
- Tennessee Bar Association
- Nashville Bar Association
- American Association of Justice

## PRESENTATIONS & PUBLISHED WORKS

- Tennessee Bar Association Litigation Forum CLE – "Legislative Update"
- Nashville Bar Association CLE, "Deposition Ethics: Strategies for Taking and Defending Depositions Without Running Afoul of the Model Rules of Professional Conduct"
- "Paul Krugman Unwittingly Fulfills Fiscal Fantasies for Republicans," The Hill (Nov. 18, 2017)
- "Memo to Democratic Donors: the Path to Power Passes Through the States," The Hill (Dec. 22, 2016)

## COMMUNITY INVOLVEMENT

- Chairman, Tennessee House Democratic Caucus
- Campaign Treasurer, Mayor Bill Purcell
- Past Member, Metro Nashville Emergency Communications Board
- Past President, Lockeland Springs Neighborhood Association
- Member, East End United Methodist Church



STRANCH,
JENNINGS
& GARVEY
PLLC

# Anne K. Davis

MEMBER

**Anne K. Davis brings more than a decade of experience litigating complex matters in federal and state courts across the country, including California, Delaware, Illinois and Kansas. Her practice focuses on high-stakes investigations and the litigation of antitrust, consumer protection and securities matters.**

Before joining Stranch, Jennings & Garvey, Ms. Davis was a partner at a national litigation firm. She also previously served as a principal counsel for sales practice enforcement at the Financial Industry Regulatory Authority (FINRA). At FINRA, she brought charges and negotiated resolutions for violations of the U.S. Securities and Exchange Commission (SEC), the Municipal Securities Rulemaking Board (MSRB) and federal securities laws. Earlier in her career, she was a senior associate at a prominent global law firm, specializing in securities litigation, enforcement and internal investigations.

Ms. Davis has a proven track record in landmark litigation. She was a key member of the legal team for *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, which resulted in a historic $725 million settlement — the largest privacy class action settlement in history.

A recognized leader in her field, Ms. Davis was named a National Trial Lawyers Top 100 Litigator in 2023, 2024 and 2025. She also received the Lawdragon – 500 Leading Plaintiff Consumer Lawyers award.

## EMAIL

adavis@stranchlaw.com

## LOCATION

1111 Broadway
Suite 300
Oakland, CA 94607

## PRACTICE AREAS

- AI Copyright Litigation
- Antitrust
- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Protection
- Corporate Governance
- Product Liability
- Privacy & Cybersecurity Litigation
- U.S. Securities Litigation

## EDUCATION

- University of Michigan Law School (J.D., 2008)
- University of Michigan (M.A., 2006)
- DePaul University (B.A., 2002)

## BAR ADMISSIONS

- California
- U.S. District Court – Central District of California
- U.S. District Court – Eastern District of California
- U.S. District Court – Northern District of California
- U.S. District Court – Southern District of California
- U.S. District Court – Eastern District of Michigan
- U.S. 9th Circuit Court of Appeals

## EXPERIENCE

Representative Cases

- *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*
- *In re: Google RTB Consumer Privacy Litigation*
- *In re: Google Generative AI Copyright Litigation*
- *In re: Local TV Advertising Antitrust Litigation*
- *In re: Domestic Airlines Travel Antitrust Litigation*
- *In re: ZF-TRW Airbag Control Units Products Liability Litigation*
- *In re: Mexican Government Bonds Antitrust Litigation*

## PROFESSIONAL HONORS & ACTIVITIES

Awards

- Lawdragon – 500 Leading Plaintiff Consumer Lawyers
- National Trial Lawyers – Top 100 Civil Plaintiff Trial Lawyers 2023, 2024, 2025

Memberships

- California Lawyers Association – Executive Committee, Antitrust & Consumer Protection Section
- American Association for Justice
- American Bar Association
- San Francisco Bar Association
- Sedona Conference

## PRESENTATIONS, SEMINARS AND PUBLISHED WORKS

- The Sedona Conference
  - Active member and contributor to WG11 (Data Security and Privacy Liability) and WG13 (AI and the Law)
  - Drafting team for the Data Privacy Primer, Second Edition
- Senior Editor of the California Antitrust and Unfair Competition Law Treatise
- Faculty member for the Practising Law Institute's (PLI) annual Accounting for Lawyers seminar
- Ms. Davis regularly speaks at conferences on issues pertaining to artificial intelligence and ethics, privacy, e-discovery, and developments in the law.



STRANCH,
JENNINGS
& GARVEY
PLLC



# Isaac Kimes

MEMBER

**Mr. Kimes leads the personal injury practice group at Stranch, Jennings & Garvey. He is a trial lawyer who has devoted his career to representing individuals harmed by other parties, including multinational corporations, hospitals, doctors and government entities.**

Before joining Stranch, Jennings & Garvey (previously Branstetter, Stranch & Jennings) in 2022, Mr. Kimes was an attorney with a regional personal injury firm, where he tried cases to jury verdict in state and federal court. Mr. Kimes has also served as an advisor in the Tennessee Senate. Prior to law school, he was an organizer with a non-profit organization focused on criminal justice policy.

Mr. Kimes obtained his B.S. in Justice Studies from Arizona State University in 2007. In 2008, he was honored as an outstanding alumnus for his work on criminal justice policy. A 2012 graduate of The University of Memphis Law School, Mr. Kimes served on The University of Memphis Law Review Editorial Board as Symposium Editor.

Mr. Kimes resides in the Nashville area with his wife and children. In his free time, he enjoys grilling in his backyard, sauna, cold plunge, and watching his beloved Seattle Seahawks and Tottenham Hotspur.

## PHONE
615.254.8801

## EMAIL
Ikimes@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Car Crashes
- Medical Malpractice
- Nursing Home Abuse & Neglect
- Personal Injury
- Product Liability
- Sexual Abuse & Assault Litigation
- Trucking Wrecks

## EDUCATION

- The University of Memphis, Cecil C. Humphreys School of Law (J.D., 2012)
- Arizona State University (B.S., 2007)

## BAR ADMISSIONS

- Missouri
- Tennessee
- U.S. District Court – Middle District of Tennessee

## EXPERIENCE

Representative Cases:

- Davidson County Circuit Court bench trial verdict of $205,274.24 following zero offers made prior to trial (January 2022)
- Davidson County Circuit Court jury trial verdict of $122,755.46 following a top pre-trial offer of $30,000 (May 2021)
- Davidson County General Sessions bench trial verdict in favor of dog sitting business that had been sued for negligence resulting in a dog's injury (March 2020)
- Tens of millions of dollars secured for his clients since 2012

## PROFESSIONAL HONORS & ACTIVITIES

### Honors

- Mid-South Super Lawyers (2023, 2024, 2025)
- Tennessee Bar Association Leadership Law Class of 2023 graduate
- Mid-South Super Lawyers Rising Star (2021, 2022)

### Memberships

- Tennessee Trial Lawyers Association, Elected Board of Governors (2025-2026)
- Attorneys Information Exchange Group
- Belmont University College of Law American Inn of Court, Barrister (2023-2024)
- Tennessee Bar Association
- American Bar Association
- Nashville Bar Association

## SEMINARS & PUBLISHED WORKS

### Published Works

- Note, Unfettered Clawbacks – Why Section 304 of the Sarbanes-Oxley Act Requires a Personal Misconduct Standard, 42 U. MEM. L. REV. 797, cited in Lee A. Harris, Cases and Materials on Corporations and Other Business Entities: A Practical Approach 267 (2011)
- Bolder Advocacy Guides on Tennessee Campaign Finance, Tennessee Voter Registration, and Tennessee Lobbying Disclosure (June 2017)
- Tennessee Promise Needs Change, Clarksville Leaf Chronicle, by State Sen. Lee Harris and Isaac Kimes (April 13, 2016)

### Seminars

- "Personal Injury and Economic Deterrence," Law and Economics, Western Kentucky University (March 2020, March 2022)
- "Citizen Lobbying," Vanderbilt University (March 2020)
- "Legislation in the Context of Mass Incarceration," Project MI (June 2017)
- "Legislation for Educators," Nashville Teacher Residency (April 2017)
- "Legislation for Healthcare Professionals," Health Policy Practicum course at The University of Memphis Law School (February 2017)

## COMMUNITY INVOLVEMENT

- Board of Advisors, YMCA Donelson-Hermitage (2024 - 2027 term)
- President, Shelby County Government Community Fund (appointed in 2023)
- Treasurer, Tennessee Voter Project PAC (2017 – present)
- Board Member, Inglewood Neighborhood Association, Nashville, (2016 – 2019)
- Volunteer Coach and Referee, East Nash Soccer, Nashville (2016 – 2018)
- Alumnus, Tennessee Bureau of Investigation Citizen's Academy (Class of 2017)
- Volunteer Coach, Stratford High School Girls Varsity Soccer, Nashville (2016)



STRANCH, JENNINGS & GARVEY PLLC



# Corey L. Kraushaar

MEMBER

**Corey Kraushaar joined Stranch, Jennings & Garvey in early 2026 after 24 years at a St. Louis law firm recognized for its jury trial, appellate and tort/class action practice. He served as a shareholder and principal there for 17 years.**

An accomplished trial attorney recognized for securing some of the largest verdicts in Missouri, Mr. Kraushaar has compiled an impressive record of success in numerous jury trials in state and federal courts, earning him a reputation for strategic advocacy, meticulous preparation and exceptional courtroom performance.

Mr. Kraushaar focuses on personal injury, product liability, wrongful death and consumer matters. He also has extensive experience defending clients in Missouri Merchandising Practices Act (MMPA) cases, catastrophic loss, and a broad range of consumer and business litigation disputes. In addition, he has litigated dram shop cases and successfully handled appeals, further demonstrating the depth and versatility of his litigation skills.

For his distinguished record in the courtroom, Mr. Kraushaar was honored with the Lon O. Hocker Award for Trial Advocacy. This Missouri Bar accolade recognizes attorneys who demonstrate both high professional standards and a unique mastery of courtroom craft. The prestige of the honor is reinforced by the selection process, which is conducted by a committee of federal and state trial judges.

His achievements have also earned him recognition from leading legal publications and organizations, including Benchmark Litigation, Best Lawyers and Missouri & Kansas Super Lawyers. He has also been named to the Power List of Business Attorneys by Missouri Lawyers Media, reflecting his standing as one of the state's top trial lawyers.

Mr. Kraushaar graduated from Saint Louis University School of Law in 2002, where he served as managing editor of the Public Law Review. He previously attended Illinois College, earning his Bachelor of Arts, magna cum laude, in political science/history, international studies, and French in 1998.

**EMAIL**

ckraushaar@stranchlaw.com

**LOCATION**

Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101

## PRACTICE AREAS

- Business Litigation
- Class Action
- Consumer Protection Insurance Coverage
- Mass Tort
- Premises & Retail Liability
- Product Liability
- Trucking Wrecks
- Wrongful Death

## EDUCATION

- Saint Louis University School of Law (J.D., 2002)
  - Managing Editor, Public Law Review
  - Moot Court National Competition
- Illinois College (B.A., magna cum laude, 1998)
  - Parliamentarian, Phi Alpha Delta Pre-Law Fraternity

## BAR ADMISSIONS

- Illinois
- Missouri
- U.S. District Court – Northern District of Illinois (Trial Bar)
- U.S. District Court – Southern District of Illinois
- U.S. District Court – District of Kansas
- U.S. District Court – Eastern District of Missouri
- U.S. District Court – Western District of Missouri
- U.S. 8th Circuit Court of Appeals

## EXPERIENCE

- Number 1 Largest Defense Verdict in Missouri involving a catastrophic commercial fire resulting in millions of dollars of property and business damages.
- Top 2 Largest Defense Verdict in Missouri for an automobile dealership involving a catastrophic motorcycle accident.
- Top 3 Largest Defense Verdict in Missouri involving a propane tank explosion in a wrongful death products defect case.
- Top 20 Plaintiff's Verdict in Missouri for a house fire involving a defective fireplace installation.
- Represented an injured plaintiff in a multi-million-dollar loss resulting from an airplane hangar collapse in Illinois that settled at trial.

*Continues on next page*

# Corey L. Kraushaar  *Continues from previous page*

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Benchmark Litigation, State Litigation Star – Missouri (2019-2026)
- Top 50 St. Louis – Missouri & Kansas Super Lawyers (2016)
- Super Lawyers – Personal Injury General: Defense, Missouri & Kansas Super Lawyers (2013-2025)
- Lon O. Hocker Award Recipient for Outstanding Trial Advocacy, Missouri Bar Foundation (2011)
- Rising Stars – Personal Injury Defense, Missouri & Kansas Super Lawyers (2008-2012)
- Best Lawyers in America
  - Commercial Litigation (2023-2026)
  - Litigation-Insurance (2023-2026)
  - Product Liability Litigation – Defendants, The Best Lawyers in America (2019-2026)
  - Insurance Law, The Best Lawyers in America (2019-2026)
  - Personal Injury Litigation – Defendants, The Best Lawyers in America (2018-2026)
- Missouri Lawyers Weekly
  - Two Top 20 Defense Verdicts (2024)
  - Law Firm Leader (2023)
  - The Power List – Business Defense Attorneys (2023, 2024, 2025)
  - No. 11 Largest Defense Verdict (2018)
  - No. 2 Largest Defense Verdict (2013)
  - Up & Coming Lawyer Award (2013)
  - No. 3 Largest Defense Verdict (2011)
  - No. 12 Largest Defense Verdict (2009)
  - No. 11 Largest Defense Verdict in (2007)
  - No. 1 Largest Defense Verdict (property-2006)
  - Top 20 Largest Plaintiff's Verdict (2006)

*Memberships*

- American Bar Association
- Bar Association of Metropolitan St. Louis
- Illinois State Bar Association
- Lawyers Association of St. Louis
- Missouri Bar Foundation, Fellow

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

*Speaking Engagements*

- "A View from Above: Mastering the Landscape of Low-Exposure Claims," Brown & James Insurance Law & General Defense Symposium (January 2026)
- "Keep Your Eyes on the Road: How to Employ EUOs in the Claims Process," Brown & James Insurance Law & General Defense Symposium (January 2025)
- "Nuclear Verdicts: Don't Let Them Blow Up Your Case," Brown & James Insurance Law & General Defense Symposium (January 2024)
- "Presenting Injury and Death Damages in Closing Argument," Bar Association of Metropolitan St. Louis Bench & Bar Conference (June 2023)
- "The Real Appeal: Trial Tactics for Anticipated Appeals," Brown & James Insurance Law & Medical Malpractice Defense Symposium (January 2023)
- "I'll Give You Something to Cry About: Dealing with DOI Complaints and Public Adjusters," Brown & James General Defense & Insurance Law Symposium (January 2022)
- "The Party's Over: Liability for Criminal Acts of Third Parties in Missouri, Illinois and Kansas," Brown & James Insurance Law & General Defense Symposium (January 2021)
- "It's Worth a Shot: Analyzing Dram Shop Claims in Illinois, Kansas and Missouri," Brown & James General Defense & Insurance Law Symposium (January 2020)
- "Jury Selection: How to Counter the 'Plugged-In' Plaintiffs' Bar's Formula for Jury Selection," Brown & James General Defense & Insurance Law Symposium, (January 2018)
- "Common Coverage Issues in First-Party Property Insurance Claims," Brown & James Law Symposium (January 2016)
- "Defending the Blackboard Damages Case," Brown & James Law Symposium (January 2014)
- "What's it Worth? — A Look at Jury Verdicts since Tort Reform," Brown & James Law Symposium (January 2013)
- Case Law Update, NSPII Advanced Insurance Seminar (May 2011)
- "Recorded Statements: Techniques, Tools and Tips," Brown & James Insurance Law Symposium, (January 17, 2011)
- Legal Panel, NSPII National Seminar, Ohio (November 2009)
- Dealing with Public Adjusters, NSPII National Seminar, Kentucky (November 2008)
- Case Law Update, NSPII Missouri Advanced Insurance Seminar (September 2008)
- Case Law Update, NSPII Missouri Advanced Insurance Seminar (September 2007)
- Case Law Update, NSPII Missouri Advanced Insurance Seminar (May 2006)

## COMMUNITY INVOLVEMENT

- Peter & Paul Community Services, St. Louis

## LANGUAGES

- French





# Marty Schubert

MEMBER

**Marty Schubert focuses his practice on the firm's class action litigation, and currently represents numerous consumers who were charged improper overdraft fees by their banks or credit unions. He also assists with matters relating to voting rights and ballot access, and previously served as the voter protection director for the Tennessee Democratic Party.**

Before joining Stranch, Jennings & Garvey, Mr. Schubert was a U.S. associate with Linklaters LLP in London, England, and an associate with Waller Lansden Dortch & Davis, LLP in Nashville. A native Chicagoan, he began his career as a middle school teacher in South Los Angeles. Before attending law school, he worked as a field organizer for the Obama campaign and as an Obama administration appointee at the U.S. Department of Education in Washington, D.C. Prior to beginning his legal practice, he served as a judicial intern with Chief U.S. District Judge Colleen McMahon of the U.S. District Court for the Southern District of New York.

Mr. Schubert is a 2013 graduate of Brooklyn Law School. He graduated *cum laude* from Georgetown University in 2006 and earned his M.A. in secondary education in 2008 from Loyola Marymount University.

## PHONE
615.254.8801

## EMAIL
mschubert@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Bank Fees
- Class Action

## EDUCATION
- Brooklyn Law School (J.D., 2013)
  - Member, *Brooklyn Law Review*
- Loyola Marymount University (M.A., Secondary Education, 2008)
- Georgetown University (B.S., Foreign Service, *cum laude*, 2006)

## EXPERIENCE
- Prosecuted class action lawsuits in 40+ states – both in state and federal courts – on behalf of consumers against their financial institutions
- Obtained fee refunds in excess of $100+ million for more than one million consumers charged improper overdraft and non-sufficient funds fees by their banks and credit unions

## BAR ADMISSIONS
- Tennessee
- New York

## PROFESSIONAL HONORS & ACTIVITIES
*Memberships*
- Nashville Bar Association
- Tennessee Trial Lawyers Association (2019)

## PUBLISHED WORKS
- Note, When Vultures Attack: Balancing the Right to Immunity Against Reckless Sovereigns, 78 BROOK L. REV. (Spring 2013)

## LANGUAGES
- English
- Spanish

## COMMUNITY INVOLVEMENT
- Throughout his career, Mr. Schubert has been involved in local education issues by representing suspended or truant students in administrative proceedings and serving as a committee member of the Nashville Area Chamber of Commerce's Education Report Card.
- He is also a founding board member of The Ubunye Challenge, which raises funds for educational initiatives in southern Africa and the Caribbean through athletic endurance competitions.



STRANCH, JENNINGS & GARVEY
PLLC



# Lesley E. Weaver

MEMBER

**Nationally recognized litigator Lesley Weaver joined SJ&G in early 2026 following a distinguished nine-year tenure as a partner at a prominent national class action firm, where she led a robust and successful consumer, privacy and antitrust practice. A graduate of Harvard University and the University of Virginia School of Law, Ms. Weaver has earned a reputation as a preeminent architect of high-stakes litigation.**

Throughout her career, Ms. Weaver has focused primarily on cases that protect the public interest, consumers and public entities. As part of her mission to protect the public's trust, she also serves as counsel to numerous governmental entities in both formal and informal roles.

Her recent achievements include serving as co-lead counsel in the multidistrict litigation against Facebook, which resulted in a $725 million settlement in 2025 — the largest recovery ever achieved in a privacy class action case. Ms. Weaver also served on the PSC of the Volkswagen "Clean Diesel" litigation, which recovered more than $10 billion for the environment and $7 billion for consumers.

Ms. Weaver is currently co-lead counsel in *In re: Wells Fargo & Company Hiring Practices Derivative Litigation*, which resulted in a $110 million preliminary settlement in January 2026 against the company's board for failing to remedy discrimination in lending and hiring. The settlement will provide qualified borrowers with funds for deposits and closing costs.

She also served as co-lead counsel in the 2024 Ninth Circuit victory in *Calhoun v. Google*, a pivotal case regarding consumer privacy rights, and as liaison counsel for the In re: Twitter Secs. Litigation case, which was resolved for $805 million in 2022.

Ms. Weaver currently serves as co-lead counsel in AI copyright litigation against Google, alleging infringement of the works of authors and creators. She has served as counsel to the Ohio Attorney General's office in litigation against the Boeing board arising out of the 2024 "door plug" incident, renewing significant safety concerns about the company's practices. Ms. Weaver is also ranked Band 1 by Chambers in antitrust, and is currently litigating *In re: Local TV Advertising Antitrust Litigation*, which seeks redress against providers of local television advertising who shared pricing information with each other to artificially increase prices for small businesses.

## EMAIL

lweaver@stranchlaw.com

## LOCATION

1111 Broadway
Suite 300
Oakland, CA 94607

## PRACTICE AREAS

- AI Copyright Litigation
- Antitrust
- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Protection
- Corporate Governance
- Privacy & Cybersecurity Litigation
- Product Liability
- U.S. Securities Litigation

## EDUCATION

- University of Virginia School of Law (J.D., 1997)
- Harvard University, A.B., Social Studies (A.B., magna cum laude, 1992)

## BAR ADMISSIONS

- California
- Delaware
- U.S. District Court – Central District of California
- U.S. District Court – Eastern District of California
- U.S. District Court – Northern District of California
- U.S. District Court – Southern District of California
- U.S. District Court – Eastern District of Michigan
- U.S. 9th Circuit Court of Appeals

## EXPERIENCE

Representative Cases

- *In re: Volkswagen "Clean Diesel" Marketing & Sales Practices Litigation*: Served on the plaintiffs' steering committee for the historic case that resulted in over $17 billion for consumers and environmental remediation.

- *In re: Cardinal Health Inc. Securities Litigation* case, which resulted in a $600 million settlement.

- *In re: Marsh & McLennan Cos., Inc. Securities Litigation*: Achieved a $400 million settlement.

- *In re: Chrysler-Dodge-Jeep EcoDiesel Litigation*: Served on the executive committee, resulting in a $207.5 million settlement.

- *In re: Google RTB Consumer Privacy Litigation*: Currently serving on the executive committee in a case resulting in landmark injunctive relief allowing consumers to opt out of Google selling or sharing their personal information in real-time bidding auctions.

## PROFESSIONAL HONORS & ACTIVITIES

Awards

- Benchmark Litigation – Litigation Star
- Business Today – Top 10 Influential Plaintiff-Side Antitrust Lawyers in California
- Chambers USA – Antitrust: Mainly Plaintiff (Tier 1)
- Daily Journal CLAY Award – California Lawyer of the Year (2018)
- Lawdragon – 500 Leading Litigators in America
- Lawdragon – 500 Leading Plaintiff Consumer Lawyers
- Lawdragon – 500 Leading Plaintiff Financial Lawyers
- National Trial Lawyers – Top 100 Civil Plaintiff Trial Lawyers
- The National Law Journal – Elite Women of the Plaintiffs Bar (2023)
- Thomson Reuters – Super Lawyer (Every year since 2016)

Memberships

- Advisory Council of the East Bay Community Law Center

- Chair of the Bar Association of San Francisco's Securities Cybersecurity and Privacy Committee
- Chair of the Bar Association of San Francisco's Securities Executive Committee

## COMMUNITY INVOLVEMENT

- Past Advisory Board Member for the International Gay and Lesbian Human Rights Commission (now OUTRIGHT International)
- Past Advisory Board Member for the Lawyers Committee for Civil Rights
- Past Co-Chair of the Bay Area Lawyers for Individual Freedom
- Past Co-Chair of the San Francisco LGBT Community Center
- Past National Chair of the National Center for Lesbian Rights

## PRESENTATIONS, SEMINARS AND PUBLISHED WORKS

- Repeat presenter at Bolch Institute's MDL Certificate training program at Duke Law
- Seminar panelist
  - Bar Association of San Francisco
  - California ABOTA
  - California Lawyers Association
  - Class of our Own
  - Golden State Institute
  - Practicing Law Institute
  - Women En Masse

## LANGUAGES

- Danish
- French
- German

**SJG**
STRANCH, JENNINGS & GARVEY
PLLC



# Grayson Wells

MEMBER

**Grayson Wells joined Stranch, Jennings & Garvey in early 2024. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal court.**

Prior to joining the firm, Mr. Wells served as a litigation associate at the Nashville office of Bradley Arant Boult Cummings LLP. After earning his law degree from Indiana University Maurer School of Law in 2020, Mr. Wells served for two years as a law clerk to the Honorable Iain D. Johnston, U.S. District Judge for the Northern District of Illinois.

Before becoming a lawyer, Mr. Wells spent more than a decade as a network infrastructure engineer, both in the military and the private sector. In addition to his law degree, he received a master of science degree in cybersecurity risk management from Indiana University and a bachelor of science in computer science from Park University.

## PHONE
615.254.8801

## EMAIL
gwells@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Civil Litigation
- Class Action
- Privacy & Cybersecurity Litigation

## EDUCATION
- Indiana University Maurer School of Law (J.D., magna cum laude, 2020)
  - Executive Articles Editor, Indiana Law Journal
  - President and Founder, Cybersecurity and Privacy Law Association
  - Dean's Writing Fellow
  - Community Legal Clinic
- Indiana University (M.S. in Cybersecurity Risk Management, 2020)
- Park University (B.S. in Computer Science, summa cum laude, 2010)

## CLERKSHIPS
- Hon. Iain D. Johnston, U.S. District Court, Northern District to Illinois, Western Division

## BAR ADMISSIONS
- Missouri
- Tennessee
- U.S. District Court – District of Colorado
- U.S. District Court – Central District of Illinois
- U.S. District Court – Eastern District of Missouri
- U.S. District Court – Eastern District of Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. District Court – Eastern District of Wisconsin
- U.S. District Court – Western District of Wisconsin
- U.S. 6th Circuit Court of Appeals

## MEMBERSHIPS
- American Bar Association
- Tennessee Bar Association
- Nashville Bar Association

## PRESENTATIONS & PUBLISHED WORKS
- "What's the Harm? Federalism, the Separation of Powers, and Standing in Data Breach Litigation," Comment, 96 Ind. L.J. 937, (Spring 2021)
- "Data Security, Professional Perspective – Complying with the FTC's Amended Safeguards Rule," Bloomberg Law (Robert Maddox, Erin Illman, Courtney Achee and Grayson Wells), (June 2023)



STRANCH, JENNINGS & GARVEY
PLLC



# Karla M. Campbell

OF COUNSEL

**Karla Campbell is a dedicated advocate of employee rights, with a wide range of experience in civil litigation, appellate practice, labor, employment and ERISA. In addition to her general civil and appellate practice, Ms. Campbell is also active in providing labor and ERISA services to union-side and individual clients.**

Prior to joining the firm, Ms. Campbell was a litigation attorney in Washington, D.C. She was the first law clerk selected to serve with the Hon. Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals. In addition, she holds a certificate in Refugee and Humanitarian Emergencies, and proudly served as a Peace Corps Volunteer in Ecuador for three years.

Ms. Campbell is a 2002 graduate of the University of Virginia. She earned her J.D. degree in 2008 from Georgetown University Law Center, where she served as the article selection editor of the Georgetown Immigration Law Journal. She is a member of the American, Tennessee and Nashville Bar Associations; the board of directors of the AFL-CIO Lawyers Coordinating Committee; the American Constitution Society, Nashville Lawyers Chapter; and the Lawyers Association for Women, Marion Griffin Chapter.

## PHONE
615.254.8801

## EMAIL
kcampbell@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Appellate Practice
- Civil Litigation
- Employment & Discrimination Law
- ERISA Trust Funds
- Labor Law
- Labor Unions

## EDUCATION
- Georgetown University Law Center (J.D., 2008)
  - Article Selection Editor, *Georgetown Immigration Law Journal*
- University of Virginia (B.A., *highest distinction*, 2002)

## CLERKSHIP
- Hon. Jane B. Stranch of the U.S. 6th Circuit Court of Appeals

## BAR ADMISSIONS
- Tennessee
- Ohio

## EXPERIENCE
Representative Cases:
- Successfully argued for claimants' direct access to the courts in certain ERISA cases, an issue of first impression in the U.S. 6th Circuit Court of Appeals, in Hitchcock v. Cumberland University.
- Negotiated the first community benefits agreement in Tennessee around the Nashville Major League Soccer stadium on behalf of community groups (2018).
- Successfully argued that Google and Cognizant Technology Solutions U.S. Corp. jointly employ YouTube Music content operations workers. The NLRB Region 16 director ruled in March 2023 that Google LLC, whose parent company is Alphabet, has control over benefits, employee hours, supervision and direction of work. The Alphabet Workers Union filed a petition for a representation election in October 2022.

## PROFESSIONAL HONORS & ACTIVITIES
*Memberships*
- American Bar Association
- Nashville Bar Association
- Tennessee Bar Association
- Former board member, AFL-CIO Lawyers Coordinating Committee
- Former board member, American Constitution Society, Nashville Lawyers Chapter
- Former board member, Lawyers Association for Women, Marion Griffin Chapter

## PUBLISHED WORKS
- The Convergence of U.S. Immigration Policies: A Two-Factor Economic Model, 21 Geo. Immigr. L.J. 663, 2007

## LANGUAGES
- English
- Spanish



SJG
STRANCH, JENNINGS & GARVEY
PLLC

# Sam Gladney

## OF COUNSEL

**St. Louis native Sam Gladney joined Stranch, Jennings & Garvey (SJ&G) in 2023. He concentrates his practice on labor law, employee benefits, nonprofit formation and compliance, and regulatory affairs. Mr. Gladney chose law as his profession because of his passion for public service and desire to help clients successfully navigate difficult circumstances.**

Mr. Gladney earned his J.D. in 2016 from the University of Missouri – Kansas City School of Law. He is a graduate of the United States Military Academy at West Point, where he received a bachelor's degree in applied science. Following his graduation, he served in the U.S. Army for eight years, with two deployments in support of Operation Iraqi Freedom. During those deployments, he managed micro-grants to support Iraqi businesses southeast of Baghdad and led a platoon in Mosul. He was awarded the Bronze Star after his second deployment.

Mr. Gladney serves as the vice chair of the Bi-State Development Agency Board of Directors and was appointed to the Missouri Gaming Commission by Gov. Mike Kehoe in early 2026. He also serves on the Places for People Board of Directors. He previously served as chair of the Employee Benefits Section for the Bar Association of Metropolitan St. Louis.

**PHONE**
314-669-0976

**EMAIL**
sgladney@stranchlaw.com

**LOCATION**
Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101

## PRACTICE AREAS

- Labor Law
  - Employee Benefits
- Nonprofit Formation & Compliance
- Regulatory Affairs

## EDUCATION

- University of Missouri – Kansas City School of Law (J.D., 2016)
- United States Military Academy at West Point (Bachelor of Applied Science, 2007)

## BAR ADMISSIONS

- Missouri

## EXPERIENCE

- Practiced before the National Labor Relations Board and Federal District Courts in both Missouri and Kansas.
- Served as counsel for numerous employee benefit funds during mergers.
- Successfully arbitrated on behalf of newspaper carriers for substantial backpay from their parent organization for contractual violations.
- Successfully litigated a ballot access case that led to the removal of an unqualified candidate from the ballot.

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Up & Coming Lawyers — Missouri Lawyers Media (2023)
- Bronze Star, U.S. Army

*Memberships*

- The Missouri Bar

## COMMUNITY INVOLVEMENT

- Appointed by Gov. Mike Parson (Missouri) in 2020 as the vice chair of the Bi-State Development Agency Board of Directors
- Serves on the Places for People Board of Directors
- Served as the president of the West Point Society of Greater St. Louis from 2016-2020
- Member of the AFL-CIO Lawyers Coordinating Committee
- Mentor for transitioning service members with American Corporate Partners



# STRANCH, JENNINGS & GARVEY

PLLC



# Gregory S. Mullens

OF COUNSEL

Gregory S. Mullens brings more than a decade of experience litigating complex matters across the public and private sectors. An accomplished trial attorney, he has handled more than 40 trials, including serving as first chair on 10 jury trials to verdict. He currently focuses his practice on complex investigations and the litigation of antitrust and consumer protection matters.

Mr. Mullens also served as counsel at a litigation boutique in New Jersey. In this role, he led internal investigations and defended individual and corporate clients in high-stakes matters involving the U.S. Department of Justice (DOJ), U.S. attorneys' offices, offices of inspectors general and state attorneys general.

He began his legal career as a prosecutor for the Hudson County Prosecutor's Office in New Jersey. Following his service in the trial division, he was promoted to the Gangs and Narcotics Task Force, where he led the investigation and prosecution of high-priority criminal targets. These included Racketeer Influenced and Corrupt Organizations Act (RICO) enterprises, money laundering networks and large-scale trafficking operations.

Before entering the legal profession, Mr. Mullens was a professional athlete, pitching for the New York Mets in their minor league system from 2005-2008. He holds the distinction of being the first Tibetan professional baseball player.

**EMAIL**

gmullens@stranchlaw.com

**LOCATION**

1111 Broadway
Suite 300
Oakland, CA 94607

## PRACTICE AREAS

- AI Copyright Litigation
- Antitrust
- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Protection
- Privacy & Cybersecurity Litigation

## EDUCATION

- Yeshiva University – Benjamin N. Cardozo School of Law (J.D., 2012)
  - Articles Editor, Journal of International and Comparative Law
- Columbia University (B.A., political science, 2006)

## BAR ADMISSIONS

- New Jersey
- New York
- U.S. District Court – District of New Jersey
- U.S. District Court – Eastern District of New York
- U.S. District Court – Southern District of New York
- U.S. 3rd Circuit Court of Appeals

## EXPERIENCE

- *Calhoun et al. v. Google LLC*
- *In re: Allstate & Arity*
- *In re: Bank of America Unauthorized Account Opening Litigation*
- *In re: Google Generative AI Copyright Litigation*
- *In re: Google RTB Consumer Privacy Litigation*
- *Sydney Ji, et al. v. Naver Corp. et al.*
- *White v. Samsung Electronics America, Inc. et al.*



STRANCH, JENNINGS & GARVEY
PLLC



# Nathan R. Ring

## OF COUNSEL

**Nate Ring oversees the firm's Las Vegas office. He concentrates his practice in the areas of labor, employment, ERISA and election law. He has represented working people and their unions across Nevada, Oregon and Washington.**

Mr. Ring serves as counsel to the Nevada State AFL-CIO, Southern Nevada Building Trades Unions, the Building and Construction Trades Council of Northern Nevada, and numerous local unions. He has also served as counsel for numerous union-affiliated political action committees. He represents clients in federal and state trial and appellate courts, before administrative agencies, in arbitrations and mediations, and in the negotiation of collective bargaining agreements.

Mr. Ring earned his B.A. in public affairs in 2007 from Wayne State University in Detroit, Michigan. During his undergraduate studies, he managed and worked on Democratic political campaigns and interned for United States Senator Debbie Stabenow. He graduated *cum laude* in 2010 from the University of Nevada, Las Vegas, William S. Boyd School of Law. During law school, he served as an elected officer of the Student Bar Association and as a law clerk for the UAW legal department. He was awarded the Dean's Graduation Award for Outstanding Achievement and Contribution to the Law School.

Following law school, Mr. Ring clerked for a Nevada District Court Judge, then began his practice of law in the representation of labor unions and employee benefit trust funds. In 2015, he received the Go-to Guy Award from the Nevada State AFL-CIO for advice and counsel provided to the state federation and its affiliates during the legislative session. He is a member of the AFL-CIO Union Lawyers Alliance, and was recognized as a Super Lawyers Rising Star in Labor and Employment Law from 2014 - 2020.

A native of Michigan, Mr. Ring resides in Las Vegas with his wife, Nevada Senate Majority Leader Nicole Cannizzaro and their sons, Case and Cole. When not practicing law, he enjoys spending time with his family, watching sports and playing an occasional round of golf.

## PHONE

725.235.9750

## EMAIL

nring@stranchlaw.com

## LOCATION

3100 W. Charleston Boulevard
Suite 208
Las Vegas, NV 89102

## PRACTICE AREAS

- Election Law
- Employment & Discrimination Law
- ERISA Trust Funds
- Labor Law
- Labor Unions
- Wage & Hour Disputes

## EDUCATION

- University of Nevada, Las Vegas, William S. Boyd School of Law (J.D., *cum laude*, 2010)
  - Competitor, Conrad Duberstein Bankruptcy Moot Court Competition
  - Secretary, Student Bar Association
- Wayne State University (B.A., Public Affairs, 2007)

## EXPERIENCE

- Lehman v. Nelson, 943 F.3d 891 (9th Cir. 2019): Represented a Taft-Hartley Pension Plan and argued before the Ninth Circuit in a matter of first impression under the Pension Protection Act of 2006.
- Glazing Health & Welfare Fund v. Lamek, 896 F.3d 908 (9th Cir. 2018): Represented multiple Taft-Hartley Trust Funds as amici in a case setting Ninth Circuit precedent on liability of owners as ERISA fiduciaries for unpaid fringe benefit contributions.
- Lehman v. Nelson, 862 F.3d 1203 (9th Cir. 2017): Represented a Taft-Hartley Pension Plan in a successful Ninth Circuit appeal of a district court decision concerning contribution reciprocity under the Pension Protection Act of 2006.

- International Brotherhood of Teamsters, Airline Division v. Allegiant Air, LLC, 788 F.3d 1080 (9th Cir. 2015): Represented an international labor union and argued before the Ninth Circuit in an appeal raising an issue of first impression concerning bargaining under the Railway Labor Act.
- W.G. Clark Construction Co. v. Pacific NW Regional Council of Carpenters, 322 P.3d 1207 (Wash. 2014): Represented a Taft-Hartley Trust Fund as amici in a case that overturned prior Washington Supreme Court precedent, which held that ERISA Trust Funds could not recover contributions through state-required contractor bonds.
- Operating Engineers Pension Trust v. Thornton Concrete Pumping, 806 F.Supp.2d 1135 (D. Nev. 2011): Successfully represented Taft-Hartley Trust Funds in obtaining a district court judgment against a general contractor for its subcontractor's unpaid fringe benefit contributions under Nevada Revised Statutes 608.150.

## BAR ADMISSIONS

- Oregon
- Nevada
- Washington
- U.S. District Court – District of Nevada
- U.S. District Court – District of Oregon
- U.S. District Court – Eastern District of Washington
- U.S. District Court – Western District of Washington
- U.S. 9th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*
- Labor Partner of the Year Award from the Southern Nevada Building Trades Unions (2022)
- Super Lawyers Rising Star, Employment and Labor Law (2014 – 2020)
- Go-to Guy Award, Nevada State AFL-CIO (awarded by the executive secretary-treasurer for representation of the labor movement during the 2015 Nevada Legislative Session)
- Young Lawyers Division Fellow, ABA Labor & Employment Law Section (2012)
- Dean's Graduation Award for Outstanding Achievement and Contribution to the Law School, William S. Boyd School of Law, UNLV (2010)

*Memberships*
- State Bar of Nevada
- Washington State Bar Association
- Oregon State Bar
- International Foundation of Employee Benefit Plans
- AFL-CIO Union Lawyers Alliance

## PRESENTATIONS

- "Strategize for Conscious Capital for Turbulent Times," Made in America Taft-Hartley Benefits Summit (2021)
- "LMRDA: An Overview," Southern Nevada Building Trade Unions Conference (2021)
- "Update on the Substance Abuse Epidemic and Controlling Behavioral Health Costs," Made in America Taft-Hartley Benefits Summit (2019)
- "Election Campaigns: Legal Overview," Nevada State AFL-CIO COPE Conference (2018)

## SJG

STRANCH, JENNINGS & GARVEY
PLLC



# Michael Tackeff

## OF COUNSEL

**Michael (Mike) Tackeff is a proficient litigator in the areas of complex civil litigation, class action and appellate litigation in state and federal courts, along with consumer protection, constitutional law and civil rights litigation.**

Prior to joining Stranch, Jennings & Garvey in 2025, he was an Assistant United States Attorney serving as the Deputy Appellate Chief for the Middle District of Tennessee, where he litigated both civil and criminal matters. These included criminal and civil appellate litigation in the Sixth Circuit, affirmative cases under the False Claims Act and the Americans with Disabilities Act, and defensive suits against the United Sates under the Federal Tort Claims Act.

Mr. Tackeff earned his B.A. and M.A in 2012 from Brown University and received his J.D. in 2018 from Vanderbilt University Law School. While in law school, he served as a law clerk in multiple divisions of the Tennessee Attorney General's Office, a legal intern at the Southern Environmental Law Center and a judicial internship with Melvin S. Hoffman, Chief Judge of the U.S. Bankruptcy Court for the District of Massachusetts. Prior to law school, he worked as a paralegal for a boutique complex litigation firm in Boston, Massachusetts.

After earning his J.D., Mr. Tackeff served as a law clerk for the Hon. Gilbert S. Merritt on the Sixth Circuit Court of Appeals and practiced law at Bass, Berry & Sims in Nashville, litigating bankruptcy, commercial, white-collar defense, and appellate cases in state and federal court. He also maintained a robust pro bono practice, working on death penalty litigation, asylum claims for Afghan refugees, and advocacy for Medicaid recipients.

In his spare time, Mr. Tackeff is an avid ceramicist and photographer. He also teaches as an adjunct faculty member at Vanderbilt Law School.

## PHONE
615.254.8801

## EMAIL
mtackeff@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Appellate Practice
- Civil Rights
- Class Action
- Civil Litigation
- Complex Litigation
- Constitutional Law
- Consumer Protection

## EDUCATION

- Vanderbilt Law School (J.D., 2018)
- Brown University (B.A./M.A, 2012)

## CLERKSHIP

- Hon. Gilbert S. Merritt, Jr., U.S. Court of Appeals for the Sixth Circuit

## BAR ADMISSIONS

- Pennsylvania
- Tennessee
- U.S. District Court — Eastern District of Tennessee
- U.S. District Court — Middle District of Tennessee
- U.S. District Court — Western District of Tennessee
- U.S. 5th Circuit Court of Appeals
- U.S. 6th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Honors*

- Super Lawyers® Rising Star (2023)

## MEMBERSHIPS

- Nashville Bar Association

## SEMINARS & PUBLISHED WORKS

*Published Works*

- The Uncommon Institutionalist – Judge Merritt and the Art of the Dissent, in A Theory and Practice of Justice: A Selective Review of the Jurisprudence, Outlook, and Significant Cases of Judge Gilbert S. Merritt, 91 TENN. L. REV. 537 (2024)
- Pleading Diligence in Preference Complaints, 41-Sep. AM. BANKR. Inst. J. 14 (Sept. 2022)
- Justice by Lot: The Taboo of Chance Verdicts in America, 16 U. ST. THOMAS L. J. 209 (2020)
- Constructing a "Creative Reading": Will U.S. State Cannabis Legislation Threaten the Fate of the International Drug Control Treaties?, 51 VAND. J. TRANSNAT'L L. 247 (Jan. 2018)



STRANCH, JENNINGS & GARVEY
PLLC



# Darrius D. Dixon

ATTORNEY

**Darrius Dixon joined Stranch, Jennings & Garvey in 2025. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal court.**

Mr. Dixon is a 2017 graduate of Middle Tennessee State University (MTSU) with a Bachelor of Science in criminal justice and homeland security, and a double minor in political science and psychology. While obtaining his degree, he also studied abroad in London, England.

He earned his J.D. in 2022 from the University of Tennessee's Winston College of Law, where he served as vice president of the Student Bar Association and held roles in the Health Law Society and Student Wellness Committee.

While in law school, Mr. Dixon worked as a student attorney in the University of Tennessee Law Wills Clinic, representing clients in estate planning and uncontested conservatorship cases. He also served as a legal intern at the Tennessee Valley Authority (TVA) in areas including administrative law, environmental law, civil defense litigation and state/federal regulatory compliance.

Following law school, Mr. Dixon practiced as an associate with the Knoxville-based Lewis Thomason P.C. law firm in the areas of insurance defense, commercial litigation and data privacy breach response. He also served as a healthcare litigation associate with Starnes Davis Florie LLP, representing hospitals, skilled nursing facilities and individual medical providers.

After graduating from MTSU, Mr. Dixon attended the Regional Law Enforcement Training Academy in Greeneville, Tennessee, and served as a police officer for two years before attending law school.

He resides in the Nashville area and teaches as an adjunct professor at MTSU. In his personal time, he enjoys drumming, cooking, traveling and volunteering with local community organizations.

## PHONE

615.913.4135

## EMAIL

ddixon@stranchlaw.com

## LOCATION

The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Class Action
- Complex Litigation
- Privacy & Cybersecurity Litigation

## EDUCATION

- University of Tennessee College of Law (J.D., 2022)
  - Vice President, Student Bar Association
  - Julian Blackshear Scholarship Award
  - Napier Looby Scholarship Award
  - William W. Hawkins Scholarship Award
  - Leadership Development Programming Assistant, UT Haslam College of Business
- Middle Tennessee State University (B.S. in Criminal Justice and Homeland Security, 2017)
  - Double minor in Political Science and Psychology

## BAR ADMISSIONS

- Tennessee
- U.S. District Court – Middle District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

Memberships

- Tennessee Bar Association
- Nashville Bar Association
- American Bar Association
- Napier-Looby Bar Association
- International Association of Privacy Professionals

## PRESENTATIONS

- Presentation speaker for the Tennessee School Resource Officer Association Conference (June 2023)
- Guest speaker for the Mt. Zion Missionary Baptist Church of Asheville, North Carolina (June 2023)



STRANCH, JENNINGS & GARVEY

PLLC



# Samuel W. Douthit

ASSOCIATE ATTORNEY

**Samuel Douthit is an associate attorney specializing in complex civil litigation, including data breach and privacy class actions, in both state and federal courts.**

He graduated summa cum laude in 2022 with a Bachelor of Science in finance and a minor in mathematics from the University of Tennessee-Knoxville. He served as president of the Men's Club Soccer Team and was a Haslam College of Business Global Leadership Scholar.

Mr. Douthit earned his J.D. degree cum laude in 2025 from Indiana University's Maurer School of Law, where he worked with the Intellectual Property Clinic, served as an online editor for the Indiana Law Journal and participated in the Sherman Minton Moot Court competition. During his summers off from law school, he worked as a law student attorney for a firm in Indiana and a small firm in Nashville, where he represented individuals in a wide variety of legal needs.

Mr. Douthit resides in the Nashville area with his wife and two cats. In his spare time, he enjoys running, watching his beloved Borussia Dortmund football club and Nashville Soccer Club, and eating at restaurants up and down Nolensville Road.

## PHONE
615.254.8801

## EMAIL
sdouthit@stranchlaw.com

## LOCATION
The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Class Action
- Privacy & Cybersecurity Litigation

## EDUCATION
- Indiana University, Maurer School of Law (J.D., cum laude, 2025)
  - Online Editor, Indiana Law Journal
  - Participant, Sherman Minton Moot Court
  - Associate, Intellectual Property Law Clinic
- University of Tennessee (B.S., Finance, summa cum laude, 2022)
  - Global Leadership Scholar
  - Men's Soccer Club President

## BAR ADMISSIONS
- Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

Memberships
- Tennessee Bar Association
- Nashville Bar Association



# SJG

STRANCH, JENNINGS & GARVEY

PLLC



# Mariah S. England

## ASSOCIATE ATTORNEY

**Mariah S. England rejoined Stranch, Jennings & Garvey in early 2026 after previously working at the firm as a law clerk and complex litigation practice coordinator. She has worked in complex litigation for over a decade and brings a strong background in client advocacy and leadership to her role as associate attorney.**

Ms. England earned her J.D. from the University of Denver Sturm College of Law in 2024, where she ranked in the top 20 of her class. During her time in law school, she was recognized with the university's Hartje Objective Writing Award — an academic honor presented for superior performance in legal research and writing — and fulfilled the additional requirements for workplace law certification. In addition, she served as president of the Student Plaintiffs Bar for two terms, as well as part-time vice president and American Bar Association (ABA) liaison for the Student Bar Association.

She also holds a Master of Science degree in criminal justice administration from Southeast Missouri State University (2021). She is a 2011 graduate of Missouri Southern State University, where she obtained a Bachelor of Science degree in criminal justice administration with a double minor in paralegal studies and law enforcement.

## PHONE
615.913.4135

## EMAIL
mengland@stranchlaw.com

## LOCATION
The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Civil Litigation
- Complex Litigation
- Employment & Discrimination Law

## EDUCATION
- University of Denver, (J.D., 2024)
  – Hartje Objective Writing Award
  – President, Student Plaintiffs Bar
  – Vice President and ABA liaison, Student Bar Association
  – Orientation Leader (2022-23 and 2023-24)
- Southeast Missouri State University (M.S. in Criminal Justice Administration, 2021)
- Missouri Southern State University (B.S. in Criminal Justice Administration, 2011)
  – Minor in Paralegal Studies and Law Enforcement
  – Academic Award: Criminal Justice

## BAR ADMISSIONS
- Kentucky
- U.S. District Court – Eastern District of Tennessee (pending)
- U.S. District Court – Middle District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES
Memberships
- Kentucky Bar Association

## COMMUNITY INVOLVEMENT
- Pro bono work with the NAACP (Colorado, Wyoming & Montana Chapter)



# STRANCH, JENNINGS & GARVEY
PLLC



# Elizabeth Fischer

ATTORNEY

**Elizabeth Fischer officially joined Stranch, Jennings & Garvey (SJ&G) in 2024. She specializes in complex civil litigation, including class actions, consumer protection, and antitrust in both state and federal courts.**

Since 2009, Ms. Fischer has worked on numerous SJ&G (previously Branstetter, Stranch & Jennings) cases as a contract attorney, with a focus on e-discovery for complex litigation on pharmaceutical antitrust, mass tort consumer protection and securities litigation.

Ms. Fischer has also maintained an independent practice in elder and estate law, serving clients in Pennsylvania and New Jersey, where she prepared wills, administered estates and oversaw guardianships.

A 2004 graduate of Vassar College, Ms. Fischer earned her J.D. in 2008 from Rutgers Law School in Camden, New Jersey. She lives with her husband in Philadelphia, Pennsylvania, and enjoys traveling, trivia (she was a *Jeopardy!* champion in 2017), and organizing a 1,300-plus-member book club and social group.

A Nashville native and graduate of the University School of Nashville, she enjoys seeing her hometown become a vibrant cultural destination.

## PHONE

615.254.8801

## EMAIL

efischer@stranchlaw.com

## LOCATION

The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Business Litigation
- Antitrust
- Class Action
- Civil Litigation
- Complex Litigation
- Consumer Protection
- Mass Torts

## EDUCATION

- Rutgers Law School — Camden (J.D., 2008)
  - First Year Honors, Dean's List 2L and 3L
  - Association for Public Interest Law Grant Recipient (2007)
  - Internship, Defender Association of Philadelphia, Pennsylvania
  - Children's Justice Clinic (Camden, New Jersey)
  - Pro Bono Publico Award (2008)
- Vassar College (B.A., 2004)

## BAR ADMISSIONS

- New Jersey (2008)
- Pennsylvania (2008)
- Tennessee (2009)

## EXPERIENCE

Representative Cases

- In re: TelexFree Securities Litigation
- In re: Rock 'n Play Sleeper Marketing, Sales Practices, and Products Liability
- In re: National Prescription Opiate Litigation; Staubus v. Purdue Pharma et al.
- In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation
- In re: Skelaxin (Metaxalone) Antitrust Litigation
- In re: Dahl v. Bain Capital Partners et al.
- In re: Wellbutrin XL Antitrust Litigation

## COMMUNITY INVOLVEMENT

- District Representative and Executive Board Member, Central Roxborough Civic Association, Philadelphia, PA (2014-2016)
- Committeeperson, Philadelphia Democratic Committee, 21st Ward, Philadelphia, PA (2014-2018)
- Trustee, Manayunk Neighborhood Council, Philadelphia, PA (2016-2018)
- Recording Secretary & Executive Board Member, Central Roxborough Civic Association, Philadelphia, PA (2016-2020)

## PRESENTATIONS, SEMINARS AND PUBLISHED WORKS

- "Disasters, Families, and the Law," Acknowledgement, 28 Women's Rights Law Reporter 35 (2007).

## LANGUAGES

- English
- French





# Colleen Garvey

ATTORNEY

St. Louis native Colleen Garvey joined Stranch, Jennings & Garvey in 2022. Ms. Garvey previously worked at a top insurance defense firm in St. Louis, where she primarily practiced in premises liability, personal injury and catastrophic loss claims. She brings a unique perspective and desire to strongly advocate for those who have experienced injustice or harm.

Ms. Garvey earned her J.D. in 2020 from Saint Louis University School of Law. While attending law school, she worked as a law clerk at a plaintiff's firm for two years; served as a teaching fellow mentor for first-year law students; clerked for Judge Colleen Dolan on the Missouri Court of Appeals in the Eastern District; and, by invitation, served as a member of the prominent Theodore McMillian American Inn of Court. She also practiced as a Rule 13 certified law student for Saint Louis University's Criminal Law Clinic, representing indigent clients in criminal matters before state and federal judges.

Ms. Garvey graduated *magna cum laude* in 2016 from Rockhurst University in Kansas City, Missouri, with a B.A. in Psychology and a B.A. in English, and competed as a collegiate scholar athlete on the Rockhurst women's golf team.

Ms. Garvey resides in the City of St. Louis with her pet axolotl, Jerry. In her free time, she enjoys traveling and playing pickleball with her friends and family.

## PHONE
314.390.6750

## EMAIL
cgarvey@stranchlaw.com

## LOCATION
Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Personal Injury
- Privacy & Cybersecurity Litigation
- Sexual Abuse & Assault Litigation

## EDUCATION

- Saint Louis University School of Law (J.D., 2020)
- Rockhurst University (B.A., *magna cum laude*, 2016)

## CLERKSHIP

- Hon. Colleen Dolan on the Missouri Court of Appeals in the Eastern District

## BAR ADMISSIONS

- Illinois
- Missouri
- U.S. District Court – Eastern District of Missouri

## EXPERIENCE

*Representative Case*

- In re: Gill v. Abbott Laboratories, No. 2322-CC01251 (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S.

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Missouri Lawyers Media's 2025 Up & Coming Attorneys
- 2024 Missouri & Kansas Super Lawyers® Class Action/Mass Torts Rising Stars
- 2023 Missouri & Kansas Super Lawyers® Class Action/Mass Torts Rising Stars
- 2023 National Trial Lawyers Civil Plaintiff Top 40 Under 40 Trial Lawyers in the state of Missouri

## COMMUNITY INVOLVEMENT

- Missouri State Public Defender System's Coalition for the Right to Counsel Program (*pro bono* representative, 2020 – present)



STRANCH, JENNINGS & GARVEY
PLLC



# Anisha Guru

## ATTORNEY

**Anisha Guru joined Stranch, Jennings & Garvey as an attorney in 2025 and works in several of the firm's practice areas, including mass torts, personal injury and class action litigation. She became interested in plaintiff work after observing how vigorous legal representation can empower individuals and communities.**

Ms. Guru is a 2025 graduate of Saint Louis University School of Law. While earning her law degree, she worked as an intern for Legal Action of Wisconsin, where she advocated for and helped deliver civil legal services to vulnerable populations. Later in law school, she joined Stranch, Jennings & Garvey as a law clerk, gaining hands-on experience with civil litigation, including assisting the trial team in the Gill v. Abbott Laboratories case that resulted in a $495 million verdict in the City of St. Louis.

During law school, Ms. Guru also practiced as a Rule 13 certified law student for Saint Louis University's Entrepreneurship and Community Development Clinic, advising and representing small businesses and nonprofits operating in the St. Louis area. In addition, she served as president of the Asian American Law Students Association.

Ms. Guru is a 2022 graduate of the University of Wisconsin-Madison, where she earned a Bachelor of Science degree in Legal Studies and Economics with a concentration in Criminal Justice.

She resides in St. Louis with her cat, Toulouse. In her free time, she enjoys reading, traveling and watching movies.

**PHONE**
314.390.6750

**EMAIL**
aguru@stranchlaw.com

**LOCATION**
Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101

---

### PRACTICE AREAS

- Civil Litigation
- Class Action
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Personal Injury

### EDUCATION

- Saint Louis University School of Law (J.D., 2025)
  – Law Clerk, Stranch, Jennings & Garvey
  – Intern, Legal Action of Wisconsin
  – Rule 13 Certified Law Student, Entrepreneurship and Community Development Clinic
  – President, Asian American Law Students Association
- University of Wisconsin-Madison (B.S. in Legal Studies and Economics, 2022)
  – Concentration in Criminal Justice

### BAR ADMISSIONS

- Missouri
- U.S. District Court — Eastern District of Missouri
- U.S. District Court — Western District of Missouri

### EXPERIENCE

*Representative Cases*

- Gill v. Abbott Laboratories, No. 2322-CC01251 (22nd Judicial Circuit Court of Missouri)

### PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- Missouri Asian American Bar Association



## STRANCH, JENNINGS & GARVEY
PLLC



# Michael Iadevaia

ATTORNEY

**Michael Iadevaia focuses his practice on complex and class action litigation and labor union and worker representation across all labor and employment issues, including traditional labor, employment discrimination, wage and hour, and ERISA.**

Immediately before joining the firm, Mr. Iadevaia served as a law clerk for the Hon. Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals. He also worked for a prominent union-side labor law firm in Washington, D.C., where he represented local and international labor unions and their workers in federal courts, state courts, administrative tribunals and arbitrations, and clerked for a federal district court judge.

While in law school, Mr. Iadevaia worked for the Cornell Labor Law Clinic, where he represented workers and their unions in multiple arbitrations and unfair labor practice charges before the NLRB. He received the CALI Award for Excellence for receiving the highest grade in his labor law course, and won first place in the national College of Labor & Employment Lawyers and ABA Section of Labor & Employment Law Annual Law Student Writing Competition, publishing his piece on antitrust issues in no-poach agreements in the ABA Journal of Labor & Employment Law.

Mr. Iadevaia also served as a teaching assistant for an undergraduate course in labor and employment law, for which he earned the General Mills Award for Exemplary Graduate Assistant Teaching, and interned with the U.S. Department of Justice, Civil Rights Division, Disability Rights Section.

Mr. Iadevaia's sustained interest in workers' rights preceded his legal career. During his undergraduate studies at Cornell University's School of Industrial and Labor Relations, he served as a field examiner intern for Region 29 (Brooklyn) of the National Labor Relations Board, and as a research assistant for a professor regarded as a leading authority on union organizing and collective bargaining.

Originally from New York, Michael enjoys exploring Nashville and greater Tennessee. In his free time, he takes pride in cooking Italian cuisine and playing clarinet for the Nashville Community Concert Band.

## PHONE
615.254.8801

## EMAIL
miadevaia@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Appellate Practice
- Class Action
- Complex Litigation
- Employment Law
- ERISA Trust Funds
- Labor Law

## EDUCATION
- Cornell Law School (J.D., *cum laude*, 2019)
  - Articles Editor, *Cornell Law Review*
  - General Mills Award for Exemplary Graduate Teaching
  - CALI Award for Excellence in Labor Law
  - First Place, College of Labor & Employment Lawyers and ABA Section of Labor & Employment Law Annual Law Student Writing Competition
- Cornell University, School of Industrial and Labor Relations (B.S., *with honors*, 2016)

## CLERKSHIP
- Hon. Jane B. Stranch of the U.S. 6th Circuit Court of Appeals

## BAR ADMISSIONS
- New York
- Tennessee
- U.S. District Court – District of Columbia
- U.S. District Court – Middle District of Tennessee
- U.S. District of Columbia Circuit Court of Appeals
- U.S. 3rd Circuit Court of Appeals
- U.S. 6th Circuit Court of Appeals
- U.S. 7th Circuit Court of Appeals
- U.S. 10th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Activities*
- Contributing Editor, *The Developing Labor Law*

*Memberships*
- American Bar Association
- D.C. Bar Association

## PUBLISHED WORKS
- Poach-No-More: Antitrust Considerations of Intra-Franchise No-Poach Agreements, 35 *ABA Journal of Labor & Employment Law 151* (2020)

## LANGUAGES
- English
- Italian



STRANCH, JENNINGS & GARVEY
PLLC



# Jooyoung Koo

ATTORNEY

**Jooyoung Koo is an attorney with a robust background in intellectual property, antitrust and consumer protection. She began her law career as a staff attorney at a national class action and complex plaintiffs' litigation law firm, contributing to complex commercial and securities litigation.**

Ms. Koo is recognized for her ability to navigate complex legal landscapes through diligent document review and insightful research analysis. Her detail-oriented approach is instrumental in building comprehensive, data-driven strategies for the firm's most sophisticated litigation matters.

## EMAIL

jkoo@stranchlaw.com

## LOCATION

1111 Broadway
Suite 300
Oakland, CA 94607

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- E-Discovery

## EDUCATION

- DePaul University College of Law (J.D., 2012)
- Northwestern University (B.S., Organization Behavior Studies, 2008)
- University of North Carolina School of the Arts (B.F.A., Sound Design & Engineering, 2005)

## BAR ADMISSIONS

- Illinois
- New York
- Washington

## EXPERIENCE

- *Calhoun et al. v. Google LLC Consumer*
- *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*
- *In re: Google RTB Consumer Privacy Litigation*
- *In re: ZF-TRW Airbag Control Units Products Liability Litigation*
- *Sydney Ji, et al. v. Naver Corp. et al.*
- *White v. Samsung Electronics America, Inc. et al.*

## LANGUAGUES

- Korean



STRANCH, JENNINGS & GARVEY
PLLC



# Kyle C. Mallinak

ATTORNEY

**Kyle Mallinak is an experienced litigator in the areas of complex civil litigation, business litigation and administrative law.**

Before joining Stranch, Jennings & Garvey (previously Branstetter, Stranch & Jennings) in 2022, he spent four years as an assistant attorney general in Colorado and Tennessee, where he litigated disciplinary proceedings against healthcare professionals and oversaw investigations against unlicensed healthcare facilities. He previously served as a judicial clerk for the Hon. Robert E. Payne in the U.S. District Court for the Eastern District of Virginia and for the Hon. Eugene E. Siler in the U.S. 6th Circuit Court of Appeals.

Mr. Mallinak is a native of Kingsport, Tennessee. He obtained his B.A. in international studies from the University of South Carolina in 2010, where he was named a McNair Scholar. He earned his J.D. from the University of Virginia School of Law in 2013, where he received a Dean's Scholarship and served as an editor for the Virginia Law Review. While at Virginia, he received an award from the National Association of Women Lawyers for his work in securing the constitutional rights of female military service members.

Mr. Mallinak lives in Nashville with his wife and two black cats. In his free time, he studies the political views and writings of the Founding Fathers.

## PHONE

314.390.6750

## EMAIL

kmallinak@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Bank Fees
- Business Litigation
- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Rights

## EDUCATION

- University of Virginia School of Law (J.D., 2013)
  - Editor, *Virginia Law Review*
  - Dean's Scholarship
  - Order of the Coif
  - Outstanding Student Award, National Association of Women Lawyers
- University of South Carolina (B.A., 2010)
  - Graduate of the South Carolina Honors College
  - McNair Scholar

## CLERKSHIP

- Hon. Robert E. Payne of the U.S. District Court for the Eastern District of Virginia
- Hon. Eugene E. Siler of the U.S. 6th Circuit Court of Appeals

## BAR ADMISSIONS

- Missouri
- Illinois
- U.S. District Court for the Eastern District of Missouri



STRANCH, JENNINGS & GARVEY
PLLC



# Janna Maples

## ATTORNEY

**Janna Maples joined Stranch, Jennings, & Garvey in 2017 and has spent the majority of her time with the firm working on complex product liability cases. During litigation, she focuses on corporate discovery, case strategy, questioning of witnesses, expert witnesses and trial strategy.**

Ms. Maples previously worked on the firm's opioid litigation, and her work was integral to plaintiffs obtaining a default judgment against Endo Pharmaceuticals for discovery misconduct and uncovering Endo's years of discovery malfeasance throughout the country. In 2022, Ms. Maples and the members of the opioid team were awarded the Outstanding Trial Lawyer of the Year Award from the Tennessee Trial Lawyers Association for their work on opioid litigation on behalf of cities and counties in Northeast Tennessee.

Ms. Maples is currently actively litigating cases against infant formula manufacturers Abbott and Mead Johnson concerning the use of their products for premature infants, which increases the risk of the deadly disease necrotizing enterocolitis (NEC). In 2024, her work as a member of the trial team helped secure the first jury verdict in an NEC case against Abbott Laboratories.

Ms. Maples earned a Juris Doctorate from Vanderbilt University Law School, where she served as Chief Justice of the Moot Court Board and was awarded the Scholastic Excellence Award in Environmental Law. She earned her undergraduate degree in English and Political Science from Auburn University.

## PHONE

615.254.8801

## EMAIL

jmaples@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Class Action
- Mass Torts
- Personal Injury
- Product Liability
- Necrotizing Enterocolitis (NEC)
- Opioid Litigation

## EDUCATION

- Vanderbilt University Law School (J.D., 2013)
  - Chief Justice of the Moot Court Board
  - Scholastic Excellence Award in Environmental Law
- Auburn University (B.A., 2010)

## EXPERIENCE

- In re: Gill v. Abbott Laboratories, No. 2322-CC01251 (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S.
- Staubus v. Purdue Pharma, Inc. et al. (Sullivan County, Tennessee)
- In re: Loestrin 24 FE Antitrust Litigation (D.R.I.)

## BAR ADMISSIONS

- Tennessee
- U.S. District Court for the Middle District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*
- Super Lawyers MidSouth Rising Star
- Tennessee Trial Lawyer of the Year (2022)

*Memberships*
- Tennessee Bar Association
- Nashville Bar Association
- American Association of Justice

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

Ms. Maples regularly speaks at conferences on issues in litigation, discovery, mass torts and class actions.



SJG

STRANCH, JENNINGS & GARVEY PLLC



# Nathan Martin

ATTORNEY

**Nathan Martin concentrates his practice in class actions and civil litigation, with a focus on contract law. A Nashville native, he earned his J.D. in 2021 from the Nashville School of Law, and his B.A. in 2000 from the University of Tennessee. Prior to joining the firm, he worked for many years in the valet parking services industry, where he first managed the private events division, then the valet services division for medical centers and large accounts in the Middle Tennessee area.**

As an attorney, Mr. Martin continues the legal tradition first established by his father, a criminal defense attorney, and models his practice after his father's longtime efforts to protect the rights of his clients and ensure fair treatment under the law.

Away from the office, he resides with his wife and daughter, and enjoys hiking, biking, camping and travel.

## PHONE
615.254.8801

## EMAIL
nmartin@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Bank Fees
- Civil Litigation
- Class Action

## EDUCATION
- Nashville School of Law (J.D. 2021)
- University of Tennessee (B.A., sociology with focus in criminal justice, 2000)

## BAR ADMISSIONS
- Tennessee

## PROFESSIONAL HONORS & ACTIVITIES
*Memberships*
- Tennessee Bar Association (2021)
- Nashville Bar Association (2022)



STRANCH, JENNINGS & GARVEY
PLLC



# Miles McDowell

ATTORNEY

**Miles McDowell joined Stranch, Jennings & Garvey in 2025. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal courts.**

Mr. McDowell is a 2018 graduate of the University of Tennessee (UT), where he obtained a Bachelor of Science in sport management and a double minor in business and political science. While pursuing his degree, he also coached basketball for several high schools in the Knoxville area and Amateur Athletic Union (AAU) teams.

He earned his J.D. in 2021 from the University of Tennessee's Winston College of Law, where he served as treasurer of the Black Law Student Association; vice president of the Sports and Entertainment Law Society; a Diversity, Equity and Inclusion Fellow; and teaching assistant in both tort and criminal law.

While in law school, Mr. McDowell also worked as a student attorney in the University of Tennessee Law Advocacy Clinic, defending clients facing criminal prosecution and assisting other clients in their reentry into society following criminal convictions.

Upon completion of the clinic course, he was selected as a student assistant and continued working in the clinic during his final year of law school, where he was ultimately awarded the James Powers Award in Criminal Advocacy and the Julian Blackshear Outstanding Student Award.

Following law school, Mr. McDowell relocated to Nashville, where he practiced at another law firm in criminal defense, domestic relations, general civil litigation and collections. Because of his efforts and commitment to provide zealous representation to his clients, Mr. McDowell was named a Rising Star in 2024 in Thomas Reuter's annual Mid-South Super Lawyers listings.

In his personal time, Mr. McDowell enjoys watching documentaries, traveling, being a UT sports fan and volunteering with local community organizations.

## PHONE
615.254.8801

## EMAIL
nmartin@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Class Action
- Complex Litigation
- Privacy & Cybersecurity Litigation

## EDUCATION

- University of Tennessee College of Law (J.D., 2021)
  - Vice President, Sports and Entertainment Law Society
  - Treasurer, Black Law Student Association
  - James Powers Award in Criminal Advocacy
  - Julian Blackshear Outstanding Student Award
- University of Tennessee (B.S. in sport management, 2018)
  - Double minor in business and political science

## BAR ADMISSIONS

- Tennessee
- U.S. District Court – Eastern District of Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- Nashville Bar Association
- Tennessee Association of Criminal Defense Lawyers
- Tennessee Bar Association



STRANCH, JENNINGS & GARVEY
PLLC



# Andrew E. Mize

ATTORNEY

**Andrew Mize is an attorney in the Class Action and Privacy & Cybersecurity groups. With more than a decade of experience in complex civil litigation in his home state of Kentucky and across the country, he regularly litigates class actions in state and federal courts on behalf of consumers, patients and others.**

Mr. Mize has represented plaintiffs and class members in numerous class actions involving cybersecurity breaches and unauthorized disclosures of personal information through online tracking technologies, as well as in consumer injury and industrial explosion cases.

He has proudly represented numerous individuals, including minors, in cases involving personal injury, medical malpractice, education law, sexual abuse and civil rights — obtaining highly-favorable results.

Mr. Mize graduated *cum laude* from the University of Louisville, Louis D. Brandeis School of Law in 2011, where he was a member of the University of Louisville Law Review. During law school, he was a member of Phi Alpha Delta Law Fraternity and the National Lawyers Guild, and spent his summers interning with the Kentucky Department of Public Advocacy. He earned a Bachelor of Arts from Centre College in 2008 with double majors in government and history and double minors in international studies and political economy. While in college, he was a member of Beta Theta Pi.

Mr. Mize lives in Louisville, Kentucky, with his wife, who is an accountant. His interests include history, shooting sports, art, the outdoors and travel.

## PHONE

615.254.8801

## EMAIL

amize@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Civil Rights
- Class Action
- Complex Litigation
- Consumer Protection
- Medical Malpractice
- Privacy & Cybersecurity Litigation
- Personal Injury

## EDUCATION

- Louis D. Brandeis School of Law, University of Louisville (J.D., *cum laude*, 2011)
- Centre College, B.A. (2008)
- Culver Military Academy (2004)

## BAR ADMISSIONS

- Kentucky
- U.S. District Court – Central District of Illinois
- U.S. District Court – Eastern District of Kentucky
- U.S. District Court – Western District of Kentucky
- U.S. District Court – Eastern District of Michigan
- U.S. 6th Circuit Court of Appeals

## EXPERIENCE

Representative cases:

- Successfully litigated numerous data breach class action cases.
- Appointed co-lead interim class counsel in consolidated data breach class action, *In re: Seven Counties Services, Inc. Data Breach Litigation,* 24-CI-007516 (Jeff. Co. Ky. Cir. Ct) (Jan. 14, 2025).
- Obtained reversal of District Court grant of summary judgment to defendant school board and employees in case involving disability discrimination of a child from the U.S. Court of Appeals for the Sixth Circuit, *Clemons v. Shelby Cty. Bd. of Educ.,* 19-5846, 818 Fed.Appx. 453 (6th Cir. 2020).
- Favorable resolution of medical malpractice action involving plaintiff injured during gynecological surgery, resulting in significant damages.
- Highly favorable resolutions in numerous cases involving minor students injured at school due to negligent supervision, including bullying and discrimination.

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- American Association of Justice
- American Bar Association
- Kentucky Bar Association
- Kentucky Justice Association
- Phi Alpha Delta Law Fraternity

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

- *When Lady Justice Sought Her Sight: Judicial Selection in Kentucky in Light of Recent Trends and Carey v. Wolnitzek,* 50 U. LOU. L. REV. 383 (2011).



# Andrew Murray

ATTORNEY

**Andrew Murray joined Stranch, Jennings & Garvey in 2025 after serving as a partner for the Vernia Law Firm in Washington, D.C. He holds licenses in the District of Columbia and Tennessee.**

Mr. Murray's experience includes counseling clients across an array of industries, representation of clients facing disbarment from federal contracting and investigation of whistleblowers' allegations. Through these opportunities, he gained experience with a variety of federal laws, including the Affordable Care Act, Anti-Kickback Statute, Bank Secrecy Act, False Claims Act, Social Security Act, Stark Law, and Medicare and Medicaid regulations.

He has also collaborated with personnel from federal and state agencies, including the Center for Medicare and Medicaid Services, Consumer Financial Protection Bureau, Department of Justice, Department of State, Department of Transportation, Department of Veterans Affairs, Federal Highway Administration and U.S. Office of Personnel Management.

Mr. Murray received his law degree from Vanderbilt Law School in 2016, where he participated in the Law and Business Program, and earned his B.A., summa cum laude, from Western Kentucky University in 2009.

While at law school, Mr. Murray participated in multiple internships, including work with the Tennessee Office of the Attorney General and Reporter, Tennessee Department of Children's Services and DCS Office of General Counsel. He also served as an extern at the Office of the Attorney General of the State of Tennessee's Medicaid Fraud and Integrity Division in Nashville, and worked on matters involving immigration, administrative, property and criminal law while serving as a legal researcher at a Nashville law firm.

Prior to matriculation at Vanderbilt, Mr. Murray was employed by the Commonwealth of Kentucky, where he worked with state Medicaid programs and in social services.

## PHONE

615.254.8801

## EMAIL

amurray@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

· Class Action

## EDUCATION

· Vanderbilt Law School (J.D., 2016)
  – CFC Carole Bailey Scholarship Winner
  – Law Students for Social Justice
  – Moot Court
  – International Law Lab
  – Actual Innocence Practicum
  – 2015 Expert Institute Legal Writing Scholarship Winner
· Western Kentucky University (B.A., summa cum laude, 2009)
  – Mock Trial Team
  – Gamma Beta Phi
  – Psi Chi
  – Student Researcher, Infant Cognition Lab
  – Presenter, Sigma Psi Research Conference
  – Mock Trial Attorney Award
  – Undergraduate Achievement Award

## BAR ADMISSIONS

· District of Columbia
· Tennessee

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

*Published Works*

· False Claims Act and Government Fraud Deskbook, 2019 Edition (three volumes) TRANSNAT'L L. 247 (Jan. 2018)



STRANCH, JENNINGS & GARVEY PLLC



# John C. Roberts
ATTORNEY

John C. Roberts joined Stranch, Jennings & Garvey in 2025 after completing his clerkship with Judge Lynne Ingram of the Eighth Circuit Court for Davidson County, Tennessee. He specializes in complex civil litigation and class actions in both state and federal courts.

A third-generation trial lawyer, Dr. Roberts is a 2024 graduate of Vanderbilt University, where he obtained both his J.D. and Ph.D. in Law & Economics. While in law school, he spent his summers working for judges in Nashville — first for Magistrate Judge Jeffery S. "Chip" Frensley of the U.S. District Court for the Middle District of Tennessee, and later for Judge Sheila D.J. Calloway of the Davidson County Juvenile Court. In addition, he worked as a law student attorney for a small law firm in Texas, where he represented small businesses in commercial disputes.

Dr. Roberts' work for the Davidson County Juvenile Court led to his dissertation, titled "The Efficacy of Risk Assessment Instruments in Juvenile Pretrial Detention," in which he analyzed a risk assessment tool used by local officials in determining whether to detain juvenile arrestees pending trial. His research was supervised by leading economists and juvenile justice experts, including Christopher Slobogin, one of the nation's foremost scholars on risk assessment algorithms.

Prior to law school, Dr. Roberts received his master's and bachelor's degrees in economics from the University of Texas at Austin. During college, he interned for the Antitrust Division of the Texas Attorney General's Office, working with attorneys and staff economists on consumer protection investigations. After graduating with his master's degree at age 21, he was hired as one of the youngest adjunct assistant professors of economics at his local community college, where he taught introductory macroeconomics.

A native Texan, Dr. Roberts now calls Nashville home. In his spare time, he is an aspiring farmer, raising pigs, improving his cattle-handling skills and, most importantly, driving his tractor. He also enjoys camping, off-roading, carpentry, and playing piano and guitar.

**PHONE**
615.254.8801

**EMAIL**
jroberts@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Protection
- ERISA Trust Funds
- Privacy & Cybersecurity Litigation

## EDUCATION

- Vanderbilt University Law School (J.D., 2024)
  - Branstetter Litigation & Dispute Resolution Program
- Vanderbilt University (Ph.D., Law & Economics, 2024)
  - Behavioral Law & Economics; Criminal & Juvenile Justice Policy
  - Russell G. Hamilton Scholar
  - University Graduate Fellow
- University of Texas in Austin (M.A., Economics, 2018)
- University of Texas in Austin (B.A. with High Honors, Economics, 2017)
  - Minors in Mathematics and Business Administration
  - Special Honors in Economics

## CLERKSHIP

- Hon. Lynne T. Ingram, Eighth Circuit Court for Davidson County, Twentieth Judicial District, State of Tennessee (2024-2025)

## BAR ADMISSIONS

- Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. District Court – Southern District of Texas



SJG
STRANCH,
JENNINGS
& GARVEY
PLLC

# Joshua Samra
## ATTORNEY

**Joshua Samra is an associate at Stranch, Jennings & Garvey, where his practice focuses on the litigation of antitrust, consumer protection and securities matters.**

Prior to joining Stranch, Jennings & Garvey, Mr. Samra served as an associate at a national litigation firm. He was a significant member of the legal team that litigated *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, which resulted in the largest privacy class action settlement in history at $725 million.

He also serves as an attorney for Plaintiffs' Counsel in *In: re Google RTB Consumer Privacy Litigation* team, in which a groundbreaking settlement was recently noticed after four years of hard-fought litigation; and in *In: re Wells Fargo & Co. Consolidated Derivative Shareholder Litigation*, a derivative shareholder action, which recently achieved preliminary approval of a settlement valued at $110 million.

Mr. Samra also previously served as a deputy district attorney in California's Contra Costa County where he oversaw all phases of criminal prosecutions, such as arguing pre-trial motions, litigating post-trial appeals and prosecuting 10 jury trials to verdict.

**EMAIL**
jsamra@stranchlaw.com

**LOCATION**
1111 Broadway
Suite 300
Oakland, CA 94607

## PRACTICE AREAS

- AI Copyright Litigation
- Antitrust
- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Protection
- Corporate Governance
- Privacy & Cybersecurity Litgation
- Product Liability

## EDUCATION

- University of California, Los Angeles (J.D., 2016)
  – Associate editor, UCLA Law Review
- University of California, Berkeley (B.A., Political Science, 2013)

## BAR ADMISSIONS

- California
- U.S. District Court – Central District of California
- U.S. District Court – Northern District of California
- U.S. District Court – Eastern District of Michigan

## EXPERIENCE

- *Calhoun et al. v. Google LLC Consumer*
- *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*
- *In re: Allstate & Arity Consumer Privacy Litigation*
- *In re: Bank of America Unauthorized Account Opening Litigation*
- *In re: Google Generative AI Copyright Litigation*
- *In re: Google RTB Consumer Privacy Litigation*

- *In re: Local TV Advertising Antitrust Litigation*
- *In re: Wells Fargo & Co. Consolidated Derivative Shareholder Litigation*
- *Sydney Ji, et al. v. Naver Corp. et al.*

## PROFESSIONAL HONORS & ACTIVITIES

Awards

- Best Lawyers: Ones to Watch® in America (2026)
- Super Lawyers – Northern California Rising Star (2023-2025)

Memberships

- The Sedona Conference
  – Working Group 1 on Electronic Document Retention and Production
  – Working Group 6 on International Electronic Information Management, Discovery and Disclosure





# Margaret "Margo" Strakosch

ATTORNEY

**Margaret ("Margo") Strakosch is a projects associate at Stranch, Jennings & Garvey and plays a significant role in the firm's complex litigation efforts, focusing on legal research and analysis, case development and discovery in major class actions.**

Ms. Strakosch contributed to the legal team for *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, which resulted in a historic $725 million settlement — the largest recovery ever achieved in a data privacy class action.

Before joining the firm, Ms. Strakosch gained valuable judicial experience serving as a law clerk for Justice Susan M. Carney of the Alaska Supreme Court and the U.S. Department of Labor's Office of Administrative Law Judges.

## EMAIL
mstrakosch@stranchlaw.com

## LOCATION
1111 Broadway
Suite 300
Oakland, CA 94607

## PRACTICE AREAS
- Civil Litigation
- Class Action
- Complex Litigation
- E-Discovery

## EDUCATION
- University of Michigan Law School (J.D., 2016)
  – Executive Editor, Michigan Journal of International Law
  – Member, Environmental Law Society
- The Thomas More College of Liberal Arts (B.A., Political Science, 2008)

## CLERKSHIPS
- Alaska Supreme Court Justice Susan M. Carney
- U.S. Department of Labor's Office of Administrative Law Judges

## BAR ADMISSIONS
- California

## EXPERIENCE
- *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*
- *In re: Local TV Advertising Antitrust Litigation*
- *In re: Google Generative AI Copyright Litigation*
- *In re: Bank of America Unauthorized Account Opening Litigation*
- *White v. Samsung Electronics America, Inc.*



STRANCH, JENNINGS & GARVEY

PLLC



# Katherine "Kasey" Sullivan

ATTORNEY

Katherine (Kasey) Sullivan joined Stranch, Jennings & Garvey in early 2026 as a projects associate. She brings nearly three decades of experience in business and employment litigation and e-discovery to the firm, and is well-versed in helping to develop new antitrust, consumer rights and privacy rights cases.

Some of Ms. Sullivan's most recent achievements include serving on the legal team for *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, which resolved with a $725 million settlement — the largest recovery ever achieved in a privacy class action case, along with *In re: Google RTB Consumer Privacy Litigation*, which resulted in landmark injunctive relief for plaintiffs.

During her career, Ms. Sullivan has served as an attorney or consultant at several law firms in the San Francisco Bay Area.

## EMAIL

ksullivan@stranchlaw.com

## LOCATION

1111 Broadway
Suite 300
Oakland, CA 94607

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- E-Discovery

## EDUCATION

- Northwestern University Pritzker School of Law (J.D., 1999)
- University of California – Berkeley (B.A., Political Science, 1991)

## BAR ADMISSIONS

- California

## EXPERIENCE

- *In re: Allstate & Arity Consumer Privacy Litigation*
- *In re: Bank of America Unauthorized Account Opening Litigation*
- *In re: Domestic Airline Travel Antitrust Litigation*
- *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*
- *In re: Google Generative AI Copyright Litigation*
- *In re: Google RTB Consumer Privacy Litigation*
- *In re: Local TV Advertising Antitrust Litigation*
- *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*
- *In re: White v. Samsung Electronics America, Inc. et al.*



STRANCH, JENNINGS & GARVEY
PLLC



# K. Grace Stranch
ATTORNEY

**Grace Stranch joined Stranch, Jennings & Garvey (previously Branstetter, Stranch & Jennings) in 2014, and focuses her practice on class actions and labor and employment litigation, particularly union representation. Her legal work also includes consumer protection, election law, civil rights and personal injury.**

She has been honored by the Tennessee Supreme Court as an Attorney for Justice for her commitment to pro bono work. In addition, the Tennessee Bar Association (TBA) has spotlighted her achievements as a young attorney, and the Nashville Bar Association (NBA) selected her for participation in its 2020 Leadership Forum.

Ms. Stranch sits on the diversity committees of the TBA and NBA, serves as the legislative and lobbying co-chair for the Lawyers' Association for Women, and is the co-president of the American Constitution Society, a leading progressive legal organization. She has led and participated in legal observing of protests for the National Lawyers Guild, assisted in founding the Tennessee Trial Lawyers Association's Women's Caucus, and is a member of the AFL-CIO's Lawyers Coordinating Committee.

She is also involved with the Women for Tennessee's Future: Young Leaders and the Women's Political Collaborative. Ms. Stranch is active in numerous environmental causes, including the Middle Tennessee Sierra Club, the Environmental Defense Fund, United Mountain Defense, the Appalachian Public Interest Environmental Law Conference, and environmental coalitions across the region.

Ms. Stranch earned her J.D. in 2014 from the University of Tennessee College of Law, where she helped found the American Constitution Society and served as president of the Environmental Law Association. She is a 2010 graduate of Rhodes College, where she was selected for a year-long study of globalization through the International Honors Program.

## PHONE
615.254.8801

## EMAIL
graces@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Civil Litigation
- Class Action
- Complex Litigation
- Constitutional Law
- Employment & Discrimination Law
- Environmental Law
- Labor Law

## EDUCATION
- University of Tennessee College of Law (J.D., 2014)
  – American Constitution Society, Founder and President
  – Environmental Law Association, President
  – ENLACE, Event Coordinator
- Rhodes College (B.A., 2010)
  – International Honors Program

## BAR ADMISSIONS
- Tennessee

## EXPERIENCE
- Litigated on many notable large class actions, including Volkswagen, Anthem and opioid litigation
- Ongoing representation of unions in arbitration and before the National Labor Relations Board, campaign organization
- Regularly represents parties in discrimination, harassment and personal injury cases
- Routinely advises nonprofit and grassroots organizations on legal issues, including employment, environmental and civil disobedience laws

- Ongoing representation of political candidates and organizations concerning election protection and constitutional issues

## PROFESSIONAL HONORS & ACTIVITIES
*Awards*
- ATHENA Young Professional Award Recipient (2020)
- New Leaders Council Fellow (2020)
- Nashville Bar Association, Leadership Forum Participant (2020)
- Tennessee Supreme Court, Attorney for Justice (2018, 2019)
- American Constitution Society's National Rookie Lawyer Chapter Chair of the Year (2018)
- Tennessee Supreme Court, Law Student for Justice (2014)

*Memberships*
- Tennessee Trial Lawyers Association (2018 – present)
- Nashville Bar Association (2014 – present)
- Tennessee Bar Association (2014 – present)
- American Constitution Society (2011 – present)
- National Lawyers Guild (2011 – present)

## COMMUNITY INVOLVEMENT
- Harpeth Conservancy
  – Chief Executive Officer (2023 – present)
  – Chief Operating Officer (2021 – 2023)
- Tennessee Trial Lawyers Association
  – *Women's Caucus, Co-Founder (2019 – present)*
  – *Board Member and Membership Committee (2018 – 2019)*

- Tennessee Bar Committee for Racial and Ethnic Diversity (2018 – present)
- AFL-CIO's Lawyers Coordinating Committee member (2018 – present)
- American Constitution Society
  – *Next Generation Leader (2014 – present)*
  – *President and Co-Founder, Knoxville Chapter, (2016 – 2017)*
  – *Co-President, Nashville Chapter, 2019 – present*
- Women's Political Collaborative, Community Outreach Chair (2017 – present)
- Appalachian Public Interest Environmental Law Conference (2011 – present)
- Middle Tennessee Sierra Club
  – *Chair (2016 – 2019)*
  – *Vice Chair (2019 – present)*
- Nashville Bar Association Diversity Committee (2015 – 2020)
- United Mountain Defense
  – *Member (2011 – 2013)*
  – *Vice President (2013 – 2020)*
- Environmental Defense Fund Tennessee Ambassador (2018 – 2020)
- Lawyer's Association for Women
  – *Health and Wellness Co-Chair (2016 – 2018)*
  – *Legislative and Lobbying Co-Chair (2018 – 2019)*
- Women for Tennessee's Future: Young Leaders, Co-Chair of events (2017 – 2019)
- Spanish translator with the University of Tennessee College of Law at Centro Hispano (2014)

## LANGUAGES
- English
- Spanish





# Ellen A. Thomas

## ATTORNEY

**Ellen Thomas joined Stranch, Jennings & Garvey in 2023 and works throughout the firm's practice areas, including personal injury, mass torts and class action litigation.**

Before joining SJ&G, Ms. Thomas worked at several law clinics and prominent law firms in the St. Louis area. She was most recently employed as a premises liability litigation attorney at Morgan & Morgan.

While earning her law degree, Ms. Thomas clerked at the Simon Law Firm, where she gained experience in intellectual property litigation and multidistrict litigation. She then spent the first two years of her career as an attorney at a top insurance defense firm before transitioning back to the plaintiff side.

Ms. Thomas is a 2014 graduate from Saint Louis University. She received her J.D. from Saint Louis University School of Law in 2020, with a concentration in international and comparative law. While in law school, Ms. Thomas served as a research assistant, president of the International Law Students Association and as a teaching fellow mentor for first-year law students.

 When not in the office, she enjoys hiking, camping and cooking.

**PHONE**

314.390.6750

**EMAIL**

ethomas@stranchlaw.com

**LOCATION**

Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Personal Injury
- Sexual Abuse & Assault Litigation

## EDUCATION

- Saint Louis University School of Law (J.D., 2020)
- Saint Louis University (B.A., 2014)

## CLERKSHIP

- Simon Law Firm

## BAR ADMISSIONS

- Illinois
- Missouri
- U.S. District Court – Eastern District of Missouri

## EXPERIENCE

*Representative Case*

- In re: Gill v. Abbott Laboratories, No. 2322-CC01251 (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S.

## PRESENTATIONS

- "Autonomous Vehicles: Emerging Technology, Meet Insurance" Your House Counsel webinar, March 2022



## STRANCH, JENNINGS & GARVEY

PLLC



# Glen Tsurudome

STAFF ATTORNEY

**Glen Tsurudome brings more than two decades of experience in civil litigation and e-discovery to his role as a staff attorney, where he focuses on prosecuting consumer and antitrust class actions.**

He is a key member of the teams litigating the *Sydney Ji, et al. v. Naver Corp., White v. Samsung Electronics America, Inc.*, and the *In re: Google Generative AI Copyright Litigation* matters.

## EMAIL

gtsurudome@stranchlaw.com

## LOCATION

1111 Broadway
Suite 300
Oakland, CA 94607

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- E-Discovery

## EDUCATION

- University of San Francisco School of Law (J.D., 2005)
- University of California, San Diego (B.A., Psychology, 2000)

## BAR ADMISSIONS

- California

## EXPERIENCE

- *In re: Allstate & Arity Consumer Privacy Litigation*
- *In re: Bank of America Unauthorized Account Opening Litigation*
- *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*
- *In re: Google Generative AI Copyright Litigation*
- *In re: Local TV Advertising Antitrust Litigation*
- *In re: White v. Samsung Electronics America, Inc. et al.*

## LANGUAGES

- Japanese



STRANCH, JENNINGS & GARVEY
PLLC

# SJG

## STRANCH, JENNINGS & GARVEY
### PLLC

# Antitrust

Fair competition is the cornerstone of a healthy economy, ensuring that those with dominant market power do not exploit consumers and small businesses.

Antitrust laws — including the Sherman Act and the Clayton Act — are designed to prevent monopolies and restrictive business practices that stifle innovation and artificially inflate prices. When corporations conspire to fix prices or manipulate markets, they undermine the very principles of the free market, often at the expense of public interest.

Antitrust litigation cases can include, but are not limited to:

- Anti-competitive mergers and acquisitions
- Monopolistic practices and market allocation
- Pay-for-delay and pharmaceutical antitrust
- Price-fixing and bid-rigging
- Tech platform competition and digital markets
- Unfair competition

At Stranch, Jennings & Garvey, our antitrust team is led by nationally recognized litigators who have consistently taken on some of the world's largest multinational corporations. We specialize in complex litigation that seeks to level the playing field and hold entities accountable for anti-competitive conduct.

Our attorneys have been at the forefront of landmark cases across various industries, from local advertising to global technology platforms, recovering billions of dollars for those harmed by unfair business practices.

Whether representing individual consumers, small business owners or public entities, SJ&G provides the sophisticated legal strategy and unwavering commitment required to navigate the intricacies of antitrust law. We pride ourselves on our ability to manage the complexities of these cases through thorough preparation and customized strategies.

**Disclaimer:** *This content is for informational purposes only and does not constitute legal advice. For specific legal guidance, please consult with an attorney.*

## ATTORNEYS IN THIS PRACTICE AREA

   

**Anne K. Davis**          **Gregory S. Mullens**          **Joshua Samra**          **Lesley E. Weaver**



## STRANCH, JENNINGS & GARVEY
PLLC

# Appellate Practice

When a trial results in an unfavorable ruling, the next step often involves taking the case to a higher court in an effort to overturn or modify that ruling. This right is an important safeguard built into the legal system, and these cases require skilled attorneys who understand the nuances of appellate practice.

Stranch, Jennings & Garvey attorneys have earned the trust of appellate courts, allowing our team to advocate for clients more effectively than trial lawyers. Our firm approaches appeal cases with in-depth knowledge of legal principles and procedures, which are supplemented by effective arguments to convince the appellate court that the lower court's decision was incorrect. This requires thorough research of legal precedent, forceful oral arguments and persuasive brief writing.

Our practice has a successful history of assisting clients whose cases merit appeal to a higher court. If you have experienced an unfavorable court decision, we invite you to contact us.

## ATTORNEYS IN THIS PRACTICE AREA






**Karla M. Campbell**     **Michael Iadevaia**     **Andrew E. Mize**     **Michael Tackeff**



# STRANCH, JENNINGS & GARVEY
PLLC

## Bank Fees

**Some banks and credit unions routinely and improperly assess overdraft fees on customers' debit card transactions, even when those transactions do not overdraw customers' account balances, and charge multiple insufficient funds fees on single transactions. These deceptive practices result in significant and unforeseen costs for customers and violate state and federal fair business practice acts, as well as the terms of the account documents of these financial institutions. In addition to settling numerous overdraft fee disputes against banks and credit unions across the U.S., our firm has also obtained multi-million-dollar settlements against financial institutions for improper fee assessments.**

- **In re: Darty v. Scott Credit Union, No. 19L0798** (St. Clair County, Illinois, Circuit Court, July 13, 2022). Nearly $5.6 million class action settlement representing 94% of damages after contested certification of consumer classes alleging improper assessment of overdraft and NSF fees.

- **In re: Jones et al. v. Lake Michigan Credit Union, No. 20-000240-CK** (Washtenaw County, Michigan, Circuit Court, Oct. 12, 2022). $7.5 million class action settlement, including fee refunds and debt forgiveness, for consumers alleging assessment of improper bank fees class settlement.

- **In re: Stillgood Prods., LLC v. Wesbanco Bank, Inc., No. 4:21-cv-00018-SEB-DML** (S.D. Indiana, Dec. 16, 2022), ECF No. 58. $6.45 million class action settlement, including refunds of bank fees challenged by consumer classes and debt forgiveness.

- **In re: Perkins v. Vantage Credit Union, No. 21SL-CC03736** (St. Louis County, Missouri, Circuit Court, Aug. 25, 2023). Preliminary approval of nearly $6.1 million bank fee class settlement, including changes to future fee assessment practices.

- **In re: Lowe et al. v. NBT Bank, No. 3:19-cv-01400-MAD-ML** (N.D. New York, Sep. 30, 2022), ECF No. 104. $5.7 million bank fee class action settlement.

### ATTORNEYS IN THIS PRACTICE AREA









**Kyle C. Mallinak**          **Nathan Martin**          **Marty Schubert**          **J. Gerard Stranch IV**

# SJG

## STRANCH, JENNINGS & GARVEY
### PLLC

# Business Litigation

**When legal disputes arise, they can threaten your company's operations and reputation. The goal of business litigation is to resolve these issues before they damage your bottom line. Business disputes can include issues related to employment matters, regulatory compliance, contracts and shareholder disputes.**

**At Stranch, Jennings & Garvey, we are well-versed in the complex challenges businesses face. Our team addresses business disputes with a multi-faceted process, beginning by thoroughly analyzing your case, legal standing and potential risks. We then develop a robust legal strategy designed to protect your interests and achieve positive results.**

**Our expertise in business litigation includes a variety of disputes, such as:**

### Antitrust and Competition Litigation

Antitrust laws, which are also referred to as competition laws, promote fair and open competition across different industries and markets. They also monitor monopolistic practices, price discrimination, price-fixing, merger plans and bid rigging. These laws protect consumers by challenging anti-competitive business practices.

### Contract Disputes

Our firm has a proven track record of success in contract litigation, successfully representing clients facing non-performance, breaches of contract or disputes over terms. We protect your interests by resolving contract disputes efficiently to minimize disruptions to your operations.

### Employment and Labor Disputes

We represent both employees and employers when workplace conflicts arise. We address issues such as discrimination, wrongful termination, wage disputes and labor law compliance.

### Intellectual Property Disputes

Protecting your intellectual property (IP) is essential for maintaining a competitive advantage. Our team is well-versed in all aspects of IP law, including licensing agreements, patents, copyrights, trade secrets and trademarks. Whether you are an established corporation, a startup or an individual, our knowledgeable attorneys can meet your needs.

### Real Estate Litigation

Our attorneys handle real estate disputes related to zoning issues, property ownership, construction contracts, commercial leases, landlord-tenant issues and property rights. Our efforts can help you protect your properties and investments.

### Shareholder and Partnership Disputes

When shareholder disputes, partnership conflicts or breaches of fiduciary duty occur, we assist in resolving issues efficiently to preserve the value and integrity of your business.

## ATTORNEYS IN THIS PRACTICE AREA





**Corey L. Kraushaar**          **Kyle C. Mallinak**



# STRANCH, JENNINGS & GARVEY
PLLC

## Car Crashes

According to the National Highway Traffic Safety Administration, there were an estimated 6.1 million police-reported traffic crashes in 2021 (the last year for which data is available), a 16 percent increase over the 5.25 million crashes that occurred in 2020. Individuals injured in 2021 as a result of traffic crashes increased by 9.4 percent over the 2.28 million injuries in 2020.

Car crashes were the second-leading cause of preventable death in the U.S. in 2021 for individuals between the ages of 1 and 54, according to the Centers for Disease Control and Prevention (CDC). Nearly 43,000 fatalities occurred in 2021, a 10 percent increase over 2020's approximately 39,000 fatalities.

Victims of another driver's negligence have the right to seek compensation for injury or death. For decades, our firm has successfully represented individuals who seek to recover damages from car crashes caused by other drivers.

- Davidson County Circuit Court (Nashville, Tennessee) jury trial verdict of $122,755.46 following a top pre-trial offer of $30,000 (May 2021) (Regina Enochs v. Michah Bradley, Davidson County Circuit Court, Docket No. 19C235). Isaac Kimes, Stranch, Jennings & Garvey member, was First Chair Trial Lawyer.

- Davidson County Circuit Court (Nashville) bench trial verdict of $205,274.24 following zero offers made prior to trial (January 2022). (Frieda Woolridge v. Mid-Cumberland Human Resource Agency et al., Davidson County Circuit Court, Docket No. 19C482). Member Isaac Kimes was First Chair Trial Lawyer.

- $300,000 policy limits settlement on auto-wreck case (April 2023).

- $500,000 policy limits settlement on auto-wreck case (July 2023).

- $450,000 settlement on contested liability auto v. pedestrian case (July 2023).

- $200,000 settlement on auto-wreck case (September 2023).

- $755,000 settlement on premises liability case (November 2023).

- $650,000 settlement on contested liability trucking case (December 2023).

- $195,000 on bus wreck case (July 2024).

## ATTORNEYS IN THIS PRACTICE AREA



**Hon. John (Jack) Garvey**



**Isaac Kimes**



**J. Gerard Stranch IV**

**SJG**

STRANCH, JENNINGS & GARVEY
PLLC

# Civil Litigation

**Civil litigation is a broad legal term that can involve a wide range of disputes between entities, businesses, corporations or individuals. These cases involve legal action taken by one party (the plaintiff) against another (the defendant) to resolve a conflict. Plaintiffs seek specific remedies for harm suffered, including financial compensation.**

**Civil litigation is different from criminal law, which involves the prosecution of individuals accused of breaking the law. It also differs from complex litigation, which involves intricate legal issues, multiple parties and multiple jurisdictions.**

**Disputes in civil litigation cases can include, but are not limited to:**

- **Anti-trust litigation**
- **Contract disputes**
- **Employment claims**
- **Family law matters**
- **Landlord/tenant disputes**

- **Medical malpractice**
- **Personal injury**
- **Product liability**
- **Property and real estate disputes**

**Civil litigation cases take a multistep legal process, beginning with the filing of a complaint by the plaintiff against the defendant. The next step is discovery when both parties share documents and evidence related to the case. Pre-trial negotiations follow, during which our attorneys work diligently to negotiate a favorable settlement before proceeding to trial.**

**If you are seeking justice in a civil litigation matter, we will fight for your rights and bring you the compensation you deserve.**

## ATTORNEYS IN THIS PRACTICE AREA

       

| Karla M. Campbell | Anne K. Davis | Mariah S. England | Elizabeth Fischer | Colleen Garvey | Anisha Guru | David Ho | Jooyoung Koo |

       

| Kyle C. Mallinak | Nathan Martin | Gregory S. Mullens | John C. Roberts | Joshua Samra | Michael G. Stewart | Margaret "Margo" Strakosch | K. Grace Stranch |

    

Katherine "Kasey" Sullvan · Michael Tackeff · Ellen A. Thomas · Glen Tsurudome · Lesley E. Weaver



# STRANCH, JENNINGS & GARVEY
PLLC

## Civil Rights

Stranch, Jennings & Garvey is passionate about safeguarding the principles of equality and justice enshrined in the Constitution of the United States. We have a long track record of successfully representing clients whose civil rights have been violated.

Civil rights cases involve a deep understanding of constitutional law, court procedures and civil liberties. These complex cases require thorough investigation and evidence-gathering, as well as strong advocacy in both negotiation and litigation.

The rights guaranteed to us by the nation's founding document and federal laws are the cornerstone of our democracy. Ensuring that everyone is treated equally and fairly under the law, regardless of their circumstances or backgrounds, these privileges include basic rights, fundamental liberties and protections, such as:

- Due process
- Equal protection
- Freedom of religion
- Freedom of the press
- Freedom of speech

- Protection against discrimination
- Protection from unreasonable search and seizure
- Voting rights

Your civil rights matter and our team is here to protect them. If you believe your civil rights have been violated, contact us today and take the first step toward securing the equality and justice you deserve.

### ATTORNEYS IN THIS PRACTICE AREA



**Andrew E. Mize**



**Michael Tackeff**

# SJG

STRANCH, JENNINGS & GARVEY
PLLC

# Class Action

Our firm has a long record of success representing plaintiffs in a substantial number of class action and mass tort cases in state and federal courts throughout the U.S. These cases include some of the most complicated litigation the courts have seen against some of the largest multinational companies. Through these cases, we defend the rights of clients harmed by defective products, pharmaceuticals, industry negligence or illegal practices.

Our attorneys have served as class counsel and as lead, co-lead and liaison counsel in landmark cases and national class actions involving AI copyright litigation, data breach, wage and hour violations, anti-competitive practices, illegal generic drug suppression and bid rigging, defective products and violations of the Telephone Consumer Protection act.

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB** (N.D. California) (J. Breyer). Founding and Managing Member J. Gerard Stranch IV served on the plaintiffs' steering committee in a coordinated action consisting of nationwide cases of consumer and car dealerships. This action alleged that Volkswagen AG, Volkswagen Group of America and other defendants illegally installed so-called "defeat devices" in their vehicles, which allowed the cars to pass emissions testing but enabled them to emit nearly 40 times the allowable pollution during normal driving conditions. In October 2016, the court granted final approval to a settlement fund worth more than $10 billion to consumers with two-liter diesel engines, and in May 2017, the court granted final approval to a $1.2 billion settlement for consumers with three-liter diesel engines, and a $357 million settlement with co-defendant Bosch.

- **In re: Davidson v. Bridgestone/Firestone, Inc. and Ford Motor Co. No. 00-C2298** (Davidson Circuit, Tennessee) (Soloman/Brothers). The firm served as lead counsel in a nationwide class action against Bridgestone/Firestone, Inc. and Ford Motor Co. concerning defective tires. A settlement valued at $34.4 million was reached in conjunction with a companion case in Texas.

- **In re: Cox v. Shell Oil et al., Civ. No. 18844** (Weakley Chancery, Tennessee) (Judge Malon). The firm intervened in a consumer class action composed of all persons throughout the United States who owned or purchased defective polybutylene piping systems used in residential constructions or mobile homes. A global settlement was reached that was valued at $1 billion.

- **In re: Heilman et al. v. Perfection Corporation, et al., Civ. No. 99-0679-CD-W-6** (W.D. Missouri). The firm served on the executive committee in a nationwide consumer class action composed of all owners or purchasers of a defective hot water heater. A settlement was reached that provided 100% recovery of damages for a possible 14.2 million hot water heaters and any other property damages.

- **In re: Alpha Corp. Securities litigation.** Founding and Managing Member J. Gerard Stranch IV was appointed as co-lead counsel. The case resulted in a $161 million recovery for the class.

## ATTORNEYS IN THIS PRACTICE AREA

      

| Anne K. Davis | Darrius D. Dixon | Samuel W. Douthit | Elizabeth Fischer | Colleen Garvey | Anisha Guru | Hon. John (Jack) Garvey |

      

| Michael Iadevaia | Jooyoung Koo | Corey L. Kraushaar | Kyle C. Mallinak | Janna Maples | Nathan Martin | Miles McDowell |

      

| Andrew E. Mize | Gregory S. Mullens | Andrew Murray | John C. Roberts | Joshua Samra | Marty Schubert | Michael G. Stewart |

     

| J. Gerard Stranch IV | James G. Stranch III | K. Grace Stranch | Michael Tackeff | Lesley E. Weaver | Grayson Wells |

# Complex Litigation

Complex litigation cases demand expertise, precision and unwavering commitment to ensure clients' interests are protected. Our team at Stranch, Jennings & Garvey specializes in complex litigation and understands how to navigate the intricate labyrinth of complicated legal disputes.

Complex litigation can involve federal and state laws and multiple jurisdictions. The issues litigated in these cases are often elaborate, with extensive evidence, numerous parties and multifaceted legal arguments. Such cases can encompass a broad spectrum of legal matters that include but are not limited to:

- Antitrust and competition law
- Class action lawsuits
- Employment and labor disputes
- Environmental litigation

- Healthcare litigation
- Intellectual property disputes
- Product liability
- Securities fraud

Complex litigation cases progress through several stages, including investigation, discovery, motions, trial and potential appeals. Extensive legal research, a deep understanding of the law and expert testimony are often required. Our attorneys pride themselves on their ability to manage the complexities of these cases through thorough preparation, customized strategies and effective communication.

Stranch, Jennings & Garvey attorneys have successfully represented clients in numerous complex litigation cases across various industries and jurisdictions. Contact us today and let us put our expertise to work for you.

## ATTORNEYS IN THIS PRACTICE AREA


Anne K. Davis


Darrius D. Dixon


Mariah S. England


Elizabeth Fischer


Colleen Garvey


Michael Iadevaia


Isaac Kimes


Jooyoung Koo


Miles McDowell


Gregory S. Mullens


John C. Roberts


Joshua Samra


Michael G. Stewart


Margaret "Margo" Strakosch


James G. Stranch III


J. Gerard Stranch IV


K. Grace Stranch


Katherine "Kasey" Sullivan


Michael Tackeff


Glen Tsurudome


Ellen A. Thomas


Lesley E. Weaver



STRANCH, JENNINGS & GARVEY
PLLC

# Condemnation & Municipal Property Disputes

**Have you come into conflict with a municipality regarding the use or acquisition of your property for public purposes? If so, you need a skilled legal team on your side to protect your interests. Such conflicts can include zoning and land use regulations, as well as the construction of public infrastructure projects like parks, utilities and highways.**

**Condemnation and municipal property disputes may involve the following legal and procedural issues:**

- **Assessment of just compensation**

- **Eminent domain challenges**

- **Environmental impact assessments**

- **Procedural deadlines and requirements**

- **Property values**

- **Regulatory compliance**

- **Zoning and land use disputes**

**Our dedicated attorneys at Stranch, Jennings & Garvey guide clients through the complex web of condemnation and municipal property disputes through legal advocacy, strategic counsel and expert litigation. We provide guidance throughout the entire legal process, from notice of condemnation until the issue is resolved. We strive to secure favorable settlements and fair compensation.**

**Your property rights matter. Contact us today to ensure they remain protected.**



# STRANCH, JENNINGS & GARVEY
### PLLC

# Constitutional Law

Constitutional Law focuses on applying and interpreting provisions of the United States Constitution. This area of law protects fundamental rights, limits government power, establishes the relationship between citizens and government, and establishes the framework of democracy.

It encompasses a wide range of challenges and legal issues, including:

- First Amendment Rights
- Second Amendment Rights
- Fourth Amendment Rights
- Fifth Amendment Rights

- Privacy Rights
- Due Process
- Equal Protection

Our team consists of expert litigators who have successfully argued cases at all levels of the judiciary. We are devoted to protecting the rights and liberties guaranteed by the Constitution. Key to our Constitutional Law work is comprehensive analysis and advice, allowing our clients to understand the complexities they face.

If you or your organization are facing a constitutional law issue, we can be your advocates in the pursuit of justice. Contact us today to schedule a consultation.

## ATTORNEYS IN THIS PRACTICE AREA



**K. Grace Stranch**



**Michael Tackeff**

**SJG**

STRANCH, JENNINGS & GARVEY
PLLC

# Consumer Protection

The focus of Consumer Protection is to safeguard the rights and interests of consumers against unfair or fraudulent practices in the marketplace. Our attorneys at Stranch, Jennings & Garvey take pride in our client-centric approach and aggressive advocacy. In addition to our legal expertise, we empower our clients with knowledge about their rights and options, enabling them to make informed decisions.

Consumer Protection encompasses a wide range of issues, including:

- Advertising and marketing practices
- Bankruptcy
- Deceptive trade practices
- Faulty products
- Financial services, including predatory lending
- Foreclosure

- Inaccurate credit reporting
- Privacy and data protection
- Product safety
- Scams
- Securities fraud
- Warranties

Consumer Protection laws exist to deter businesses and corporations from pursuing unethical or dangerous practices. These laws help keep these entities honest and thus play an important role in a reliable marketplace. Violation of these laws hurts individual consumers and can also harm the overall economy.

As a consumer, you have rights that deserve to be protected. If you feel that you have been the victim of unsafe products, fraud, scams or deceptive practices, our attorneys are here to listen and provide the legal advice you need.

## ATTORNEYS IN THIS PRACTICE AREA

    

**Anne K. Davis**   **Elizabeth Fischer**   **Kyle C. Mallinak**   **Gregory S. Mullens**   **John C. Roberts**

   

**Joshua Samra**   **James G. Stranch III**   **Michael Tackeff**   **Lesley E. Weaver**

**SJG**

STRANCH, JENNINGS & GARVEY
PLLC

# Corporate Governance

At its core, corporate governance is about accountability. A company's board of directors and executive leadership hold a sacred trust to act in the best interests of the corporation and its shareholders.

When that trust is broken — whether through negligence, systemic failures in oversight or active misconduct — the consequences extend far beyond the boardroom, impacting investors, employees and the broader community.

Stranch, Jennings & Garvey is committed to ensuring that corporate power is exercised responsibly and that those in charge are held to the highest standards of legal and ethical conduct.

Corporate governance cases can include, but are not limited to:

- Breach of fiduciary duty claims

- Board oversight and "Caremark" duties

- Conflict of interest and self-dealing transactions

- Corporate social responsibility and ESG accountability

- Executive compensation and "say-on-pay" disputes

- Internal investigations and whistleblower allegations

- Shareholder derivative litigation

Stranch, Jennings & Garvey, bolstered by our strategic expansion into California, stands as a premier advocate for institutional and individual shareholders. We specialize in complex derivative litigation designed to reform corporate culture and recover value for the entities themselves.

Our attorneys have led groundbreaking actions against some of the world's most powerful corporations, including recent landmark litigation involving failures in board oversight related to hiring practices and public safety.

We do not just seek financial settlements; we pursue meaningful corporate reforms that prevent future harm and restore integrity to the marketplace.

ATTORNEYS IN THIS PRACTICE AREA


Anne K. Davis


Joshua Samra


Lesley E. Weaver

# SJG

## STRANCH, JENNINGS & GARVEY
PLLC

# Election Law

Elections are vital to our democracy. Election law ensures the integrity of elections, while safeguarding the rights of voters, candidates and political parties. It is a constantly changing legal field that focuses on the legal principles, regulations and rules governing the democratic process at the local, state and federal levels.

At Stranch, Jennings & Garvey, our experienced attorneys are committed to protecting the values that are the cornerstone of our society. We provide expert legal representation to organizations, political campaigns and individuals in a variety of ways, including:

- Ballot access
- Campaign compliance
- Campaign strategy
- Election disputes

- Legal education and advocacy
- Litigation support
- Redistricting and apportionment
- Voter eligibility

At a time when the electoral landscape is constantly changing, having seasoned Election Law attorneys by your side is crucial. The team at Stranch, Jennings & Garvey believes the power of democracy is in the hands of its citizens, and that a fair and transparent electoral process is crucial.

If you need assistance with campaign compliance, need an expert in election matters or believe your voting rights have been violated, we are here to advocate for your interests. Together, we can make a difference.

## ATTORNEYS IN THIS PRACTICE AREA



Nathan R. Ring



Marty Schubert

**SJG**

STRANCH, JENNINGS & GARVEY
PLLC

# Employment & Discrimination Law

For decades, Stranch, Jennings & Garvey attorneys have delivered personalized legal solutions to individuals who have experienced discrimination in the workplace. We are proud to stand with our clients, protect their rights, and provide solutions that lead to justice and equality.

The purpose of employment and discrimination law is to ensure that all employees are treated equitably and fairly regardless of their beliefs, backgrounds or characteristics. This specialized area of legal practice focuses on protecting individual rights, and addresses harassment, unfair treatment and discrimination, which can occur in a variety of ways, including:

- Age
- Disability
- Gender
- National origin

- Race
- Religion
- Sexual orientation

Issues addressed by our attorneys in this practice area include:

- Bias hiring, promotion, compensation or job assignment
- Retaliation
- Wage and hour disputes

- Workplace harassment
- Wrongful termination

At Stranch, Jennings & Garvey, we are dedicated to protecting the rights of our clients through legal expertise, strong advocacy, education and empowerment. You don't have to face workplace discrimination alone. Our attorneys are ready to fight for your rights and compassionately guide you through the legal process.

## ATTORNEYS IN THIS PRACTICE AREA

     

Karla M. Campbell     Mariah S. England     Michael Iadevaia     James G. Stranch III     K. Grace Stranch     Nathan R. Ring



# Environmental Law

**Environmental law is an ever-evolving field that encompasses a vast array of legal principles, statutes and regulations developed to address environmental concerns and safeguard the environment. At Stranch, Jennings & Garvey, we are dedicated to providing comprehensive legal solutions for our clients as they navigate the intricate web of environmental regulations and issues.**

**Environmental law addresses issues such as conservation, land use planning and pollution control. It also extends to matters involving air quality, climate change mitigation, hazardous waste management and water resources. Our attorneys have the expertise to guide you through this wide range of matters, including:**

### Climate Change Mitigation

We help clients develop strategies for adapting to changing environmental conditions, reducing greenhouse gas emissions and staying ahead of evolving regulations.

### Environmental Due Diligence

We assist clients with conducting due diligence to assess potential risks and liabilities in real estate acquisitions or mergers.

### Environmental Impact Assessments

We provide our clients with impact assessments to discover the potential environmental consequences of proposed projects.

### Litigation and Dispute Resolution

When environmental disputes arise, such as a contamination issue or regulatory enforcement matter, our attorneys will advocate for you in court and negotiate favorable settlements.

### Permitting and Licensing

We offer guidance in navigating complex licensing and permitting processes. Our attorneys can help you secure the necessary licenses and permits to ensure your project is in compliance with environmental laws.

### Regulatory Compliance

Remaining in compliance with federal, state and local environmental requirements is essential for individuals and businesses. Through analysis and guidance, our attorneys help ensure your project adheres to all regulations.

## ATTORNEYS IN THIS PRACTICE AREA



**K. Grace Stranch**

**STRANCH, JENNINGS & GARVEY** PLLC

# ERISA Trust Funds

**Founding Member James G. (Jim) Stranch III and his wife, Judge Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals, were early pioneers of 401(k) ERISA (Employee Retirement Income Security Act) litigation.**

**Our attorneys have represented clients and served as lead and co-lead counsel in a wide range of ERISA matters, including Taft-Hartley health and welfare funds JATC apprenticeship funds, defined contribution funds and defined benefit pension funds. In addition, we advise ERISA plan fiduciaries on a variety of administration and compliance issues; establish employee benefit trusts and plans; handle administrative claims and appeals for LTD, STD and other benefits; assist with Department of Labor audits, interpretations, investigations and enforcement; and numerous other issues.**

- **In re: Nortel Networks Corp. "ERISA" Litigation, No. 3:03-MD-1537** (M.D. Tenn.) (Nixon). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries of Nortel Network Corp. for violation of duties owed under ERISA. Court approved a settlement that provided a minimum recovery of $21.5 million plus access to additional monies held by others.

- **In re: Qwest Savings and Investment Plan ERISA Litigation, No. 02-RB-464** (D. Colo.) (Blackburn). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries at Qwest Communications and the Trustee, Bankers Trust/Deutsche Bank, for violation of duties owed under ERISA. A settlement was reached which provided a $33 million cash payment from Qwest Communications to the plan for participants, a $4.5 million cash payment from Bankers Trust/Deutsche Bank to the plan for participants, a $20 million guarantee from Qwest Communications from a parallel securities action with the opportunity of more cash from the parallel securities action, and an undetermined amount of cash from a distribution through the U.S. Securities and Exchange Commission Fair Fund established pursuant to Section 308 of the Sarbanes-Oxley Act of 2002, 15 U.S.C. §§7201 et seq.

- **In: re Global Crossing Ltd. ERISA Litigation, No. 02 Civ. 7453** (S.D. N.Y.) (Lynch). One of several counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries at Global Crossing for violation of duties owed under ERISA. The settlement reached provided a $79 million cash payment to the Plan for participants and allowed Plan to recover in parallel securities action.

- **In re: Xcel Energy, Inc. ERISA Litigation Civ. 02-2677** (D. Minn.) (Doty). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of the pension plan against fiduciaries of Providian Financial Corp. for violation of duties owed under ERISA. Settlement reached that provided an $8.6 million cash payment to the Plan for participants, lifted stock restrictions in the Plan with a value between $38 million and $94 million, and allowed the Plan to recover in parallel securities action.

- **In re: Hitchcock v. Cumberland University 403(b) DC Plan, 851 F.3d 522** (6th Cir. 2017). As a result of this case, the university returned hundreds of thousands of dollars to employees' retirement accounts that it had wrongfully withheld. The firm succeeded in setting the precedent that plan participants can take legal claims, such as breach of fiduciary duty, straight to the courts, without having to exhaust administrative remedies through the plan, an issue of first impression in the Sixth Circuit.

- **In re: Delphi Corp. ERISA Litigation (Polito v. Delphi Corporation, et al.), No. 05-cv-71249** (E.D. Mich.). Lawsuit brought on behalf of participants in Delphi pension plans alleging that plan fiduciaries breached their duties and responsibilities under ERISA by, among other things, failing to investigate the prudence of an investment in Delphi stock and by making misrepresentations about the company's accounting practices for off-balance sheet financing and vendor rebates dating back to 1999.

- **In re: Providian Financial Corp. ERISA Litigation, No. C 01-5027** (N.D. C.A.) (Breyer). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of the pension plan against fiduciaries of Providian Financial Corp. for violation of ERISA duties. Settlement provided an $8.6 million cash payment to the plan for participants, lifted company stock sales restrictions in the plan valued between $3.66 million and $5.85 million, and allowed plan to recover in a parallel securities action.

- **In re: Montana Power ERISA Litigation, No. 4:02-0099** (D. Mont.) (Haddon). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries of Montana Power, Touch America and Northwestern Energy and against the Trustee, Northern Trust, for violation of duties owed under ERISA. Settlement was reached that provided a minimum recovery of $4.9 million plus access to additional monies held by others.

## ATTORNEYS IN THIS PRACTICE AREA

     

**Karla M. Campbell**    **Michael Iadevaia**    **R. Jan Jennings**    **Nathan R. Ring**    **John C. Roberts**    **James G. Stranch III**

# SJG

## STRANCH, JENNINGS & GARVEY
### PLLC

# Labor Law

For more than seven decades, Stranch, Jennings & Garvey attorneys have been at the forefront of labor law, proudly advocating for the rights of both individual workers and labor unions. We take immense pride in our commitment to offering comprehensive legal support to working men and women.

We have successfully litigated cases across all judicial levels, including the United States Supreme Court. Our expertise extends to the National Labor Relations Board (NLRB) and the Department of Labor.

Stranch, Jennings & Garvey attorneys practice a broad spectrum of labor law matters, providing our clients with trustworthy counsel and formidable representation as we fight to uphold their rights. Our services include:

- Arbitration and grievance resolution
- Collective bargaining agreements
- Contract negotiation
- Department of Labor compliance and investigations
- Employment discrimination
- Federal court litigation
- NLRB proceedings
- Restrictive covenants
- Severance agreementsa
- Union-related matters

From negotiating complex collective bargaining agreements or tackling issues related to employment discrimination to resolving arbitration disputes or grievances, our attorneys have the experience and knowledge to ensure injustices are rectified and our clients' rights are protected. We are proud of our many decades of supporting hardworking men and women, and we will continue to stand as a trusted partner for unions and workers.

## ATTORNEYS IN THIS PRACTICE AREA

     

| Karla M. Campbell | Michael Iadevaia | Andrew E. Mize | James G. Stranch III | K. Grace Stranch | Nathan R. Ring |



# STRANCH, JENNINGS & GARVEY
PLLC

# Labor Unions

**Since our firm was founded more than seven decades ago, we have provided dependable representation for union clients in all employer-employee relations legal matters. Our attorneys are experienced in issues concerning the National Labor Relations Act, ERISA, Title VII, and wage and hours laws such as the FLSA. Our representation ranges from construction, industrial and public sector unions to district and joint councils, State Federations of Labor and Central Labor Councils.**

**Across the years, we have helped countless clients with union-related challenges, such as collective bargaining, contract negotiation, enforcement of labor-related claims via NLRB or federal court litigation, grievance mediation, restrictive covenant issues, severance agreements and numerous additional union matters.**

- **In re: Thompson v. North American Stainless LP.** Our firm helped expand Title VII retaliation protection with this case, which reached the U.S. Supreme Court. The court ruled that North American Stainless' firing of plaintiff employee Eric Thompson violated Title VII and that he could sue because he fell within the zone of interests protected by Title VII.

- **In re: International Brotherhood of Teamsters, Local 651 v. Philbeck, 5:10-cv-105-DCR** (E.D.KY 2018). The firm successfully litigated action requesting a temporary restraining order and permanent injunction by the local union to secure control of the Facebook page belonging to the union.

- **In re: Matthew Denholm, RD of NLRB Region 9 v. Smyrna Ready Mix Concrete, LLC, 5:20-cv-320-REW** (E.D.KY 2019). The firm successfully litigated NLRB charges, culminating in a complaint for injunctive relief, where the federal district court ordered the reinstatement of seven drivers and their plant manager and the reopening of a concrete plant.

- **In re: Zeon Chemicals, L.P. v. UFCW Local 72-D, 949 F.3d 980** (6th Cir. 2020). The firm successfully appealed a district court's reversal of the union's arbitration victory for an unjustly terminated member who was ordered reinstated with full back pay.

## ATTORNEYS IN THIS PRACTICE AREA






**Karla M. Campbell**    **R. Jan Jennings**    **Nathan R. Ring**    **J. Gerard Stranch IV**



# STRANCH, JENNINGS & GARVEY
PLLC

# Mass Torts

**Mass tort lawsuits occur when numerous individuals have been injured or harmed by the same act of negligence of another party, from faulty prescription drugs or medical devices to toxic contamination or defective consumer products. These types of claims provide the compensation each plaintiff needs, rather than a settlement that is split with the other plaintiffs.**

**Stranch, Jennings & Garvey has the experience and resources to confront the corporations responsible for the harm inflicted on plaintiffs. Our attorneys are well-versed in the necessary strategies for negotiating and litigating mass tort lawsuits, and have successfully represented numerous clients in claims against companies and corporations. Our efforts have produced significant monetary recovery and/or benefits for plaintiffs from many jurisdictions.**

- **In re: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation, 3:25-md-3140 (N.D. Florida, Pensacola Division).** SJ&G attorneys Colleen Garvey and Janna Maples were appointed to key leadership positions in this litigation, which alleges that Pfizer Inc. failed to adequately warn patients and doctors about the risk of brain tumors associated with the hormonal contraceptive drug Depo-Provera. Garvey was appointed to the Law and Briefing Subcommittee, which is a subcommittee of the Steering Committee. Maples was appointed to the Electronically Stored Information ("ESI") and Discovery Subcommittee, which is also a subcommittee of the Steering Committee.

- **In re: National Prescription Opiate Litigation.** Our firm's Founding and Managing Member J. Gerard Stranch IV was appointed as class counsel for the negotiation class in the multi-district national prescription opioid litigation (MDL 2804) in Cleveland, Ohio. Plaintiffs alleged that the manufacturers of prescription opioids grossly misrepresented the risks of long-term use of those drugs for persons with chronic pain, and distributors failed to properly monitor suspicious orders of those prescription drugs — all of which contributed to the current opioid epidemic. National settlements of up to $26 billion were reached in 2021 to resolve litigation brought by states and local political subdivisions against three pharmaceutical distributors (McKesson, Cardinal Health and AmerisourceBergen) and manufacturer Janssen Pharmaceuticals, Inc. and its parent company Johnson & Johnson. Hon. Judge (ret.) John "Jack" Garvey, the founding member who leads our St. Louis office, was instrumental in securing a settlement with these companies for Missouri's counties and cities in the amount of $183.2 million, as part of a $458 million overall settlement for the state.

## ATTORNEYS IN THIS PRACTICE AREA


**Elizabeth Fischer**


**Colleen Garvey**


**Hon. John (Jack) Garvey**


**Anisha Guru**


**Corey L. Kraushaar**


**Janna Maples**


**Michael G. Stewart**


**J. Gerard Stranch IV**



## STRANCH, JENNINGS & GARVEY
### PLLC

# Medical Malpractice

Medical malpractice occurs when a healthcare professional's actions, or failure to act, do not meet the standard of care of their profession. This can cause harm to a patient in the forms of emotional distress, physical injuries or financial burdens. In the most extreme cases, medical malpractice can result in the death of a patient.

Not all medical mistakes constitute malpractice. To be considered malpractice, the following factors must generally be present:

- The healthcare provider owed the patient a duty of care.
- The decisions or actions of the provider failed to meet the standard of care.
- The provider's actions were the direct cause of harm or injury to the patient.
- The patient suffered physical, emotional or financial damages.

Medical malpractice incidents can occur in various stages of treatment and different healthcare settings, and can include:

- Failure to obtain informed consent
- Medication errors
- Misdiagnosis or delayed diagnosis

- Negligence during pregnancies or birth injuries
- Nursing home abuse & neglect
- Surgical errors

If you are the victim of medical malpractice, you have the right to seek legal recourse. Stranch, Jennings & Garvey attorneys have achieved successful results for our clients. We are dedicated to helping patients who have experienced medical malpractice move toward healing and recovery.

## ATTORNEYS IN THIS PRACTICE AREA



**Isaac Kimes**

# SJG

## STRANCH, JENNINGS & GARVEY
### PLLC

# Necrotizing Enterocolitis (NEC)

Stranch, Jennings & Garvey attorneys understand the serious challenges and heartache families face when dealing with the dangerous effects of Necrotizing Enterocolitis (NEC). Our team is dedicated to providing expert and compassionate legal representation to families whose lives have been impacted by NEC.

According to the Cleveland Clinic, NEC is a serious gastrointestinal problem occurring mostly in premature babies. The condition causes intestinal tissue to die and can lead to a hole in the intestine. Bacteria leaking through the hole can cause serious abdominal infections. Some infants require surgery to remove the damaged intestine.

While some infants experience mild cases of NEC, others face life-threatening symptoms. The condition usually develops within two to six weeks of birth. It typically affects babies who are born before the 37th week of pregnancy, fed through a tube in the stomach or weigh less than 5.5 pounds at birth. Babies weighing less than two pounds at birth are at the greatest risk.

NEC has a variety of causes, including medical malpractice. Symptoms may come on suddenly or appear over a few days and may include:

- Abdominal pain and swelling
- Changes in heart rate, blood pressure, body temperature and breathing
- Diarrhea with bloody stool
- Green or yellow vomit
- Lethargy
- Refusing to eat and lack of weight gain

An estimated 80 percent of babies diagnosed with NEC survive. However, some survivors face long-term health problems, including:

- Peritonitis — an abdominal infection that can lead to sepsis
- Intestinal stricture — a narrowing of the intestine that could require surgery
- Short bowel (short gut) syndrome — a condition making it difficult for the body to absorb fluids and nutrients, requiring lifelong treatment for the child to ensure proper nutrition
- Growth failure and development delays

Our team understands that NEC is a frightful experience, and we approach each case with compassion and sensitivity. We will stand with your family and provide you with the legal guidance you need. Contact us today, and let our attorneys guide you through a journey for justice.

- **In re: Gill v. Abbott Laboratories, No. 2322-CC01251** (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S. The plaintiff brought the claim on behalf of her minor child, who developed NEC after being given Similac and/or Enfamil cow's milk-based products following her premature birth. The infant was forced to undergo extensive surgery and has continued to suffer long-term health consequences. The lawsuit asserted that, "despite scientific consensus that defendants' cow's milk-based products present a dire threat to the health and development of preterm infants, defendants have made no changes to their products or the products' packaging, guidelines, instructions, or warnings. Instead, defendants have continued to sell their unreasonably dangerous products to unsuspecting parents and healthcare providers, generating huge profits as a result."

## ATTORNEYS IN THIS PRACTICE AREA

      

| Colleen Garvey | Hon. John (Jack) Garvey | Anisha Guru | Janna Maples | Michael G. Stewart | J. Gerard Stranch IV | Ellen Thomas |

# SJG

## STRANCH, JENNINGS & GARVEY
### PLLC

## Nursing Home Abuse & Neglect

Deciding to place a loved one in a nursing home is a difficult decision. When doing so, you are entrusting their well-being to professionals who are responsible for providing your family member with the care and the attention he or she deserves. If this trust is not honored due to possible abuse or neglect, families are faced with litigation to hold the offenders accountable.

Stranch, Jennings & Garvey attorneys are experienced in defending the rights of nursing home residents who have suffered abuse or neglect. We understand the physical and emotional pain such incidents can have on individuals and their families, and we are here to help guide you during such a challenging time.

Nursing home abuse & neglect can involve a range of actions and behaviors that result in distress or harm to residents of long-term care facilities, including:

- Emotional and psychological abuse
- Fall accidents
- Financial exploitation
- Inadequate staffing
- Medical malpractice
- Neglect
- Physical abuse
- Sexual abuse
- Wandering and elopement

Stranch, Jennings & Garvey attorneys are dedicated to protecting the dignity of nursing home residents. We are here to pursue justice for those who have been neglected or abused, and will be fierce advocates for your loved one's rights.

- $275,000 on nursing home bedsore case (April 2024).

## ATTORNEYS IN THIS PRACTICE AREA



**Isaac Kimes**



# STRANCH, JENNINGS & GARVEY
PLLC

# Opioid Litigation

The opioid epidemic is a public health crisis that has ravaged communities in the United States and around the world. The roots of this crisis can be traced back to the late 1990s, when misleading marketing practices by pharmaceutical companies contributed to the over-prescribing of opioid painkillers.

Millions of lives have been affected by addiction and death. The crisis has also caused a significant financial burden on society, straining social services, law enforcement agencies and healthcare systems. The experienced litigators at Stranch, Jennings & Garvey recognize the urgency of addressing this crisis and holding pharmaceutical companies, medical professionals and other responsible entities accountable.

J. Gerard Stranch IV, managing and founding member, served as the lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against opioid producer Endo Pharmaceuticals. The case led to a $35 million settlement agreement, which is the largest per capita settlement by any prosecution with Endo to date.

Opioid litigation can take various forms, including lawsuits filed by states, municipalities or individuals against pharmaceutical manufacturers and distributors and healthcare providers. Some lawsuits are consolidated into class actions, allowing groups of affected individuals to seek compensation collectively.

Stranch, Jennings & Garvey's attorneys are committed to helping those affected by the opioid epidemic understand their legal rights. We are dedicated to providing expert guidance and strategy to individuals and governments as they navigate the legal steps required for successful opioid litigation.

## ATTORNEYS IN THIS PRACTICE AREA





Janna Maples          J. Gerard Stranch IV

# STRANCH, JENNINGS & GARVEY PLLC

## Personal Injury

**For many years, our firm has effectively represented individuals who have been harmed or injured due to third-party carelessness or misconduct. These cases include medical negligence, faulty medical devices, dangerous medications, unsafe property conditions, automobile accidents, and numerous other acts of negligence or disregard for safety that have led to injury and death.**

**Stranch, Jennings & Garvey proudly works to preserve and restore the rights of clients who have experienced harm due to others' actions, and our firm seeks justice for and successfully obtains full and fair compensation for these victims and their families through litigation, mediation and arbitration.**

- **In re: Sullivan Baby Doe case** (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date.
- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation,** resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever.
- **In re: Orrick v. GlaxoSmithKline,** St. Louis City Circuit #1322-CC00079 (Paxil litigation).
- **In re: Jefferson County v. Williams,** #20JE-CC00029 (opioids litigation).
- Davidson County Circuit Court bench trial verdict of $205,274 following zero offers made prior to trial (January 2022).
- Davidson County Circuit Court jury trial verdict of $122,755.46 following a top pre-trial offer of $30,000 (May 2021).
- $290,000 settlement on helicopter injury case (February 2024).
- $1,100,000 on shooting case with contested liability (July 2024).
- $900,000 on worksite injury case with contested liability and legal immunity issues (October 2024).
- $362,500 on premises liability, slip and fall case with contested liability (November 2024).

## ATTORNEYS IN THIS PRACTICE AREA

     

| Hon. John (Jack) Garvey | Anisha Guru | Isaac Kimes | Janna Maples | J. Gerard Stranch IV | K. Grace Stranch |

**STRANCH, JENNINGS & GARVEY**
PLLC

# Privacy & Cybersecurity Litigation

**Security breach notification laws require entities to notify their customers or citizens when they have experienced a data breach and to take certain steps to deal with the situation. This gives these individuals the opportunity to mitigate personal risks resulting from the breach and minimize potential harm, such as fraud or identity theft. Currently, all 50 states, along with the District of Columbia and three U.S. territories, have adopted notification laws requiring notification when a breach has occurred.**

- **In re: Anthem, Inc. Data Breach Litig., MDL 2617 LHK** (N.D. California, 2016). The firm served as counsel for plaintiffs in a coordinated action consisting of nationwide cases of consumers harmed by the 2015 criminal hacking of servers of Anthem, Inc. containing more than 37.5 million records on approximately 79 million people receiving insurance and other coverage from Anthem's health plans. The case settled in 2017 for $115 million, the largest healthcare data breach in U.S. history, and has received final approval.

- **In re: MGM International Resorts Data Breach Litigation** (D. Nevada). Two separate data breaches by cybercriminals against MGM Resorts International (MGM) in 2019 and 2023 resulted in the exposure of private information of tens of millions of MGM guests. Following both incidents, multiple lawsuits were filed. In July 2024, plaintiffs in the lawsuits agreed to participate in joint mediation — In re: MGM International Resorts Data Breach Litigation. In October 2024, the plaintiffs filed a notice of settlement, notifying the court that all parties were able to resolve the cases. On. Jan. 22, 2025, Nevada District Judge Gloria M. Navarro issued an order granting plaintiffs' unopposed motion for preliminary approval of a $45 million class action settlement in the case. The final approval hearing is scheduled for June 18, 2025. J. Gerard Stranch, founding and managing member, served as a co-lead for the 2023 case leadership team.

- **Monegato v. Fertility Centers of Illinois, PLLC, Case No. 2022 CH 00810** (Cook County Circuit Court). The firm served as class counsel in a case brought on behalf of approximately 80,000 individuals whose personal information was involved in a February 2021 data breach. A settlement with a total estimated value of $14.5 million was negotiated. Final approval was granted by the Cook County, Illinois Circuit Court in April 2023.

- **In re: Evolve Bank & Trust Customer Data Security Breach Litigation, MDL 2:24-md-03127** (W.D. Tennessee) (J. Lipman). Serving as lead counsel for the class, SJ&G's Founding and Managing Member J. Gerard Stranch secured an $11.8 million settlement for the plaintiffs. This multidistrict litigation followed a data breach by cybercriminals against Evolve Bank & Trust that resulted in the theft of personal banking data of bank customers as well as Evolve fintechs' customers. Following the breach, multiple class action lawsuits were filed against the defendant and Evolve fintechs. The cases were consolidated in October 2024.

- **In re: CorrectCare Data Breach Litigation, 5:22-319-DCR** (E.D. Kentucky). J. Gerard Stranch, founding and managing member, served as class counsel in this class action lawsuit that resulted in a $6.49 million settlement, providing affected individuals up to $10,000 in reimbursement for documented losses related to the breach. The suit was the result of a 2022 data breach that exposed sensitive health data of more than 391,000 individuals.

- **In re: Owens, et al. v. U.S. Radiology Specialists, et al., Case No. 22 CVS 17797** (Mecklenburg, North Carolina, Supreme Court). The firm served

as plaintiffs' counsel in action brought on behalf of approximately 1.3 million individuals whose sensitive, personal information was potentially compromised in defendants' December 2021 data security incident. Along with co-counsel, the firm negotiated a $5,050,000 non-reversionary common fund settlement including pro rata cash payments, reimbursement of up to $5,000 for out-of-pocket expenses traceable to the data breach per person, compensation for lost time and verified fraud reimbursement. Preliminary approval pending.

- **Weigand, et al. v. Group 1001 Insurance Holdings LLC, et al.,** 1:23-cv-01452 (S.D. Indiana). The firm helped achieve a $4.76 million settlement resulting from a February 2023 data breach allegedly caused by Group 1001 failing to provide reasonable cybersecurity practices.

- **McKenzie et al. v. Allconnect, Inc.,** 5:18-cv-00359 (E.D. Kentucky) (J. Hood). The firm served as class counsel in an action brought on behalf of more than 1,800 current and former employees of Allconnect, Inc., whose sensitive information contained in W-2 statements was disclosed to an unauthorized third party who sought the information through an email phishing scheme. The firm negotiated a settlement providing for direct cash payments to all class members, credit monitoring and identity theft protection plan at no cost, capped reimbursement of documented economic losses incurred per class member and other remedial measures. The approximately $2.2 million settlement value is one of the largest per capita recoveries in a W-2 phishing litigation.

- **Winsouth Credit Union v. Mapco Express Inc., and Phillips v. Mapco Express, Inc. Case Nos. 3:14-cv-1573 and 1710** (M.D. Tennessee) (J. Crenshaw). The firm served as liaison counsel in consumer and financial institution action stemming from the 2013 hacking of computer systems maintained by Mapco Express, Inc. The cases settled in 2017 for approximately $2 million.

- **Joyner v. Behavioral Health Network, Inc., No. 2017CV00629** (Massachusetts Supreme Court). A non-reversionary common fund of $1,200,000 was established to provide credit monitoring, and cover claims of economic loss up to $10,000 and non-economic loss up to $1,000 for lost time for each of the approximately 133,237 class members.

- **Larson v. Aditi Consulting, LLC, Case No. 22-2-03572-2 SEA** (King County, Washington, Supreme Court). Final approval was granted July 14, 2023.

- **Carr v. South Country Health Alliance, Case No. 74-CV-21-632** (Steele County, Minnesota District Court). Final approval was granted Nov. 6, 2023.

- **Reese v. Teen Challenge Training Center, Inc., Case No. 210400093** (Philadelphia County, Pennsylvania Court of Common Pleas). **Final approval pending.**

## ATTORNEYS IN THIS PRACTICE AREA

     

Anne K. Davis · Darrius D. Dixon · Samuel W. Douthit · Colleen Garvey · Miles McDowell · Andrew E. Mize

     

Gregory S. Mullens · John C. Roberts · Joshua Samra · J. Gerard Stranch IV · Lesley E. Weaver · Grayson Wells



# STRANCH, JENNINGS & GARVEY
PLLC

# Product Liability

**Our attorneys are well-versed in consumer protection laws and unfair trade practices acts, and have successfully advocated in state and federal courts for many notable cases throughout the U.S. These cases have resulted in multi-million-dollar recoveries for consumers who have been harmed by defective products, dangerous medications, misleading or improper advertising or marketing practices, fraud and other violations of the laws and acts. In addition, our attorneys have served as lead and co-lead counsel on numerous cases.**

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB** (N.D. California) (J. Breyer). The firm served on the plaintiffs' steering committee in a coordinated action consisting of nationwide cases of consumer and car dealerships. This action alleged that Volkswagen AG, Volkswagen Group of America and other defendants illegally installed so-called "defeat devices" in their vehicles, which allowed the cars to pass emissions testing but enabled them to emit nearly 40 times the allowable pollution during normal driving conditions. In October 2016, the court granted final approval to a settlement fund worth more than $10 billion to consumers with two-liter diesel engines, and in May 2017, the court granted final approval to a $1.2 billion settlement for consumers with three-liter diesel engines, and a $357 million settlement with co-defendant Bosch.

- **In re: Davidson v. Bridgestone/Firestone, Inc. and Ford Motor Co. No. 00-C2298** (Davidson Circuit, Tennessee) (Soloman/ Brothers). The firm served as lead counsel in a nationwide class action against Bridgestone/Firestone, Inc. and Ford Motor Co. concerning defective tires. A settlement valued at $34.4 million was reached in conjunction with a companion case in Texas.

- **In re: Montanez v. Gerber Childrenswear, LLC** (M.D. California). The firm represented consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement.

- **In re: Cox v. Shell Oil et al., Civ. No. 18844** (Weakley Chancery, Tennessee) (Judge Malon). The firm intervened in consumer action composed of all persons throughout the United States who owned or purchased defective polybutylene piping systems used in residential constructions or mobile homes. A global settlement was reached that was valued at $1 billion.

- **In re: Heilman et al. v. Perfection Corporation, et al., Civ. No. 99-0679-CD-W-6** (W.D. Missouri). The firm served on the executive committee in a nationwide consumer class action composed of all owners or purchasers of a defective hot water heater. A settlement was reached that provided 100% recovery of damages for a possible 14.2 million hot water heaters and any other property damages.

## ATTORNEYS IN THIS PRACTICE AREA


**Anne K. Davis**


**Hon. John (Jack) Garvey**


**Isaac Kimes**


**Corey L. Kraushaar**


**Janna Maples**


**Joshua Samra**


**J. Gerard Stranch IV**


**Lesley E. Weaver**

# SJG

## STRANCH, JENNINGS & GARVEY
### PLLC

# Sexual Abuse & Assault Litigation

Sexual abuse is a pervasive and devastating form of violence that affects individuals of all ages, backgrounds and demographics. Survivors often endure profound and long-lasting trauma, including post-traumatic stress disorder (PTSD), emotional distress and physical harm.

The impact can follow victims for years — affecting relationships, careers and overall well-being.

Sexual abuse can take many forms, including childhood sexual abuse, sexual assault and sex trafficking. It occurs in a wide range of settings, such as schools, churches, youth organizations, healthcare facilities, workplaces and even within families. Perpetrators frequently hold positions of power and trust, making it extraordinarily difficult for survivors to come forward. Fear, shame, intimidation and institutional pressure often result in abuse going unreported for years.

Stranch, Jennings & Garvey is committed to standing with survivors and holding individuals and institutions accountable when they fail to prevent abuse or respond appropriately. We understand the courage it takes to speak out. We provide a confidential, supportive and trauma-informed environment where survivors can pursue justice at their own pace.

Victims of sexual abuse have the right to seek accountability through civil litigation. Civil lawsuits can provide compensation for medical expenses, therapy costs, lost wages and other economic damages, as well as non-economic damages such as pain, suffering and emotional distress. Just as importantly, these cases can expose systemic failures and drive meaningful change to protect others.

Navigating the legal system after experiencing sexual assault can feel overwhelming. Survivors often face both emotional challenges and complex legal questions. A skilled sexual abuse attorney can make a significant difference — guiding survivors through every step of the process, protecting their rights and advocating fiercely on their behalf.

At Stranch, Jennings & Garvey, we combine compassion with experience and determination. We are dedicated to ensuring survivors' voices are heard, their rights are protected and that those responsible are held accountable.

If you or a loved one has experienced sexual abuse, you are not alone. We are here to listen, to support you, and to help you pursue justice and healing through the legal process. Contact us for a confidential consultation.

## ATTORNEYS IN THIS PRACTICE AREA





**Colleen Garvey**          **Isaac Kimes**          **Ellen A. Thomas**

# SJG

## STRANCH, JENNINGS & GARVEY
PLLC

# Trucking Wrecks

**According to the National Safety Council (NSC), 4,842 large trucks nationwide were involved in a fatal crash in 2020 (the last year for which data is available). According to the National Center for Statistics and Analysis (NCSA), an office of the National Highway Traffic Safety Administration (NHTSA), 831 truck occupants and nearly 5,000 other individuals were killed as a result of these crashes in 2020. Between 2017 and 2020, an average of more than 42,000 truck occupants and more than 151,000 other individuals were injured.**

**These numbers clearly reveal the prevalence of accidents involving large trucks and the damage they inflict on individuals and their families. Our firm has decades of experience in representing victims of trucking wrecks who seek compensation to cover physical and material damages.**

- $555,000 on trucking wreck case between husband and wife (May 2024).
- $1,300,000 on dump truck wreck case, including $550,000 over insurance policy limits (September 2024).

## ATTORNEYS IN THIS PRACTICE AREA

   

Hon. John (Jack) Garvey     Isaac Kimes     Corey L. Kraushaar     J. Gerard Stranch IV



# STRANCH, JENNINGS & GARVEY
PLLC

## U.S. Securities Litigation

The integrity of financial markets depends on transparency, accountability and the protection of investor rights. U.S. Securities law serves as a critical safeguard against corporate misconduct, ensuring that boards of directors and executives act in the best interests of their shareholders.

When corporations fail to disclose vital information or engage in deceptive practices, the resulting financial losses can devastate individual investors and institutional funds alike.

U.S. Securities litigation cases can include, but are not limited to:

- Breach of fiduciary duty
- Corporate governance and oversight failures
- Institutional investor representation
- Securities class actions
- Securities fraud and 10b-5 claims
- Shareholder derivative litigation

Stranch, Jennings & Garvey has a long-standing reputation in advocating for society's underrepresented voices and victims of corporate overreach. Our attorneys have successfully litigated claims involving multi-hundred-million-dollar settlements, addressing everything from systemic discrimination in lending to failures in corporate oversight.

Our approach to securities litigation combines deep legal research with a tactical understanding of the financial industry. We are devoted to protecting the rights of shareholders and ensuring that corporate boards fulfill their fiduciary duties.

## ATTORNEYS IN THIS PRACTICE AREA



**Anne K. Davis**



**Lesley E. Weaver**

# SJG

## STRANCH, JENNINGS & GARVEY
PLLC

# Wage & Hour Disputes

**For decades, our firm has represented working people with individual claims or as part of class action litigation regarding their employers' wage and hour compliance. Our attorneys have broad litigation experience on behalf of employees in nearly every industry sector, covering a wide range of violations — from unpaid overtime or "off-the-clock" work to independent contractors, improper wage deductions and exemption requirements. They are well-versed in the provisions of the Fair Labor Standards Act, along with other federal and state statutes, and stay on top of developing case law and changes in current laws.**

- **In re: Drummond et. al. v. C.E.C. Electrical Contractors, Inc., 98-1811-III** (Davidson Chancery, Tennessee). The firm served as lead counsel in a class action settlement by employees against their employer for wages and benefits due from a school construction contract between their employer and the Metropolitan-Davidson County Board of Education. A settlement was reached in which employees received 100% of their wages and benefits.

### ATTORNEYS IN THIS PRACTICE AREA





**Nathan R. Ring**           **J. Gerard Stranch IV**



# Wills & Estates

**Stranch, Jennings & Garvey attorneys understand that planning for the future and protecting your loved ones are incredibly important. Our experienced legal professionals provide comprehensive legal services tailored to your circumstances.**

**A will is a legal document that outlines your wishes for the distribution of your assets after your death. It allows you to express your wishes for the inheritance of your property, manage your finances and care for your family. A legally sound will guarantees that your wishes are upheld and can prevent potential disputes among family members.**

**We have successfully assisted both individuals and families in navigating the complexities of probate, asset distribution and estate planning. We can help you ensure a smooth transition of assets and secure your wealth for future generations.**

**Our attorneys stay informed about new legal developments in this branch of law to provide you with the most up-to-date advice and representation. Our services cover a wide range of areas, including:**

- **Asset protection**
- **Drafting wills and trusts**
- **Elder law**
- **Estate planning**
- **Probate and estate administration**
- **Trust and estate litigation**

**We understand the emotional nature of estate planning, especially when experiencing the loss of a loved one. Our team offers compassionate guidance during difficult times to make certain that you and your family have the support you need.**



# Worker Adjustment & Retraining Notification

**The Worker Adjustment and Retraining Notification (WARN) Act is a federal law that helps ensure advance notice to employees in cases of qualified plant closings and mass layoffs. Employers are required to provide written notice 60 days prior to the date of a mass layoff or plant closing, in addition to other requirements. Employees of companies who have not complied with the WARN Act are entitled to certain rights. Our firm has represented clients in numerous cases that have resulted in monetary settlements for employees whose employers did not comply with the law.**

- **In re: Kizer v. Summit Partners, Case No. 1:1-CV-38** (E.D. Tenn.) The firm served as lead counsel in class actions on behalf of employees of a closed Summit Partners facility located in Chattanooga, Tennessee. This case was successfully settled for $275,000.

- **In re: Owens v. Carrier Corp., Case No. 2:08-2331-SHM P** (W.D. Tenn.) The firm served as lead counsel in class action on behalf of former Carrier Corp. employees at the closed Collierville, Tennessee, plant. The case was successfully settled for $2.1 million on behalf of former employees after lead counsel successfully obtained class certification over plaintiffs' WARN Act claims.

- **In re: Sofa Express Inc., Case No. 07-924** (Bank. M.D. Tenn.) The firm served as lead counsel in class action on behalf of former Sofa Express, Inc. employees at company headquarters and a distribution center in Groveport, Ohio. The case was successfully settled for $398,000 on behalf of former employees.

- **In re: Robertson et. al v. DSE Inc., Case No. 8:13-cv-1931-T-AEP** (M.D. Fla.). The firm served as lead counsel in class action on behalf of former DSE Inc. employees at Florida and South Carolina manufacturing facilities. This case was successfully settled for more than $1 million on behalf of former employees.

## ATTORNEYS IN THIS PRACTICE AREA



**J. Gerard Stranch IV**



# CohenMalad

## TRIAL LAWYERS

_____

One Indiana Square, Suite 1400  |  Indianapolis, IN 46204

317.636.6481  |  cohenmalad.com

**Complex
Litigation
Resume**

**EXHIBIT 2**



## CONTENTS

Introduction.................................................................. 3

Significant Class Actions................................................ 3

Significant Mass Tort Litigation.................................... 3

Significant Mass Medical Malpractice Actions............................ 4

Attorney Biographies...................................................... 4

Antitrust Cases............................................................ 8

Consumer Protection Cases ............................................. 9

Bank Fee Cases............................................................. 11

Human Rights Cases...................................................... 13

Health Care/Insurance Cases............................................ 13

Securities Fraud Cases................................................... 13

Mass Medical Malpractice Cases...................................... 14

Mass Tort Pharmaceutical Drug & Medical Device Cases............. 15



## Introduction

CohenMalad, LLP is a litigation firm founded in 1968 by a former Indiana Attorney General, a former United States Attorney and three other distinguished lawyers. With 30+ experienced attorneys, we litigate cases across multiple practice areas including: class action, mass torts and individual personal injuries, business litigation, family law, as well as commercial litigation and appeals.

CohenMalad, LLP enjoys a reputation as one of Indiana's leading class action law firms. Over the last 55 years, the firm has served as class counsel in numerous local, statewide, multi-state, nationwide, and even international class actions. We have also served in leadership positions in numerous multidistrict litigation matters. Our personal injury and medical malpractice trial lawyers have handled high-profile cases against medical providers who subjected hundreds of their patients to unnecessary procedures, sometimes leading to deaths.

## Significant Class Actions
*Lead Counsel, Co-lead Counsel, or Executive Committee*

- ❖ *In re Holocaust Victim Assets Litigation;* Settlement of $1.25 billion for claims relating to conversion of bank accounts and property of victims of the Holocaust during the Nazi era.

- ❖ *Raab v. R. Scott Waddell, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.*, Settlements (including settlement after trial and judgment) of approximately $100 million in overcharges for motor vehicle and license fees.

- ❖ *In re Ready-Mixed Concrete Antitrust Litigation;* Settlements of over $60 million for price fixing claims.

- ❖ *In re Iowa Ready-Mix Concrete Antitrust Litigation;* Settlement of over $18 million for price fixing claims.

- ❖ *Moss v. Mary Beth Bonaventura, in her official capacity as Director of the Department of Child Services et al.* Settlement for underpayment of per diem subsidies owed to families who adopted special needs children out of foster care.

- ❖ *Bank Fee Litigation*. Litigation of hundreds of lawsuits against financial institutions for improper fee assessment and achieving dozens of settlements.

## Significant Mass Tort Litigation
*Leadership positions in federal multidistrict litigations and state court consolidations*

- ❖ *Gilead Tenofovir Cases*, *JCCP No. 5043, Superior Court for the County of San Francisco, California. CohenMalad, LLP is currently representing patients against Gilead Sciences who were prescribed its TDF-based drugs to treat HIV, for pre-exposure prophylaxis (PrEP) to mitigate HIV risk, or to treat Hepatitis, and suffered serious kidney and bone injuries.*

3



- ❖ *In Re: Zofran (Ondansetron) Products Liability Litigation. Litigation on behalf of women who took Zofran while pregnant and gave birth to a baby who suffered from a serious birth defect. Litigation is currently pending.*

- ❖ *In re: Fresenius Granuflo/Naturalyte Dialysate Products. Litigation on behalf of dialysis patients alleging Fresenius' dialysis products caused cardiac injuries and death. $250 million global settlement.*

- ❖ *Pain Pump Device Litigation. CohenMalad, LLP served in a National Coordinated Counsel role in litigation against pain pump manufacturers who marketed pain pumps to orthopedic surgeons for continuous intra-articular uses, despite the fact that intra-articular placement of the pain pump catheters was not approved by the FDA. The use of pain pumps in the joint space resulted in deterioration of cartilage, severe pain, loss of mobility or decreased range of motion and use of shoulder.*

- ❖ *In Re: Prempro Products Liability Litigation. Litigation on behalf of women who took the hormone replacement therapy drug Prempro manufactured by Wyeth and suffered strokes, heart attacks, endometrial tumors or breast cancers. Global settlement for more than $890 million to settle roughly 2,200 claims.*

## Significant Mass Medical Malpractice Actions
*Co-Lead counsel for mass litigation*

- ❖ *Mass tort medical malpractice cases involving over 280 claimants against an ENT physician settled for more than $59 million.*

- ❖ *Mass tort medical malpractice cases involving more than 260 claimants against a Northwest Indiana cardiology group settled for more than $67 million.*

## Our Attorneys

**Irwin B. Levin, Managing Partner**



Irwin joined CohenMalad, LLP in 1978 and concentrates his practice in the areas of class action, mass torts and commercial litigation. Irwin served on the Executive Committee in litigation against Swiss Banks on behalf of Holocaust victims around the world which culminated in a historic $1.25 billion settlement. He has also served as lead counsel in class action cases around the country since 1983 including two class action cases against the Indiana Bureau of Motor Vehicles, which settled for nearly $100 million, and was Co-Lead Counsel in two major antitrust cases against the concrete industry. Those cases settled for over $75 million. Irwin has also served in leadership in various MDL and mass tort cases such as Pain Pump and Hormone Therapy litigation. Irwin currently is counsel for dozens of Indiana cities and counties in litigation against companies responsible for the opioid epidemic.

4





**Lynn A. Toops, Equity Partner & Chair, Class Action**

Lynn is a Chair of the class action practice group and focuses her practice on high-stakes consumer protection litigation. Lynn and her team are currently litigating hundreds of class actions against financial institutions across the country for the improper assessment of various fees and have returned over $100 million to well over one million consumers.

Lynn is also a nationwide leader in data breach matters, and is currently litigating and settling dozens of those cases on behalf of consumers.

Additionally, Lynn represents cities and counties across Indiana that are battling the opioid prescription epidemic via litigation against manufacturers and distributors of prescription opioids. Lynn also served in a leading role in litigation against the state of Indiana for failure to pay promised adoption subsidy payments to families who adopted special needs children out of the state's foster care program.

**Gregory L. Laker, Equity Partner & Chair, Personal Injury**

Greg is the chair of the personal injury practice group and oversees the firm's dangerous drug and defective medical device litigation team. Greg and his team have held leadership positions in several multidistrict litigations including In re: Prem Pro Products Liability, Pain Pump Device Litigation, *In re: Consolidated Fresenius Cases* (Granuflo), *In re: Testosterone Replacement Therapy Products Liability*, and others. Greg also oversees the firm's sexual abuse litigation team and litigates cases involving molestation committed by perpetrators in institutional care facilities, sports and organizational groups, churches, schools, and doctor or medical offices.





**Richard E. Shevitz, Of Counsel**

Richard has handled a wide variety of class action lawsuits, including claims against insurance companies, governmental entities and manufacturers. He led the trial court proceedings and handled the appeal of a class action on behalf of drivers who had been overcharged for fuel prices by a publicly held trucking company, resulting in a judgment of approximately $5 million which was upheld on appeal. He also played a key role in the historic class action litigation bringing Holocaust-era claims against Swiss banks, which resolved for $1.25 billion, as well as the prosecution of Holocaust-related claims against leading German industrial enterprises, resolved through a $5 billion fund.

**Scott D. Gilchrist, Partner**

Scott is a class action attorney and concentrates his practice on antitrust, securities fraud, and consumer protection matters. Scott was a principal attorney in two antitrust cases against suppliers of ready-mixed concrete on behalf of small businesses, farmers and individuals. In re: Ready Mixed Concrete Antitrust Litigation, which Antitrust Litigation, which settled for more than $18 million.



5



**Vess A. Miller, Partner**

Vess is a class action attorney and focuses his practice on consumer protection matters. He uncovered hundreds of illegal charges made by the Indiana BMV and gave closing arguments at trial. After a ruling for drivers, that case settled for over $62 million in refunds. Vess has also successfully litigated predatory lending claims against payday lenders that charged interest rates exceeding 1,000% APR. He defeated arbitration clauses that would have left consumer with no recovery, and successfully defended the wins at the Indiana Court of Appeals, the Indiana Supreme Court, and ultimately the United States Supreme Court.





**Gabriel A. Hawkins, Partner**

Gabriel is a class action and complex litigation attorney. He is an integral part of the firm's mass medical malpractice litigation team. He helped represent over 280 plaintiffs in lawsuits against former ENT surgeon Mark Weinberger who performed unnecessary sinus surgeries, negligent surgeries, and abandoned his patients. Weinberger was sentenced to seven years in jail for health care fraud. Gabriel's work contributed to the successful $59 million global settlement for these plaintiffs.

**Lisa M. La Fornara, Partner**

Lisa handles complex civil litigation, including class and representative actions, with a focus on consumer protection, financial services, and data security matters. Lisa has actively litigated hundreds of actions against financial institutions and has helped consumers recover tens of millions of dollars in improperly collected fee revenue.

Lisa has helped achieve leading settlements in actions against companies that failed to protect their customers' most sensitive data, providing meaningful equitable and financial relief for victims who

experienced or are likely to experience identity theft and fraud. Lisa has also uncovered and obtained refunds for consumers who were systematically underpaid by their insurers following the total loss of their vehicles, and as well as represented whistleblowers in *qui tam* and False Claims Act cases involving fraud against the government.



**Natalie A. Lyons, Partner**

Natalie focuses on complex and class action matters. She has represented consumer and civil rights plaintiffs in federal and state class actions around the country—including two federal civil rights trials that resulted in merits wins for plaintiffs. She has litigated against the federal Departments of Homeland Security and Education, state correctional agencies, and an array of commercial defendants. She is presently litigating complicated class actions in state and federal courts under consumer protection laws, the Telephone Consumer Protection Act, and state contract and fraud laws.

Prior to joining CohenMalad, LLP, Natalie advocated on behalf of marginalized communities in litigation, direct representation and policy advocacy at the Southern Poverty Law Center (Montgomery, AL), Housing



& Economic Rights Advocates (Oakland, CA) and Equal Rights Advocates (San Francisco, CA). In her role as an advocate for racial and social justice, she has appeared on panels; authored reports, op-eds and white papers; and testified on behalf of legislation. Here in Indiana, she served on the 2017 Spirit & Place Festival panel: Liberty & Justice for All?

**Amina A. Thomas, Partner**



Amina is a partner on the Class Action team. Amina focuses the majority of her practice on privacy actions involving data breaches and the unlawful collection or disclosure of personal information. As part of the Firm's data breach litigation team, Amina has helped obtain recovery for thousands of individuals who have had their personal information leaked or unauthorizedly disclosed due to insufficient data security measures.

Prior to joining CohenMalad, LLP, Amina had the honor of serving as a judicial law clerk to the Honorable Judge Melissa S. May at the Indiana Court of Appeals and to the Honorable Judge Heather A. Welch at the Indiana Commercial Court. Amina's clerkship experience has given her command of courtroom procedure and commercial litigation.



**Emily D. Herrin, Attorney**

Emily is class action attorney focused on complex litigation involving consumer protection matters. She litigates matters against financial institutions related to improperly collected fee revenue. Emily also represents consumers in data breach litigation against businesses who failed to properly safeguard sensitive client personal identifying information.

**Edward 'Ned' B. Mulligan V, Partner**



Ned handles product liability matters in the firm's dangerous pharmaceutical drug and defective medical device practice group. He has served in mass tort leadership roles on several multidistrict litigations including, In re: Testosterone Replacement Therapy Products Liability Litigation, and In re: Consolidated Fresenius Cases (Granuflo). Ned is a named member of the Plaintiff Steering Committee for In re: Zofran (Ondansetron) Products Liability Litigation. Ned has also written articles regarding mass tort litigation for Trial Magazine.



**Ian R. Bensberg, Attorney**

Ian is a class action attorney focused on representing plaintiffs in consumer protection and data privacy cases. Prior to CohenMalad, Ian represented plaintiffs in complex cases of national importance at every level of the federal courts, including *In re National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio), *In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047 (N.D. Cal.), *TransUnion LLC v. Ramirez*, No. 20-297 (S. Ct.), and *Authors Guild v. OpenAI Inc.*, No. 1:23-cv-8292 (S.D.N.Y.).



**Taylor E. Cody, Attorney**

Taylor's class action practice focuses on consumer protection and financial services, where she advocates for individuals whose personal information has been compromised due to inadequate data-security measures. Before joining the firm, Taylor served as a Deputy Prosecutor in Marion County, gaining extensive courtroom and litigation experience that informs her ability to approach problems from multiple perspectives and craft creative, effective solutions. Taylor is a dual degree recipient from Indiana University, earning a Master of Public Health from the IU Richard M. Fairbanks School of Public Health, and her Juris Doctorate from the IU Robert H. McKinney School of Law.





**Jack O. Pitchford, Attorney**

Jack represents consumers as a member of CohenMalad, LLP's class action & mass tort practice group. Jack's legal work focuses on advocating for individuals who have been subjected to deceptive banking practices or had their personal information stolen in a data breach. Before becoming an associate, Jack served as a law clerk at CohenMalad, LLP. During that time, Jack found a passion for participating in class action litiga tion and advocating for individuals who have been harmed by large corporations or financial institutions.

**Leslie D. Wine, Attorney**

Leslie focuses on consumer protection and civil rights litigation. Her practice is informed by years of experience as a criminal defense attorney and a deep, longstanding commitment to racial and social justice. Before joining CohenMalad, LLP, Leslie served as an Assistant Federal Defender with the Indiana Federal Community Defenders. There, she handled complex federal trial litigation, sentencing advocacy, habeas corpus challenges, and reentry matters, representing clients throughout the Southern District of Indiana. Prior to relocating to Indiana, Leslie practiced in Austin, Texas, as an Appellate Attorney with the Office of Capital and Forensic Writs, where she advocated on behalf of individuals sentenced to death in trial courts across the state.



## Antitrust Cases

- *In re Bromine Antitrust Litigation*, U.S. District Court, Southern District of Indiana.
  Liaison Counsel for the class in price-fixing issue. Settlement valued at $9.175 million.

- *In re Ready-Mixed Concrete Antitrust Litigation*, U.S. District Court, Southern District of Indiana.
  Co-Lead Counsel in a consolidated class action alleging a price-fixing conspiracy among all of the major Ready-Mixed Concrete suppliers in the Indianapolis area. The total settlements provided for a recovery of $60 million, which allowed for a net distribution to class members of approximately 100% of their actual damages.



- ***In re Iowa Ready-Mix Concrete Antitrust Litigation,*** U.S. District Court, District of Iowa. Co-lead counsel in class action alleging a price-fixing conspiracy among major suppliers of Ready-Mixed Concrete in northwest Iowa and the surrounding states. Settlements totaled $18.5 million, which allowed for a net distribution to class members of approximately 100% of their actual damages.

## Consumer Protection Cases

- ***Raab v. R. Scott Waddell, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.,*** and ***Raab v. Kent W. Abernathy, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.,*** Marion County Indiana, Superior Court. Actions on behalf of Indiana drivers who had been systematically overcharged by the Indiana Bureau of Motor Vehicles for driver's licenses, registrations, and other fees. Achieved a combined total $100 million recovery providing either credits or refund checks to over 4 million drivers in amounts that equaled the agreed overcharge amounts.

- ***Moss v. Mary Beth Bonaventura, in her official capacity as Director of The Indiana Department of Child Services, et al.,*** LaPorte County Indiana, Superior Court.
  Action on behalf of Indiana families that adopted special needs children from out of DCS foster care and who were denied an adoption subsidy payment. Achieved settlement over $15 million providing checks to benefit over 1,880 special needs children, with the average settlement check near $5,000 and a substantial number exceeding $10,000.

- ***Coleman v. Sentry Insurance,*** United States District Court, Southern District of Illinois. Class action on behalf of insured for failure to honor premium discounted features of automobile insurance policy; Settled for $5.7 million cash fund, with direct payments to class members averaging over $550.

- ***Econo-Med Pharmacy v. Roche,*** United States District Court for the Southern District of Indiana. $17 million common fund recovery in TCPA class action.

- ***Plummer v. Nicor Energy Services Company,*** U.S. District Court, Southern District of Indiana. Class counsel in multistate class action on behalf of utility customers for deceptive charges on utility bills. Resolved for $12 million cash settlement.

- ***Price v. BP Products North America Inc.,*** U.S. District Court, Northern District of Illinois. Class counsel in multi-state class action on behalf of motorists that purchased contaminated gasoline recalled by BP. Achieved settlement of $7 million.

- ***Wilmoth et al. v. Celadon Trucking Services,*** Marion County Indiana, Superior Court. Appointed Class Counsel and obtained judgment, which was upheld on appeal, for approximately $5 million in favor of nationwide class of long-distance drivers who had compensation improperly withheld by Celadon from fuel purchases.



- *Means v. River Valley Financial Bank, et al.,* Marion County Indiana, Superior Court. Action involving prepaid burial goods and services in Madison, Indiana. Cemetery owners and banks who served as the trustees for the prepaid burial funds violated the Indiana Pre-Need Act and other legal duties, which resulted in insufficient funds to provide class members' burial goods and services at death. Settlements valued at $4 million were achieved to ensure that thousands of class members' final wishes will be honored.

- *Meadows v. Sandpoint Capital, LLC,* and *Edwards v. Apex 1 Processing, Inc.,* Marion County Indiana, Circuit Court. Class actions brought against internet-based payday lenders. Settlement provided reimbursement for fees and expenses that exceeded amounts permitted by the Indiana payday loan act.

  *Edwards v. Geneva-Roth Capital, Inc.,* Marion County Indiana, Circuit Court. Class action brought against internet-based payday lenders. Achieved settlement over $1 million providing checks for over 6,000 individuals.

- *Colon v. Trinity Homes, LLC and Beazer Homes Investment Corp,* Hamilton County Indiana, Superior Court. Class counsel in statewide settlement providing for remediation of mold and moisture problems in over 2,000 homes. Settlement value over $30 million.

- *Whiteman v. Time Warner Entertainment Company, L.P.,* Marion County, Indiana, Superior Court. Successfully appealed to the Indiana Supreme Court challenging the application of the voluntary payment doctrine for class of cable subscribers. Following this victory, CohenMalad, LLP negotiated a multi-million-dollar settlement for class members.

- *Hecht v. Comcast of Indianapolis,* Marion County Indiana, Circuit Court. Represented a class of Comcast cable subscribers challenging arbitrarily determined late fees as unlawful liquidated damages. Obtained a multi-million-dollar settlement on the eve of trial.

- *Littell et al. v. Tele-Communications, Inc. (AT&T) et al.,* Morgan County, Indiana, Superior Court. Lead counsel in nationwide class action challenging late fee charges imposed by cable television companies. The total value of the nationwide settlement exceeded $106 million.

- *Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tires Products Liability Litigation,* U.S. District Court, Southern District of Indiana. Court-appointed Liaison Counsel and Executive Committee Member in consolidated litigation involving international distribution of defective tires.

- *Tuck v. Whirlpool et al.,* Marion County, Indiana, Circuit Court. Appointed Class Counsel in nationwide class action regarding defective microwave hoods. Settlement achieved in excess of $7 million.

- *Hackbarth et al. v. Carnival Cruise Lines,* Circuit Court of Dade County, Florida. Class Counsel in nationwide action challenging cruise lines' billing practices. Settlement valued at approximately $20 million.



- ***Kenro, Inc. v. APO Health, Inc.,*** Marion County Indiana, Superior Court.
  Appointed Class Counsel in case alleging violations of the Federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Settlement negotiated to create a common fund of $4.5 million and provide benefits to class members of up to $500 for each unsolicited fax advertisement received.

- ***Shilesh Chaturvedi v. JTH Tax, Inc. d/b/a Liberty Tax Service,*** Court of Common Pleas, Allegheny County, Pennsylvania.
  Class Counsel in case involving Federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Settlement valued at $45 million.

- ***Kenro, Inc. and Gold Seal Termite and Pest Control Company v. PrimeTV, LLC, and DirecTV, Inc.,*** Marion County Indiana, Superior Court.
  Class Counsel in case involving the federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Following certification, the parties entered into nationwide settlement providing class members with benefits worth in excess of $500 million.

- ***Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corp. et al.,*** U.S. District Court, Southern District of Indiana.
  Class Counsel in Telephone Consumer Protection Act case alleging medical device company sent unsolicited junk faxes to 60,000 U.S. pharmacies. Settlement for $17 million.

- ***McKenzie et. al. v. Allconnect, Inc.,*** U.S. District Court, Eastern District of Kentucky.
  Class action on behalf of consumers whose highly sensitive personally identifiable information was compromised as a result of a data breach. Settlement for $500,000, five (5) years of credit monitoring services, and monetary payments of $100 to each settlement class member.

## Bank Fee Cases

- ***Hill v. Indiana Members Credit Union,*** Marion County Indiana, Superior Court.
  Class action on behalf of credit union members who were improperly assessed (1) non-sufficient funds fees on accounts that were never actually overdrawn; (2) multiple non-sufficient funds fees on a single transaction; (3) out of network ATM withdrawal fees; and (4) ATM balance inquiry fees. Settlement for $3 million.

- ***Plummer v. Centra Credit Union,*** Bartholomew County Indiana, Superior Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that were never actually overdrawn. Settlement for $1.5 million.

- ***Terrell et. al. v. Fort Knox Federal Credit Union,*** Hardin County Kentucky, Circuit Court.
  Class action on behalf of consumers who were improperly assessed (1) overdraft fees on transactions that were previously authorized on a sufficient available balance and (2) multiple insufficient funds fees on a single transaction. Settlement for $4.5 million.



- *Martin v. L&N Federal Credit Union,* Jefferson County Kentucky, Circuit Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that had sufficient funds to cover the transactions. Settlement for $2.575 million.

- *Cauley v. Citizens National Bank,* Sevier County Tennessee, Circuit Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on transactions that did not actually overdraw checking accounts. Settlement for $500,000.

- *Norwood v. The Camden National Bank,* Cumberland County Maine, Business and Consumer Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that were never actually overdrawn and also on phantom transactions—where an accountholder never made a withdrawal request and where an account balance was never reduced. Settlement for $1.2 million.

- *Tisdale v. Wilson Bank and Trust,* Davidson County Tennessee, Chancery Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on transactions that were previously authorized on an account with sufficient funds. Settlement for $550,000.

- *Johnson et. al. v. Elements Financial Credit Union,* Marion County Indiana, Commercial Court.
  Class action on behalf of consumers improperly assessed (1) overdraft fees on accounts that were never actually overdrawn; and (2) multiple insufficient funds fees on a single transaction. Settlement for $775,000.

- *Holt v. Community America Credit Union,* U.S. District Court, Western District of Missouri.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that were never overdrawn and multiple fees on a single item or transaction returned for insufficient funds. Settlement for $2.325 million.

- *Hawley et. al. v. ORNL Federal Credit Union,* Anderson County Tennessee, Circuit Court.
  Class action on behalf of consumers who were improperly assessed (1) overdraft fees on transactions that did not actually overdraw checking accounts; (2) overdraft fees on transactions made on the same day that a direct deposit should have been made available to cover the transaction subject to an overdraft fees; and (3) multiple non-sufficient funds fees on a single transaction. Settlement for $470,000.

- *Graves v. Old Hickory Credit Union,* Chancery Court of Tennessee.
  Action on behalf of credit union members charged overdraft fees on debit card and ATM transactions when the member's Available Balance was negative, but their Ledger Balance was positive. Settlement for $500,000.



## Human Rights Cases

- ***In re Holocaust Victims Assets Litigation,*** U.S. District Court, Eastern District of New York. Selected as one of ten firms from the U.S. to serve on the Executive Committee in the prosecution of a world-wide class action against three major Swiss banks to recover assets from the Nazi era. This litigation resulted in a $1.25 billion settlement in favor of Holocaust survivors.

- ***Kor v. Bayer AG,*** U.S. District Court, Southern District of Indiana.
  Action against an international pharmaceutical company for participating in medical experiments on concentration camp inmates during World War II. This action was resolved as part of a $5 billion settlement negotiated under the auspices of the governments of the U.S. and Germany and led to the creation of the *Foundation for Remembrance, Responsibility and the Future*.

- ***Vogel v. Degussa AG,*** U.S. District Court, District of New Jersey.
  Action against a German industrial enterprise for enslaving concentration camp inmates during World War II for commercial benefit. This action also was resolved in connection with the settlement which created the *Foundation for Remembrance, Responsibility and the Future*.

## Health Care/Insurance Cases

- ***In re Indiana Construction Industry Trust,*** Marion County, Indiana, Circuit Court.
  Lead Counsel in action against an insolvent health benefits provider from Indiana and surrounding states. Recovered approximately $24 million for enrollees, providing nearly 100% recovery to victims.

- ***Coleman v. Sentry Insurance a Mutual Company,*** United States District Court, Southern District of Illinois.
  Class Counsel on behalf of 6,847 policy holders in 11 states against insurer for breaching refund feature of auto insurance policies, which resulted in recovery of $5,718,825.

- ***Davis v. National Foundation Life Insurance Co.,*** Jay County, Indiana, Circuit Court.
  Class Counsel in action involving insureds who were denied health insurance benefits as a result of National Foundations' inclusion and enforcement of pre-existing condition exclusionary riders in violation of Indiana law. The settlement provided over 85% recovery of the wrongfully denied benefits.

## Securities Fraud Cases

- ***Grant et al. v. Arthur Andersen et al.,*** Maricopa County Arizona, Superior Court.
  Lead counsel in class action arising from the collapse of the Baptist Foundation of Arizona, involving losses of approximately $560 million. Settlement achieved for $237 million.

13



- *In re: Brightpoint Securities Litigation,* U.S. District Court, Southern District of Indiana. Class Counsel in securities fraud action that resulted in a $5.25 million settlement for shareholders.

- *City of Austin Police Retirement System v. ITT Educational Services, Inc., et al,* U.S. District Court, Southern District of Indiana.
  Co-lead counsel in action alleging misrepresentations by defendant and certain principals concerning enrollment and graduate placement, and a failure to disclose multiple federal investigations into defendant's operations and records.

- *Beeson and Gregory v. PBC et al.,* U.S. District Court, Southern District of Indiana. Class Counsel in a nationwide class action with ancillary proceedings in the District of Connecticut, and the Southern District of Florida. Multi-million-dollar settlement that returned 100% of losses to investors.

- *In re: Prudential Energy Income Securities Litigation,* U.S. District Court, Eastern District of Louisiana.
  Counsel for objectors opposing a $37 million class action settlement. Objection successfully led to an improved $120 million settlement for 130,000 class members.

- *In re: PSI Merger Shareholder Litigation,* U.S. District Court, Southern District of Indiana. Obtained an injunction to require proper disclosure to shareholders in merger of Public Service Indiana Energy, Inc. and Cincinnati Gas & Electric.
- *Dudley v. Ski World, Inc.,* U.S. District Court, Southern District of Indiana. Class counsel for over 5,000 investors in Ski World stock. Multi-million-dollar settlement.

- *Stein v. Marshall,* U.S. District Court, District of Arizona. Class Counsel Committee member in action involving the initial public offering of Residential Resources, Inc. Nationwide settlement achieved on behalf of investors.

- *Dominijanni v. Omni Capital Group, Ltd. et al.,* U.S. District Court, Southern District of Florida.
  Co-lead counsel in securities fraud action on behalf of investors; nationwide settlement.

## Mass Medical Malpractice

- **Weinberger Litigation,** $59 million in settlements.
  This litigation involved 282 plaintiffs who were patients of former ENT surgeon Mark Weinberger of Merrillville, Indiana. This mass medical malpractice included complaints ranging from unnecessary sinus surgeries and negligently performed surgeries to patient abandonment. Weinberger fled the country after more than a dozen medical malpractice lawsuits were filed against him. He was also indicted on 22 counts of health care fraud and was later apprehended at the foot of the Italian Alps. Weinberger was ultimately sentenced to 7 years in prison for insurance fraud. CohenMalad, LLP attorneys served as Co-Counsel in these medical malpractice lawsuits and successfully negotiated $59 million in settlements for the people Weinberger harmed.



- **Northwest Indiana Cardiology Group Litigation,** $67 million settlement. This litigation involved over 260 claimants who were patients of a cardiology practice in northwest Indiana. This mass tort medical malpractice included complaints of unnecessary heart surgeries, coronary artery stenting, peripheral stenting, and pacemaker and defibrillator implantations, as well as negligent credentialing claims. CohenMalad, LLP attorneys are served as Co-Counsel in these medical malpractice lawsuits and successfully negotiated a settlement of over $67 million.

## Mass Tort Pharmaceutical Drug and Medical Device Litigation

- *Gilead Tenofovir Cases***,** JCCP No. 5043 *(pending)*
  CohenMalad, LLP is currently representing patients against Gilead Sciences who were prescribed its TDF-based drugs to treat HIV, for pre-exposure prophylaxis (PrEP) to mitigate HIV risk, or to treat Hepatitis, and suffered serious kidney and bone injuries. Thousands of cases are pending in the Superior Court for the County of San Francisco, California.

- **Strattice Biologic Mesh** *(pending)*
  CohenMalad, LLP is representing patients against LifeCell Corporation and Allergen who suffered injuries, including revision or removal surgeries, after receiving a Strattice mesh product for hernia repairs. These cases are currently pending in New Jersey State Court.

- *In Re: Zofran (Ondansetron) Products Liability Litigation***,** MDL No. 2657 (D. Mass) (pending)
  CohenMalad, LLP serves on the Plaintiff's Steering Committee, Narrative Committee, and Discovery, Briefing, and Science Committees in an action on behalf of women who took Zofran while pregnant and gave birth to a baby who suffered from a serious birth defect.

- *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation***,** MDL No. 2738 (D. N.J.) (pending)
  CohenMalad, LLP is currently representing women who used Johnson & Johnson's talcum powder products for feminine hygiene and were diagnosed with ovarian cancer. Thousands of cases are currently pending.

- *In Re: National Prescription Opiate Litigation***,** MDL No. 2804 (N.D. Ohio) (pending)
  CohenMalad, LLP is currently representing dozens of Indiana cities and counties in litigation against the manufacturers and distributors of opioid pain medications. This litigation is focused on combating the prescription opioid epidemic and replenishing valuable resources for Indiana communities that have spent vital economic resources responding to public health and safety issues resulting from this epidemic.

- **Biomet Metal on Metal Hip Replacement System** (pending)
  CohenMalad, LLP is representing patients in Indiana state court who were implanted with a Biomet M2a metal on metal hip replacement system and suffered serious injuries such as significant pain, tissue destruction, bone destruction, and metallosis. In many cases, revision surgeries were necessary within just a few years of implantation.



- ***In Re: Zantac (Ranitidine) Products Liability Litigation,*** MDL No. 2924, (S.D. FL.) *(pending)*
  CohenMalad, LLP is representing patients who were diagnosed with cancer following the use of Zantac (ranitidine). The U.S. Food and Drug Administration issued a recall for all Zantac (ranitidine) drugs including over the counter and prescription formulas on April 1, 2020.

- ***In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation,*** MDL No. 2570 (S.D. Ind.) *(pending)*
  CohenMalad, LLP is representing patients alleging serious injury related to the use of Cook Medical's inferior vena cava (IVC) filters.

- ***In Re: Prempro Products Liability Litigation,*** MDL No. 1507
  CohenMalad, LLP litigated hundreds of claims against Wyeth, the manufacturer of Prempro, for women who took hormone replacement therapy drug Prempro and suffered stroke, heart attacks, endometrial tumors or breast cancers. Wyeth agreed to a global settlement for more than $890 million to settle roughly 2,200 claims.

- **Pain Pump Device Litigation**
  No MDL existed for this litigation. CohenMalad, LLP served in a National Coordinated Counsel role. Litigation was against pain pump manufacturers who marketed pain pumps to orthopedic surgeons for continuous intra-articular uses, despite the fact that intra-articular placement of the pain pump catheters was not approved by the FDA. The use of pain pumps in the joint space resulted in deterioration of cartilage, severe pain, loss of mobility or decreased range of motion and use of shoulder.

- **Yaz**
  CohenMalad, LLP represented hundreds of women in claims against Bayer over its Yaz and Yasmin birth control oral contraceptive. The drugs contained a synthetic version of estrogen, drospirenone, that was linked to increased risk for blood clots, stroke, and heart attack. As of Jan 2016, Bayer agreed to pay $2.04 billion to settle 10,000+ blood-clot injury claims.

- **Transvaginal Mesh**
  CohenMalad, LLP represented hundreds of women in claims against transvaginal mesh manufacturers Ethicon, C.R. Bard, Boston Scientific, and American Medical Systems. Mesh implants are synthetic material used to support organs in women who suffer from pelvic organ prolapse and stress urinary incontinence. The FDA received thousands of complaints from women who suffered serious personal injury including perforated organs, infection, severe pain, and erosion of the mesh.

- ***In Re: Testosterone Replacement Therapy Products Liability Litigation,*** MDL No. 2425 (N.D. III.)
  CohenMalad, LLP served on the discovery team in action on behalf of men who took drug manufacturers' testosterone replacement therapy products and suffered injuries such as blood clots, heart attacks, strokes and death.

16



- ***In Re: Consolidated Fresenius Cases (Granuflo)*,** MICV2013-3400-O, Commonwealth of Massachusetts, Middlesex County
  CohenMalad, LLP served on the Plaintiff's Steering Committee, bellwether discovery program committee, and privilege log committee in an action on behalf of dialysis patients alleging the defendant's dialysis products caused cardiac injuries and death. There was a $250 million global settlement.



One Magnificent Mile
980 N Michigan Avenue
Suite 1610
Chicago, Illinois 60611
P: 872.263.1100
F: 872.263.1109
straussborrelli.com

**EXHIBIT 3**

# Our Firm

Strauss Borrelli PLLC is a premier civil litigation team focused on representing groups of individuals who have been harmed by corporate misconduct. We regularly represent clients in cases involving data misuse, illegal telemarketing, privacy intrusion, unfair employment practices, and defective products. Our efforts have earned us a reputation for achieving success in high-stakes and complex cases across the country.

At every step, we put the interests of our clients first.

### We make the courtroom accessible to all.

At Strauss Borrelli, we understand that our legal system is out of reach for most individuals who have suffered at the hands of corporate wrongdoing. Time, money, and expertise act as barriers to judicial action. We confront these obstacles by empowering those affected to take collective action to seek relief.

### We innovate and adapt.

As new technologies become available, our team learns and grows to make our processes faster, more effective, and less expensive. We challenge each other to continually evolve to meet the needs of our clients in an ever-changing world.

### We know that people are our greatest resource.

Whether it be within our own team or with experts, co-counsel, or clients, we foster collaborative spaces. We know that good ideas can come from anyone, and the best ideas are forged when we work together. Our experiences have shown us that fresh perspectives coupled with legal expertise create smart strategies.

### We understand the strength in numbers.

Too often, corporate transgressions go unchallenged. Together, we create a check against large companies' misconduct. By combining individual claims, we hold those who put profit over people accountable and achieve relief for all those injured by wrongdoings ranging from the annoyance of daily telemarketing calls to the devastation of a sudden mass layoff.

### We commit to personal connections.

At every stage, we help clients understand the complex issues at hand and empower them to take an active role in their cases. We will always take the time to build relationships with our clients in order to understand what success means to them. In defining and reaching our goals, we advise with compassion and understanding.

# Our Cases

## COMMERCIAL ELECTRONIC MAIL ACT

### *Ma v. Nike, Inc.* **(W.D. Wash.)**

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges Nike violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### *Agnew, et al. v. Macy's Retail Holdings, LLC* **(W.D. Wash.)**

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Macy's violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### *Jackson v. Hanesbrands, Inc.* **(E.D. Wash.)**

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges Hanes violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Eastern District of Washington.

### *Liss, et al. v. Lenovo (United States) Inc.* **(W.D. Wash.)**

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Lenovo violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### *Shahpur, et al. v. Ulta Salon, Cosmetics & Fragrance Inc.* **(E.D. Wash.)**

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Ulta violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is

currently pending in the United States District Court for the Eastern District of Washington.

### Hutton v. Papa John's USA, Inc., et al. (W.D. Wash.)

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges Papa John's violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### Liss, et al. v. Skechers U.S.A. Inc. (W.D. Wash.)

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Skechers violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### Bajwa v. National Automotive Parts Association, LLC (W.D. Wash.)

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges NAPA Auto Parts violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### Hutton v. The Reinalt-Thomas Corporation (W.D. Wash.)

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges The Reinalt-Thomas Corporation d/b/a Discount Tire violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

## CONSUMER PROTECTION

### Fowler, et al. v. Wells Fargo Bank, N.A. (N.D. Cal.)

Filed on behalf of consumers who were overcharged fees on FHA mortgages. The case settled on a class-wide basis for $30,000,000 in 2018, and final approval was granted in January 2019.

### *Jones, et al. v. Monsanto Company* (W.D. Mo.)

Filed on behalf of individuals who purchased mislabeled RoundUp® products. The case settled on a class-wide basis in 2020 for $39,550,000. Final approval was granted in May 2021.

### *Crawford, et al. v. FCA US LLC* (E.D. Mich.)

Filed on behalf of consumers who purchased or leased Dodge Ram 1500 and 1500 Classic vehicles equipped with 3.0L EcoDiesel engines between 2013 and 2019. Plaintiffs allege unfair, deceptive, and fraudulent practices in the Defendants' marketing and sale of vehicles with allegedly defective EGR coolers. This case is currently pending in the United States District Court for the Eastern District of Michigan.

### *In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation* (N.D. Cal.)

Filed on behalf of consumers against Fiat Chrysler and Bosch alleging unfair, deceptive, and fraudulent practices in the Defendants' marketing and sale of certain EcoDiesel vehicles. The class contained over 100,000 vehicles, including 2014-2016 model-year Jeep Grand Cherokees and Dodge Ram 1500 trucks that were allegedly outfitted with devices that masked actual emission levels. The case settled on a class-wide basis for $307,500,000, and final approval was granted in May 2019.

### *Rolland, et al. v. Spark Energy, LLC* (D.N.J.)

Filed on behalf of consumers who were forced to pay considerably more for their electricity than they should otherwise have paid due to Spark Energy's deceptive pricing practices. Plaintiff alleges that Spark Energy engages in a bait-and-switch deceptive marketing scheme luring consumers to switch utility companies by offering lower than local utility rates. These lower rates are fixed for only a limited number of months and then switch to a variable market rate that is significantly higher than the rates local utilities charge. The case settled on a class-wide basis for $11,000,000 in 2022, and final approval was granted in December 2022.

### *Haines v. Washington Trust Bank* (Wash. Sup. Ct., King Cty.)

Strauss Borrelli attorneys represented consumers who were charged $35 overdraft fees by Washington Trust Bank on accounts that were never actually overdrawn. Plaintiff filed suit against Washington Trust Bank for the unfair and unlawful assessment of these overdraft fees. This case settled on a class-wide basis in 2021, and final approval was granted in November 2021.

***Pryor v. Eastern Bank* (Mass. Sup. Ct., Suffolk Cty.)**
Strauss Borrelli attorneys represented consumers who were charged $35 overdraft fees by Eastern Bank on accounts that were never actually overdrawn. Plaintiff filed suit against Eastern Bank for the unfair and unlawful assessment of these overdraft fees. This case settled on a class-wide basis in 2021, and final approval was granted in March 2021.

## DATA BREACH

***Walters v. Kimpton Hotel & Restaurant Group, LLP* (N.D. Cal.)**
Filed on behalf of consumers whose private information and personal identifiable information, including credit and debit card numbers, names, mailing addresses, and other personal information, was compromised and stolen from Kimpton Hotel & Restaurant Group by hackers. The case settled on a class-wide basis in 2018, and final approval was granted in July 2019.

***Reetz v. Advocate Aurora Health, Inc.* (Wis. Cir. Ct., Milwaukee Cty.)**
Filed on behalf of employees of Aurora Advocate Health, the 10th largest not-for-profit integrated health care system in the United States, whose personally identifiable information was breached and stolen through an email phishing campaign beginning in January 2020. Many of these individuals have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled in 2023.

***Goetz v. Benefit Recovery Specialists, Inc.* (Wis. Cir. Ct., Walworth Cty.)**
Strauss Borrelli attorneys represented a class of consumers whose personal health information was compromised and stolen from Benefit Recovery Specialists, Inc., a Houston-based billing and collections services firm that provides billing and collection services to healthcare providers across the country. Many of these consumers have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2022, and final approval was granted in July 2022.

***In re BJC Healthcare Data Breach Litigation* (Mo. Cir. Ct., St. Louis Cty.)**
Strauss Borrelli attorneys represented a class of consumers whose personal health information was compromised and stolen from BJC Healthcare, a major regional health system. Many of these consumers lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2021 and final approval was granted in September 2022.

### *Daum, et al. v. K & B Surgical Center, LLC* **(Cal. Sup. Ct., Los Angeles Cty.)**

Strauss Borrelli attorneys represented a class of consumers whose personal health information and protected health information was compromised and stolen from K & B Surgical Center. Many of these consumers have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. The case settled in 2023.

### *In re: Netgain Technology, LLC, Consumer Data Breach Litigation* **(D. Minn.)**

Filed on behalf of consumers whose personal identifiable information and protected health information was breached and stolen from Netgain Technology, LLC beginning in September 2020. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Plaintiffs' Interim Executive Committee in this multidistrict litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2025, and preliminary approval was granted in The United States District Court for the District of Minnesota in May 2025.

### *Dusterhoff, et al. v. OneTouchPoint Corp.* **(E.D. Wisc.)**

Filed on behalf of 2.6 million consumers whose personal identifiable information and protected health information was breached and stolen from OneTouchPoint Corp., a mailing and printing services vendor, beginning in April 2022. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Plaintiffs' Steering Committee in this litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case is currently pending in The United States District Court for the Eastern District of Wisconsin.

### *In re Lincare Holdings Inc. Data Breach Litigation* **(M.D. Fla.)**

Filed on behalf of consumers whose personal identifiable information and protected health information was breached and stolen from Lincare Holdings Inc., a medical products and services provider, beginning in September 2021. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Interim Executive Leadership Committee for plaintiffs and the class in this multidistrict litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. The case settled on a class-wide basis in 2023, and final approval was granted in June 2024.

***Forslund, et al. v. R.R. Donnelley & Sons Company* (N.D. Ill.)**

Filed on behalf of consumers whose personal identifiable information was breached and stolen from R.R. Donnelley & Sons Company, a Fortune 500 marketing, packaging, and printing company, beginning in November 2021. Strauss Borrelli partner, Raina Borrelli, serves as interim co-lead counsel for plaintiffs and the class in this litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2023, and final approval was granted in March 2024.

## DATA PRIVACY

***Doe, et al. v. HSCGP, LLC* (Tenn. Cir. Ct., Davidson Cty.)**

Litigated on behalf of all patients of healthcare companies serviced by HSCGP, LLC whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that the healthcare companies serviced by HSCGP, LLC disclosed such sensitive personal information by using various tools on its website. The case settled on a class-wide basis in 2024. Final approval was granted in March 2025.

***Doe v. Lima Memorial Hospital, et al.* (C.C.P. Allen)**

Filed on behalf of all patients of Lima Memorial Hospital whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that Lima Memorial Hospital disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Court of Common Pleas in Allen County, Ohio and settled on a class-wide basis in 2024. Final approval was granted in August 2024.

***Rogers v. Rogers Behavioral Health System, Inc.* (Wis. Cir. Ct., Dane Cty.)**

Filed on behalf of all patients of Rogers Behavioral Health System whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that Rogers Behavioral Health System disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Circuit Court for Dane County, Wisconsin, and settled on a class-wide basis in 2024. Final approval was granted in August 2024.

### *Doe, et al. v. The Wood County Hospital, et al.* (C.C.P. Sandusky)

Filed on behalf of all patients of The Wood County Hospital whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs alleged that The Wood County Hospital disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Court of Common Pleas in Sandusky County, Ohio, and settled on a class-wide basis in 2024.

### *Moser, et al. v. Redeemer Health, et al.* (C.C.P. Phila.)

Filed on behalf of all patients of Redeemer Health and Holy Redeemer Health System whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs allege that Redeemer Health and Holy Redeemer Health System disclosed such sensitive personal information by using various tools on its website. This case settled on a class-wide basis in 2025, and preliminary approval is pending in the Court of Common Pleas in Philadelphia, Pennsylvania.

### *Mrozinski, et al. v. Aspirus, Inc.* (Wis. Cir. Ct., Marathon Cty.)

Filed on behalf of all patients of Aspirus whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs allege that Aspirus disclosed such sensitive personal information by using various tools on its website. This case settled on a class-wide basis in 2025, and preliminary approval was granted in the Circuit Court for Marathon Conty, Wisconsin in August 2025.

### *Patterson v. Respondus, Inc., et al.* (N.D. Ill.)

Filed on behalf of all persons who took an exam using Respondus' online exam proctoring software, Respondus Monitor, in the state of Illinois. Plaintiffs allege that Respondus collects, uses, and discloses students' biometric identifiers and biometric information in violation of Illinois' Biometric Information Privacy Act. This case settled in 2023.

### *Powell v. DePaul University* (N.D. Ill.)

Strauss Borrelli attorneys represented a class of DePaul University students located in the state of Illinois who were required to take exams using Respondus Monitor, which collects, uses, and discloses students' biometric identifiers and biometric information in violation of Illinois' Biometric Information Privacy Act. Plaintiff alleged that DePaul University collects students' biometric identifiers and biometric information without written consent and without legally compliant written public policies. This case settled in 2023.

# RIGHT OF PUBLICITY

### *Nolen v. PeopleConnect, Inc., et al.* (N.D. California)

Filed on behalf of California residents against PeopleConnect alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that PeopleConnect violates these legal rights by using California residents' names and childhood photographs in advertisements promoting paid subscriptions to its website, classmates.com. The case is currently on appeal to the United States Court of Appeals for the Ninth Circuit.

### *Boshears, et al. v. PeopleConnect, Inc., et al.* (W.D. Wash.)

Filed on behalf of Indiana residents against PeopleConnect alleging violations of Indiana's Right of Publicity Statute and Indiana's common law prohibiting misappropriation of a name or likeness. Plaintiffs allege that PeopleConnect violates these legal rights by using Indiana residents' personalities, including their names and childhood photographs, in advertisements promoting paid subscriptions to its website, classmates.com. The case is currently on appeal before the United States Court of Appeals for the Ninth Circuit.

### *Sessa, et al. v. Ancestry.com Operations Inc., et al.* (D. Nev.)

Filed on behalf of Nevada residents against Ancestry.com alleging violations of Nevada's right to publicity statute, Nevada law prohibiting deceptive trade practice, Nevada common law protection against Intrusion upon Seclusion, and Nevada Unjust Enrichment law. Plaintiffs allege that Ancestry.com violates these legal rights by knowingly misappropriating the photographs, likenesses, names, and identities of Nevada residents for the commercial purpose of selling access to and advertising them in Ancestry.com products and services without their prior consent. The case is pending in the United States District Court for the District of Nevada.

### *Martinez v. ZoomInfo Technologies Inc.* (W.D. Wash.)

Filed on behalf of California residents against ZoomInfo Technologies Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that ZoomInfo Technologies violates these legal rights by using California residents' names and person information in advertisements promoting paid subscriptions to its website, zoominfo.com, as well as selling access to their names and personal information as part of its products. This case settled in 2024.

***Gbeintor v. DemandBase, Inc., et al.* (N.D. Cal.)**
Filed on behalf of California residents against DemandBase, Inc. and InsideView Technologies, Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that DemandBase and InsideView Technologies violate these legal rights by using California residents' names, likenesses, photographs, and personas in advertisements promoting paid subscriptions to its website, insideview.com, without their consent. This case settled on a class-wide basis in 2024, and preliminary approval was granted in June 2025.

***Kellman, et al. v. Spokeo, Inc.* (N.D. Cal.)**
Filed on behalf of California residents against Spokeo, Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that Spokeo violates these legal rights by using California residents' names, likenesses, photographs, and personas in advertisements promoting paid subscriptions to its website without their consent. The case is pending in the United States District Court for the Northern District of California.

## TELEPHONE CONSUMER PROTECTION ACT

***Evans v. American Power & Gas, LLC, et al.* (S.D. Ohio)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* The case settled on a class-wide basis for $6,000,000, and final approval was granted in May 2019.

***Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh* (D. Mass.)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*  The case settled on a class-wide basis for $14,000,000 in 2020. Final approval was granted in October 2021.

***Goodell, et al. v. Van Tuyl Group*, LLC (D. Az.)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* This case settled in 2023.

### *Doup v. Van Tuyl Group*, LLC (N.D. Tex.)

Filed on behalf of consumers who received solicitation telephone calls on their cellular and residential telephones that were listed on the National Do-Not-Call Registry, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled in 2023.

### *Dickson v. Direct Energy, LP, et al.* (N.D. Ohio)

Filed on behalf of consumers who received automated or prerecorded telemarketing telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case is currently pending in the United States District Court for the Northern District of Ohio.

### *Learned, et al. v. McClatchy Company, LLC* (E.D. Cal.)

Filed on behalf of consumers who received solicitation telephone calls on their cellular and residential telephones that were listed on the National Do-Not-Call Registry and/or who requested Defendant stop calling them, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled in 2023.

### *Rogers, et al. v. Assurance IQ, LLC, et al.* (W.D. Wash.)

Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones, some that were listed on the National Do-Not-Call Registry, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled on a class-wide basis in 2024 for $21,875,000, and final approval was granted in September 2024.

# Our Professionals

## SAMUEL J. STRAUSS

Samuel J. Strauss is a founding member of Strauss Borrelli PLLC. Mr. Strauss concentrates his practice in class action litigation with an emphasis on consumer protection and privacy issues. Mr. Strauss has a national practice and appears in federal courts across the country. Over the course of his career, Mr. Strauss has represented plaintiffs in cases which have resulted in the recovery of hundreds of millions of dollars for consumers.

Mr. Strauss received his J.D. with honors from the University of Washington School of Law in 2013. Prior to forming Strauss Borrelli in 2024, Mr. Strauss was a founding member of Turke & Strauss in 2016, in Madison, Wisconsin, where he successfully prosecuted complex class actions in federal and state courts.

Mr. Strauss is a member of bars of the states of Washington, Wisconsin, and Illinois and has been admitted to practice in the United States District Court for the Western District of Washington, United States District Court for the Eastern District of Washington, United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan, and the United States Court of Appeals for the Ninth Circuit.

In recent years, Mr. Strauss has been actively involved in a number of complex class action matters in state and federal courts including:

- *Doe, et al. v. HSCGP, LLC,* No. 23C2513 (Tenn. Cir. Ct., Davidson Cnty.)
- *Ma v. Nike, Inc.*, No. 25-cv-01235 (W.D. Wash.)
- *Agnew, et al. v. Macy's Retail Holdings, LLC*, No. 25-cv-02006 (W.D. Wash.)
- *Liss, et al. v. Skechers U.S.A. Inc.*, No. 25-cv-05861 (W.D. Wash.)
- *Hutton v. Papa John's USA, Inc., et al.*, 25-cv-01922 (W.D. Wash.)
- *Shahpur, et al. v. Ulta Salon, Cosmetics & Fragrance, Inc.*, No. 25-cv-00284 (E.D. Wash.)
- *Daum, et al. v. K & B Surgical Center, LLC*, No. 21STCV41347 (Cal. Sup. Ct., Los Angeles Cty.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct.,

Walworth Cty.)

- *Joyner v. Behavioral Health Network, Inc.*, No. 2079CV00629 (Mass. Sup. Ct., Hampden Cty.)
- *In re BJC Healthcare Data Breach Litigation*, No. 2022-CC09492 (Mo. Cir. Ct., St. Louis City)
- *Baldwin, et al. v. National Western Life Insurance Company,* No. 2:21-cv-04066 (W.D. Mo.)
- *Pryor v. Eastern Bank*, No. 1984CV03467-BLS1 (Mass. Sup. Ct., Suffolk Cty.)
- *Murray v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 19-cv-12608 (D. Mass.)
- *Baldwin v. Miracle-Ear, Inc.*, No. 20-cv-01502 (D. Minn.)
- *Goodell v. Van Tuyl Group, LLC*, No. 20-cv-01657 (D. Az.)
- *Weister v. Vantage Point AI, LLC,* No. 21-cv-01250 (M.D. Fla.).
- *Lang v. Colonial Penn Life Insurance Company*, No. 21-cv-00165 (N.D. Fla.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Uhhariet v. MyLife.com, Inc.*, No. 21-cv-08229 (N.D. Cal.)
- *Kellman v. Spokeo, Inc.*, No. 21-cv-08976 (N.D. Cal.)
- *Patterson v. Respondus, Inc.*, No. 20-cv-07692 (N.D. Ill.)
- *Bridges v. Respondus, Inc.*, No. 21-cv-01785 (N.D. Ill.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (D. Minn.)
- *Crawford v. FCA US LLC,* No. 20-cv-12341 (E.D. Mich.)
- *Klaehn, et al. v. Cali Bamboo, LLC*, No. 19-cv-01498 (S.D. Cal.)
- *Jones v. Monsanto Company*, No. 19-cv-00102 (W.D. Mo.)
- *Dickson v. Direct Energy, LP, et al.*, No. 18-cv-00182 (N.D. Ohio)
- *Rolland v. Spark Energy, LLC*, Case. No. 17-cv-02680 (D.N.J.)
- *Evans v. American Power & Gas, LLC*, No. 17-cv-00515 (S.D. Ohio)
- *Fowler v. Wells Fargo Bank, N.A.*, No. 17-cv-02092 (N.D. Cal.)

# RAINA C. BORRELLI

Raina C. Borrelli is a founding member of Strauss Borrelli PLLC. Ms. Borrelli's practice focuses on complex class action litigation, including data privacy, Telephone Consumer Protection Act ("TCPA"), false advertising, and consumer protection cases in both state and federal courts around the country. Ms. Borrelli has served as lead, co-lead, and class counsel in numerous national class actions, including multi-district litigation. Additionally, Ms. Borrelli has substantial experience leading discovery teams in these complex class action matters, as well as in working with class damages experts and class damages models in consumer protection cases.

Ms. Borrelli received her J.D. *magna cum laude* from the University of Minnesota Law School in 2011. Prior to founding Strauss Borrelli, Ms. Borrelli was a partner at Gustafson Gluek, where she successfully prosecuted complex class actions in federal and state courts. Ms. Borrelli is an active member of the Minnesota Women's Lawyers and the Federal Bar Association, where she has assisted in the representation of *pro se* litigants though the *Pro Se* Project. Ms. Borrelli has repeatedly been named to the annual Minnesota "Rising Star" Super Lawyers list (2014-2021) by SuperLawyers Magazine. She has also been repeatedly certified as a North Star Lawyer by the Minnesota State Bar Association (2012-2015; 2018-2020) for providing a minimum of 50 hours of pro bono legal services.

Ms. Borrelli is a member of the Minnesota State Bar Association and has been admitted to practice in the United States District Court for the District of Minnesota, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Eastern District of Michigan, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Tenth Circuit.

In recent years, Ms. Borrelli has been appointed to leadership positions in a number of data privacy cases, including *In re Netgain Technology, LLC Consumer Data Breach Litigation*, No. 21-cv-01210 (D. Minn.) (Interim Executive Committee); *Dusterhoff, et al. v. OneTouchPoint Corp.*, No. 2:22-cv-00882 (E.D. Wisc.) (Plaintiffs' Steering Committee); *In re Lincare Holdings Inc. Data Breach Litigation*, No. 8:22-cv-01472 (M.D. Fl.) (Interim Executive Leadership Committee); *Forslund v. R.R. Donnelley & Sons Company*, No. 1:22-cv-04260 (N.D. Ill.) (interim co-lead counsel); *Medina v. PracticeMax Incorporated*, No. 2:22-cv-0126 (D. Az.) (Executive Leadership Committee); *In re C.R. England, Inc. Data Breach Litig.*, No. 2:22-cv-00374 (interim co-lead counsel); *Doe, et al. v. Knox College, Inc.*, No. 4:23-cv-04012 (C.D. Ill.) (co-lead counsel); and *In re OakBend Medical Center Data*

*Breach Litigation*, No. 4:22-cv-03740 (S.D. Tex.) (interim co-lead counsel). Ms. Borrelli has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Liss, et al. v. Lenovo (United States) Inc.*, No. 25-cv-01663 (W.D. Wash.)
- *Jackson v. Hanesbrands, Inc.*, No. 25-cv-00440 (E.D. Wash.)
- *Hutton, et al. v. PODS Enterprises, LLC*, No. 25-cv-02025 (W.D. Wash.)
- *Haley v. Tommy Bahama Group, Inc.*, No. 25-cv-01969 (W.D. Wash.)
- *Bajwa v. National Automotive Parts Association, LLC*, No. 25-cv-02280 (W.D. Wash)
- *Doe, et al. v. HSCGP, LLC*, No. 23C2513 (Tenn. Cir. Ct., Davidson Cnty.)
- *Daum, et al. v. K & B Surgical Center, LLC*, No. 21STCV41347 (Cal. Sup. Ct., Los Angeles Cty.)
- *Grogan v. McGrath RentCorp*, No. 3:22-cv-00490 (N.D. Cal.)
- *Benedetto, et al. v Southeastern Pennsylvania Transportation Authority*, No. 210201425 (C.C.P. Phila.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.)
- *Reese v. Teen Challenge Training Center, Inc.*, No. 00093 (C.C.P. Phila.)
- *Lhota v. Michigan Avenue Immediate Care, S.C.*, No. 2022CH06616 (Ill. Cir. Ct., Cook Cty.)
- *Johnson, et al. v. Yuma Regional Medical Center*, No. 2:22-cv-01061 (D. Az.)
- *Baldwin v. Miracle-Ear, Inc.*, No. 20-cv-01502 (D. Minn.)
- *Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 1:19-cv-12608 (D. Mass.)
- *Goodell v. Van Tuyl Group, LLC*, No. 20-cv-01657 (D. Az.)
- *Learned, et al. v. McClatchy Company LLC*, No. 2:21-cv-01960 (E.D. Cal.)
- *Lang v. Colonial Penn Life Insurance Company*, No. 21-cv-00165 (N.D. Fla.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Abraham, et al. v. PeopleConnect, Inc.*, No. 3:20-cv-09203 (N.D. Cal.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *DeBose v. Dun & Bradstreet Holdings, Inc.*, No. 2:22-cv-00209 (D.N.J.)
- *Gbeintor, et al. v. DemandBase, Inc., et al.*, No. 3:21-cv-09470 (N.D. Cal.)
- *Spindler v. Seamless Contacts Inc.*, No. 4:22-cv-00787 (N.D. Cal.)
- *Kellman, et al. v. Spokeo, Inc.*, No. 3:21-cv-08976 (N.D. Cal.)

- *Spindler, et al. v. General Motors LLC*, No. 3:21-cv-09311 (N.D. Cal.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (JRT/KMM) (D. Minn.)
- *Patterson v. Respondus, Inc.*, No. 1:20-cv-07692 (N.D. Ill.)
- *Fee v. Illinois Institute of Technology*, No. 1:21-cv-02512 (N.D. Ill.)
- *Harvey v. Resurrection University*, No. 1:21-cv-03203 (N.D. Ill.)
- *In re FCA Monostable Gearshifts Litig.*, No. 16-md-02744 (E.D. Mich.)
- *Zeiger v. WellPet LLC*, No. 17-cv-04056 (N.D. Cal.)
- *Wyoming v. Procter & Gamble*, No. 15-cv-2101 (D. Minn.)
- *In re Big Heart Pet Brands Litig.*, No. 18-cv-00861 (N.D. Cal.)
- *Sullivan v. Fluidmaster*, No. 14-cv-05696 (N.D. Ill.)
- *Rice v. Electrolux Home Prod., Inc.*, No. 15-cv-00371 (M.D. Pa.)
- *Gorczynski v. Electrolux Home Products, Inc.*, No. 18-cv-10661 (D.N.J.)
- *Reitman v. Champion Petfoods*, No. 18-cv-1736 (C.D. Cal.)
- *Reynolds, et al., v. FCA US, LLC*, No. 19-cv-11745 (E.D. Mich.).

# CASSANDRA MILLER

Cassandra Miller is a partner at Strauss Borrelli PLLC whose practice focuses on complex class action litigation, including consumer protection, privacy, data breaches, and product liability. Ms. Miller is adept at navigating the intricate legal landscapes of both state and federal courts across the nation. Additionally, Ms. Miller has substantial experience leading teams in these complex class action matters.

Ms. Miller received her J.D. *magna cum laude* from the University of Illinois Chicago School of Law in 2006. Prior to joining Strauss Borrelli, Ms. Miller was a managing partner at Edelman Combs Latturner & Goodwin, LLC. There, Ms. Miller handled a wide range of consumer protection claims under key statutes such as the Fair Credit Reporting Act (FCRA), Fair Debt Collection Practices Act (FDCPA), Uniform Commercial Code (UCC), Telephone Consumer Protection Act (TCPA), and Truth in Lending Act (TILA), as well as the Illinois Consumer Fraud and Deceptive Practices Act (ICFA), alongside related state and federal consumer statutes.

Ms. Miller is a member of the Illinois State Bar Association and has been admitted to practice in the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, the United States District Court for the Southern District of Indiana, the United States District Court for the Northern District of Indiana, and the United States Court of Appeals for the Seventh Circuit.

Ms. Miller has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Pietras v. Sentry, 513 F. Supp. 2d 983 (N.D. Ill. 2007)*
- *Hernandez v. Midland Credit Mgmt., 2007 U.S. Dist. LEXIS 16054 (N.D. Ill. 2007)*
- *Balogun v. Midland Credit Mgmt., 2007 U.S. Dist. LEXIS 74845 (S.D. Ind. 2007)*
- *Miller v. Midland Credit Mgmt., 2009 U.S. Dist. LEXIS 18518 (N.D. Ill. 2009)*
- *American Family Mutual Ins. Co. V. CMA Mortgage, Inc., 2008 U.S. Dist. LEXIS 30233 (S.D. Ind. 2008)*
- *Herkert v. MRC Receivables Corp., 254 F.R.D. 344 (N.D. Ill. 2008)*
- *Walker v. Calusa Investments, LLC, 244 F.R.D. 502 (S.D. Ind. 2007)*
- *Frydman v. Portfolio Recovery Associates, LLC, 2011 U.S. Dist. LEXIS 69502 (N.D. Ill. 2011)*
- *Webb v. Midland Credit Mgmt., 2012 U.S. Dist. LEXIS 80006 (N.D. Ill. May 31,*

*2012)*

- *Tabiti v. LVNV Funding, LLC, 2017 U.S. Dist. LEXIS 5932 (N.D. Ill. Jan. 17, 2017), reconsideration denied, 2017 U.S. Dist. LEXIS 238583 (N.D. Ill., May 16, 2017)*
- *Wheeler v. Midland Funding LLC, 2020 U.S. Dist. LEXIS 52409 (N.D. Ill. July 31, 2017),*
- *Magee v. Portfolio Recovery Assocs., 2016 U.S. Dist. LEXIS 61389 (N.D. Ill. May 9, 2016), reconsideration denied, 2016 U.S. Dist. LEXIS 123573 (N.D. Ill. Sept. 13, 2016)*

# BRITTANY RESCH

Brittany Resch is a partner at Strauss Borrelli PLLC. Ms. Resch's practice focuses on complex class action litigation, including data breach, privacy, Telephone Consumer Protection Act ("TCPA"), false advertising, and consumer protection cases in both state and federal courts around the country. Since 2022, Ms. Resch has served as an adjunct professor at the University of Minnesota Law School teaching a seminar on e-Discovery.

Ms. Resch received her J.D. from the University of Minnesota Law School in 2015, after which she clerked for the Honorable Richard H. Kyle, Senior United States District Judge for the District of Minnesota. Prior to joining Strauss Borrelli PLLC, Ms. Resch was an associate at Gustafson Gluek, where she prosecuted complex antitrust, consumer protection, and civil rights class actions in federal and state courts. Ms. Resch was named one of the Attorneys of the Year in 2019 by Minnesota Lawyer for her work representing a pro se litigant in federal court through the *Pro Se* Project. Ms. Resch was also named a Rising Star in 2020 and 2021 and a 2021 Up & Coming Attorney by Minnesota Lawyer.

Ms. Resch has been an active member in the Federal Bar Association for a decade, holding various leadership and committee positions. Ms. Resch also assists in the representation of pro se litigants through the District of Minnesota Federal Bar Association's Pro Se Project. Ms. Resch is also an active member of Minnesota Women Lawyers. Ms. Resch has also been certified as a North Star Lawyer by the Minnesota State Bar Association for providing a minimum of 50 hours of pro bono legal services (2023, 2021, 2020, 2019).

Ms. Resch is a member of the Minnesota State Bar Association and has been admitted to practice in the United States District Court for the District of Minnesota and the United States District Court for the Northern District of Illinois.

Ms. Resch recently has significant experience in data privacy litigation and is currently litigating more than fifty data breach cases in courts around the country as counsel on behalf of millions of data breach victims, including *McKittrick v. Allwell Behavioral Health Services*, Case No. CH-2022-0174 (Muskingum County, Ohio) (appointed class counsel for settlement purposes); *Hall v. Centerspace, LP*, Case No. 22-cv-2028 (D. Minn.); *Morrison v. Entrust Corp., et al.*, Case No. 23-cv-415 (D. Minn.); *Batchelor v. MacMillan, et al.*, Case No. 157072/2023 (New York County, NY); *Tribbia, et al., v. Hanchett Paper Company*, Case No. 2022 CH 3677 (Cook County, IL); *Benedetto v. Southeastern Pennsylvania Transportation*

*Authority*, No. 210201425 (C.C.P. Phila.); *Corra, et al. v. ACTS Retirement Services, Inc.*, No. 2:22-cv-02917 (E.D. Pa.); *Lamie, et al. v. LendingTree, LLC*, No. 3:22-cv-00307 (W.D.N.C); and *In re Lincare Holdings Inc. Data Breach Litigation*, No. 8:22-cv-01472 (M.D. Fl.). Additionally, in recent years, Ms. Resch has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Emmrich v. General Motors LLC*, No. 21-cv-05990 (N.D. Ill.)
- *Spindler v. General Motors LLC*, No. 21-cv-09311 (N.D. Cal.)
- *DeBose v. Dun & Bradstreet Holdings, Inc.*, No. 2:22-cv-00209 (D.N.J.)
- *Gbeintor, et al. v. DemandBase, Inc., et al.*, No. 3:21-cv-09470 (N.D. Cal.)
- *Kellman, et al. v. Spokeo, Inc.*, No. 3:21-cv-08976 (N.D. Cal.)
- *Kis v. Cognism Inc.*, No. 4:22-cv-05322 (N.D. Cal.)
- *Benanav, et al. v. Healthy Paws Pet Insurance, LLC*, No. 2:20-cv-00421-RSM (W.D. Wash.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Abraham, et al. v. PeopleConnect, Inc.*, No. 3:20-cv-09203 (N.D. Cal.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *Spindler v. Seamless Contacts Inc.*, No. 4:22-cv-00787 (N.D. Cal.)
- *Uhhariet v. MyLife.com, Inc.*, No. 21-cv-08229 (N.D. Cal.)
- *Patterson v. Respondus University, et al.*, No. 1:20-cv-07692 (N.D. Ill.)
- *Bridges v. Respondus University, et al.*, No. 1:21-cv-01785 (N.D. Ill.)
- *In re Broiler Chicken Antitrust Litigation*, No. 16-cv-08637 (N.D. Ill.)
- *In re Pork Antitrust Litigation*, No. 21-md-02998 (D. Minn.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (JRT/KMM) (D. Minn.)
- *In re Asacol Antitrust Litigation*, No. 15-cv-12730 (D. Mass.)

## ALEX S. PHILLIPS

Alex Phillips is a partner at Strauss Borrelli PLLC. Mr. Phillips concentrates his practice in complex class action litigation and commercial litigation. He has represented both plaintiffs and defendants in high stakes litigation. Mr. Phillips has successfully obtained trial verdicts on behalf of his clients as well as negotiated numerous high-value settlements.

Mr. Phillips received his J.D. from the University of Wisconsin School of Law in 2017 and has been an active member of the Wisconsin State Bar as well as the Dane, Jefferson, and Dodge County Bar Associations.

In recent years, Mr. Phillips has been involved in a number of complex class action matters in state and federal courts including:

- *Benedetto v. Southeastern Pennsylvania Transportation Authority*, No. 210201425 (C.C.P. Phila.)
- *Grogan v. McGrath RentCorp*, No. 3:22-cv-00490 (N.D. Cal.)
- *Koeller, et al. v. Numrich Gun Parts Corporation*, No. 1:22-cv-00675 (S.D.N.Y.)
- *Mayhood v. Wilkins Recreational Vehicles, Inc.*, No. E2022-0701 (N.Y. Sup. Ct., Steuben Cty.)
- *Perkins v. WelldyneRx, LLC*, No. 8:22-cv-02051 (M.D. Fla.)
- *Batis v. Dun & Bradstreet Holdings, Inc.*, No. 3:22-cv-09124 (N.D. Cal.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Ambramson v. First American Home Warranty Corporation*, No. 2:22-cv-01003 (W.D. Pa.)
- *DeVivo v. Sovereign Lending Group Incorporated*, No. 3:22-cv-05254 (W.D. Wash.)
- *Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 1:19-cv-12608 (D. Mass.)
- *Spindler v. General Motors LLC*, No. 21-cv-09311 (N.D. Cal.)
- *Kellman v. Spokeo, Inc.*, No. 21-cv-08976 (N.D. Cal.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (D. Minn.)
- *Dickson v. Direct Energy, LP, et al.*, No. 18-cv-00182 (N.D. Ohio)
- *Benanav. v. Healthy Paws Pet Insurance, LLC*, No. 20-cv-00421 (W.D. Wash.)
- *Klaehn, et al. v. Cali Bamboo, LLC, et al.*, No. 19-cv-01498 (S.D. Cal.)

# CARLY ROMAN

Carly Roman is an attorney at Strauss Borrelli PLLC. Ms. Roman's practice focuses on complex class action litigation, including consumer protection, data breach, privacy, and Telephone Consumer Protection Act ("TCPA") cases in state and federal courts. Additionally, Ms. Roman has substantial experience advocating for consumers under California's Unfair Competition Law, the Consumers Legal Remedies Act, and the Song-Beverly Warranty Act.

Ms. Roman received her J.D. from the University of New Hampshire School of Law with High Honors. Prior to joining Strauss Borrelli, Ms. Roman honed her skills at a prominent consumer protection firm in California as well as in Chicago at one of the leading firms specializing in class actions and consumer rights. There, Ms. Roman litigated a variety of state and federal claims, including claims brought under the Fair Credit Reporting Act (FCRA), Magnuson-Moss Warranty Act, Telephone Consumer Protection Act (TCPA), and Truth in Lending Act (TILA), as well as the Illinois Consumer Fraud and Deceptive Practices Act (ICFA).

Ms. Roman is a member of the Illinois State Bar Association and The State Bar of California. Recently, Ms. Roman was appointed interim co-lead class counsel in *Orrantia, et al. v. S.V.D.P. Management, Inc.*, No. 25CU048774C (Cal. Sup. Ct., San Diego Cty.).Her recent experience also involves substantial responsibility in a number of complex class action matters in state and federal courts including:

- *Doe v. SSK Plastic Surgery,* 30-2025-01467755 (Cal. Sup. Ct., Orange Cty.)
- *Doe v. Jaime S. Schwartz MD PC,* 25STCV07155 (Cal. Sup. Ct., Los Angeles Cty.), *removed,* No. 2:25-cv-03393 (C.D. Cal.)
- *Cole v. Solairus Aviation LLC,* No. 3:25-cv-03035 (N.D. Cal.)
- *Dean, et al., v. New York Blood Center, Inc., et al.* No. 25-cv-01051 (S.D.N.Y.)
- *In re: DISA Global Data Breach Litigation,* No. 4:25-cv-00821 (S.D. Tex.)
- *Kelly v. Insomniac Games,* No. 24-CIV-05793 (Cal. Sup. Ct., San Mateo Cty.)
- *Palanti v. Lawble Inc., et al.,* No. 2023CH02120 (Ill. Cir. Ct., Cook Cty.), *removed,* No. 1:23-cv-02365 (N.D. Ill.)
- *Tamburo v. Hyundai Motor America (Corporation), et al.,* No. 1:23-cv-282 (N.D. Ill.)
- *Mirabile v. Bank of America, N.A.,* No. 1:23-cv-01719 (N.D. Ill.)
- *Fleury v. General Motors, LLC,* No. 1:22-cv-03862 (N.D. Ill.)
- *Rocio v. Mod Super Fast Pizza, LLC,* No 1:21-cv-00507 (N.D. Ill.)
- *Abruscato, et al. v. Wells Fargo, et al.,* No. 1:21-cv-00012 (N.D. Ill.)
- *Avery v. Cvi Sgp-Co Acquisition Trust, et al.,* No. 1:20-cv-06965 (N.D. Ill.)

# ANDREW G. GUNEM

Andrew Gunem is an attorney at Strauss Borrelli PLLC. He focuses on complex class action litigation—including consumer protection, data breach, privacy, and Telephone Consumer Protection Act ("TCPA")—in federal and state courts across the country.

Mr. Gunem graduated *cum laude* from the University of Wisconsin Law School—where he was a Managing Editor of the Wisconsin Law Review, earned a full-tuition "Law-in-Action" scholarship, and was awarded "Best Performance" in Complex Litigation. He received his bachelor's degree from the University of California, Berkeley. Mr. Gunem has written articles about developing areas of law—which have been published by Law360.com (as "Expert Analysis") and by the Litigation Section of the State Bar of Wisconsin.

Mr. Gunem is admitted to practice in California and Wisconsin. He is also admitted to the United States District Courts for the Northern District of California, Eastern District of California, Central District of California, Southern District of California, Eastern District of Wisconsin, Western District of Wisconsin, and the District of Colorado.

Recently, Mr. Gunem was appointed co-lead class counsel in *Gregerson v. Toshiba America Business Solutions, Inc.*, No. 8:24-cv-01201-FWS-ADS (C.D. Cal. April 17, 2025). His recent experience also includes substantial responsibility in the following cases:

- *Anderson v. STS Aviation Group, LLC*, No. 2:24-cv-14201-SMM (S.D. Fla.)
- *Dribben, et al., v. Homefix Custom Remodeling Corp.*, No. 1:22-cv-01143-SAG (D. Md.)
- *Koeller v. Diamanti, Inc.*, No. 22SL-CC04040 (Mo. Cir. Ct., St. Louis Cty.)
- *Pan v. Atlas Real Estate Group, LLC*, No. 1:23-cv-00910-DDD-KAS  (D. Colo.)
- *Harvey v. National Amusements Inc.*, No. 1:24-cv-10027-GAO (D. Mass.)
- *Stern v. Academy Mortgage Corporation*, No. 2:24-cv-00015-DBB-DAO (D. Utah)
- *Ansar v. The Gill Corporation*, No. 2:24-cv-08875-MEMF-PD (C.D. Cal.)
- *Jimenez v. OE Federal Credit Union*, No. 4:24-cv-02746-JST (N.D. Cal.)
- *Viviali v. One Point HR Solutions, LLC*, No. 2:24-cv-00185-DCR (E.D. Ky.)
- *Parihar v. MIPS Holding, Inc.*, No. 24CV448267 (Cal. Sup. Ct., Santa Clara Cty.)

- *Davenport v. LA Financial Federal Credit Union*, No. 24STCV24021 (Cal. Sup. Ct., Los Angeles Cty.)
- *Leavitt v. International Brotherhood of Electrical Workers Local No. 1*, No. 4:24-cv-01148-HEA (E.D. Mo.)
- *Hasanat v. Mana Products Inc.*, No. 710156/2024 (Queens County, New York)
- *Bolanos v. Crossroads Equipment Lease & Finance, LLC*, No. 5:24-cv-00552-JGB-SP (C.D. Cal.)
- *Doe v. Conceptions Reproductive Associates, Inc.*, No. 1:25-cv-00009-NYW-CYC (D. Colo.)
- *Hulewat v. Medical Management Resource Group LLC, et al.*, No. 2:24-cv-00377-DJH (D. Ariz.)
- *Currie v. Joy Cone Co.*, No. 2:23-cv-00764-CCW (W.D. Pa.)
- *In re: Mondelēz Data Breach Litigation*, No. 1:23-cv-03999 (N.D. Ill.)
- *Byrd v. True World Holdings, LLC*, No. 2:24-cv-10927-JKA-JSA (D.N.J.)
- *Hollis v. eXp Realty, LLC, et al.*, No. 2:25-cv-00822-JLR (W.D. Wash.)

# ROD SMITH LAW

## P L L C

*Firm Resume*

108 1/2 Capitol Street, Suite 300
Charleston, West Virginia 25301
P: 304.342.0550
www.lawwv.com

**EXHIBIT 4**

# The Firm

Rod Smith Law PLLC is a Charleston, West Virginia litigation firm dedicated to representing West Virginia workers and consumers. The firm represents employees in workplace disputes—including sexual harassment, discrimination, retaliation, whistleblower, and wrongful termination matters—and serves as class counsel in employment, wage and hour, and consumer class actions. The firm also represents individuals in personal injury matters. Over the course of his career, the firm's founder, Rod Smith, has obtained more than $100 million in verdicts, judgments, and settlements on behalf of his clients, including more than $10 million on behalf of victims of workplace sexual harassment.

## Representation of Individual Clients

The firm represents employees in federal and state trial courts, appellate courts, and arbitration. The firm is committed to vindicating the rights of West Virginia workers, and cases are generally handled on a contingent-fee basis so that clients can pursue meritorious claims regardless of their means.

## Class Action Practice

The firm regularly serves as class counsel in employment, wage and hour, and consumer class actions in West Virginia. Through this work, the firm has helped thousands of West Virginia workers recover unpaid and late wages under the West Virginia Wage Payment and Collection Act and has obtained relief for West Virginia consumers in matters including overdraft-fee and other consumer protection claims. The firm has obtained final approval of class settlements in courts throughout the State.

# Representative Class Action Matters

Mr. Smith has been appointed as class counsel by federal and state courts on numerous occasions, the majority involving claims under the West Virginia Wage Payment and Collection Act. The following are representative matters in which Mr. Smith served as appointed class counsel and the court granted final approval of a class settlement:

- *Cox v. First Community Bank*, Case No. 5:23-cv-392 (S.D. W. Va.) — Recovered $5,000,000 for consumers in overdraft fee class action.
- *Davis v. Ruskin Company*, Civil Action No. 16-C-8-2 (Harrison Cty., W. Va.)
- *Adams v. Kanawha Valley Fine Jewelry and Loan, LLC*, Civil Action No. 15-C-2001 (Kanawha Cty., W. Va.)
- *Chamberlain and Gray v. 7-Eleven Sales Corporation*, Civil Action No. 15-C-159 (Ohio Cty., W. Va.)
- *Damron and Vance v. University Physicians and Surgeons, Inc.*, Civil Action No. 15-C-171 (Logan Cty., W. Va.)
- *Casto III v. Weatherford, U.S., L.P.*, Civil Action No. 14-C-146 (Kanawha Cty., W. Va.)
- *Sword v. Cliffs Logan County Coal, LLC*, Civil Action No. 14-C-189 (Logan Cty., W. Va.)
- *Sweiton v. The Kroger Co.*, Civil Action No. 13-C-976 (Kanawha Cty., W. Va.)
- *Jenkins v. Prima Marketing, LLC, et al.*, Civil Action No. 13-C-919 (Kanawha Cty., W. Va.)
- *Clay v. Wendy's International, Inc.*, Civil Action No. 13-C-1184 (Kanawha Cty., W. Va.)
- *Betonte v. Fresenius Medical Care Holdings, Inc.*, Civil Action No. 13-C-506 (Mercer Cty., W. Va.)
- *Cyrus v. Cracker Barrel Old Country Store, Inc.*, Civil Action No. 13-C-415 (Ohio Cty., W. Va.)
- *Mulcahy v. Waste Management, Inc.*, Civil Action No. 13-C-437-3 (Harrison Cty., W. Va.)
- *Brown v. Live Nation World Wide, Inc.*, Civil Action No. 13-C-2170 (Kanawha Cty., W. Va.)
- *Edwards v. CCBCC Operations, LLC*, Civil Action No. 13-C-1390 (Kanawha Cty., W. Va.)
- *Banks, et al. v. Bob Evans Farms, Inc.*, Civil Action No. 12-C-241 (Putnam Cty., W. Va.)
- *Bauthauer v. Amazon.com, et al.*, Civil Action No. 12-C-111 (Lincoln Cty., W. Va.)
- *Roberts v. Walgreen Co., et al.*, Civil Action No. 12-C-337 (Mercer Cty., W. Va.)
- *Fleming, et al. v. Alpha Natural Resources, LLC, et al.*, Civil Action No. 12-C-122 (Boone Cty., W. Va.)
- *Morris, et al. v. Merck Sharp & Dohme Corp.*, Civil Action No. 3:11-cv-00882 (S.D. W. Va.)
- *Gillispie v. Rite Aid of West Virginia, Inc.*, Civil Action No. 11-C-1815 (Kanawha Cty., W. Va.)

# Attorney Biography

## Rod Smith, Founding Member

Rod Smith is the founding member of Rod Smith Law PLLC. His practice focuses on representing employees in disputes with their employers, with particular emphasis on workplace sexual harassment claims. He litigates in federal and state trial and appellate courts and in arbitration, and he has tried cases to verdict and argued before appellate courts.

Mr. Smith also maintains a class action practice on behalf of West Virginia employees and consumers. He has been appointed as class counsel dozens of times in wage and hour cases—most arising under the West Virginia Wage Payment and Collection Act—and the courts in those cases have granted final approval of class settlements recovering unpaid and late wages for thousands of workers. His class action work also includes consumer matters; he served as class counsel in Cox v. First Community Bank, in which the United States District Court for the Southern District of West Virginia granted final approval of a $5,000,000 class settlement on behalf of consumers asserting overdraft-fee claims.

Before founding Rod Smith Law PLLC, Mr. Smith was a member at Bailey & Glasser, LLP, where he served as lead counsel in commercial litigation involving claims valued in the tens, and at times hundreds, of millions of dollars. He also represented employers and employees in employment matters, served as class counsel in employment class actions, and represented defendants in white collar matters in federal court. Earlier in his career, Mr. Smith was an associate at Spilman Thomas & Battle, PLLC, and served as a law clerk to the Honorable Joseph R. Goodwin of the United States District Court for the Southern District of West Virginia.

## Bar Admissions and Court Memberships

- West Virginia Supreme Court of Appeals
- Supreme Court of the United States
- United States Court of Appeals for the Fourth Circuit
- United States District Court for the Southern District of West Virginia
- United States District Court for the Northern District of West Virginia

## Awards and Recognition

- The Best Lawyers in America (Employment Law – Individuals)
- Best Lawyers, Lawyer of the Year (2023)
- Super Lawyers, Top Rated Lawyer (2018–2026)
- Super Lawyers, Rising Stars (2013–2014)
- Multi-Million Dollar Advocates Forum
- National Trial Lawyers, Top 100
- Masters Graduate, Keenan Trial Institute
- Mensa member

## Education

- J.D., West Virginia University College of Law
- B.A., West Virginia University

## Professional Experience

- Rod Smith Law PLLC, Founding Member
- Bailess Smith PLLC, Partner
- Bailey & Glasser, LLP, Member (2007–2015)
- Spilman Thomas & Battle, PLLC, Associate (2004–2007)
- Law Clerk, Honorable Joseph R. Goodwin, U.S. District Court for the Southern District of West Virginia (2005–2006)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

JASON LOUGHRIE; CALEB                )
MALCOMB, *individually and on behalf* )
*of those similarly situated,*          )
                                     )
    Plaintiffs,                        )
                                     )
v.                                   )    Case No.:  2:25-cv-4
                                     )    Judge Thomas Kleeh
CORE NATURAL RESOURCES, INC.         )
                                     )
    Defendant.                         )

## SETTLEMENT AGREEMENT

This Settlement Agreement (all capitalized terms defined below) between Plaintiffs, Jason Loughrie, Caleb Malcolmb, and Joshua McDonald, on their own behalf and on behalf of the proposed Settlement Class, and Defendant Core Natural Resources, Inc. and its subsidiary, Wolf Run Mining, LLC, by the Parties' respective Counsel, sets forth the materials terms of the Parties' proposed settlement of this Action. The Parties intend this Settlement Agreement to resolve, discharge, and settle the Released Claims, upon and subject to the terms and conditions of this Settlement Agreement, and remains subject to the Court's approval.

### RECITALS

On or about February 20, 2025, Defendant Core Natural Resources, Inc.'s subsidiary, Wolf Run Mining, LLC, notified 165 of its employees at the Facility, including Plaintiffs, that they would be affected by a reduction in force to take effect on February 21, 2025.

On March 7, 2025, Plaintiffs filed this Action, alleging that Wolf Run Mining, LLC's conduct, including the lack of a sixty-day notice to its employees, at the Facility violated the WARN Act.

1

27412883.2

**EXHIBIT 5**

The Complaint sought damages and civil penalties to the fullest extent allowed by the WARN Act on Plaintiffs' behalf and on behalf of a putative class of all other employees at the Facility whom Defendant laid off on or about February 20, 2025, as well as reasonable attorneys' fees, as authorized by the WARN Act.

On April 16, 2025, Defendant answered the Complaint. Defendant's answer denied all liability to Plaintiff and the putative class; denied that the Action may be maintained as a class action; and raised certain affirmative defenses to liability.

The Parties completed extensive discovery, including written interrogatories, requests for production of documents, document review, and initial disclosures. The Parties also litigated multiple motions, including a Motion for Summary Judgment, a Motion for Relief Under Rule 56(d), a Motion to Compel, and a Motion for Class Certification.

The Parties' Counsel have extensively investigated the facts relating to the claims and defenses alleged and the underlying events in the Action, have made a thorough study of the legal principles applicable to the claims and defenses asserted in the Action, and have conducted a thorough assessment of the strengths and weaknesses of their respective claims and defenses.

If the Action were litigated to judgment, Plaintiffs would seek to prove that Defendant and Wolf Run Mining, LLC violated the WARN Act by failing to provide its employees at the Facility, including Plaintiffs, at least 60 days' notice of the Facility's closure as required by the WARN Act. Plaintiffs would further seek to prove that they and the putative class they seek to represent are entitled to damages to the fullest extent allowed by the WARN Act. Plaintiffs would further seek to prove that the Action may be maintained as a class action on behalf of all other employees laid off by Wolf Run Mining, LLC in February 2025. Plaintiffs would further seek to recover reasonable attorneys' fees for Plaintiffs' Counsel, as authorized by the WARN Act.

2

27412883.2

If the Action were litigated to judgment, Defendant would seek to prove that it in no way violated the WARN Act. Alternatively, Defendant would also assert that Defendant's acts or omissions constituting the alleged violation were undertaken in good faith and Defendant had reasonable grounds for believing the acts or omissions were not a violation of the WARN Act such that Defendant is entitled to a reduction of the liability otherwise provided for under the WARN Act.

Absent settlement, the uncertain issues of fact and law presented by the Action would likely require extensive litigation to resolve, including fact and expert discovery; motion practice under Rule 56; a potential class trial on the merits; post-trial litigation, including as to attorneys' fees and costs; and potential appeals.

The Parties' Counsel have engaged in extensive arm's-length settlement negotiations of the claims asserted in the Action.

Because of the factual and legal uncertainties around Plaintiffs' claims and Defendant's defenses and wanting to avoid the costs and risks of continued litigation, the Parties have agreed to settle the Action on terms which are, in the opinion of Plaintiffs' Counsel, in the best interest of the Settlement Class.

Plaintiffs' Motion for a Preliminary Approval Order will include a request for the Court to certify the Settlement Class for purposes of effectuating this Settlement Agreement only, comporting with the definition agreed upon by the Parties and mirroring the definition set forth below. This follows the parties' already agreed upon definition of a class on January 26, 2026 by agreed stipulation. This Settlement Agreement is expressly conditioned upon, and subject to, preliminary and final approval by the Court and entry of final judgment, as set forth herein. Absent such approvals, this Settlement Agreement shall be null, void, and of no further force or effect and the Parties shall be returned to their *status quo ante*.

27412883.2

Defendant has agreed to pay the total amount of $750,000 to fund the settlement, which shall be used: (1) to pay Settlement Class Members; (2) to pay Attorneys' Fees and Costs as awarded by the Court, if any; (3) to pay the Service Awards to Plaintiffs as awarded by the Court, if any; and (4) to pay the Settlement Administrator's Expenses.

Accordingly, it is hereby agreed that, in consideration of the agreements, promises, and covenants set forth in this Settlement Agreement, and subject to the terms and conditions set forth herein and the approval of the Court, the Action shall be fully and finally settled and dismissed with prejudice on a class-wide basis:

**AGREEMENT**

**DEFINITIONS**

"Action" means the civil actions captioned *Loughrie v. Core Natural Resources, Inc.*, No. 2:25-cv-4-TSK and *McDonald v. Arch Resources, Inc. d/b/a Leer South Mine*, No. 2:25-cv-12 (TSK), pending in this Court.

"Allocation Plan" means the method for allocating the Net Settlement Fund to Settlement Class Members.

"Attorneys' Fees and Costs" means an award to Settlement Class Counsel by the Court of Settlement Class Counsel's reasonable attorneys' fees under Rule 23(h) or of Settlement Class Counsel's taxable and nontaxable costs under Rules 54(d) and 23(h).

"Complaint" means the complaint in the *Loughrie* Action, filed on March 7, 2025, and docketed at ECF No. 1 and the complaint filed in the *McDonald* Action on July 3, 2025.

"Court" means the United States District Court for the Northern District of West Virginia.

"Defendant" means Core Natural Resources, Inc., and any of its subsidiaries, including Wolf Run Mining, LLC.

4

27412883.2

"Defendant's Counsel" means Bryan R. Cokeley, Dallas F. Kratzer, III, and Michael J. Moore, of the firm Steptoe & Johnson PLLC.

"Effective Date" means the later of (a) the date of the Final Approval Order, if no objections are timely filed; or (b) if objections are timely filed, the date when no further appellate review of the Final Approval Order is available to any objector, whether by reason of final dismissal of appellate proceedings, final affirmance of the Final Approval Order, or expiration of the time within which appellate review may be sought.

"Employment Taxes" means all federal, state, and local taxes on employee wages for which an employer is liable, including taxes imposed by the Federal Insurance Contributions Act and the Federal Unemployment Tax Act.

"Facility" means Wolf Run Mining, LLC's mining facility, Leer South Mining Complex, located at 21550 Barbour County Hwy., Philippi, WV 26416.

"Generally Released Claims" means any and all actual, potential, filed, known or unknown, fixed or contingent, clamed or unclaimed, suspected or unsuspected claims, demands, liabilities, rights, causes of action, contracts or agreements, extra contractual claims, damages, punitive, exemplary, or multiplied damages, expenses, costs, attorneys' fees and/or obligations, whether in law or in equity, accrued or unaccrued, direct individual or representative, of every nature and description whatsoever, arising out of the layoffs that occurred in February 2025 by Wolf Run Mining, LLC.

"Net Settlement Fund" means the Settlement Fund less the Settlement Administrator's Expenses, Attorneys' Fees and Costs, Service Awards, and any other Court-approved deductions.

"Notice Plan" means the plan for notifying all Settlement Class Members of their rights under this Settlement Agreement and the applicable law, including the form, content, and manner of such notice.

27412883.2

"Parties' Counsel" means Defendant's Counsel and Plaintiffs' Counsel.

"Party" means any party to the Action.

"Plaintiffs" means the plaintiffs in the Action, Jason Loughrie and Caleb Malcolmb. "Plaintiffs" also includes Joshua McDonald, who sought relief in a second-filed case captioned *McDonald v. Arch Resources, Inc.*, Case No. 2:25-cv-12, also pending in this Court (consolidated with this case on January 9, 2026).

"Plaintiffs' Counsel" means and J. Gerard Stranch, IV, Michael Tackeff, and Samuel Gladney of Stranch, Jennings, & Garvey, PLLC; Samuel J. Strauss and Raina C. Borrelli of Strauss Borrelli, LLP; Lynn A. Toops and Ian Smith of CohenMalad, LLP; Rod Smith of Rod Smith Law, PLLC; and Greg A. Hewitt of Hewitt & Salvatore, PLLC and Anthony Majestro of Powell & Majestro, PLLC.

"Preliminary Approval Order" means a Court order preliminarily approving the settlement embodied in this Settlement Agreement under Rule 23(e)(1).

"Released Claims" means the Generally Released Claims and the Specifically Released Claims.

"Released Parties" means Defendant, all Defendant's acquired entities, affiliates, subsidiaries, parent companies, predecessors, successors, and all of their past or present assigns, officers, directors, shareholders, partners, members, employees, principals, consultants, independent contractors, insurers, directors, managing directors, attorneys, accountants, financial and other advisors, investment bankers, investors, underwriters, lenders, auditors, investment advisors, legal representatives, successors in interest, franchisees and persons, firms, trusts, corporations, and any other agents, as well as their respective predecessors, successors, and assigns.

6

27412883.2

"Releasing Plaintiffs" means Plaintiffs and the putative class and their predecessors, successors, assigns, heirs, estates, administrators, and other agents, as well as their respective predecessors, successors, and assigns.

"Releasing Settlement Class Members" means Settlement Class Members and their predecessors, successors, assigns, heirs, estates, administrators, and other agents, as well as their respective predecessors, successors, and assigns.

"Rules" means the Federal Rules of Civil Procedure.

"Service Awards" means awards to Plaintiffs by the Court for their service as representative of the Settlement Class.

"Settlement Administrator" means the individual or entity retained to administer the terms of the Settlement Agreement as described in the Settlement Agreement.

"Settlement Administrator's Expenses" means expenses, costs, or fees incurred by the Settlement Administrator in administering the terms of the Settlement Agreement as described in the Settlement Agreement, including those specifically so designated below.

"Settlement Agreement" means this Class Action Settlement Agreement, embodying the material terms of the Parties' agreement to settle the Action.

"Settlement Class" means:

All Wolf Run Mining LLC employees at the Leer South Mining Complex who experienced an employment loss, as defined by the WARN Act, within 90 days of January 14, 2025.

The "Settlement Class" does not include employees who executed agreements containing waivers of claims covered by the WARN Act.

"Settlement Class Counsel" means the counsel appointed by the Court to serve as class counsel for the Settlement Class under Rule 23(g).

"Settlement Class Member" means a member of the Settlement Class.

7

27412883.2

"Settlement Fund" means the sum of $750,000.00 in United States dollars.

"Specifically Released Claims" means any claim, liability, right, demand, or cause of action, of every kind and description, that Settlement Class Members have or may have against Defendant which is pleaded in the Complaint or which materially relates to the facts or claims pleaded in the Complaint. Specifically Released Claims is intended to include any claims that were or could have been brought by Settlement Class Members in this action.

"WARN Act" means the Worker Adjustment and Retraining Notification Act, 29 U.S.C. §§ 2101–2109.

## I.    INTERPRETATION

"Including" shall not be interpreted as a limitation.

"Or" shall be interpreted inclusively.

The number of the noun or verb, and the number and gender of the pronoun, shall be interpreted as including the others when necessary to reflect the Parties' intent.

No Party or Parties' Counsel shall be deemed the drafter of the Settlement Agreement for purposes of interpreting it.

All references to days shall be interpreted to mean calendar days, unless otherwise noted. When a deadline or date falls on a weekend or a legal Court holiday, the deadline or date shall be extended to the next business day, which is not a weekend or legal Court holiday.

## II.    SETTLEMENT FUND

In consideration of a full, complete, and final settlement of the Action and dismissal of the Action with prejudice, and subject to the Court's preliminary and final approval, within 30 days of execution of the Settlement Agreement, Defendant shall pay the Settlement Fund to the Settlement Administrator by ACH transfer.

8

27412883.2

The Settlement Administrator shall hold the Settlement Fund in an escrow account. All fees, costs, and taxes associated with the maintenance of the escrow account shall be Settlement Administrator's Expenses. Any income earned by the Settlement Fund in escrow shall be added to the Settlement Fund.

Defendant shall not be responsible for any payments or obligations other than the Settlement Fund under this Settlement Agreement for any reason.

If this Settlement Agreement is not finally approved or otherwise terminates, any amounts of the Settlement Fund that have not been spent, and are not required for amounts that are due and payable for reasonable and identified Settlement Administrator's Expenses already incurred, shall, within ten (10) days, revert to Defendant.

## III.    RELIEF TO THE SETTLEMENT CLASS

As soon as practicable after the Effective Date, the Settlement Administrator shall determine each Settlement Class Member's share of the Net Settlement Fund according to the Allocation Plan.

As soon as practicable after the Effective Date, and no later than 30 days after the Effective Date, the Settlement Administrator shall mail to each Settlement Class Member a check in the amount of the Settlement Class Member's share of the Net Settlement Fund according to the Allocation Plan, less withheld Employment Taxes (as described below), which shall be valid for 90 days from the date of issuance.

If more than 5 (five) percent of funds remain in the Net Settlement Fund 91 days from the date the last check was issued under the preceding paragraph, those funds shall be distributed *pro rata* according to the Allocation Plan to all Settlement Class Members who deposited, endorsed, or negotiated their checks within 90 days from the date they were issued, in the manner described by the preceding paragraph.

9

27412883.2

If any funds remain in the Net Settlement Fund 91 days from the date the last check was issued through the second distribution provided for by the preceding paragraph, or if the funds remaining in the Net Settlement Fund after the first distribution total 5 percent or less of the Net Settlement Fund, such funds shall be disbursed by the Settlement Administrator to a charitable organization, approved by the Court, no later than 7 days after receiving Court approval.

Plaintiff's Counsel shall determine the Allocation Plan and provide it to the Settlement Administrator. The Parties shall cooperate in good faith to take all steps reasonably necessary to allowing Plaintiff's Counsel to determine and execute a fair, reasonable, and adequate Allocation Plan.

The Settlement Administrator shall treat each payment to each Settlement Class Member from the Net Settlement Fund as back pay for tax purposes, including by issuing an appropriate Form W-2 for the payment, and by withholding and paying appropriate Employment Taxes on the payment.

Each Settlement Class Member who receives payment from the Net Settlement Fund shall be responsible for calculating and paying all applicable federal, state, and local taxes on the payment.

## IV.    RELEASES TO THE RELEASED PARTIES

As of the Effective Date, the Releasing Plaintiffs shall be deemed to have, and by operation of the Final Approval Order shall have, fully, finally, and forever released, resolved, relinquished, and discharged each and all of the Released Parties from each and all of the Generally Released Claims. The Releasing Plaintiffs further agree that they will not institute any actions or causes of action (in law, in equity, or administratively), suits, debts, liens, or claims, known or unknown, fixed or contingent, which they may have or claim to have, in state or federal court, in arbitration,

10

or with any state, federal, or local government agency or with any administrative or advisory body, arising from or reasonably related to the Generally Released Claims against the Released Parties

The obligations incurred by the Released Parties under this Settlement Agreement shall be a full and final disposition of the Action and all Generally Released Claims as against all Released Parties.

As of the Effective Date, the Releasing Settlement Class Members shall be deemed to have, and by operation of the Final Approval Order shall have, fully, finally, and forever released, resolved, relinquished, and discharged each and all of the Released Parties from each and all of the Specifically Released Claims. The Releasing Settlement Class Members further agree that they will not institute any actions or causes of action (in law, equity, or administratively), suits, debts, liens, or claims, known or unknown, fixed or contingent, which they may have or claim to have, in state or federal court, in arbitration, or with any state, federal, or local government agency or with any administrative or advisory body, arising from or reasonably related to the Specifically Released Claim, directly or indirectly, against the Released Parties.

The obligations incurred by the Released Parties under this Settlement Agreement shall be a full and final disposition of the Action and all Specifically Released Claims as against all Released Parties.

## V.    NO ADMISSION OF LIABILITY

Defendant and Wolf Run Mining, LLC have agreed to the terms of this Settlement Agreement to end all controversy with Plaintiffs and the Settlement Class Members and to avoid the burden and expense of litigation, without in any way acknowledging fault or liability. Defendant and Wolf Run Mining, LLC deny any liability or wrongdoing of any kind associated with the alleged claims in the Action. Defendant and Wolf Run Mining, LLC have denied and continues to deny each and every material factual allegation and all claims asserted against them

11

27412883.2

in the Action. Nothing herein shall constitute an admission by Defendant or Wolf Run Mining, LLC of wrongdoing or liability, or of the truth of any allegations in the Action. The settlement of this Action, the negotiation and execution of this Agreement, and all acts performed or documents executed pursuant to or in furtherance of the settlement are not and shall not be deemed to be, and may not be used as, an admission or evidence of any wrongdoing or liability on the part of Defendant or Wolf Run Mining, LLC, or as a concession by Defendant or Wolf Run Mining, LLC as to the truth of any of the allegations in this Action, or the veracity of any claim for relief or defense, or as an admission regarding any other matter in this Action.

This Settlement Agreement, whether or not consummated, and any proceedings taken pursuant to it (i) shall not be offered or received against Defendant or any other Released Party as evidence of, or construed as, or deemed to be evidence of, any presumption, concession, or admission by Defendant or any other Released Party concerning the truth of any fact alleged by the Plaintiffs or the validity of any claim that was or could have been asserted against Defendant or any Released Party in the Action or in any litigation, or of any liability, fault, misconduct, or wrongdoing of any kind of Defendant or any Released Party; (ii) shall not be offered or received against Defendant or any Released Party as evidence of a presumption, concession, or admission of any liability, fault, misconduct, or wrongdoing by Defendant or the Released Parties of any kind, or against the Plaintiffs or any Settlement Class Member as evidence of any infirmity in the claims of the Plaintiffs or the other Settlement Class Members; and (iii) shall not be construed against Defendant or any Released Party, or against the Plaintiff or any other Settlement Class Members as an admission, concession, or presumption that the consideration to be given by this Settlement Agreement represents the amount which could be or would have been recovered after trial.

Notwithstanding the foregoing, this Settlement Agreement may be used as evidence for the purpose of enforcing its terms.

12

27412883.2

## VI.    SETTLEMENT ADMINISTRATOR

Plaintiffs shall obtain bids from potential settlement administrators for administration of the terms of this Settlement Agreement as provided in the Settlement Agreement, including effectuating the Notice Plan (and distributing the Net Settlement Fund to Settlement Class Members).

Plaintiffs shall select a Settlement Administrator with Defendant's consent, which shall not be unreasonably withheld, and shall ask the Court to approve the Settlement Administrator in the Preliminary Approval Order.

The Settlement Administrator's fees shall be Settlement Administrator's Expenses.

All Settlement Administrator's Expenses shall be paid by the Settlement Administrator from the Settlement Fund.

It shall be the responsibility of the Settlement Administrator to respond to all non-legal inquiries from or on behalf of the Settlement Class Members with respect to this Settlement Agreement. The Parties' Counsel must both approve any FAQs or other material the Settlement Administrator may use to answer inquiries and shall confer and assist the Settlement Administrator as it requests.

## VII.    NOTICE OF SETTLEMENT

The Parties shall cooperate reasonably and in good faith to agree on the form and content of notices to be sent to Settlement Class Members under the Notice Plan that clearly and concisely state in plain, easily understood language, taking into account any special concerns about the language needs of the Settlement Class Members, (a) the nature of the action; (b) the definition of the Settlement Class; (c) the Settlement Class's WARN Act claim; (d) that any Settlement Class Member may enter an appearance through an attorney if desired; (e) that the Court will exclude from the Settlement Class any member who requests exclusion; (f) the time and manner for

13

27412883.2

requesting exclusion; (g) the binding effect of a class judgment on Settlement Class Members; (h) the essential terms of the Settlement Agreement; (i) information regarding Attorneys' Fees and Costs; (j) the essential terms of the Allocation Plan and the manner of making distributions from the Net Settlement Fund; and (k) Plaintiffs' Counsel's contact information.

The Parties shall cooperate reasonably and in good faith to agree on a manner of giving notice under the Notice Plan that is reasonable and reasonably calculated, under all the circumstances, to apprise Settlement Class Members of the pendency of the Action and to afford them an opportunity to present their objections.

The Notice Plan shall include: (a) a password-protected website at a URL agreed to by the Parties, where a detailed notice shall be posted; and (b) emails, or, if email addresses are unavailable or emails are returned as undeliverable, mailings to Settlement Class Members containing the summary short form notice. The initial notice should be e-mailed and the website activated no later than 30 days after the Preliminary Approval Order is entered. If any emailed summary notice is returned as undeliverable, the Settlement Administrator shall promptly cause the summary postcard notice containing the short-form notice to be mailed to that Settlement Class Member. If any mailed summary postcard notice is returned as undeliverable with a forwarding address, the Settlement Administrator shall promptly cause the summary postcard notice to be forwarded by mail to the listed forwarding address. If any mailed summary postcard notice is returned as undeliverable without a forwarding address, the Settlement Administrator must attempt to locate the correct address through a reasonable search and must promptly forward the summary postcard notice to the address obtained from the search.

Plaintiffs shall ask the Court to approve the Notice Plan in the Preliminary Approval Order. The Settlement Administrator shall effectuate the Notice Plan as approved by the Court. The costs of effectuating the Notice Plan shall be Settlement Administrator's Expenses.

14

27412883.2

Defendant shall cooperate reasonably and in good faith with the Settlement Administrator to provide the Settlement Administrator with such information on Settlement Class Members as is reasonably necessary for effectuating the Notice Plan, including Settlement Class Members' full names, last-known mailing and physical addresses, email addresses, and Social Security numbers. Neither Plaintiffs nor Plaintiffs' Counsel shall have access to such information. The Parties shall require the Settlement Administrator to agree in writing to keep such information in confidence; to use it only for the purposes of effectuating the terms of the Settlement Agreement; and to retain it no longer than is reasonably necessary to effectuate the terms of the Settlement Agreement.

With the good-faith and reasonable cooperation of the Parties, the Settlement Administrator shall serve notice of the Settlement Agreement that meets the requirements of 28 U.S.C. § 1715 on the appropriate federal and state officials no later than 10 days following the filing of the Settlement Agreement with the Court, and shall otherwise comply with the statute's terms.

The costs of serving the notice required by 28 U.S.C. § 1715 and of otherwise complying with its terms shall be Settlement Administrator's Expenses.

## VIII.   ATTORNEYS' FEES AND COSTS, AND SERVICE AWARDS

Plaintiffs' Counsel may seek an award from the Court of reasonable attorneys' fees under Rule 23(h), not to exceed one third of the Settlement Fund.

Plaintiffs' Counsel may also seek an award from the Court of their taxable and nontaxable costs under Rules 54(d) and 23(h).

Plaintiffs' Counsel may seek a Service Award, not to exceed $1,500.00, for each of the three Plaintiffs. Defendant will not oppose such a request.

All Attorneys' Fees and Costs, and Service Awards, shall be paid by the Settlement Administrator from the Settlement Fund.

15

27412883.2

The Settlement Administrator shall pay any Service Awards to Plaintiffs in a manner directed by Plaintiff's Counsel within 10 days after entry of the Court's order granting Plaintiff's motion for Service Award. The Settlement Administrator shall issue appropriate Forms 1099 to Plaintiff for tax purposes.

The Settlement Administrator shall pay any Attorneys' Fees and Costs to Plaintiffs' Counsel in a manner directed by Plaintiffs' Counsel within 10 days after entry of the Court's order granting Plaintiffs' motion for Attorneys' Fees and Costs.

## IX.    PRELIMINARY APPROVAL, FINAL APPROVAL, AND FINAL JUDGMENT

The Parties shall cooperate in good faith to take all reasonably necessary steps to obtain the Court's approval of the Settlement Agreement.

Plaintiffs shall move the Court for, and Defendant shall not oppose entry of, a Preliminary Approval Order which (a) preliminarily approves the settlement embodied in this Settlement Agreement under Rule 23(e)(1); (b) conditionally certifies the Settlement Class for purposes of settlement under Rules 23(a) and 23(b)(3); (c) designates Plaintiffs' Counsel as interim Settlement Class Counsel under Rule 23(g)(3); (d) approves the Notice Plan; (e) approves the Allocation Plan; (f) approves the Settlement Administrator; (g) directs that notice be given to the Settlement Class according to the Notice Plan; (h) establishes the time and manner for requesting exclusion from the Settlement Class; (i) schedules the hearing required by Rule 23(e)(2) in accordance with 28 U.S.C. § 1715 for hearing Plaintiff's motions for a Final Approval Order; and (j) schedules a hearing on Plaintiffs' motion for Attorneys' Fees and Costs, and for Service Awards.

In accordance with the terms of the Preliminary Approval Order, Plaintiffs shall move the Court for, and Defendant shall not oppose entry of, a Final Approval Order which (a) approves the settlement embodied in the Settlement Agreement under Rule 23(e)(2); (b) certifies the Settlement Class for purposes of settlement under Rules 23(a) and 23(b)(3); (c) designates Plaintiffs' Counsel

27412883.2

as Settlement Class Counsel under Rule 23(g)(1); and (d) provides for entry of final judgment as a separate document under Rule 58(a) dismissing the Action with prejudice, except retaining ancillary jurisdiction to decide Plaintiff's motion for Attorneys' Fees and Costs, and for Service Awards, and to enforce the terms of the Settlement Agreement.

Defendant's failure to oppose Plaintiffs' request for entry of a Preliminary Approval Order and/or a Final Approval Order shall not constitute an admission by Defendant as to any matter.

Except as necessary to secure approval of this Settlement Agreement or as otherwise provided herein, the Parties shall take no further steps to prosecute the Action in this Court or any other court.

## X.    TERMINATION

The Settlement Agreement shall terminate if the settlement it embodies is not approved by the Court; if its terms are materially altered by the Court in the Preliminary or Final Approval Order; or if the Court declines to certify the Settlement Class for settlement purposes.

Defendant may terminate the Settlement Agreement if more than 5 percent of potential Settlement Class Members request exclusion. Defendant must exercise this right within 10 days of the submission of the last exclusion request necessary to trigger this right.

Any ruling by the Court or any reviewing court as to Attorneys' Fees and Costs shall not in any way terminate or modify the Settlement Agreement.

If the Settlement Agreement is terminated, it shall have no force or effect, and the Parties shall be restored to the *status quo ante* that existed before they agreed to settle the Action.

## XI.    OTHER MATTERS

This Settlement Agreement shall be governed by the laws of the State of West Virginia, without regard to its conflicts of law principles.

17

27412883.2

The Parties shall cooperate with each other in good faith to consummate the terms of this Settlement Agreement and all related transactions, and shall take all reasonably necessary steps to give effect to the terms of this Settlement Agreement.

This Settlement Agreement shall be inadmissible as evidence that Defendant and/or the Released Parties have engaged in any wrongful conduct, or conduct that otherwise violates any federal, state, or local laws, regulations, or rules, and shall be inadmissible in any other action against Defendant and/or the Released Parties, and shall not be construed as an admission by Defendant as to any matter.

This Settlement Agreement contains the full, complete, and integrated statement of each and every term and provision agreed to by and among the Parties and supersedes any prior writings or agreements (written or oral) between or among the Parties, which prior agreements may no longer be relied upon for any purpose.

This Settlement Agreement is executed voluntarily and without duress or undue influence on the part of or on behalf of the Parties, or of any other person, firm, or entity.

This Settlement Agreement shall bind and inure to the benefit or detriment of the Parties and the Settlement Class Members, and their respective agents, employees, representatives, trustees, members, managers, officers, directors, shareholders, divisions, parent corporations, subsidiaries, heirs, executors, assigns, and successors in interest. All of Defendant's affiliates shall be intended third-party beneficiaries of the Released Claims set forth in this Settlement Agreement.

The Parties acknowledge that they have been represented in negotiations for and in the preparation of this Settlement Agreement by independent counsel of their own choosing, that they have read this Settlement Agreement and have had it fully explained to them by such counsel, and that they are fully aware of the contents of this Settlement Agreement and of its legal effect.

18

27412883.2

Headings contained in this Settlement Agreement are for convenience of reference only and are not intended to alter or vary the construction and meaning of this Settlement Agreement.

Each Party warrants and represents that there are no liens or claims of lien or assignments, in law or equity or otherwise, of or against any of the claims or causes of action released herein, and, further, that each Party is fully entitled and duly authorized to give this complete and final release and discharge.

Plaintiffs and Plaintiffs' Counsel will neither seek media attention for the settlement embodied in the Settlement Agreement nor publicly disseminate information about the Action in any way—including transmitting information through publicized interviews, websites, digital applications or services, or hard copy publications—except as otherwise provided by the terms of the Settlement Agreement or by order of the Court. However, nothing shall prevent Plaintiffs' Counsel from responding to class member inquires about this matter or including it on a list of settled cases on their websites or resumes.

Plaintiffs and Plaintiffs' Counsel shall not disclose and shall keep confidential all information in their possession concerning Defendant, the Released Parties, the Action, and the Settlement Agreement, except as otherwise provided by the terms of the Settlement Agreement or by order of the Court.

Plaintiffs shall not disparage or make defamatory or knowingly false statements about Defendant or the Released Parties to any person or entity under any circumstances.

Defendant may move to have some or all of the Settlement Agreement filed under seal or redacted. The Court's ruling on such motion shall not impair or alter the Settlement Agreement in any way.

If there is conflict between this Settlement Agreement and a Court order, the Court's order shall take precedence.

27412883.2

The Settlement Agreement may not be modified in any way except in writing signed by the Parties or Parties' Counsel, subject to Court approval, if required.

The Parties may mutually waive any provision of this Settlement Agreement by a written waiver signed by the Parties or Parties' Counsel, subject to Court approval, if required. A waiver of any provision of this Settlement Agreement will not constitute a waiver of any other provision.

This Settlement Agreement may be executed in counterparts, each of which shall constitute an original, but all of which together shall constitute one and the same instrument. The several signature pages may be collected and annexed to one or more documents to form a complete counterpart. Photocopies or electronic scans of executed copies of this Settlement Agreement may be treated as originals.

Each of the Recitals stated above are hereby incorporated into this Settlement Agreement as if stated fully herein.

Except as otherwise provided herein, all notices, demands, or other communications given or made under the Settlement Agreement shall be in writing and delivered by post, courier, facsimile, or electronically to the following:

*If to Plaintiff or Plaintiff's Counsel:*

J. Gerard Stranch, IV
Michael Tackeff
Samuel Gladney
**STRANCH, JENNINGS, & GARVEY, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

Samuel J. Strauss
Raina C. Borrelli
**STRAUSS BORRELLI, LLP**
980 N Michigan Ave. Suite 1610
Chicago, IL 60611
sam@straussborrelli.com

20

27412883.2

raina@straussborrelli.com

Lynn A. Toops
Ian Bensberg
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
ltoops@cohenmalad.com
ibensberg@cohenmalad.com

*If to Defendant or Defendant's Counsel:*

Bryan R. Cokeley
**Steptoe & Johnson PLLC-Charleston**
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588
304-353-8116
Fax: 304-353-8180
Email: bryan.cokeley@steptoe-johnson.com

Dallas F Kratzer , III
**Steptoe & Johnson PLLC**
41 South High Street
Suite 2200
Columbus, OH 43215
614-458-9827
Email: dallas.kratzer@steptoe-johnson.com

Michael J. Moore
**Steptoe & Johnson PLLC - Bridgeport**
400 White Oaks Blvd
Bridgeport, WV 26330
(304) 933-8153
Fax: (304) 933-8183
Email: michael.moore@steptoe-johnson.com

[*Remainder of page intentionally left blank.*]

21

27412883.2

IN WITNESS WHEREOF, the undersigned Party has executed this Settlement Agreement on the date indicated below.

JASON LOUGHRIE, Plaintiff

By: _____

Name: Jason Loughrie

Date: 5-19-26

27412883.2

IN WITNESS WHEREOF, the undersigned Party has executed this Settlement Agreement on the date indicated below.

CALEB MALCOMB, Plaintiff

By: _____

Name: Caleb Malcomb

Date: 5-15-26

23

IN WITNESS WHEREOF, the undersigned Party has executed this Settlement Agreement on the date indicated below.


JOSHUA MCDONALD, Plaintiff


By: Joshua McDonald _____
Name:  Joshua McDonald

Date: May 20th 2026 _____

24

IN WITNESS WHEREOF, the undersigned Parties have executed this Settlement Agreement on the date(s) indicated below.


CORE NATURAL RESOURCES, INC., Defendant

By: _____

Name:  Rosemary L. Klein

Title:   Senior VP, Chief Legal Officer & Corporate Secretary


Date:  June 9, 2026


25

27412883.2

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

*Loughrie et. al v. Core Natural Resources, Inc.*
Case No. 2:25-cv-4

**NOTICE OF CLASS ACTION SETTLEMENT**

**Please read this notice carefully. You may be entitled to money from a class action settlement. This notice explains your rights and options.**

*A court has authorized this Notice. This is <u>not</u> a solicitation from a lawyer.*

## I.    WHY SHOULD I READ THIS NOTICE?

You are receiving this Notice because Wolf Run Mining, LLC, a subsidiary of Core Natural Resources, Inc. has records showing that you were laid off on or about January 14, 2025 from Wolf Run's facility, the Leer South Mining Complex, located at 21550 Barbour County Hwy., Philippi, WV 26416 (the "Facility").

The Court has preliminarily approved a proposed class action settlement in the case *Loughrie et. al v. Core Natural Resources, Inc.* (Case No. 2:25-cv-4) (the "Action"). This Notice informs you of the proposed settlement, your legal rights, and what steps you may take before the Court decides whether to grant final approval.

Plaintiffs Jason Loughrie, Caleb Malcomb, and Joshua McDonald ("Plaintiffs") filed this lawsuit on behalf of themselves and other employees on March 7, 2025. Plaintiffs alleges that Wolf Run and Core violated the federal Worker Adjustment and Retraining Notification Act ("WARN Act"), which requires certain employers to provide at least 60 days' advance notice before a mass layoff or plant closing.

The Settlement Class is defined as: All Wolf Run Mining LLC employees at the Leer South Mining Complex who experienced an employment loss, as defined by the WARN Act, within 90 days of January 14, 2025.

Defendant denies all allegations and maintains that it did not violate the WARN Act.

The Court has not decided who is right and has not considered or resolved any of the claims by Plaintiffs or Core's defenses. Instead, both sides have agreed to settle the case to avoid the cost, burden, and risk of further litigation.

## II.    WHAT WILL I RECEIVE FROM THE SETTLEMENT?

Core has agreed to fund the Gross Settlement Amount in the total amount of $750,000 to fund the settlement, which shall be used: (1) to pay Settlement Class Members; (2) to pay Attorneys' Fees and Costs as awarded by the Court, if any; (3) to pay the Service Awards to Plaintiffs as awarded by the Court; and (4) to pay the Settlement Administration Costs. After these deductions, the remaining Net Settlement Amount will be distributed to Settlement Class Members.

Each Settlement Class Member's share of the Net Settlement Fund will be determined based on an Allocation Plan developed by Class Counsel and approved by the Court. Payments will be made as back pay and will have standard payroll taxes withheld. You will receive a Form W-2 for tax reporting purposes.

**Your estimated share of the settlement is: $[Amount].**  This amount may be higher or lower based on rulings of the court related to fees, costs and the enhancements, and other factors.

If any funds remain after the first distribution (for example, because checks are not cashed), additional payments may be made to those who did cash their checks. If, after two distributions, small funds remain, they will be donated to a Court-approved charitable organization.

**EXHIBIT 6**

### III.     <u>WHAT IS THE EFFECT OF THE SETTLEMENT?</u>

    **A.**     <u>**Release of Claims by Plaintiff and Class Members.**</u>

"Generally Released Claims" means any and all actual, potential, filed, known or unknown, fixed or contingent, clamed or unclaimed, suspected or unsuspected claims, demands, liabilities, rights, causes of action, contracts or agreements, extra contractual claims, damages, punitive, exemplary, or multiplied damages, expenses, costs, attorneys' fees and/or obligations, whether in law or in equity, accrued or unaccrued, direct individual or representative, of every nature and description whatsoever, arising out of the layoffs that occurred in February 2025 by Wolf Run Mining, LLC.

Released Parties" means Defendant, all Defendant's acquired entities, affiliates, subsidiaries, parent companies, predecessors, successors, and all of their past or present assigns, officers, directors, shareholders, partners, members, employees, principals, consultants, independent contractors, insurers, directors, managing directors, attorneys, accountants, financial and other advisors, investment bankers, investors, underwriters, lenders, auditors, investment advisors, legal representatives, successors in interest, franchisees and persons, firms, trusts, corporations, and any other agents, as well as their respective predecessors, successors, and assigns.

"Releasing Plaintiffs" means Plaintiffs and the putative class and their predecessors, successors, assigns, heirs, estates, administrators, and other agents, as well as their respective predecessors, successors, and assigns.

"Releasing Settlement Class Members" means Settlement Class Members and their predecessors, successors, assigns, heirs, estates, administrators, and other agents, as well as their respective predecessors, successors, and assigns.

"Specifically Released Claims" means any claim, liability, right, demand, or cause of action, of every kind and description, that Settlement Class Members have or may have against Defendant which is pleaded in the Complaint or which materially relates to the facts or claims pleaded in the Complaint. Specifically Released Claims is intended to include any claims that were or could have been brought by Settlement Class Members in this action.

The release of claims recited in these paragraphs shall not apply to Class Members who timely and properly submit a written Opt Out, as described below.  If you submit a written Opt Out, you will not release any claims and you will not receive any settlement award from this case.  If you are a Class Member as defined by this Settlement and you do not elect to exclude yourself through a valid and timely submitted written Opt Out, you will be deemed to have entered into this release, even if you do nothing at all.

Defendants respect your right to participate in the Action and will take not adverse action or retaliate against you should you accept payment under the Settlement.

    **B.**     <u>**Payment To Participating Class Members.**</u>

If you do not elect to opt out of the Settlement, and thereby qualify to receive payment under the Settlement, a check will be mailed to you.

### IV.     <u>WHAT ARE MY RIGHTS?</u>

    **A.**     <u>**You May Participate In The Settlement.**</u>

If you wish to participate in the Settlement, you do not need to do anything. If your mailing address or phone number has or will change, please be sure to update the Settlement Administrator at the following address or toll-

free number:

[INSERT]

## B.   You May Exclude Yourself From This Case.

If you wish to be excluded from the Class and from the Settlement (i.e., "opt out"), which preserves your right to sue individually but means you will not receive settlement share in this case, you must submit a written Request for Exclusion letter to the Settlement Administrator. The letter must include your name, last four digits of your Social Security number, signature, the case name and number, *Loughrie et. al v. Core Natural Resources, Inc.* (Case No. 2:25-cv-4), and a statement that you request exclusion from the class and do not wish to participate in the settlement. Your Request for Exclusion must be postmarked by [Deadline] and mailed or faxed to:

[INSERT]

If you timely request exclusion from the class, you will (1) be excluded from the class; (2) not be bound by any determination or order entered in this litigation; (3) not be bound by the release; and (4) not receive a portion of the Settlement.

## C.   You May Object To The Settlement, Or Any Part Of It.

You can object to the terms of the class settlement as long as you have not submitted a request for exclusion from the class settlement. To object to the class settlement, you must provide to the Settlement Administrator a timely written statement of the objection that includes: (a) your full name and signature; (b) the case name and number *Loughrie et. al v. Core Natural Resources, Inc.* (Case No. 2:25-cv-4); (c) a written statement of the grounds for the objection and supporting documents, if any; and (d) a postmark by [Deadline], with the objection sent to the following address.

[INSERT]

## V.   WHO REPRESENTS THE PROPOSED SETTLEMENT CLASS?

### A.   Class Representative.

"Class Representatives" means the plaintiffs in the Action, Jason Loughrie, Caleb Malcolmb, and Joshua McDonald.

### B.   Class Counsel.

The Court has approved the following attorneys to be Plaintiff's Counsel for the purpose of representing the interest of the class: J. Gerard Stranch, IV, Michael Tackeff, and Samuel Gladney of Stranch, Jennings, & Garvey, PLLC; Samuel J. Strauss and Raina C. Borrelli of Strauss Borrelli, LLP; Lynn A. Toops and Ian Smith of CohenMalad, LLP; Rod Smith of Rod Smith Law, PLLC; and Greg A. Hewitt of Hewitt & Salvatore, PLLC and Anthony Majestro of Powell & Majestro, PLLC.

## VI.   WHAT FEES AND COSTS ARE INVOLVED?

### A.   Settlement Administration Costs.

Settlement Administration Costs means expenses, costs, or fees incurred by the Settlement Administrator in administering the terms of the Settlement Agreement. The administration costs up to $_____ which will be paid from the Gross Settlement Amount subject to Court approval.

### B.   Attorneys' Fees and Costs.

Class Counsel represented the class on a contingency fee basis.  This means attorneys' fees and costs could be paid only if money was recovered for the class, and then only for a reasonable portion of the amount recovered. Class Counsel will ask the Court for an award of fees not to exceed one-third of the Gross Settlement Amount, plus litigation costs and expenses.

**C.      Class Representative Payments.**

The Class Representative will ask the Court to grant him a service payment of $2,500 for his efforts on behalf of the settlement class.

These amounts will be paid from the Settlement Fund and will reduce the amount available for distribution to Class Members.

**VII.    FINAL APPROVAL HEARING**

The Court has set the Final Approval Hearing as follows:

Date: [Date]
Time: [Time]
Place: [Address]

**VIII.   WHERE CAN YOU GET MORE INFORMATION?**

You may contact the Settlement Administrator toll-free at [800-xxx-xxxx] or Class Counsel identified in Section V.

This Notice summarizes the proposed Settlement. Complete details are provided in the Settlement Agreement. The Settlement Agreement and other related documents are available at www.cptgroupcaseinfo.com/[INSERT].

**PLEASE DO NOT ADDRESS ANY QUESTIONS TO THE COURT OR TO DEFENDANTS.**

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

JASON LOUGHRIE; CALEB )
MALCOMB, *individually and on behalf* )
*of those similarly situated,* )
                         )
       Plaintiffs, )
                         )
v. )          Case No.:  2:25-cv-4
                         )          Judge Thomas Kleeh
CORE NATURAL RESOURCES, INC. )
                         )
       Defendant. )

## [PROPOSED] PRELIMINARY APPROVAL ORDER

Before the Court is Plaintiffs' unopposed motion for preliminary approval. Specifically, Plaintiffs request that the Court enter an order (1) granting preliminary approval of the Settlement; (2) certifying the Class for the purpose of the Settlement pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3); (3) ordering the Settlement Administrator to direct and issue notice to the Class under the terms of the Settlement Agreement; (4) appointing Caleb Malcomb, Jason Loughrie, and Joshua McDonald as Class Representatives for the purpose of the Settlement; (5) appointing J Stranch, Jennings Garvey PLLC, Cohen & Malad, LLP, Strauss Borrelli LLP, and Rod Smith Law, PLLC as class counsel; and (6) entering the proposed Settlement schedule.

Having reviewed the motion and corresponding materials, noting that Defendant does not oppose the motion, and being otherwise informed, the Court grants the motion as follows:

1.       Plaintiffs' unopposed motion for preliminary approval is granted. The Settlement is within range of final approval, as it appears fair, reasonable, and adequate.

2.       Moreover, the Notice Program is the best practical notice under the circumstances. The Notice Program includes multiple forms of notice.

1

**EXHIBIT 7**

3.    Consistent with the Motion and with the parties' agreement in D.E. 78, the Court conditionally certifies a class of "All Wolf Run Mining LLC employees at the Leer South Mining Complex who experienced an employment loss, as defined by the WARN Act, within 90 days of January 14, 2025."

4.    Though the exact size of the class will be determined by the Settlement Administrator after it duplicates the Class List, the Class is expected to meet or exceed 165 persons, easily satisfying the numerosity requirement.

5.    Given the size of the Class, joinder of all affected people would be impractical, thus also making the class action the superior method of adjudication in this case.

6.    Moreover, there are plenty of common questions of law and fact, as the proposed class members' claims arise under the same termination from the same facility that Plaintiffs allege were a violation of the WARN Act.

7.    Furthermore, Class Counsel and the named Plaintiffs adequately represent the Class. They all have common interests with the absent class members, Class Counsel has attested that the named Plaintiffs have prosecuted this action admirably, and all Plaintiffs' counsel appear to have represented the Class well by achieving the settlement proposed here. Indeed, Class Counsel has deep experience negotiating WARN Act settlements.

8.    Thus, the Court affirms its appointment of the named Plaintiffs as Class Representatives. The Court additionally appoints J. Gerard Stranch IV, Samuel K. Gladney, and Michael Tackeff of Stranch Jennings & Garvey, PLLC, Raina C. Borrelli and Samuel J. Strauss of Strauss Borrelli, LLP, Lynn A. Toops and Ian R. Bensberg, CohenMalad, LLP, and Rod Smith of Rod Smith Law PLLC as Class Counsel for the Settlement Class.

9.    The Court appoints CPT Group as the Settlement Administrator. CPT is well qualified, and the Parties have already agreed to use their services.

2

10.     Next, the opt out and objection procedures in the Settlement Agreement are fair and reasonable and provide sufficient due process. They are written in plain language and Class Members can review the Settlement Website for answers to any questions that may arise.

11.     The Court will conduct a final approval hearing on _____ at _____ [a.m./p.m.] in the U.S. District Court for the Northern District of West Virginia. In the hearing, the Court will decide whether to grant final approval to the Settlement and will hear from any objectors.

12.     All proceedings not related to the Settlement approval process are stayed indefinitely to be reinstated should the Settlement not be approved or is otherwise terminated.

**IT IS SO ORDERED.**

_____
THOMAS KLEEH
United States District Judge

.

3