IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | | |
|---|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 2:25-cv-4<br>Judge Thomas Kleeh |
| CORE NATURAL RESOURCES, INC. | ) | |
| Defendant. | ) | |

**<u>JOINT MOTION TO RESET FINAL APPROVAL HEARING DATE</u>**

The parties in the above-referenced matter respectfully submit this Motion to Reset Final Approval Hearing. In granting preliminary approval to the settlement of this case, this Court set October 7, 2026, as the date for a final approval hearing. D.E. 97. The parties have been diligently and cooperatively working with the settlement administrator to provide class members in this case with notice of the settlement. Unfortunately, many class members in this case do not have email addresses where a notice of settlement may be sent. In lieu of email notices to class members, the parties and the settlement administrator are preparing U.S. mail notices. The parties have already agreed on a finalized notice template that fixes 45 days for class members to opt out or object to the settlement. In order to ensure that class members have sufficient time in advance of the final approval hearing to opt-out, the parties jointly request that this Court set a new final approval hearing date for this Court's Elkins sitting on November 12, 2026. This new date will ensure that the reset final approval hearing date (of November 12) can be included on the U.S. mail notices, which can be sent out promptly upon this Court's selection of a new hearing date.

Dated: September 10, 2026,

Respectfully submitted,

*/s/ Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)
**Rod Smith Law PLLC**
108 ½ Capitol Street, Suite 300
Charleston, WV 25301
304-342-0550
Rod@LawWV.com

J. Gerard Stranch, IV
Samuel Gladney
Michael C. Tackeff
**STRANCH, JENNINGS & GARVEY PLLC**
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
sgladney@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*

*/s/Michael J. Moore*
Michael J. Moore (WVSB #12009)
400 White Oaks Boulevard
Bridgeport, WV 26330
Phone: (304) 933-8000
michael.moore@steptoe-johnson.com

Bryan R. Cokeley (WVSB #774)
Chase Tower, 17th Floor
707 Virginia Street, East (ZIP 25301)
P.O. Box 1588
Charleston, WV 25326-1588
Phone: (304) 353-8116
bryan.cokeley@steptoe-johnson.com

Dallas F. Kratzer III (WVSB #12350)
41 South High Street, Suite 2200
Columbus, OH 43215
Phone: (614) 458-9889
dallas.kratzer@steptoe-johnson.com

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | | |
|---|---|---|
| JASON LOUGHRIE; CALEB MALCOMB, *individually and on behalf of those similarly situated,* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 2:25-cv-4 |
| | ) | Judge Thomas Kleeh |
| CORE NATURAL RESOURCES, INC. | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served via electronic mail, on this 10th day of September, 2026, on all counsel of record.

Bryan R. Cokeley
Steptoe & Johnson PLLC-Charleston
P.O. Box 1588
707 Virginia St., East, Suite 1700
Charleston, WV 25326-1588
bryan.cokeley@steptoe-johnson.com

Dallas F Kratzer , III
Steptoe & Johnson PLLC
41 South High Street, Suite 2200
Columbus, OH 43215
dallas.kratzer@steptoe-johnson.com

Michael J. Moore
Steptoe & Johnson PLLC - Bridgeport
400 White Oaks Blvd
Bridgeport, WV 26330
michael.moore@steptoe-johnson.com

*/s/ Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)
Rod Smith Law PLLC
108 ½ Capitol Street, Suite 300
Charleston, WV 25301
304-342-0550
Rod@LawWV.com

J. Gerard Stranch, IV
Samuel Gladney
Michael C. Tackeff
Stranch, Jennings & Garvey PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
sgladney@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops
Ian R. Bensberg
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
ibensberg@cohenandmalad.com

Raina C. Borrelli
Samuel J. Strauss
Strauss Borrelli PLLC
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*