**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**JASON LOUGHRIE; CALEB MALCOMB,**
**individually and on behalf**
**of those similarly situated,**

**Plaintiff,**

**v.** **Civil Action No. 2:25-cv-04**
**(KLEEH)**

**CORE NATURAL RESOURCES, INC.,**

**Defendants.**

**ORDER SCHEDULING HEARING**

Pending before the Court is the *Joint Motion to Reset Final Approval Hearing*. [ECF No. 98]. The Court previously scheduled a final approval hearing on October 7, 2026. [ECF No. 97]. For good cause, the motion is **GRANTED.** The hearing is **RESCHEDULED** to **November 12, 2026**, at **1:00 p.m.**, at the **Elkins**, **West Virginia**, point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 15, 2026

Tom S Kleeh

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA